### UNITED STATES DISTRICT COURT
### IN THE WESTERN DISTRICT OF TEXAS
### MIDLAND/ODESSA DIVISION

| | |
|---|---|
| VIRTAMOVE, CORP.,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>GOOGLE LLC,<br><br>　　　　　Defendant. | C.A. No. 7:24-cv-00033<br><br><br>**JURY TRIAL DEMANDED** |

### NOTICE OF RELATED CASE

Plaintiff VirtaMove, Corp. ("VirtaMove") hereby provides notice that the following related case is pending in this district:

- *VirtaMove Corp. v. Amazon.com, Inc., et al.*, Case No. 7:24-cv-0030 (filed in W.D. Tex. on January 26, 2024)

Dated:  January 31, 2024

Respectfully submitted,

*/s/ Reza Mirzaie*
　Reza Mirzaie

Reza Mirzaie (CA SBN 246953)
rmirzaie@raklaw.com
Marc A. Fenster (CA SBN 181067)
mfenster@raklaw.com
Neil A. Rubin (CA SBN 250761)
nrubin@raklaw.com
Amy E. Hayden (CA SBN 287026)
ahayden@raklaw.com
Christian W. Conkle (CA SBN 306374)
cconkle@raklaw.com
Jonathan Ma (CA SBN 312773)
jma@raklaw.com
**RUSS AUGUST & KABAT**
12424 Wilshire Boulevard, 12th Floor
Los Angeles, CA 90025
Telephone: (310) 826-7474

*Attorneys for Plaintiff VirtaMove, Corp.*

2