| Attorney or Party without Attorney: <br> Reza Mirzaie (SBN 246953) <br> RUSS AUGUST & KABAT <br> 12424 Wilshire Boulevard, 12th Floor <br> Los Angeles, CA 90025 | | For Court Use Only |
|---|---|---|
| *Telephone No:* 310-826-7474 | | |
| *Attorney For:* Plaintiff | *Ref. No. or File No.:* <br> 4874-002B | |

| *Insert name of Court, and Judicial District and Branch Court:* <br> UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF TEXAS |
|---|
| *Plaintiff:* VIRTAMOVE, CORP. <br> *Defendant:* GOOGLE LLC |

| **PROOF OF SERVICE** | Hearing Date: | Time: | Dept/Div: | Case Number: <br> 7:24-cv-00033-DC |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons in a Civil Action; Complaint; Civil Cover Sheet; Notice of Related Case; Plaintiff's Corporate Disclosure Statement; Report on the Filing or Determination of an Action Regarding a Patent or Trademark

3. a. Party served: GOOGLE LLC
   b. Person served: Koy Saechao, authorized to accept for CSC Lawyers Incorporating Service, Agent for Service of Process
   *Served under F.R.C.P. Rule 4.*

4. Address where the party was served: 2710 Gateway Oaks Drive, Suite 150N, Sacramento, CA 95833

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Fri, Feb 02 2024 (2) at: 11:03 AM

6. **Person Who Served Papers:**
   a. Michael Morris (2012-33, Sacramento)
   **b. FIRST LEGAL**
     1517 W. Beverly Blvd.
     LOS ANGELES, CA 90026
   c. (213) 250-1111

   d. **The Fee** for Service was: $210.53

7. **I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.**

02/02/2024
(Date)

(Signature)



PROOF OF SERVICE

10357045
(5602797)