AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Western District of Texas

| | | |
|---|---|---|
| VIRTAMOVE, CORP., | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.   7:24-CV-0033-DC-DTG |
| GOOGLE LLC | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Google LLC                                                                                          .

Date:      02/12/2024

*/s/ Katharine L. Carmona*
*Attorney's signature*

Katharine L. Carmona
*Printed name and bar number*

TX State Bar No. 00787399
Jackson Walker LLP
100 Congress Ave. Suite 1100
Austin, Texas 78701
*Address*

kcarmona@jw.com
*E-mail address*

(512) 236-2262
*Telephone number*

(512) 236-2002
*FAX number*