AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

| VIRTAMOVE, CORP., | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 7:24-CV-0033-DC-DTG |
| GOOGLE LLC | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Google LLC.

Date: 02/12/2024

*/s/ Erica Benites Giese*
*Attorney's signature*

Erica Benites Giese
*Printed name and bar number*
TX State Bar No. 24036212
Jackson Walker LLP
1900 Broadway, Suite 1200
San Antonio, Texas 78215

*Address*

egiese@jw.com
*E-mail address*

(210) 978-7700
*Telephone number*

(210) 978-7790
*FAX number*