IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND DIVISION

| | |
|---|---|
| **VIRTAMOVE, CORP.,**<br><br>Plaintiff,<br><br>v.<br><br>**GOOGLE LLC**<br><br>Defendant. | **CIVIL ACTION NO 7:24-CV-0033-DC-DTG**<br><br>JURY TRIAL DEMANDED |

**ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION
OF TIME TO RESPOND TO COMPLAINT**

Before the Court is Defendant Google LLC's Unopposed Motion for Extension of Time to Respond to Complaint. Having reviewed the motion, the Court is of the opinion that the motion is well taken and should be GRANTED. Accordingly, the Court GRANTS Defendant Google LLC's Unopposed Motion for Extension of Time to Respond to Plaintiff's Complaint.

Defendant Google LLC shall have up to and including April 23, 2024 to respond to Plaintiff's Complaint.

Signed this _____ day of February, 2024.

_____
DEREK T. GILLILAND
UNITED STATES MAGISTRATE JUDGE