IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION

| | |
|---|---|
| **VIRTAMOVE, CORP.,**<br><br>   Plaintiff,<br><br>   v.<br><br>**GOOGLE LLC**<br><br>   Defendant. | **CIVIL ACTION NO 7:24-CV-0033-DC-DTG**<br><br>JURY TRIAL DEMANDED |

**UNOPPOSED MOTION FOR EXTENSION
OF TIME TO RESPOND TO COMPLAINT**

Defendant Google LLC respectfully moves this Court to extend the date by which to answer, plead or otherwise respond to Plaintiff's Complaint ("Complaint"). Defendant was served on February 2, 2024, making its response due Friday, February 23, 2024.

Defendant respectfully requests that the deadline to answer or otherwise respond to the Complaint be extended by sixty (60) days to April 23, 2024. Defendant has good cause to make this request because counsel for Google LLC needs additional time to adequately research the allegations and respond to the Complaint. Plaintiff is not opposed to the Motion.

Defendant does not seek delay in the case and submits this request so that justice may be done.

Date: February 12, 2024

                                      Respectfully submitted,

                                      **JACKSON WALKER L.L.P.**

By: */s/ Katharine L. Carmona*
      Katharine Lee Carmona
      Texas State Bar No. 00787399
      kcarmona@jw.com
      100 Congress Avenue, Suite 1100
      Austin, Texas 78701
      (512) 236-2000
      (512) 236-2002 (facsimile)

      Erica Benites Giese
      Texas State Bar No. 24036212
      egiese@jw.com
      1900 Broadway, Suite 1200
      San Antonio, Texas 78215
      (210) 978-7700
      (210) 978-7790 (facsimile)

      Nathaniel St. Clair, II
      Texas State Bar No. 24071564
      nstclair@jw.com
      2323 Ross Avenue, Suite 600
      Dallas, Texas 75201
      (214) 953-6000
      (214) 953-5822 (facsimile)

## **CERTIFICATE OF CONFERENCE**

I certify that, as recited, Jackson Walker L.L.P. counsel conferred by electronic mail with opposing counsel on February 6 and February 9, 2024 concerning this Motion, to which opposing counsel responded on February 9, 2024 that Plaintiff was not opposed to the request for additional time.

                                      */s/ Katharine L. Carmona*
                                      Katharine Lee Carmona

**CERTIFICATE OF SERVICE**

I hereby certify that on February 12, 2024, a true and correct copy of the foregoing document was served electronically, via ECF, on all counsel of record who are deemed to have consented to such service under the Court's local rules.

*/s/ Katharine L. Carmona*
Katharine Lee Carmona