AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

| VIRTAMOVE, CORP. | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 7:24-CV-0033-DC-DTG |
| GOOGLE LLC | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

VIRTAMOVE, CORP.

Date: 04/16/2024

/s/ Qi (Peter) Tong
*Attorney's signature*

Qi (Peter) Tong, TX SBN 24119042
*Printed name and bar number*

Russ August & Kabat
4925 Greenville Ave., Suite 200
Dallas, TX 75206
*Address*

ptong@raklaw.com
*E-mail address*

(310) 826-7474
*Telephone number*

(310) 826-6991
*FAX number*