IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION

| | |
|---|---|
| VIRTAMOVE, CORP., <br><br> *Plaintiff*, <br><br> v. <br><br> GOOGLE LLC, <br><br> *Defendants*. | Case No. 7:24-cv-0033-DC-DTG <br><br> **JURY TRIAL DEMANDED** |

### NOTICE OF APPEARANCE OF DEEPA ACHARYA FOR DEFENDANT GOOGLE LLC

Please take notice that the following attorney is entering an appearance for Defendant Google LLC, in the above numbered and entitled cause, and hereby requests that all future pleadings and other papers filed under Fed. R. Civ. P. 5 be served on them at the below address and contact information:

**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
1300 I Street NW, Suite 900
Washington, D.C. 20005
Tel: 202-538-8000
Fax: 202-538-8100
deepaacharya@quinnemanuel.com

DATED:  April 23, 2024                    Respectfully submitted,


                                            By*/s/ Deepa Acharya*

                                               Deepa Acharya
                                               D.C. Bar No. 996412 (admitted in WDTX)
                                               deepaacharya@quinnemanuel.com
                                               **QUINN EMANUEL URQUHART & SULLIVAN, LLP**
                                               1300 I Street NW, Suite 900
                                               Washington, D.C. 20005
                                               Tel: 202-538-8000
                                               Fax: 202-538-8100


                                               ***ATTORNEY FOR DEFENDANTS***

## CERTIFICATE OF SERVICE

A true and correct copy of the foregoing instrument was served or delivered electronically via U.S. District Court [LIVE]- Document Filing System, to all counsel of record, on April 23, 2024.

                                              */s/ Deepa Acharya*
                                              Deepa Acharya