UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
MIDLAND DIVISION

VIRTAMOVE, CORP.

vs.    Case No.: 7:24-cv-0033-DC-DTG

GOOGLE LLC

# ORDER

BE IT REMEMBERED on this day, there was presented to the Court the Motion for Admission Pro Hac Vice filed by David A. Perlson, counsel for GOOGLE LLC, and the Court, having reviewed the motion, enters the following order:

IT IS ORDERED that the Motion for Admission Pro Hac Vice is GRANTED, and David A. Perlson may appear on behalf of GOOGLE LLC in the above case.

IT IS FURTHER ORDERED that David A. Perlson, if he/she has not already done so, shall immediately tender the amount of $100.00, made payable to: **Clerk, U.S. District Court**, in compliance with Local Court Rule AT-l(f)(2).

SIGNED this the _____ day of April, 20_____.

DEREK T. GILLILAND
UNITED STATES MAGISTRATE JUDGE