# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# MIDLAND/ODESSA DIVISION

| | |
|---|---|
| VIRTAMOVE, CORP., <br><br> Plaintiff, <br><br> v. <br><br> GOOGLE LLC, <br><br> Defendant. | Civil Action No. 7:24-cv-00033-DC-DTG |

## FINANCIAL INTEREST DISCLOSURE STATEMENT OF GOOGLE LLC

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Google LLC, by and through its undersigned counsel, discloses the following:

Google LLC is a subsidiary of XXVI Holdings Inc., which is a subsidiary of Alphabet Inc., a publicly traded company; no publicly traded company holds more than 10% of Alphabet Inc.'s stock.

| | |
|---|---|
| Dated: April 23, 2024 | */s/ David A. Perlson*<br>David A. Perlson (*pro hac vice pending*)<br>davidperlson@quinnemanuel.com<br>Quinn Emanuel Urquhart & Sullivan, LLP<br>50 California Street, 22nd Floor<br>San Francisco, California 94111-4788<br>Telephone: (415) 875 6600<br>Fax: (415) 875 6700<br><br>Deepa Acharya<br>deepaacharya@quinnemanuel.com<br>1300 I Street NW, Suite 900<br>Quinn Emanuel Urquhart & Sullivan, LLP<br>Washington, District of Columbia 20005-3314<br>Telephone: (202) 538 8000<br>Fax: (202) 538 8100<br><br>*/s/ Katharine L. Carmona*<br>Katharine Lee Carmona<br>Texas State Bar No. 00787399<br>kcarmona@jw.com<br>Jackson Walker L.L.P.<br>100 Congress Avenue, Suite 1100<br>Austin, Texas 78701<br>(512) 236-2000<br>(512) 236-2002 (facsimile)<br><br>Erica Benites Giese<br>Texas State Bar No. 24036212<br>egiese@jw.com<br>1900 Broadway, Suite 1200<br>San Antonio, Texas 78215<br>(210) 978-7700<br>(210) 978-7790 (facsimile)<br><br>Nathaniel St. Clair, II<br>Texas State Bar No. 24071564<br>nstclair@jw.com<br>2323 Ross Avenue, Suite 600<br>Dallas, Texas 75201<br>(214) 953-6000<br>(214) 953-5822 (facsimile)<br><br>*Counsel for Defendant Google LLC* |

3

## CERTIFICATE OF SERVICE

Pursuant to the Federal Rules of Civil Procedure and Local Rule CV-5, I hereby certify that, on April 23, 2024, I electronically filed the foregoing document using the CM/ECF system which will send notification of such filing to counsel for all parties of record.

| Dated: April 23, 2024 | */s/ Katharine L. Carmona*<br>Katharine Lee Carmona |
|---|---|

40026588v.1