# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# MIDLAND/ODESSA DIVISION

| | |
|---|---|
| VIRTAMOVE, CORP., <br><br> Plaintiff, <br><br> v. <br><br> GOOGLE LLC, <br><br> Defendant. | Case No. 7:24-cv-00033-DC-DTG <br><br> **JURY TRIAL DEMANDED** |

### UNOPPOSED MOTION FOR EXTENSION OF TIME
### TO RESPOND TO DEFENDANT'S MOTION TO DISMISS

Plaintiff VirtaMove, Corp. ("Plaintiff") respectfully moves for a two-week extension of time for Plaintiff to file its response to Defendant Google LLC's ("Defendant") Motion to Dismiss (Dkt. 21).

Plaintiff's deadline to respond to the Motion is currently May 7, 2024 and, with this two-week extension, the deadline would be May 21, 2024. Defendant's deadline to reply in support of the Motion is currently due on May 14, 2024 and, with the granting of this Motion, the deadline would be May 28, 2024. These extensions are not being sought for purposes of delay, but rather to ensure the parties and their counsel have adequate time to address the issues raised in Defendant's Motion.

Counsel for the parties have conferred and all parties stipulate to this extension. Accordingly, Plaintiff requests that the Court grant the motion and enter the attached proposed Order.

1

Dated: April 24, 2024               Respectfully submitted,

                                    By: */s/ Reza Mirzaie*

                                    Reza Mirzaie (CA SBN 246953)
                                    rmirzaie@raklaw.com
                                    Marc A. Fenster (CA SBN 181067)
                                    mfenster@raklaw.com
                                    Neil A. Rubin (CA SBN 250761)
                                    nrubin@raklaw.com
                                    James A. Milkey (CA SBN 281283)
                                    jmilkey@raklaw.com
                                    Amy E. Hayden (CA SBN 287026)
                                    ahayden@raklaw.com
                                    Jacob Buczko (CA SBN 269408)
                                    jbuczko@raklaw.com
                                    James Tsuei (CA SBN 285530)
                                    jtsuei@raklaw.com
                                    Christian W. Conkle (CA SBN 306374)
                                    cconkle@raklaw.com
                                    Jonathan Ma (CA SBN 312773)
                                    jma@raklaw.com
                                    Daniel B. Kolko (CA SBN 341680)
                                    dkolko@raklaw.com
                                    **RUSS AUGUST & KABAT**
                                    12424 Wilshire Boulevard, 12th Floor
                                    Los Angeles, CA 90025
                                    Telephone: (310) 826-7474

                                    Qi (Peter) Tong (TX SBN 24119042)
                                    **RUSS AUGUST & KABAT**
                                    4925 Greenville Ave., Suite 200
                                    Dallas, TX 75206
                                    Telephone: (310) 826-7474

                                    *Attorneys for Plaintiff VirtaMove, Corp.*

## **CERTIFICATE OF SERVICE**

I certify that on April 24, 2024, a true and correct copy of the foregoing document was electronically filed with the Court and served on all parties of record via the Court's CM/ECF system.

                                                          */s/ Reza Mirzaie*
                                                          Reza Mirzaie

## **CERTIFICATE OF CONFERENCE**

I certify that counsel for VirtaMove conferred with counsel for Google regarding the subject of this motion, and this motion is agreed.

                                                          */s/ Reza Mirzaie*
                                                          Reza Mirzaie