**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION**

| | |
|---|---|
| VIRTAMOVE, CORP., <br><br> Plaintiff, <br><br> v. <br><br> GOOGLE LLC, <br><br> Defendant. | Case No. 7:24-cv-00033-DC-DTG <br><br> **JURY TRIAL DEMANDED** |

**ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION OF TIME
TO RESPOND TO DEFENDANT'S MOTION TO DISMISS**

On this date the Court considered the Unopposed Motion for Extension of Time to Respond to Defendant's Motion to Dismiss (Dkt. 21), filed by Plaintiff VirtaMove Corp. ("Plaintiff" or "VirtaMove"). Based on the motion and the grounds set forth therein, and the agreement of the Parties, the Court finds that good cause has been established and the Unopposed Motion for Extension of Time should be granted.

**THEREFORE, IT IS HEREBY ORDERED** that Plaintiff's time to respond to the Motion shall be extended by two weeks, from May 7, 2024 to May 21, 2024.

**THEREFORE, IT IS HEREBY ORDERED** that Defendant's time to reply in support of the Motion shall be extended from May 14, 2024 to May 28, 2024.

**IT IS SO ORDERED.**