UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
MIDLAND-ODESSA DIVISION

| | | |
|---|---|---|
| VIRTAMOVE, CORP. | § | |
| | § | CIVIL NO: |
| vs. | § | MO:24-CV-00033-DC |
| | § | |
| GOOGLE LLC | § | |

## ORDER RESETTING FINAL PRETRIAL HEARING

IT IS HEREBY ORDERED that the above entitled and numbered case is reset for **FINAL PRETRIAL HEARING** in Courtroom 3, on the Third floor of the United States Courthouse, 200 E. Wall, Midland, TX, on **Friday, January 16, 2026 at 01:30 PM**.

IT IS SO ORDERED this 18th day of June, 2024.

_____
DAVID COUNTS
UNITED STATES DISTRICT JUDGE