# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# MIDLAND/ODESSA DIVISION

| | |
|---|---|
| **VIRTAMOVE, CORP.,**<br><br>　Plaintiff,<br><br>　v.<br><br>**GOOGLE LLC**<br><br>　Defendant. | **CIVIL ACTION NO 7:24-CV-0033-DC-DTG**<br><br>JURY TRIAL DEMANDED |

## ORDER GRANTING MOTION TO EXTEND DEADLINE FOR VENUE OR JURISDICTIONAL MOTION

Before the Court is Defendant Google LLC's Motion to Extend Deadline for Venue or Jurisdictional Motion. Having reviewed the motion, the Court is of the opinion that the motion is well taken and should be GRANTED. Accordingly, the Court GRANTS Defendant Google LLC's Motion to Extend Deadline for Venue or Jurisdictional Motion.

Defendant Google LLC shall have up to and including July 24, 2024 for any venue or jurisdictional motion to be filed.

Signed this _____ day of _____, 2024.

_____
DEREK T. GILLILAND
UNITED STATES MAGISTRATE JUDGE

40794874v.1