UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION

| | |
|---|---|
| VIRTAMOVE, CORP., <br><br> Plaintiff, <br><br> v. <br><br> GOOGLE LLC, <br><br> Defendant. | Civil Action No. 7:24-cv-00033-DC-DTG |

**NOTICE OF SUPPLEMENTAL INFORMATION REGARDING MOTION TO EXTEND DEADLINE FOR VENUE OR JURISDICTIONAL MOTION**

As noted in Google's June 24 Motion to Extend Deadline for Venue or Jurisdictional Motion (Dkt. 38), Plaintiff VirtaMove's Complaint and Amended Complaint only identify Google's Migrate to Containers as the "Accused Product." VirtaMove, however, indicated it intended to add additional products beyond Migrate to Containers in its preliminary infringement contentions, due on the same day as the current June 25 deadline for any venue or jurisdictional motion without good cause. Dkt 38, 1-2. In fact, on June 25, VirtaMove did add two new accused products, Google Cloud Run and Google Kubernetes Engine, in its preliminary infringement contentions. Ex. 1 at 2. VirtaMove's addition of Google Cloud Run and Google Kubernetes Engine (GKE) as accused products further demonstrates Google's Motion, which seeks a four week extension to July 24 of the deadline for any venue or jurisdictional motion without good cause, should be granted. As noted in Google's Motion, such an extension is consistent with this deadline in the Waco OGP.

Dated:  June 28, 2024

*/s/ David A. Perlson*
David A. Perlson (*pro hac vice pending*)
davidperlson@quinnemanuel.com
Quinn Emanuel Urquhart & Sullivan, LLP
50 California Street, 22nd Floor
San Francisco, California 94111-4788
Telephone:  (415) 875-6600
Fax:  (415) 875-6700

Deepa Acharya
deepaacharya@quinnemanuel.com
1300 I Street NW, Suite 900
Quinn Emanuel Urquhart & Sullivan, LLP
Washington, District of Columbia 20005-3314
Telephone:  (202) 538-8000
Fax:  (202) 538-8100


*/s/ Katharine L. Carmona*
Katharine Lee Carmona
Texas State Bar No. 00787399
kcarmona@jw.com
Jackson Walker L.L.P.
100 Congress Avenue, Suite 1100
Austin, Texas 78701
(512) 236-2000
(512) 236-2002 (facsimile)

Erica Benites Giese
Texas State Bar No.  24036212
egiese@jw.com
1900 Broadway, Suite 1200
San Antonio, Texas 78215
(210) 978-7700
(210) 978-7790 (facsimile)

Nathaniel St. Clair, II
Texas State Bar No. 24071564
nstclair@jw.com
2323 Ross Avenue, Suite 600
Dallas, Texas 75201
(214) 953-6000
(214) 953-5822 (facsimile)

*Counsel for Defendant Google LLC*

-2-

-3-

## CERTIFICATE OF SERVICE

Pursuant to the Federal Rules of Civil Procedure and Local Rule CV-5, I hereby certify that, on June 28, 2024, I electronically filed the foregoing document using the CM/ECF system which will send notification of such filing to counsel for all parties of record.

Dated:  June 28, 2024                    */s/ Katharine L. Carmona*
                                                     Katharine Lee Carmona