IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION

| | |
|---|---|
| VIRTAMOVE, CORP.,<br><br>           Plaintiff,<br><br>v.<br><br>GOOGLE LLC,<br><br>           Defendant. | Case No. 7:24-cv-00033-DC-DTG<br><br>**JURY TRIAL DEMANDED** |

**ORDER DENYING GOOGLE'S MOTION TO EXTEND
DEADLINE FOR VENUE OR JURISDICITONAL MOTION**

Before the Court is Google's Motion to Extend Deadline for Venue or Jurisdictional Motion. Dkt. 38. Having considered Google's motion, the related briefing, and the evidence of record, the Court is of the opinion that Google does not have good cause to file its transfer motion late.

**IT IS HEREBY ORDERED** that Google's Motion to Extend Deadline for Venue or Jurisdictional Motion is **DENIED WITH PREJUDICE**.