# Exhibit 2

US009231933B1

(12) **United States Patent**
**Shenoy et al.**

(10) **Patent No.: US 9,231,933 B1**
(45) **Date of Patent: Jan. 5, 2016**

(54) **PROVIDING APPLICATION PROGRAMS WITH ACCESS TO SECURED RESOURCES**

(71) Applicant: **Google Inc.**, Mountain View, CA (US)

(72) Inventors: **Vittaldas Sachin Shenoy**, Calicut (IN); **Pankaj Risbood**, Bangalore (IN); **Vivek Sahasranaman**, Bangalore (IN); **Christoph Kern**, Bainbridge Island, WA (US); **Evan K. Anderson**, Seattle, WA (US)

(73) Assignee: **Google Inc.**, Mountain View, CA (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

(21) Appl. No.: **14/021,261**

(22) Filed: **Sep. 9, 2013**

**Related U.S. Application Data**

(63) Continuation of application No. 13/094,385, filed on Apr. 26, 2011, now Pat. No. 8,533,796.

(60) Provisional application No. 61/453,414, filed on Mar. 16, 2011.

(51) **Int. Cl.**
***G06F 7/04*** (2006.01)
***H04L 29/06*** (2006.01)
(Continued)

(52) **U.S. Cl.**
CPC ................ ***H04L 63/08*** (2013.01); *G06F 21/31* (2013.01); *G06F 21/6218* (2013.01); *H04L 9/3226* (2013.01)

(58) **Field of Classification Search**
CPC ... H04L 63/08; H04L 9/3226; G06F 21/6218; G06F 21/31
USPC .............................. 726/9, 4, 5; 713/165, 168
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

5,463,768 A 10/1995 Cudihy et al.
5,655,081 A 8/1997 Bonnell et al.
(Continued)

FOREIGN PATENT DOCUMENTS

EP 1 130 845 A2 9/2001
EP 1 253 766 B1 12/2005
WO WO 2011/095516 8/2011

OTHER PUBLICATIONS

Hyun, Ahn Ji, Authorized Officer for Korean Intellectual Property Office, International Search Report and Written Opinion for PCT/US2012/021846, International Search Report completed May 25, 2012, 8 pages.
(Continued)

*Primary Examiner* — Aravind Moorthy
(74) *Attorney, Agent, or Firm* — Fish & Richardson P.C.

(57) **ABSTRACT**

In general, the subject matter described in this specification can be embodied in methods, systems, and program products for providing access to secured resources. A token providing system stores a primary authentication token that is used to obtain temporary authentication tokens. The token providing system provides, to application programs that are unable to access the primary authentication token, the temporary authentication tokens. The token providing system receives, from a first application program of the application programs, a first request to obtain a first temporary authentication token. The first request does not include the primary authentication token. The token providing system transmits a second request to obtain the first temporary authentication token. The second request includes the primary authentication token. The token providing system receives the first temporary authentication token. The token providing system provides the first temporary authentication token for use by the first application program.

**20 Claims, 6 Drawing Sheets**



(51) **Int. Cl.**
***H04L 9/32*** (2006.01)
*G06F 21/62* (2013.01)
*G06F 21/31* (2013.01)

(56) **References Cited**

U.S. PATENT DOCUMENTS

5,778,444 A 7/1998 Langan et al.
5,794,224 A 8/1998 Yufik
6,148,368 A 11/2000 DeKoning
6,178,482 B1 1/2001 Sollars
6,449,671 B1 9/2002 Patkar et al.
6,505,211 B1 1/2003 Dessloch et al.
6,505,248 B1 1/2003 Casper et al.
6,587,866 B1 7/2003 Modi et al.
6,598,179 B1 7/2003 Chirashnya et al.
6,643,613 B2 11/2003 McGee et al.
6,829,678 B1 12/2004 Sawdon et al.
6,891,839 B2 5/2005 Albert et al.
6,898,697 B1 5/2005 Gao et al.
6,996,502 B2 2/2006 De La Cruz et al.
7,062,718 B2 6/2006 Kodosky et al.
7,117,243 B2 10/2006 Peart
7,466,703 B1 12/2008 Arunachalam et al.
7,478,388 B1 1/2009 Chen et al.
7,529,836 B1 5/2009 Bolen et al.
7,584,467 B2 9/2009 Wickham et al.
7,596,620 B1 9/2009 Colton et al.
7,650,331 B1 1/2010 Dean et al.
7,653,833 B1 1/2010 Miller et al.
7,761,573 B2 7/2010 Travostino et al.
7,804,862 B1 9/2010 Olson et al.
7,836,285 B2 11/2010 Giri et al.
8,051,414 B2 11/2011 Stender et al.
8,103,771 B2 1/2012 Tanaka et al.
8,146,147 B2 3/2012 Litvin et al.
8,261,295 B1 9/2012 Risbood et al.
8,276,140 B1 9/2012 Beda et al.
8,296,459 B1 10/2012 Brandwine et al.
8,407,687 B2 3/2013 Moshir et al.
8,423,993 B2 4/2013 Faus et al.
8,484,353 B1 7/2013 Johnson et al.
8,504,844 B2 8/2013 Browning
8,533,796 B1 9/2013 Shenoy et al.
2002/0091902 A1 7/2002 Hirofuji
2002/0097747 A1 7/2002 Kirkby
2004/0139368 A1 7/2004 Austen et al.
2004/0148484 A1 7/2004 Watanabe et al.
2004/0210653 A1 10/2004 Kanoor et al.
2005/0010715 A1 1/2005 Davies et al.
2005/0166011 A1 7/2005 Burnett et al.
2005/0196030 A1 9/2005 Schofield et al.
2005/0216659 A1 9/2005 Ogawa et al.
2005/0237543 A1 10/2005 Kikuchi
2005/0289499 A1 12/2005 Ogawa et al.
2006/0026354 A1 2/2006 Lesot et al.
2006/0048077 A1 3/2006 Boyles
2006/0048130 A1 3/2006 Napier et al.
2006/0059228 A1 3/2006 Kasamsetty et al.
2006/0067236 A1 3/2006 Gupta
2006/0075199 A1 4/2006 Kallahalla et al.
2006/0098618 A1 5/2006 Bouffioux
2006/0136676 A1 6/2006 Park et al.
2006/0153099 A1 7/2006 Feldman
2006/0161753 A1 7/2006 Aschoff et al.
2006/0271547 A1 11/2006 Chen et al.
2007/0011361 A1 1/2007 Okada et al.
2007/0112956 A1 5/2007 Chapman et al.
2007/0118694 A1 5/2007 Watanabe et al.
2007/0123276 A1 5/2007 Parker et al.
2007/0177198 A1 8/2007 Miyata
2007/0199058 A1 8/2007 Baumgart et al.
2007/0271604 A1 11/2007 Webster et al.
2007/0280243 A1 12/2007 Wray et al.
2007/0288921 A1 12/2007 King et al.
2008/0028389 A1 1/2008 Genty et al.
2008/0086515 A1 4/2008 Bai et al.
2008/0095176 A1 4/2008 Ong et al.
2008/0107112 A1 5/2008 Kuo et al.
2008/0205415 A1 8/2008 Morales
2008/0208681 A1 8/2008 Hammad et al.
2008/0215796 A1 9/2008 Lam et al.
2008/0222246 A1 9/2008 Ebling et al.
2008/0222375 A1 9/2008 Kotsovinos et al.
2008/0244030 A1 10/2008 Leitheiser
2008/0244471 A1 10/2008 Killian et al.
2008/0250407 A1 10/2008 Dadhia et al.
2008/0270704 A1 10/2008 He et al.
2008/0304516 A1 12/2008 Feng et al.
2008/0307258 A1 12/2008 Challenger et al.
2008/0313241 A1 12/2008 Li et al.
2008/0319996 A1* 12/2008 Cook ................................ 707/8
2009/0097657 A1 4/2009 Schiedt et al.
2009/0150629 A1 6/2009 Noguchi et al.
2009/0199177 A1 8/2009 Edwards et al.
2009/0222815 A1 9/2009 Dake
2009/0241108 A1 9/2009 Edwards et al.
2009/0249440 A1 10/2009 Platt et al.
2009/0276771 A1 11/2009 Nickolov et al.
2009/0282266 A1 11/2009 Fries et al.
2009/0300605 A1 12/2009 Edwards et al.
2009/0310554 A1 12/2009 Sun et al.
2010/0023582 A1 1/2010 Pedersen et al.
2010/0046426 A1 2/2010 Shenoy et al.
2010/0057913 A1 3/2010 DeHaan
2010/0071035 A1 3/2010 Budko et al.
2010/0088335 A1 4/2010 Mimatsu
2010/0095000 A1 4/2010 Kettler et al.
2010/0199089 A1 8/2010 Vysogorets et al.
2010/0212004 A1* 8/2010 Fu .................................... 726/9
2010/0215050 A1 8/2010 Kanada
2010/0217927 A1 8/2010 Song
2010/0235649 A1 9/2010 Jeffries et al.
2010/0274984 A1 10/2010 Inomata et al.
2010/0287548 A1 11/2010 Zhou et al.
2010/0293285 A1 11/2010 Oishi et al.
2010/0303241 A1 12/2010 Breyel
2011/0010483 A1 1/2011 Liljeberg
2011/0022812 A1 1/2011 van der Linden et al.
2011/0078363 A1 3/2011 Yeh et al.
2011/0085563 A1 4/2011 Kotha et al.
2011/0103389 A1 5/2011 Kidambi et al.
2011/0153697 A1 6/2011 Nickolov et al.
2011/0153838 A1 6/2011 Belkine et al.
2011/0191485 A1 8/2011 Umbehocker
2011/0191768 A1 8/2011 Smith
2011/0231280 A1 9/2011 Farah
2011/0246767 A1 10/2011 Chatuvedi et al.
2011/0258441 A1 10/2011 Ashok et al.
2011/0296157 A1 12/2011 Konetski et al.
2011/0302400 A1 12/2011 Maino et al.
2011/0302415 A1 12/2011 Ahmad et al.
2012/0060018 A1 3/2012 Shinde et al.
2012/0063458 A1 3/2012 Klink et al.
2012/0089981 A1 4/2012 Tripathi et al.
2012/0159634 A1 6/2012 Haikney et al.
2012/0173866 A1 7/2012 Ashok et al.
2012/0179796 A1 7/2012 Nagaraj et al.
2012/0185688 A1 7/2012 Thornton
2012/0191912 A1 7/2012 Kadatch et al.
2012/0246637 A1 9/2012 Kreeger et al.
2012/0266159 A1 10/2012 Risbood et al.
2013/0074181 A1 3/2013 Singh
2013/0081014 A1 3/2013 Kadatch et al.
2013/0117801 A1 5/2013 Shieh et al.
2013/0212709 A1 8/2013 Tucker
2013/0227303 A1 8/2013 Kadatch et al.
2013/0262405 A1 10/2013 Kadatch et al.

