IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION

| | |
|---|---|
| VIRTAMOVE, CORP., <br><br> Plaintiff, <br><br> v. <br><br> GOOGLE LLC, <br><br> Defendant. | Case No. 7:24-cv-00033-DC-DTG <br><br> **JURY TRIAL DEMANDED** |

**ORDER DENYING GOOGLE'S MOTION TO DISMISS AMENDED COMPLAINT**

Before the Court is Google's Motion to Dismiss the Amended Complaint. Having considered Google's motion, the related briefing, and the evidence of record, the Court is of the opinion that the motion should be denied in its entirety.

**IT IS HEREBY ORDERED** that Google's Motion to Dismiss the Amended Complaint is **DENIED WITH PREJUDICE**.