IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION

| | |
|---|---|
| **VIRTAMOVE, CORP.,**<br><br>  Plaintiff,<br><br>  v.<br><br>**GOOGLE LLC**<br><br>  Defendant. | **CIVIL ACTION NO 7:24-CV-0033-DC-DTG**<br><br>JURY TRIAL DEMANDED |

**UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE REPLY IN SUPPORT OF DEFENDANT GOOGLE'S MOTION TO DISMISS AMENDED COMPLAINT**

Defendant Google LLC ("Google") respectfully files this unopposed motion seeking to extend the date by which to file its Reply in Support of Defendant Google's Motion to Dismiss Amended Complaint. Defendant Google's Motion to Dismiss Amended Complaint was filed on June 18, 2024. Dkt. 36. Plaintiff VirtaMove, Corp.'s Opposition to Google's Motion to Dismiss Amended Complaint was filed on July 2, 2024 (Dkt. 42), making Google's reply due Tuesday, July 9, 2024.

Google respectfully requests that the deadline to file its Reply in Support of Defendant Google's Motion to Dismiss Amended Complaint be extended by seven (7) days to July 16, 2024, to allow Google additional time to prepare its reply in light of the July 4 holiday and July 10 deadline to file Google's venue or jurisdictional motion. Plaintiff is not opposed to the seven-day extension of time.

Dated: July 5, 2024

/s/ David A. Perlson
David A. Perlson (*admitted pro hac vice*)
davidperlson@quinnemanuel.com
Quinn Emanuel Urquhart & Sullivan, LLP
50 California Street, 22nd Floor
San Francisco, California 94111-4788
Telephone: (415) 875-6600
Fax: (415) 875-6700

Deepa Acharya
deepaacharya@quinnemanuel.com
1300 I Street NW, Suite 900
Quinn Emanuel Urquhart & Sullivan, LLP
Washington, District of Columbia 20005-3314
Telephone: (202) 538-8000
Fax: (202) 538-8100


/s/ Katharine L. Carmona
Katharine Lee Carmona
Texas State Bar No. 00787399
kcarmona@jw.com
Jackson Walker L.L.P.
100 Congress Avenue, Suite 1100
Austin, Texas 78701
(512) 236-2000
(512) 236-2002 (facsimile)

Erica Benites Giese
Texas State Bar No. 24036212
egiese@jw.com
1900 Broadway, Suite 1200
San Antonio, Texas 78215
(210) 978-7700
(210) 978-7790 (facsimile)

Nathaniel St. Clair, II
Texas State Bar No. 24071564
nstclair@jw.com
2323 Ross Avenue, Suite 600
Dallas, Texas 75201
(214) 953-6000
(214) 953-5822 (facsimile)

*Counsel for Defendant Google LLC*

2

**CERTIFICATE OF CONFERENCE**

Defendant's counsel, David Perlson, conferred by email with opposing counsel, Peter Tong, on July 3, 2024, concerning this Motion, to which opposing counsel responded that Plaintiff was not opposed to the request for additional time.

*/s/ Katharine L. Carmona*
Katharine Lee Carmona

**CERTIFICATE OF SERVICE**

I hereby certify that on July 5, 2024, a true and correct copy of the foregoing document was served electronically, via ECF, on all counsel of record who are deemed to have consented to such service under the Court's local rules.

*/s/ Katharine L. Carmona*
Katharine Lee Carmona