# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
### MIDLAND/ODESSA DIVISION

| | |
|---|---|
| **VIRTAMOVE, CORP.,**<br><br>Plaintiff,<br><br>v.<br><br>**GOOGLE LLC**<br><br>Defendant. | **CIVIL ACTION NO 7:24-CV-0033-DC-DTG**<br><br>JURY TRIAL DEMANDED |

## ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE REPLY IN SUPPORT OF DEFENDANT GOOGLE'S MOTION TO DISMISS <u>AMENDED COMPLAINT</u>

Before the Court is Defendant Google LLC's Unopposed Motion for Extension of Time to File Reply in Support of Defendant Google's Motion to Dismiss Amended Complaint. Having reviewed the motion, the Court is of the opinion that the motion is well taken and should be GRANTED. Accordingly, the Court GRANTS Defendant Google LLC's Unopposed Motion for Extension of Time to File Reply in Support of Defendant Google's Motion to Dismiss Amended Complaint.

Defendant Google LLC shall file its Reply in Support of Defendant Google's Motion to Dismiss Amended Complaint on or before July 16, 2024.

Signed this _____ day of July, 2024.

_____
DEREK T. GILLILAND
UNITED STATES MAGISTRATE JUDGE