OTHER PUBLICATIONS

Na, Lee Da, Authorized Officer for Korean Intellectual Property Office, International Search Report and Written Opinion for PCT/US2012/020954, International Search Report completed Aug. 23, 2012, 10 pages.

(56) **References Cited**

OTHER PUBLICATIONS

Alpern, B., “The Jalapeno virtual machine,” IBM Systems Journal, Jan. 2000, vol. 39, Issue 1, pp. 211-238.

Bok, Jin Yo, Authorized Officer for Korean Intellectual Property Office, International Search Report and Written Opinion for PCT/US2012/029210, International Search Report completed Oct. 10, 2012, 2 pages.

Anonymous, Storage I/O Control Technical Overview and Consideration for Deployment VMware vSphere™ 4.1, Jan. 1, 2010, XP05504491, retrieved from the internet: URL: http://www.vmware.com/fled/pdf/techpaper/WMW-vSphere41-SIOC.pdf; [retrieved on Nov. 21, 2012], the entire document.

Cabellos et al., LISPmob: Mobile Networking through LISP, Apr. 2, 2012, 8 pages.

Steinmetz, Christof, Authorized Office for European Patent Office, International Search Report and Written Opinion for PCT/US2013/034140, completed Jun. 25, 2013, 21 pages.

Hehn, Eva, Authorized Office for European Patent Office, International Search Report and Written Opinion for PCT/US2013/027456, completed Jun. 24 2013,11 pages.

Eng, Lili, Australian Government, IP Australia, Examiner’s First Report for 2012200562, dated Jun. 4, 2012, 2 pages.

Moller, Jan, et al., “Internal Network Security”, Feb. 1, 2000-May 18, 2001, Retrieved from the Internet: <URL: http://www.daimi.au.dk/~fwiffo/thesis/>, 183 pages.

Primet, Pascale, et al.., “HIPCAL: State of the Art of OS and Network virtualization solutions for Grids”, Sep. 14, 2007, 38 pages.

Abdull, AlastairIrvine, et al. “Generic Routing Encapsulation”, [online] [retrieved on Jan. 4, 2011]. Retrieved from the Internet: <URL: http:/ / creativecommons. org/ licenses/ by-sa/ 3.0/>, 5 pages.

Farinacci et al., “RFC 2784: Generic Routing Encapsulation (GRE)”, Mar. 2000, The Internet Society, 10 pages.

Kent et al., “RFC 4301: Security Architecture for the Internet Protocol”, Dec. 2005, The Internet Society, 102 pages.

Wikipedia, “Domain Name System” [online]; Feb. 4, 2012; [Retrieved on Feb. 4, 2012]. Retrieved from the Internet: <URL: http://en.wikipedia.org/wiki/Domain_Name_System>, 16 pages.

Bucket Explorer. “What is my AWS Access and Secret Key.” [Retrieved Apr. 26, 2011]. Retrieved from the Internet <URL: http://www.bucketexplorer.com/documentation/amazon-s3--what-is-my-aws-access-and-secret-key.html>, 1 page.

Hongkiat. “Amazon S3—The Beginner’s Guide.” [Retrieved on Apr. 26, 2011]. Retrieved from the Internet <URL: http://www.hongkiat.com/blog/amazon-s3-the-beginners-guide/>, 9 pages.

Myerson, Judith. “Creating Applications with Amazon EC2 and S3.” O’ReillyOnLamp.com, May 13, 2008 [Retrieved on Apr. 26, 2011]. Retrieved from the Internet <URL:http://onlamp.com/pub/a/onlamp/2008/05/13/creating-applications-with-amazon-ec2-and-s3.html>, 8 pages.

Wikipedia. “OAuth.” [online], Dec. 12, 2010; [Retrieved on Jan. 20, 2011] Retrieved from the Internet <URL: http://en.wikipedia.org/wiki/OAuth>; 3 pages.

Gowalla. “API Documentation—Oauth.” [Retrieved on Apr. 26, 2011]. Retrieved from the Internet <URL: http://gowalla.com/api/docs/oauth>, 4 pages.

Apache HTTP Server Version 2.0. “Log Files.” [Retrieved on Feb. 15, 2011]. Retrieved from the Internet <URL: http://httpd.apache.org/docs/2.0/logs.html>, 7 pages.

Microsoft Support. “How to view and manage event logs in Event Viewer in Windows XP.” May 7, 2007, version 3.5 [Retrieved on Feb. 15, 2011]. Retrieved from the Internet <URL: http://support.microsoft.com/kb/308427>, 6 pages.

MSDN. “Visual Basic Concepts, Visual Studio 6.0: Centralized Error Handling.” [Retrieved on Feb. 15, 2011]. Retrieved from the Internet <URL: http://msdn.microsoft.com/en-us/library/aa240795(d=printer, v=vs.60).aspx>, 4 pages.

Laitinen, Aapo et al., Network Address Translation [Retrieved on Oct. 10, 2011] Retrieved from the Internet: <URL: http://en.wikipedia.org/wiki/Networkpages_Address_and_Port_Translation>, 11 pages.

Wikipedia., Anycast [Retrieved on Oct. 10, 2011] Retrieved from the Internet: URL<http://en.wikipedia.org/wiki/Anycast>, 5 pages.

VMCI Overview [Retrieved on Jun. 8, 2011] Retrieved from the Internet: <URL: http://pubs.vmware.com/vmci-sdk/VMCI_intro.html>, 3 pages.

VMware vSphere [Retrieved on Jun. 8, 2011] Retrieved from the Internet: <URL: http://www.vmware.com/products/vmotion/overview.html>, 2 pages.

Travostino, Franco, et al., Seamless Live Migration of Virtual Machines over the MAN/WAN, 2006, Elsevier Future Generation Computer Systems 2006, 10 pages.

VMCI Datagram API [Retrieved on Jun. 8, 2011], Retrieved from the Internet: <URL: http://pubs.vmware.com/vmci-sdk/datagram.html>, 1 page.

VMCI Datagram_SendTo [Retrieved on Jun. 8, 2011], Retrieved from the Internet: <URL: http://pubs.vmware.com/vmci-sdk/functions/VMCIDatagram_SendTo.html>, 1 page.

VMCIDs_Lookup [Retrieved on Jun. 8, 2011], Retrieved from the Internet: <URL: http://pubs.vmware.com/vmci-sdk/functions/VMCIDs_Lookup.html>, 2 pages.

Chen, Per M., et al., : “Maximizing Performance in a Striped Disk Array”, 17th Annual International Symposium on Computer Architecture (SIGARCH 1990), 18 pages.

Sarhan, Nabil J., et al., “Caching and Scheduling in NAD-Based Multimedia Servers”; IEEE Computer Society, IEEE Transactions on Parallel and Distributed Systems, vol. 15, No. 10, Oct. 2004; pp. 921-933.

Vazhkudai, Sudharshan S., et al.; “Constructing Collaborative Desktop Storage Caches for Large Scientific Datasets”; ACM Journal Name, vol. V, No. N, Jun. 2006, 34 pages.

OMG, Deployment and Configuration of Component-based Distributed Applications Specification—Version 4.0, OMG, 2006, pp. 1-160.

Cala et al., “Automatic Software Deployment in the Azure Cloud”, IFIP International Federation for Information Processing, 2010, pp. 1-14.

RSA Laboratories, “PKCS #11 v2.20: Cryptographic Token Interface Standard,” Jun. 28, 2004, RSA Security Inc. (407 pages).

Amazon Auto Scaling—Getting Started Guide—API Version Aug. 1, 2010. Amazon Web Services LLC, 2010, 20 pages.

Amazon Auto Scaling—Developer Guide—API Version Aug. 1, 2010. Amazon Web Services LLC, 2011, 62 pages.

Amazon CloudWatch—Developer Guide—API Version Aug. 1, 2010. Amazon Web Services LLC, 2010, 75 pages.

Benincosa. “Ganglia and Nagios, Part 2: Monitor enterprise clusters with Nagios-Install Nagios to effectively monitor a data center; make Ganglia and Nagios work together,” 2009, 20 pages.

‘Nagios’ [online]. “Monitoring Linux/Unix Machines,” 2011, [retrieved on Feb. 3, 2011]. Retrieved from the Internet: URL: <http://nagios.sourceforge.net/docs/3_0/monitoring-linux.html > 1 page.

‘Nagios’ [online]. “Nagios Plugins,” 2011, [retrieved on Feb. 3, 2011]. Retrieved from the Internet: URL: <http://nagios.sourceforge.net/docs/3_0/plugins.html > 2 pages.

‘Zabbix’ [online]. “Zabbix 1.8: The Ultimate Open Source Monitoring Solution,” 2001-2012, [retrieved on Feb. 3, 2011]. Retrieved from the Internet: URL: <http://www.zabbix.com/features.php.> 1 page.

Amazon Elastic Compute Cloud, User Guide, API Version Mar. 1, 2012, pp. 97-103, downloaded from http://docs.amazonwebservices.com/AWSEC2/latest/UserGuide/AESDG-chapter-instancedata.html?r=4276 on Mar. 18, 2012.

Paravirtualization, Wikipedia Article, downloaded from http://en.wikipedia.org/wiki/Paravirtualization on Mar. 18, 2012.

Paravirtualized File Systems, Eric Van Hensbergen, downloaded from http://www.slideshare.net/ericvh/9p-on-kvm on Mar. 18, 2012.

“IPsec”. Creativecommons.org [online]. Creative Commons Attribution—Share Alike 3.0 Unported, Nov. 11, 2010; [Retrieved on Jan. 14, 2011] Retrieved from the Internet: <URL: http://en.wikipedia.org/w/index.php?oldid=396193389>; pp. 1-8.

“Generic Routing Encapsulation”. Creativecommons.org [online]. Creative Commons Attribution—Share Alike 3.0 Unported, Nov. 12,

(56) **References Cited**

OTHER PUBLICATIONS

2010; [Retrieved on Jan. 14, 2011]; Retrieved from the Internet: <URL: http://en.wikipedia.org/w/index.php?oldid=396280384>; pp. 1-5.

Cloud Computing Course, Part 2: Amazon's EC2, Marcel Gagne, Jun. 13, 2011. Retrieved from the Internet: <URL: http://marcelgagne.com/content/cloud-computing-course-part-2-amazons-ec2>, 6 pages.

How To: Getting Started With Amazon EC2, Paul Stamatiou, Apr. 5, 2008. Retrieved from the Internet: <URL:http//paulstamatiou.com/how-to-getting-started-with-amazon-ec2>, 25 pages.

Uploading Personal ssh Keys to Amazon EC2, Eric Hammond, Oct. 14, 2010. Retrieved from the Internet: <URL:http://alestic.com/2010/10/ec2-ssh-keys>, 3 pages.

Key Management in Cloud Datacenters, Security Stackexchange.com, Retrieved from the Internet on Nov. 18, 2011; Retrieved from: <URL:http://security.stackexchange.com/questions/2514/key-management-in-cloud-datacenters>, 2 pages.

Managing Amazon EC2—SSH Login and Protecting Your Instances, Everyday's Findings, Monday, May 18, 2009, Retrieved from the Internet on Nov. 18, 2011; Retrieved from: <URL: http://blog.taggesell.de/index.php?/aarchives/73-Managing-Amazon-EC2., 6 pages.

Using and Managing AWS—Part 6: SSH Key Pairs, Top WordPress, May 26, 2009, Retrieved from the Internet: <URL: http://clouddb.info/2009/05/26/using-and-managing-aws-part-6-ssh-key-pairs>, 5 pages.

Live Migration of Virtual Machines, Clark et al., University of Cambridge Laboratory, Department of Computer Science; University of Copenhagen, Denmark, 2005; 14 pages.

Making Services Easy to Migrate, Debian Administration, System Administration Tips and Resources, Jan. 1, 2005, 5 pages.

L. Gommans, et al., Token-Based Authorization of Connection Oriented Network Resources, 1st International Workshop on Networks for Grid Applications (GridNets 2004), Oct. 29, 2004; 8 pages.

Bucket Explorer. "What is my AWS Access and Secret Key." [Retrieved Apr. 26, 2011]. Retrieved from the Internet <URL: http://www.bucketexplorer.com/documentation/amazon-s3--what-is-my-aws-access-and-secret-key.html> (1 page).

Gowalla. "API Documentation—Oauth." [Retrieved on Apr. 26, 2011]. Retrieved from the Internet <URL: http://gowalla.com/api/docs/oauth> (4 pages).

Hongkiat. "Amazon S3—The Beginner's Guide." [Retrieved on Apr. 26, 2011]. Retrieved from the Internet <URL: http://www.hongkiat.com/blog/amazon-s3-the-beginners-guide/> (9 pages).

Mverson, Judith. "Creating Applications with Amazon EC2 and S3." O'ReillyOnLamp.com, May 13, 2008 [Retrieved on Apr. 26, 2011]. Retrieved from the Internet <URL: http://onlamp.com/pub/a/onlamp/2008/05/13/creating-applications-with-amazon-ec2-and-s3.html> (8 pages).

Wikipedia. "OAuth." [Retrieved on Jan. 20, 2011]. Retrieved from the Internet <URL: http://en.wikipedia.org/wiki/OAuth> (3 pages).

* cited by examiner



100
Guest Applications
Guest OS
Virtual Hardware
110c
110
110b
110a
112c
112
112b
112a
114c
114
114b
114a
Host OS
COM
User Process Space
Kernel
Kernel Process Space
106
106a
106b
106d
108
108a
108b
108d
Host Machine
102
104
Internal Network
116
Gateway
120
Internet
122

FIG. 1



Service Provider Authentication System 230
Primary Token Generator 232
Primary Token Data Storage 236
Temporary Token Generator 238
Primary Token Authorizer 240
Scope Authorizer 242
Temporary Token Data Storage 244
P
T
Virtual Machine Container 200
Token Providing System 212
Primary Token 216
Temporary Token Requester 218
Scope Authorizer 220
Virtual Machine 204a
Application 210a
Application 210b
Virtual Operating System 208a
Virtual Hardware 206a
Virtual Machine 204b
Application 210c
Application 210d
Virtual Operating System 208b
Virtual Hardware 206b
R
Service Provider Resource Providing System 250
Token Validator 256
Resource Selector 254
Secured Resources 258

FIG. 2



User
Service Provider System
Authentication System
Token Providing System
Request new Token Providing System
301
Validate user credentials and requested scope
302
Request primary token for requested scope
303
Receive request
304
Return primary token for requested scope
305
Receive primary token
306
Create new Token Providing System
307
Store primary token
308

FIG. 3A



Case 7:24-cv-00033-DC-DTG Document 42-2 Filed 07/02/24 Page 9 of 23

FIG. 3B



460
462
PSTN
464
VoIP
466
Application Store
468
Internet
470
Personal Computer
472
Voice Recognition
474
Social Network
476
Contacts
478
Cloud-Based Applications
480
Mapping Service
482
Turn-by-Turn Directions
484
Stream Media
Streaming Media
486
Micro-Blogging Services
488
Search Engine
490
Server System
440
450
Network
452
410
412
420
416
418a
418b
418c
418d
414
422
11:03 PM
DEL
ALT
SYM
ALT

FIG. 4



500
502
504
506
508
510
512
514
516
520
522
524
550
552
554
556
558
560
562
564
566
568
570
572
574
580
582

FIG. 5

# PROVIDING APPLICATION PROGRAMS WITH ACCESS TO SECURED RESOURCES

## CROSS-REFERENCE TO RELATED APPLICATION

This application claims priority to U.S. application Ser. No. 13/094,385, filed on Apr. 26, 2011, entitled "Providing Application Programs with Access to Secured Resources," which claims priority to U.S. Provisional Application Ser. No. 61/453,414, filed on Mar. 16, 2011, entitled "Providing Application Programs with Access to Secured Resources," the entire contents of which are hereby incorporated by reference.

## TECHNICAL FIELD

This document generally relates to securing resources on a network.

## BACKGROUND

In large-scale computing environments, multiple applications may be executing simultaneously for different users on various server computers, and multiple applications may share a single computer by each using a virtual machine that is distinct from other virtual machines on the computer. Such applications can also access resources or services from other server computers in the large-scale computer system. For example, a user may be running an application for managing various forms of content, and the application may need to access copies of the user's content that are stored and managed by a separate sub-system in the overall system.

In such situation, the services may require that the application program provide authentication credentials (e.g., a username and a password) in order to use the services. The authentication credentials may be accessible to the application program or the virtual machine in order to allow the application program or virtual machine to use the authentication credentials to access the services. In another example, a derivative of the authentication credentials that provides access to a limited scope of the services for an unlimited amount of time may be accessible to the application program or virtual machine. However, if the virtual machine is compromised by a malicious user, the malicious user may obtain the user credentials or the derivative of the user credentials, and thus may be able to access the services for an unlimited amount of time.

## SUMMARY

This document describes techniques, methods, systems, and mechanisms for providing application programs with access to secured resources of a service provider. The application programs may receive access to the secured resources through the use of temporary authorization tokens. The temporary authorization tokens may be provided to the application programs by a token providing system at a computing system that hosts the application programs. The token providing system may receive the temporary authorization tokens from an authentication system at the service provider in response to the token providing system providing the authentication system a primary authentication token for a user account. The primary authentication token may be stored at the token providing system. The primary authentication token may be obtained by a user providing user credentials for

the user account to the authentication system or a service provider that is in communication with the authentication system.

In general, one aspect of the subject matter described in this specification can be embodied in a computer-implemented method for providing access to secured resources. The method includes storing, by a token providing system at a computer, a primary authentication token that an authentication system of a service provider generated in response to receiving authentication credentials for a user account, wherein the primary authentication token can be used to obtain multiple temporary authentication tokens that can be used to access secured resources that the service provider stores in association with the user account, and wherein the token providing system does not have access to the authentication credentials. The method includes receiving, by the token providing system and from a first application program of multiple application programs, a first request to obtain a first temporary authentication token for use in accessing a first portion of the secured resources, wherein the first application program does not have access to the authentication credentials and the first request does not include the primary authentication token. The method includes transmitting, by the token providing system and to the authentication system, a second request to obtain the first temporary authentication token, wherein the second request includes the primary authentication token that was stored by the token providing system. The method includes receiving, by the token providing system and from the authentication system, the first temporary authentication token. The method includes providing, by the token providing system and to the first application program, the first temporary authentication token for use by the first application program in accessing the first portion of the secured resources.

Another aspect of the subject matter described in this specification can be embodied in a computer-implemented method for providing access to secured resources. The method includes storing, by a token providing system at a computer system, a primary authentication token that is used to obtain temporary authentication tokens from an authentication system of a service provider, wherein the token providing system provides, to application programs that are unable to access the primary authentication token, the temporary authentication tokens for use in accessing portions of secured resources of the service provider. The method includes receiving, by the token providing system and from a first application program of the application programs, a first request to obtain a first temporary authentication token for use in accessing a first portion of the secured resources, wherein the first request does not include the primary authentication token. The method includes transmitting, by the token providing system and to the authentication system at the service provider, a second request to obtain the first temporary authentication token, wherein the second request includes the primary authentication token. The method includes receiving, by the token providing system and from the authentication system, the first temporary authentication token. The method includes providing, by the token providing system and to the first application program, the first temporary authentication token for use by the first application program in accessing the first portion of the secured resources.

These and other implementations can optionally include one or more of the following features. The authentication system may have generated the primary authentication token in response a user providing authentication credentials for a user account, wherein the primary authentication token can be used to obtain secured resources of the service provider

that are associated with the user account. The primary authentication token may not be used to access secured resources of the service provider that cannot be accessed using the authentication credentials. The authentication credentials may include a username and a shared secret that are associated with the user account. The token providing system may not have access to authentication credentials that are associated with the primary authentication token. The first application program may not have access to the authentication credentials. The authentication credentials may be for a user account at the service provider. The first temporary authentication token may be for use in accessing a portion of resources that are associated with the user account at the service provider.

The first request may include a first requested scope that is for use in identifying the first portion of the secured resources. The second request may include the first requested scope. The first temporary authentication token may provide the first application program access, based on the first requested scope, to the first portion of the secured resources in distinction to other portions of the secured resources. The method may include receiving, by the token providing system and from a second application program of the application programs, a third request to obtain a second temporary authentication token for use in accessing a second portion of the secured resources, wherein the third request includes a second requested scope that is for use in identifying the second portion of the secured resources and does not include the primary authentication token. The method may include transmitting, by the token providing system and to the authentication system, a fourth request to obtain the second temporary authentication token, the fourth request including the primary authentication token and the second requested scope. The method may include receiving, by the token providing system and from the authentication system, the second temporary authentication token. The method may include providing, by the token providing system and to the second application program, the second temporary authentication token for use by the second application program in accessing the second portion of the secured resources, wherein the first portion of the secured resources is different than the second portion of the secured resources.

The first temporary authentication token can be used, for accessing the first portion of the secured resources, for a limited time duration. The limited time duration may be shorter than a time duration during which the authentication system provides temporary authentication tokens to the token providing system in response to the token providing system providing, to the authentication system, requests that include the primary authentication token. The primary authentication token may not be used to retrieve secured resources from the service provider without obtaining one or more temporary authentication tokens using the primary authentication token.

Other aspects of the subject matter described in this specification can be embodied in one or more computer-readable storage devices storing instructions that, when executed by one or more processing devices, perform operations according to the above-described methods.

Another aspect of the subject matter described in this specification can be embodied in a computer system for providing access to secured resources. The system includes application programs that are hosted by a computer system for third-party users that are provided an ability to administer the application programs upon providing valid user credentials. The system includes a primary token, at the computer system, that an authentication system of a service provider generated in response to the service provider receiving user credentials that are associated with a user account, the service provider storing resources in association with the user account. The system includes a temporary token requester, at the computer system. The temporary token requester is to receive requests from the application programs for at least portions of the resources that are stored in association with the user account. The temporary token requester is to request, using the primary authentication token, temporary authentication tokens from the authentication system. The temporary token requester is to provide the temporary authentication tokens to the application programs for use in accessing at least portions of the resources.

This and other implementations can optionally include the following features. A first subset of the application programs may be stored by a first virtual machine that the computer system hosts for a first third-party user of the third-party users. A second subset of the application programs may be stored by a second virtual machine that the computer system hosts for a second third-party user of the third-party users. The requests from the application programs may each identify a scope of the respective request. The system may include a scope authorizer, at the computer system, to determine whether the scopes received in the requests from the application programs are valid for permissions provided to the application programs. The computer system may not store the user credentials. None of the application programs may store the user credentials and none of the application programs may store the primary authentication token. The system may include the authentication system.

Particular embodiments can be implemented, in certain instances, to realize one or more of the following advantages. Application programs and virtual machines may be able to access services and resources that are associated with a user account of a service provider even though the application programs and virtual machines do not have access to the user credentials for the user account. Thus, if an application program or virtual machine is compromised by a malicious user, the malicious user cannot obtain full access to the services and resources that are associated with the user account. Indeed, even if the malicious user obtains access to the token providing system that redeems temporary tokens on behalf of the application programs, the token providing system may not have a mechanism to request a new primary token of a different scope. Such an approach may directly benefit both the user and the system or systems that provide services to the user.

Furthermore, each of the application programs can receive different temporary authentication tokens with different scopes of authorization so that, if one of the application programs is compromised, only the scope of services or resources associated with the access token of the compromised application program is available to the malicious user. The temporary authentication tokens may be valid for a limited duration so that a temporary authentication token that is obtained by a malicious user provides access for a limited time duration (e.g., less than a minute). Also, application programs may receive new temporary authentication tokens without providing user credentials.

The details of one or more embodiments are set forth in the accompanying drawings and the description below. Other features, objects, and advantages will be apparent from the description and drawings, and from the claims.

## DESCRIPTION OF DRAWINGS

FIG. **1** is a schematic illustration of an example system that hosts virtual machines.

FIG. **2** is a schematic illustration of an example system that provides application programs with access to secured resources.

FIGS. **3**A-B are flowcharts of an example process for providing application programs with access to secured resources.

FIG. **4** is a conceptual diagram of a system that may be used to implement the systems and methods described in this document.

FIG. **5** is a block diagram of computing devices that may be used to implement the systems and methods described in this document, as either a client or as a server or plurality of servers.

Like reference symbols in the various drawings indicate like elements.

## DETAILED DESCRIPTION

This document generally describes providing application programs with access to secured resources. In general, a computer system may provide an environment for hosting virtual machines that are used by third-party users. Each third-party user (e.g., an individual at a personal computer) may supply user credentials to access a configuration user interface of the third-party's user account for: (i) reserving particular virtual machines, (ii) installing operating systems on the virtual machines, and (iii) loading application programs onto the installed operating systems. The application programs may be accessed by users of the Internet without authentication. Thus, the computer system may operate many different virtual machines that are reserved by many different third-party users, and each of the virtual machines may execute multiple application programs, with each computer being capable of implementing multiple virtual machines at once.

The computer system may include a virtual machine container. The virtual machine container may include the hardware and software that provides the environment for execution of the virtual machines, and that provides other operations that support the virtual machines and the application programs operating therein. The virtual machine container may include a token providing system that provides the virtual machines with temporary authentication tokens for accessing services or resources of one or more service providers. The token providing system may be a computer program executing on at least one computer server programmed to provide tokens in the manner discussed herein.

The services and resources of a service provider may be secured so that the services and resources cannot be accessed by other computers or processes without the use of authentication credentials for a user account of the service provider (or authentications tokens that are redeemed using the authentication credentials, as discussed herein). In some examples, the developer or administrator of the virtual machine container may have such authorization credentials, but third-party users of the virtual machines may not have such authorization credentials.

Accordingly, the token providing system provides the application programs, which may be computer programs executing on at least one computer server, with an ability to access the services and resources through the use of temporary authentication tokens. The token providing system may obtain the temporary authentication tokens on behalf of the application programs. For example, an administrator of the virtual machine container may communicate, to a service provider system, the administrator's credentials for a user account of the service provider. The service provider system may determine if the credentials are valid. If so, the service provider system may provide to the authentication system, which may be a computer program executing on at least one computer server that is programmed to provide a primary authentication token (e.g., an OAuth 2.0 "refresh" token), an indication that the user supplied valid user credentials. The authentication system may return a primary authentication token to the service provider system. The service provider system may create a new token providing system, and may store the primary authentication token for access and use by the token providing system.

The primary authentication token may be stored by the token providing system (e.g., stored in memory that is accessible to the token providing system), and the token providing system may use the primary authentication token to provide application programs with access to services or resources that are within the scope of the administrator's user account (or a subset of the resources that are within a scope of the third-party user's user account with the virtual machine container). As such, the token providing system may use the OAuth (Open Authorization) standard to obtain authentication tokens that allow access to secured services and resources (e.g., files, pictures, and Application Program Interfaces (APIs)).

In some examples, the primary authentication token may not be used to directly access secured services or resources of a service provider. Instead, the token providing system may use the primary authentication token to request, from the authentication system, temporary authentication tokens (e.g., OAuth 2.0 "access" tokens). The request for temporary authentication tokens may include an indication of a scope that designates a requested range of services or resources. In response to the request, the authentication system may return a temporary authentication token that can be used to access a portion of the secured services or resources.

The scope of services or resources that is associated with a temporary authentication token may be a subset of the scope of services or resources that is associated with a primary authentication token. Further, the time duration during which a temporary authentication token may be used to obtain services or resources may be less than a time duration during which a primary authentication token can be used to redeem temporary authentication tokens. In some examples, the primary authentication token is perpetually valid for redeeming temporary authentication tokens (though it can be actively cancelled by a user of the authentication system, such as if a breach of the token is discovered or if the user wants to update the token with new credentialing information), but a temporary authentication token may be valid for twenty seconds, five minutes, an hour, a day, or another predefined period that will expire without the need for active intervention by the system.

The application programs that are running on the virtual machines may not be able to access the authentication credentials. The application programs may also not be able to access the primary authentication token. Indeed, the virtual machine container may not provide the credentials or primary authentication token to the application programs or virtual machines.

If the credentials or primary authentication token were available to the application programs or virtual machines, a malicious user may be able to obtain the credentials or primary authentication token if the malicious user gains access to the virtual machine. Loss of the credentials may permit the malicious user full access to the user account of the virtual machine administrator. Loss of the primary authentication token may provide the malicious user perpetual access to at

least a portion of the services and resources that are available to the user account of the virtual machine administrator. For this reason, the token providing system may store a primary authentication token, but may not include a mechanism to request a new primary authentication token. Indeed, the primary authentication token may be designated for use by the token providing system upon creation of the token providing system. The system may include multiple different token providing systems for different sets of one or more virtual machines.

Accordingly, because the application programs may be prevented from accessing the credentials and the primary authentication token, the token providing system acts to redeem temporary authentication tokens on behalf of the application programs. An application program that is operating within the virtual machine container may request, from the token providing system, temporary access to services or resources of the service provider. The request may include an indication of a scope, where the indication of the scope specifies the services and resources that the application program would like to access.

The token providing system may receive the request, determine if the requesting application program is permitted to access the services and resources specified by the indication of the scope, and if so, may submit a request, to the authentication system at the service provider, for a temporary authentication token of the requested scope. The request to the authentication system may include the primary authentication token and the indication of the scope.

The authentication system may receive the request from the token providing system, determine if the primary authentication token is valid for a user account, and determine if the scope is permissible for the user account. If so, the authentication system generates a temporary authentication token and transmits the temporary authentication token to the token providing system. The token providing system receives the temporary authentication token and provides the temporary authentication token to the requesting application program.

The requesting application program may store the temporary authentication token and may include the temporary authentication token in requests for services and resources that are provided by the service provider. If the request is for resources that do not fall within a scope of the temporary authentication token, or if the temporary authentication has expired or is invalid, then the service provider may not return the requested resources. Otherwise, the service provider may return the requested resources or provide access to the requested service (e.g., access to a requested API). Each application programs may request a new temporary authentication token when the stored temporary authentication token expires (or is about to expire).

In some examples, the token providing system provides each application program temporary authentication tokens for multiple different service providers. Accordingly, the token providing system may include multiple different primary authentication tokens, and may request the temporary authentication tokens from multiple different authentication services at multiple different service providers.

In some examples, the token providing system has an ability to assert that a request to the token providing system for a temporary authentication token was transmitted by an application program that is hosted by the virtual machine container. The token providing system may not provide temporary authentication tokens to application programs that are not hosted by the virtual machine container.

FIG. **1** is a schematic illustration of an example system that hosts virtual machines. The system **100** includes one or more host machines such as, for example, host machine **102** and host machine **104**. Generally speaking, a host machine is one or more data processing apparatuses, such as a rack mounted servers or other computing devices. The data processing apparatuses can be in different physical locations and can have different capabilities and computer architectures. Host machines can communicate with each other through an internal data communications network **116**. The internal network can include one or more wired (e.g., Ethernet) or wireless (e.g., WI-FI) networks, for example. In some implementations the internal network **116** is an intranet. Host machines can also communicate with devices on external networks, such as the Internet **122**, through one or more gateways **120** which are data processing apparatuses that are responsible for routing data communication traffic between the internal network **116** and the external network **122**. Other types of external networks are possible.

Each host machine executes a host operating system or other software that virtualizes the underlying host machine hardware and manages concurrent execution of one or more virtual machines. For example, the host operating system **106** is managing virtual machine (VM) **110** and VM **112**, while host OS **108** is managing a single VM **114**. Thus, each VM may be part of a system VM or a process VM. Each VM includes a simulated version of the underlying host machine hardware, or a different computer architecture. The simulated version of the hardware is referred to as virtual hardware (e.g., virtual hardware **110***a*, **112***a* and **114***a*). Software that is executed by the virtual hardware is referred to as guest software. In some implementations, guest software cannot determine if it is being executed by virtual hardware or by a physical host machine. If guest software executing in a VM, or the VM itself, malfunctions or aborts, other VMs executing on the host machine will not be affected. A host machine's microprocessor(s) can include processor-level mechanisms to enable virtual hardware to execute software applications efficiently by allowing guest software instructions to be executed directly on the host machine's microprocessor without requiring code-rewriting, recompilation, or instruction emulation.

Each VM (e.g., VMs **110**, **112** and **114**) is allocated a set of virtual memory pages from the virtual memory of the underlying host operating system and is allocated virtual disk blocks from one or more virtual disk drives for use by the guest software executing on the VM. For example, host operating system **106** allocates memory pages and disk blocks to VM **110** and VM **112**, and host operating system **108** does the same for VM **114**. In some implementations, a given VM cannot access the virtual memory pages assigned to other VMs. For example, VM **110** cannot access memory pages that have been assigned to VM **112**.

A virtual disk drive can be persisted across VM restarts. For example, virtual disk blocks can be allocated on physical disk drives coupled to host machines or available over the internal network **116**. In addition to virtual memory and disk resources, VMs can be allocated network addresses through which their respective guest software can communicate with other processes reachable through the internal network **116** or the Internet **122**. For example, guest software executing on VM **110** can communicate with guest software executing on VM **112** or VM **114**. In some implementations, each VM is allocated one or more unique Internet Protocol (IP) version 4 or version 6 addresses and one or more User Datagram Protocol (UDP) port numbers. Other address schemes are possible.

A VM's guest software can include a guest operating system (e.g., guest operating systems **110***b*, **112***b* and **114***b*)

which is software that controls the execution of respective guest software applications (e.g., guest applications **110***c*, **112***c* and **114***c*), within the VM and provides services to those applications. For example, a guest operating system could be a variation of the UNIX operating system. Other operating systems are possible. Each VM can execute the same guest operating system or different guest operating systems. In further implementations, a VM does not require a guest operating system in order to execute guest software applications. A guest operating system's access to resources such as networks and virtual disk storage may be controlled by the underlying host operating system.

By way of illustration, and with reference to virtual machine **110**, when the guest application **110***c* or guest operating system **110***b* attempts to perform an input/output operation on a virtual disk, initiate network communication, or perform a privileged operation, for example, the virtual hardware **110***a* is interrupted so that the host operating system **106** can perform the action on behalf of the virtual machine **110**. The host operating system **106** can perform these actions with a process that executes in kernel process space **106***b*, user process space **106***a*, or both.

The kernel process space **106***b* is virtual memory reserved for the host operating system **106**'s kernel **106***d* which can include kernel extensions and device drivers, for instance. The kernel process space has elevated privileges (sometimes referred to as "supervisor mode"); that is, the kernel **106***d* can perform certain privileged operations that are off limits to processes running in the user process space **106***a*. Examples of privileged operations include access to different address spaces, access to special functional processor units in the host machine such as memory management units, and so on. The user process space **106***a* is a separate portion of virtual memory reserved for user mode processes. User mode processes cannot perform privileged operations directly.

FIG. **2** is a schematic illustration of an example system that provides application programs with access to secured resources. The system includes a virtual machine container **200** that includes multiple virtual machines **204***a-b* that each execute multiple application programs **210***a-d*. The virtual machine container **200** also includes a token providing system **212**. The token providing system **212** provides, to the application programs **210***a-d*, temporary authentication tokens that can be used by the application programs **210***a-d* in accessing content that is stored at the service provider resource providing system **250** (which may be a computer program executing on at least one computer server). The token providing system **212** obtains the temporary authentication tokens from the service provider authentication system **230**. The token providing system may be implemented as a computer program within the host operating system **106** or as a stand-alone application program at the virtual machine container **200**.

In greater detail, the virtual machine container **200** provides a computing environment that hosts the virtual machines **204***a-b*. In some examples, the virtual machine container **200** conceptually represents a combination of a host machine and host operating system (e.g., host machine **102** and host operating system **106**). The virtual machine container **200** includes virtual machines **204***a* and **204***b* (e.g., virtual machines **110** and **112**), which each include virtual hardware **206***a* and **206***b* (e.g., virtual hardware **110***a* and **112***a*), virtual operating systems **208***a* and **208***b* (e.g., guest operating systems **110***b* and **112***b*), and applications **210***a-b* and **210***c-d* (e.g., guest applications **110***c* and **112***c*). As described throughout this document, the applications **210***a-d* may be administered by third-party users that reserve the use of the virtual machines **204***a-b* from a business entity that hosts the virtual machine container **200**.

The token providing system **212** provides a mechanism for the applications **210***a-d* to access secured resources **258** without the applications **210***a-d* supplying a username and password for a user account. The application programs access the secured resources **258** using temporary authentication tokens (designated in FIG. **2** by file icons labeled with a "T") that are provided to the application programs by the token providing system **212**. The temporary authentication tokens are provided to the token providing system **212** by the service provider authentication system **230** in response to the token providing system **212** sending to the authentication system **230** a request that includes a primary authentication token (designated in FIG. **2** by a file icon with a label "P").

The primary authentication token **216** may be provided to the token providing system **212** at start up of the token providing system **212**, and the scope of the primary authentication token **216** may represent a capability that was provided to the token providing system **212** and the virtual machines that it services. The primary authentication token **216** may be generated by the primary token generator **232** upon a user providing user credentials to the service provider.

This process for obtaining primary authentication tokens and temporary authentication tokens is discussed below with respect to the schematic illustration of FIG. **2** and the swim-lane diagrams of FIGS. **3**A-B. As an illustration, the administrator (or developer) of the token providing system **212** may have a user account with the service provider that allows the administrator to use services (e.g., APIs) of, or obtain resources (e.g., files) from, the service provider resource providing system **250**. The administrator may be prompted to supply credentials for the user account in requests for the services or resources.

The administrator may desire to create an instance of a token providing system **212** for use by one or more virtual machines **204***a-b* (which may be created after creation of the token providing system **212**). The administrator may desire to provide application programs **210***a-d*, which are, or are to be, loaded onto the virtual machines **204***a-b* by third-party users, with access to at least a portion of the services and resources. The administrator, however, may not want to provide his user credentials to the third-party users. The ability to provide the application programs **210***a-d* with such access to the services and resources, without the use of user credentials, is provided through the use of primary and temporary authentication tokens.

In box **301**, the administrator may request to create a new token providing system. The request may include the user providing his user credentials and a scope that is to be associated with the new token providing system. The user credentials and the scope may be transmitted to the service provider system. User credentials may include a username that designates the administrator's user account with the service provider in distinction to multiple user accounts for the service provider, and a password. For example, the service provider system may provide resources to the user's computer for displaying a login web page. The user may provide his user credentials using the web page, for receipt and validation by the service provider system.

In box **302**, the service provider system receives a request to create a new token providing system **212**. The service provider system validates that the user credentials are valid, for example, by determining whether a received username matches a username in a database of usernames for the service provider, and whether a received password matches the password that is stored for the received username. The service

provider system may also validate that a requested scope that is included in the request is valid for the user account (e.g., that the user is not requesting that the new token providing system **212** have access to resources that are unauthorized for the user account).

In box **303**, in response to the service provider system validating the user credentials, the service provider system requests a primary token from the authentication system **230**. The primary token generator **232** may receive, from the service provider system, a request to generate a primary token that provides access to the requested scope (box **304**).

In box **305**, the primary token generator **232** at the authentication system **230** generates a primary authentication token **216** and returns the primary authentication token **216** to the service provider system. The primary authentication token **216** may be a string of alphanumeric characters that is associated with the user account of the received credentials, and that may be not be publicly known as associated with the user account. In other words, the primary authentication token **216** may not be known as associated with the user account by entities other than the service provider and the token providing system **212**. The authentication system **230** may store the primary authentication token **216**, in the primary token data storage **236**, in association with an identifier for the user account. Thus, the authentication system **230** can determine which account the primary authentication token is associated with, should the authentication system **230** later receive the primary authentication token in a request from the token providing system **212**. The service provider system receives the primary authentication token from the authentication system **230** (box **306**).

In box **307**, the service provider system creates a new token providing system **212**, and provides the token providing system **212** access to the primary token **216** (box **308**).

In box **308**, the token providing system **212** stores the primary authentication token **216** in computer memory that is accessible to the token providing system **212** (e.g., the token providing system **212** is provided a location at which the primary authentication token **216** is stored by the virtual machine container **200**). The primary authentication token **216** may not be accessible to the virtual machines **204***a-b* or the applications **210***a-d*.

In some examples, a computer system may not use the primary authentication token **216** in a request for a secured services and resources that are associated with the user account. Rather, the token providing system **212** may need to "exchange" or "redeem" the primary authentication token **216** for one or more temporary authentication tokens which the computer system can use in requests for the secured services and resources.

In some examples, the primary authentication token **216** is associated with a scope of services and resources that is a subset of a scope of services and resources that is associated with the authentication credentials. For example, the administrator may be able to access APIs using his authentication credentials that the administrator is unable to access using temporary authentication tokens that were generated based on the primary authentication token.

In box **310**, an application program (e.g., application program **210***d*) requests a temporary authentication token from the token providing system **212**. The token providing system **212** may include an HTTP server that can receive requests from the application programs **210***a-d*, and can process the requests. An example request may include:

GET fetch_token HTTP/1.1
Account: user_account@domain.com
X-API-Scope: queue.api

In this request, the application program **210***d* is requesting access to the API service "queue" for the user account "user_accout@domain.com."

In box **312**, the scope authorizer **220** determines whether the scope in the request from the application program **210***d* is valid. For example, the token providing system **212** may limit the services and resources that particular virtual machines (or user accounts) can access. As an illustration, a first third-party user that maintains a first application program may be authorized to access the APIs "queue.api," "newsfeed.api," and "updates.api," while a second third-party user may be authorized to access "newsfeed.api" and "emailinterface.api." Such per-user-account permissions may be stored by the token providing system **212**. Referencing the above example request, the scope authorizer **220** may determine if the user "user_account@domain.com" is authorized to access the service "queue.api." If not, the HTTP server at the token providing system **212** responds to the application program that the authorization is not present (e.g., with an "HTTP/1.1 403 Forbidden" response).

In box **314**, if authorization to access the requested services and resources is provided, the temporary token requester **218** requests a temporary authorization token from the authentication service **230**. The request may not include the token providing system administrator's user credentials, but may include the primary authentication token **216** that is associated with the token providing system administrator's user credentials. In some examples, the request from the temporary token requester **218** to the authentication service **230** includes the scope that was included in the request from the application program **210***d* to the temporary token requester **218**.

In box **316**, the request is received by the authentication system **230** and the primary token authorizer **240** determines whether the primary authentication token **216** that was received in the request is valid. For example, the request to the authentication system **230** may identify a user account that is associated with the token, and the primary token authorizer **240** may access the primary token data storage **236** to determine whether the primary authentication token is valid for the designated user account. In some examples, the request does not include the user account and the primary token authorizer **240** is able to verify whether the primary authentication token **216** is valid for any of the service provider's user accounts.

As noted above, the request to the authentication service **230** may include a scope. The scope authorizer **242** may determine whether the scope is valid for the user account associated with the primary authentication token **216**. In some examples, the scope may include a service or resource that is outside of the range of services or resources that are available to the associated user account. In some examples, the scope includes a service or a resource that is within the range of services and resources that are available to the associated user account, but that is outside of the range of services and resources that are available to the primary authentication token **216**.

In examples where the scope in the request designates a service or resource beyond the scope of the primary authentication token **216**, the authentication system **230** may either respond that access is forbidden or may return a temporary authentication token that provides access to only those of the requested services and resources that are authorized.

If the requested scope is valid for the primary authentication token **216**, the temporary token generator **238** generates a temporary authentication token. A temporary authentication token may be a string of alphanumeric characters that is associated with a user account of the primary authentication

token **216**, and that may be not be publicly known as associated with the user account. The temporary authentication token may be associated with the scope that is received in the request. The temporary token generator **238** stores, in the temporary token data storage **244**, the temporary authentication token, an indication of the associated user account, and an indication of the scope associated with the temporary authentication token.

In box **318**, the authentication service **320** provides the temporary authentication token to the temporary token requester **218** at the token providing system **212**.

In box **320**, the temporary token requester **218** at the token providing system **212** provides the temporary authentication token to the requesting application program. For example, the HTTP server at the token providing system **212** may send a response to the application program **210***d:*

HTTP/1.1 200 OK

Content-Length: <length>

access_token=<temporary-authentication-token>

In box **322**, the application program **210***d* receives the response. The application program **210***d* may extract the temporary authentication token from the response, and may store the temporary authentication token. In some examples, the stored temporary authentication token is not accessible to application programs on different virtual machines. In some examples, the stored temporary authentication token is not accessible to other application programs.

In some examples, at least some and potentially all of the responses, from the authentication system **230** to the token providing system **212**, that include temporary authentication tokens, include a new primary authentication token. In these examples, the token providing system **212** may discard the previous primary authentication token **216** and replace it with the newly acquired primary authentication token. This new primary authentication token can then be used to obtain the next temporary authentication token. In some examples, the primary authentication token lasts perpetually or for multiple requests for temporary authentication tokens, and new primary authentication tokens are not received from the authentication system **230** with the temporary authentication tokens unless requested.

In box **324**, the application program **210***d* requests resources from the resource providing system **250**. The request includes the temporary authentication token that the application program **210***d* received from the token providing system **212**. A first example request that includes a temporary authentication token of "abc12345" as a query parameter is:

GET www.serviceprovider.com/services?temporary_token=abc12345

A second example request that includes the temporary authentication token as a header is:

GET www.serviceprovider.com/services

Authorization: temporary_token=abc12345

In box **326**, the resource provider **250** receives the request for resources, the resource provider **250** extracts the temporary authentication token from the request, and the token validator **256** determines whether the scope that is associated with the temporary authentication token includes the requested service or resources. For example, the token validator **256** determines whether the resources associated with the uniform resource identifier (URI) www.serviceprovider.com/services can be accessed using the temporary authentication token "abc12345." More specifically, the token validator **256** may access the temporary token data storage **244** to determine whether the temporary authentication token is associated with a user account. If the temporary authentication token is valid for a user account, the token validator may further access the temporary token data storage **244** to determine if the services or resources that were requested fall within the scope of the temporary authentication token.

In box **328**, if the requested resources fall within the scope of the temporary authentication token, the resource selector **254** fetches the requested resources from the resources data storage **258** and provides the resources to the application program **210***d* (e.g., in an HTTP response). If the request is for a service, the resource providing system **250** may provide access to the requested service (e.g., by forwarding a command to an API that is designated in the request).

In box **330**, the application program **210***d* receives the resources from the resource providing system **250**.

Referring now to FIG. **4**, a conceptual diagram of a system that may be used to implement the systems and methods described in this document is illustrated. In the system, mobile computing device **410** can wirelessly communicate with base station **440**, which can provide the mobile computing device wireless access to numerous hosted services **460** through a network **450**.

In this illustration, the mobile computing device **410** is depicted as a handheld mobile telephone (e.g., a smartphone, or application telephone) that includes a touchscreen display device **412** for presenting content to a user of the mobile computing device **410** and receiving touch-based user inputs. Other visual, auditory, and tactile output components may also be provided (e.g., LED lights, a speaker for providing tonal, voice-generated, or recorded output, or vibrating mechanisms for tactile output), as may various different input components (e.g., keyboard **414**, physical buttons, trackballs, accelerometers, gyroscopes, and magnetometers).

Example visual output mechanism in the form of display device **412** may take the form of a 3.7 or 4.3 inch LED or AMOLED display with resistive or capacitive touch capabilities, for displaying video, graphics, images, and text, and coordinating user touch inputs locationally with the displayed information so that user contact above a displayed item may be associated with the item by the device **410**. The mobile computing device **410** may take alternative forms also, including as a laptop computer, a tablet or slate computer, a personal digital assistant, an embedded system (e.g., a car navigation system), a desktop personal computer, or a computerized workstation.

An example mechanism for receiving user-input includes keyboard **414**, which may be a full qwerty keyboard or a traditional keypad that includes keys for the digits '0-9', '*', and '#.' The keyboard **414** receives input when a user physically contacts or depresses a keyboard key. User manipulation of a trackball **416** or interaction with a trackpad enables the user to supply directional and rate of rotation information to the mobile computing device **410** (e.g., to manipulate a position of a cursor on the display device **412**).

The mobile computing device **410** may be able to determine a position of physical contact with the touchscreen display device **412** (e.g., a position of contact by a finger or a stylus). Using the touchscreen **412**, various "virtual" input mechanisms may be produced, where a user interacts with a graphical user interface element depicted on the touchscreen **412** by contacting the graphical user interface element. An example of a "virtual" input mechanism is a "software keyboard," where a keyboard is displayed on the touchscreen and a user selects keys by pressing a region of the touchscreen **412** that corresponds to each key.

The mobile computing device **410** may include mechanical or touch sensitive buttons **418***a-d*. Additionally, the mobile computing device may include buttons for adjusting volume output by the one or more speakers **420**, and a button for

turning the mobile computing device on or off. A microphone **422** allows the mobile computing device **410** to convert audible sounds into an electrical signal that may be digitally encoded and stored in computer-readable memory, or transmitted to another computing device. The mobile computing device **410** may also include a digital compass, an accelerometer, proximity sensors, and ambient light sensors.

An operating system may provide an interface between the mobile computing device's hardware (e.g., the input/output mechanisms and a processor executing instructions retrieved from computer-readable medium) and software. Example operating systems include the ANDROID mobile device platform; APPLE IPHONE/MAC OS X operating systems; MICROSOFT WINDOWS 7/WINDOWS MOBILE operating systems; SYMBIAN operating system; RIM BLACKBERRY operating system; PALM WEB operating system; a variety of UNIX-flavored operating systems; or a proprietary operating system for computerized devices. The operating system may provide a platform for the execution of application programs that facilitate interaction between the computing device and a user.

The mobile computing device **410** may present a graphical user interface with the touchscreen **412**. A graphical user interface is a collection of one or more graphical interface elements and may be static (e.g., the display appears to remain the same over a period of time), or may be dynamic (e.g., the graphical user interface includes graphical interface elements that animate without user input).

A graphical interface element may be text, lines, shapes, images, or combinations thereof. For example, a graphical interface element may be an icon that is displayed on the desktop and the icon's associated text. In some examples, a graphical interface element is selectable with user-input. For example, a user may select a graphical interface element by pressing a region of the touchscreen that corresponds to a display of the graphical interface element. In some examples, the user may manipulate a trackball to highlight a single graphical interface element as having focus. User-selection of a graphical interface element may invoke a pre-defined action by the mobile computing device. In some examples, selectable graphical interface elements further or alternatively correspond to a button on the keyboard **404**. User-selection of the button may invoke the pre-defined action.

In some examples, the operating system provides a "desktop" user interface that is displayed upon turning on the mobile computing device **410**, activating the mobile computing device **410** from a sleep state, upon "unlocking" the mobile computing device **410**, or upon receiving user-selection of the "home" button **418***c*. The desktop graphical interface may display several icons that, when selected with user-input, invoke corresponding application programs. An invoked application program may present a graphical interface that replaces the desktop graphical interface until the application program terminates or is hidden from view.

User-input may manipulate a sequence of mobile computing device **410** operations. For example, a single-action user input (e.g., a single tap of the touchscreen, swipe across the touchscreen, contact with a button, or combination of these at a same time) may invoke an operation that changes a display of the user interface. Without the user-input, the user interface may not have changed at a particular time. For example, a multi-touch user input with the touchscreen **412** may invoke a mapping application to "zoom-in" on a location, even though the mapping application may have by default zoomed-in after several seconds.

The desktop graphical interface can also display "widgets." A widget is one or more graphical interface elements that are associated with an application program that has been executed, and that display on the desktop content controlled by the executing application program. A widget's application program may start with the mobile telephone. Further, a widget may not take focus of the full display. Instead, a widget may only "own" a small portion of the desktop, displaying content and receiving touchscreen user-input within the portion of the desktop.

The mobile computing device **410** may include one or more location-identification mechanisms. A location-identification mechanism may include a collection of hardware and software that provides the operating system and application programs an estimate of the mobile telephone's geographical position. A location-identification mechanism may employ satellite-based positioning techniques, base station transmitting antenna identification, multiple base station triangulation, internet access point IP location determinations, inferential identification of a user's position based on search engine queries, and user-supplied identification of location (e.g., by "checking in" to a location).

The mobile computing device **410** may include other application modules and hardware. A call handling unit may receive an indication of an incoming telephone call and provide a user capabilities to answer the incoming telephone call. A media player may allow a user to listen to music or play movies that are stored in local memory of the mobile computing device **410**. The mobile telephone **410** may include a digital camera sensor, and corresponding image and video capture and editing software. An internet browser may enable the user to view content from a web page by typing in an addresses corresponding to the web page or selecting a link to the web page.

The mobile computing device **410** may include an antenna to wirelessly communicate information with the base station **440**. The base station **440** may be one of many base stations in a collection of base stations (e.g., a mobile telephone cellular network) that enables the mobile computing device **410** to maintain communication with a network **450** as the mobile computing device is geographically moved. The computing device **410** may alternatively or additionally communicate with the network **450** through a Wi-Fi router or a wired connection (e.g., Ethernet, USB, or FIREWIRE). The computing device **410** may also wirelessly communicate with other computing devices using BLUETOOTH protocols, or may employ an ad-hoc wireless network.

A service provider that operates the network of base stations may connect the mobile computing device **410** to the network **450** to enable communication between the mobile computing device **410** and other computerized devices that provide services **460**. Although the services **460** may be provided over different networks (e.g., the service provider's internal network, the Public Switched Telephone Network, and the Internet), network **450** is illustrated as a single network. The service provider may operate a server system **452** that routes information packets and voice data between the mobile computing device **410** and computing devices associated with the services **460**.

The network **450** may connect the mobile computing device **410** to the Public Switched Telephone Network (PSTN) **462** in order to establish voice or fax communication between the mobile computing device **410** and another computing device. For example, the service provider server system **452** may receive an indication from the PSTN **462** of an incoming call for the mobile computing device **410**. Conversely, the mobile computing device **410** may send a communication to the service provider server system **452** initiat-

ing a telephone call with a telephone number that is associated with a device accessible through the PSTN **462**.

The network **450** may connect the mobile computing device **410** with a Voice over Internet Protocol (VoIP) service **464** that routes voice communications over an IP network, as opposed to the PSTN. For example, a user of the mobile computing device **410** may invoke a VoIP application and initiate a call using the program. The service provider server system **452** may forward voice data from the call to a VoIP service, which may route the call over the internet to a corresponding computing device, potentially using the PSTN for a final leg of the connection.

An application store **466** may provide a user of the mobile computing device **410** the ability to browse a list of remotely stored application programs that the user may download over the network **450** and install on the mobile computing device **410**. The application store **466** may serve as a repository of applications developed by third-party application developers. An application program that is installed on the mobile computing device **410** may be able to communicate over the network **450** with server systems that are designated for the application program. For example, a VoIP application program may be downloaded from the Application Store **466**, enabling the user to communicate with the VoIP service **464**.

The mobile computing device **410** may access content on the internet **468** through network **450**. For example, a user of the mobile computing device **410** may invoke a web browser application that requests data from remote computing devices that are accessible at designated universal resource locations. In various examples, some of the services **460** are accessible over the internet.

The mobile computing device may communicate with a personal computer **470**. For example, the personal computer **470** may be the home computer for a user of the mobile computing device **410**. Thus, the user may be able to stream media from his personal computer **470**. The user may also view the file structure of his personal computer **470**, and transmit selected documents between the computerized devices.

A voice recognition service **472** may receive voice communication data recorded with the mobile computing device's microphone **422**, and translate the voice communication into corresponding textual data. In some examples, the translated text is provided to a search engine as a web query, and responsive search engine search results are transmitted to the mobile computing device **410**.

The mobile computing device **410** may communicate with a social network **474**. The social network may include numerous members, some of which have agreed to be related as acquaintances. Application programs on the mobile computing device **410** may access the social network **474** to retrieve information based on the acquaintances of the user of the mobile computing device. For example, an "address book" application program may retrieve telephone numbers for the user's acquaintances. In various examples, content may be delivered to the mobile computing device **410** based on social network distances from the user to other members. For example, advertisement and news article content may be selected for the user based on a level of interaction with such content by members that are "close" to the user (e.g., members that are "friends" or "friends of friends").

The mobile computing device **410** may access a personal set of contacts **476** through network **450**. Each contact may identify an individual and include information about that individual (e.g., a phone number, an email address, and a birthday). Because the set of contacts is hosted remotely to the mobile computing device **410**, the user may access and maintain the contacts **476** across several devices as a common set of contacts.

The mobile computing device **410** may access cloud-based application programs **478**. Cloud-computing provides application programs (e.g., a word processor or an email program) that are hosted remotely from the mobile computing device **410**, and may be accessed by the device **410** using a web browser or a dedicated program. Example cloud-based application programs include GOOGLE DOCS word processor and spreadsheet service, GOOGLE GMAIL webmail service, and PICASA picture manager.

Mapping service **480** can provide the mobile computing device **410** with street maps, route planning information, and satellite images. An example mapping service is GOOGLE MAPS. The mapping service **480** may also receive queries and return location-specific results. For example, the mobile computing device **410** may send an estimated location of the mobile computing device and a user-entered query for "pizza places" to the mapping service **480**. The mapping service **480** may return a street map with "markers" superimposed on the map that identify geographical locations of nearby "pizza places."

Turn-by-turn service **482** may provide the mobile computing device **410** with turn-by-turn directions to a user-supplied destination. For example, the turn-by-turn service **482** may stream to device **410** a street-level view of an estimated location of the device, along with data for providing audio commands and superimposing arrows that direct a user of the device **410** to the destination.

Various forms of streaming media **484** may be requested by the mobile computing device **410**. For example, computing device **410** may request a stream for a pre-recorded video file, a live television program, or a live radio program. Example services that provide streaming media include YOUTUBE and PANDORA.

A micro-blogging service **486** may receive from the mobile computing device **410** a user-input post that does not identify recipients of the post. The micro-blogging service **486** may disseminate the post to other members of the micro-blogging service **486** that agreed to subscribe to the user.

A search engine **488** may receive user-entered textual or verbal queries from the mobile computing device **410**, determine a set of internet-accessible documents that are responsive to the query, and provide to the device **410** information to display a list of search results for the responsive documents. In examples where a verbal query is received, the voice recognition service **472** may translate the received audio into a textual query that is sent to the search engine.

These and other services may be implemented in a server system **490**. A server system may be a combination of hardware and software that provides a service or a set of services. For example, a set of physically separate and networked computerized devices may operate together as a logical server system unit to handle the operations necessary to offer a service to hundreds of individual computing devices.

In various implementations, operations that are performed "in response" to another operation (e.g., a determination or an identification) are not performed if the prior operation is unsuccessful (e.g., if the determination was not performed). Features in this document that are described with conditional language may describe implementations that are optional. In some examples, "transmitting" from a first device to a second device includes the first device placing data into a network for receipt by the second device, but may not include the second device receiving the data. Conversely, "receiving" from a first

device may include receiving the data from a network, but may not include the first device transmitting the data.

FIG. **5** is a block diagram of computing devices **500**, **550** that may be used to implement the systems and methods described in this document, as either a client or as a server or plurality of servers. Computing device **500** is intended to represent various forms of digital computers, such as laptops, desktops, workstations, personal digital assistants, servers, blade servers, mainframes, and other appropriate computers. Computing device **550** is intended to represent various forms of mobile devices, such as personal digital assistants, cellular telephones, smartphones, and other similar computing devices. The components shown here, their connections and relationships, and their functions, are meant to be exemplary only, and are not meant to limit implementations described and/or claimed in this document.

Computing device **500** includes a processor **502**, memory **504**, a storage device **506**, a high-speed interface **508** connecting to memory **504** and high-speed expansion ports **510**, and a low speed interface **512** connecting to low speed bus **514** and storage device **506**. Each of the components **502**, **504**, **506**, **508**, **510**, and **512**, are interconnected using various busses, and may be mounted on a common motherboard or in other manners as appropriate. The processor **502** can process instructions for execution within the computing device **500**, including instructions stored in the memory **504** or on the storage device **506** to display graphical information for a GUI on an external input/output device, such as display **516** coupled to high speed interface **508**. In other implementations, multiple processors and/or multiple buses may be used, as appropriate, along with multiple memories and types of memory. Also, multiple computing devices **500** may be connected, with each device providing portions of the necessary operations (e.g., as a server bank, a group of blade servers, or a multi-processor system).

The memory **504** stores information within the computing device **500**. In one implementation, the memory **504** is a volatile memory unit or units. In another implementation, the memory **504** is a non-volatile memory unit or units. The memory **504** may also be another form of computer-readable medium, such as a magnetic or optical disk.

The storage device **506** is capable of providing mass storage for the computing device **500**. In one implementation, the storage device **506** may be or contain a computer-readable medium, such as a floppy disk device, a hard disk device, an optical disk device, or a tape device, a flash memory or other similar solid state memory device, or an array of devices, including devices in a storage area network or other configurations. A computer program product can be tangibly embodied in an information carrier. The computer program product may also contain instructions that, when executed, perform one or more methods, such as those described above. The information carrier is a computer- or machine-readable medium, such as the memory **504**, the storage device **506**, or memory on processor **502**.

The high speed controller **508** manages bandwidth-intensive operations for the computing device **500**, while the low speed controller **512** manages lower bandwidth-intensive operations. Such allocation of functions is exemplary only. In one implementation, the high-speed controller **508** is coupled to memory **504**, display **516** (e.g., through a graphics processor or accelerator), and to high-speed expansion ports **510**, which may accept various expansion cards (not shown). In the implementation, low-speed controller **512** is coupled to storage device **506** and low-speed expansion port **514**. The low-speed expansion port, which may include various communication ports (e.g., USB, Bluetooth, Ethernet, wireless Ethernet) may be coupled to one or more input/output devices, such as a keyboard, a pointing device, a scanner, or a networking device such as a switch or router, e.g., through a network adapter.

The computing device **500** may be implemented in a number of different forms, as shown in the figure. For example, it may be implemented as a standard server **520**, or multiple times in a group of such servers. It may also be implemented as part of a rack server system **524**. In addition, it may be implemented in a personal computer such as a laptop computer **522**. Alternatively, components from computing device **500** may be combined with other components in a mobile device (not shown), such as device **550**. Each of such devices may contain one or more of computing device **500**, **550**, and an entire system may be made up of multiple computing devices **500**, **550** communicating with each other.

Computing device **550** includes a processor **552**, memory **564**, an input/output device such as a display **554**, a communication interface **566**, and a transceiver **568**, among other components. The device **550** may also be provided with a storage device, such as a microdrive or other device, to provide additional storage. Each of the components **550**, **552**, **564**, **554**, **566**, and **568**, are interconnected using various buses, and several of the components may be mounted on a common motherboard or in other manners as appropriate.

The processor **552** can execute instructions within the computing device **550**, including instructions stored in the memory **564**. The processor may be implemented as a chipset of chips that include separate and multiple analog and digital processors. Additionally, the processor may be implemented using any of a number of architectures. For example, the processor **410** may be a CISC (Complex Instruction Set Computers) processor, a RISC (Reduced Instruction Set Computer) processor, or a MISC (Minimal Instruction Set Computer) processor. The processor may provide, for example, for coordination of the other components of the device **550**, such as control of user interfaces, applications run by device **550**, and wireless communication by device **550**.

Processor **552** may communicate with a user through control interface **558** and display interface **556** coupled to a display **554**. The display **554** may be, for example, a TFT (Thin-Film-Transistor Liquid Crystal Display) display or an OLED (Organic Light Emitting Diode) display, or other appropriate display technology. The display interface **556** may comprise appropriate circuitry for driving the display **554** to present graphical and other information to a user. The control interface **558** may receive commands from a user and convert them for submission to the processor **552**. In addition, an external interface **562** may be provide in communication with processor **552**, so as to enable near area communication of device **550** with other devices. External interface **562** may provide, for example, for wired communication in some implementations, or for wireless communication in other implementations, and multiple interfaces may also be used.

The memory **564** stores information within the computing device **550**. The memory **564** can be implemented as one or more of a computer-readable medium or media, a volatile memory unit or units, or a non-volatile memory unit or units. Expansion memory **574** may also be provided and connected to device **550** through expansion interface **572**, which may include, for example, a SIMM (Single In Line Memory Module) card interface. Such expansion memory **574** may provide extra storage space for device **550**, or may also store applications or other information for device **550**. Specifically, expansion memory **574** may include instructions to carry out or supplement the processes described above, and may include secure information also. Thus, for example, expansion

memory **574** may be provide as a security module for device **550**, and may be programmed with instructions that permit secure use of device **550**. In addition, secure applications may be provided via the SIMM cards, along with additional information, such as placing identifying information on the SIMM card in a non-hackable manner.

The memory may include, for example, flash memory and/or NVRAM memory, as discussed below. In one implementation, a computer program product is tangibly embodied in an information carrier. The computer program product contains instructions that, when executed, perform one or more methods, such as those described above. The information carrier is a computer- or machine-readable medium, such as the memory **564**, expansion memory **574**, or memory on processor **552** that may be received, for example, over transceiver **568** or external interface **562**.

Device **550** may communicate wirelessly through communication interface **566**, which may include digital signal processing circuitry where necessary. Communication interface **566** may provide for communications under various modes or protocols, such as GSM voice calls, SMS, EMS, or MMS messaging, CDMA, TDMA, PDC, WCDMA, CDMA2000, or GPRS, among others. Such communication may occur, for example, through radio-frequency transceiver **568**. In addition, short-range communication may occur, such as using a Bluetooth, WiFi, or other such transceiver (not shown). In addition, GPS (Global Positioning System) receiver module **570** may provide additional navigation- and location-related wireless data to device **550**, which may be used as appropriate by applications running on device **550**.

Device **550** may also communicate audibly using audio codec **560**, which may receive spoken information from a user and convert it to usable digital information. Audio codec **560** may likewise generate audible sound for a user, such as through a speaker, e.g., in a handset of device **550**. Such sound may include sound from voice telephone calls, may include recorded sound (e.g., voice messages, music files, etc.) and may also include sound generated by applications operating on device **550**.

The computing device **550** may be implemented in a number of different forms, as shown in the figure. For example, it may be implemented as a cellular telephone **580**. It may also be implemented as part of a smartphone **582**, personal digital assistant, or other similar mobile device.

Additionally computing device **500** or **550** can include Universal Serial Bus (USB) flash drives. The USB flash drives may store operating systems and other applications. The USB flash drives can include input/output components, such as a wireless transmitter or USB connector that may be inserted into a USB port of another computing device.

Various implementations of the systems and techniques described here can be realized in digital electronic circuitry, integrated circuitry, specially designed ASICs (application specific integrated circuits), computer hardware, firmware, software, and/or combinations thereof. These various implementations can include implementation in one or more computer programs that are executable and/or interpretable on a programmable system including at least one programmable processor, which may be special or general purpose, coupled to receive data and instructions from, and to transmit data and instructions to, a storage system, at least one input device, and at least one output device.

These computer programs (also known as programs, software, software applications or code) include machine instructions for a programmable processor, and can be implemented in a high-level procedural and/or object-oriented programming language, and/or in assembly/machine language. As used herein, the terms "machine-readable medium" "computer-readable medium" refers to any computer program product, apparatus and/or device (e.g., magnetic discs, optical disks, memory, Programmable Logic Devices (PLDs)) used to provide machine instructions and/or data to a programmable processor, including a machine-readable medium that receives machine instructions as a machine-readable signal. The term "machine-readable signal" refers to any signal used to provide machine instructions and/or data to a programmable processor.

To provide for interaction with a user, the systems and techniques described here can be implemented on a computer having a display device (e.g., a CRT (cathode ray tube) or LCD (liquid crystal display) monitor) for displaying information to the user and a keyboard and a pointing device (e.g., a mouse or a trackball) by which the user can provide input to the computer. Other kinds of devices can be used to provide for interaction with a user as well; for example, feedback provided to the user can be any form of sensory feedback (e.g., visual feedback, auditory feedback, or tactile feedback); and input from the user can be received in any form, including acoustic, speech, or tactile input.

The systems and techniques described here can be implemented in a computing system that includes a back end component (e.g., as a data server), or that includes a middleware component (e.g., an application server), or that includes a front end component (e.g., a client computer having a graphical user interface or a Web browser through which a user can interact with an implementation of the systems and techniques described here), or any combination of such back end, middleware, or front end components. The components of the system can be interconnected by any form or medium of digital data communication (e.g., a communication network). Examples of communication networks include a local area network ("LAN"), a wide area network ("WAN"), peer-to-peer networks (having ad-hoc or static members), grid computing infrastructures, and the Internet.

The computing system can include clients and servers. A client and server are generally remote from each other and typically interact through a communication network. The relationship of client and server arises by virtue of computer programs running on the respective computers and having a client-server relationship to each other.

Although a few implementations have been described in detail above, other modifications are possible. Moreover, other mechanisms for performing the systems and methods described in this document may be used. In addition, the logic flows depicted in the figures do not require the particular order shown, or sequential order, to achieve desirable results. Other steps may be provided, or steps may be eliminated, from the described flows, and other components may be added to, or removed from, the described systems. Accordingly, other implementations are within the scope of the following claims.

What is claimed is:

**1**. A computer-implemented method for receiving access to secured resources, the method comprising:

sending, from an application program of a computer system and for receipt by a token providing system, a first request to obtain a temporary authentication token that is able to be used to access portions of secured resources that are stored by a resource providing system, wherein the token providing system stores a primary authentication token that the token providing system uses to obtain the temporary authentication token, wherein the first request does not include the primary authentication token;

receiving, by the application program and as having been sent by the token providing system, the temporary authentication token;

sending, by the application program and for receipt by a resource providing system, a second request that (i) is to obtain a first portion of the secured resources, and (ii) includes the temporary authentication token to indicate to the resource providing system that the application program is authorized to receive the first portion of the secured resources; and

receiving, by the application program and as having been sent by the resource providing system responsive to the application program sending the second request, the first portion of the secured resources.

**2**. The computer-implemented method of claim **1**, wherein the application program does not have access to the primary authentication token.

**3**. The computer-implemented method of claim **1**, wherein:

an authentication system provided the primary authentication token for receipt by the token providing system in response to the authentication system receiving authentication credentials.

**4**. The computer-implemented method of claim **3**, wherein the application program does not have access to authentication credentials.

**5**. The computer-implemented method of claim **3**, wherein the token providing system does not have access to the authentication credentials.

**6**. The computer-implemented method of claim **3**, wherein the token providing system used the primary authentication token to obtain the temporary authentication token from the authentication system.

**7**. The computer-implemented method of claim **3**, wherein the authentication credentials include a username and a shared secret for a user account.

**8**. The computer-implemented method of claim **1**, wherein the resource providing system is configured such that the token providing system is unable to access the first portion of the secured resources using the primary authentication token in place of the temporary authentication token.

**9**. The computer-implemented method of claim **1**, wherein the second request further includes (iii) a scope to identify the first portion of the secured resources in distinction to other portions of the secured resources.

**10**. A computer system for providing access to secured resources, the system comprising:

one or more processors; and

one or more computer-readable devices that store instructions that, when executed by the one or more processors, cause performance of operations that comprise:

sending, from an application program of a computer system and for receipt by a token providing system, a first request to obtain a temporary authentication token that is able to be used to access portions of secured resources that are stored by a resource providing system, wherein the token providing system stores a primary authentication token that the token providing system uses to obtain the temporary authentication token, wherein the first request does not include the primary authentication token;

receiving, by the application program and as having been sent by the token providing system, the temporary authentication token;

sending, by the application program and for receipt by a resource providing system, a second request that (i) is to obtain a first portion of the secured resources, and (ii) includes the temporary authentication token to indicate to the resource providing system that the application program is authorized to receive the first portion of the secured resources; and

receiving, by the application program and as having been sent by the resource providing system responsive to the application program sending the second request, the first portion of the secured resources.

**11**. The computer system of claim **10**, wherein the application program does not have access to the primary authentication token.

**12**. The computer system of claim **10**, wherein:

an authentication system provided the primary authentication token for receipt by the token providing system in response to the authentication system receiving authentication credentials.

**13**. The computer system of claim **12**, wherein the application program does not have access to authentication credentials.

**14**. The computer system of claim **12**, wherein the token providing system does not have access to the authentication credentials.

**15**. The computer system of claim **12**, wherein the token providing system used the primary authentication token to obtain the temporary authentication token from the authentication system.

**16**. The computer system of claim **12**, wherein the authentication credentials include a username and a shared secret for a user account.

**17**. The computer system of claim **10**, wherein the resource providing system is configured such that the token providing system is unable to access the first portion of the secured resources using the primary authentication token in place of the temporary authentication token.

**18**. The computer system of claim **10**, wherein the second request further includes (iii) a scope to identify the first portion of the secured resources in distinction to other portions of the secured resources.

**19**. The computer-implemented method of claim **1**, wherein the application program is unable to access the primary authentication token.

**20**. The computer-implemented method of claim **1**, wherein the application program does not use the primary authentication token in the second request to obtain the first portion of the secured resources.

* * * * *