# EXHIBIT 3

About Google

## Our offices



**North America** | Latin America | Europe | Asia Pacific | Africa & Middle East


**Ann Arbor**
2300 Traverwood Dr.
Ann Arbor, MI 48105
United States
Phone: +1 734-332-6500
Directions


**Atlanta**
1105 W Peachtree NW
Atlanta, GA 30309
United States
Directions


**Austin**
500 W 2nd St
Suite 2900
Austin, TX 78701
United States
Phone: +1 512-343-5283
Directions


**Boulder - Pearl Place**
2930 Pearl St
Boulder, CO 80301
United States
Phone: +1 303-245-0086
Directions


**Boulder - Walnut**
3333 Walnut St
Boulder CO, 80301
United States
Phone: +1 303-245-0086
Directions


**Cambridge**
355 Main Street
Cambridge, MA 02142
United States
Phone: +1 617-575-1300
Directions


**Chicago - Carpenter**
210 Carpenter Ave
Chicago, IL 60607
United States


**Chicago - Fulton Market**
320 N. Morgan, Suite 600
Chicago, IL 60607
United States

Directions

Phone: +1 312-840-4100
Directions


**Detroit**
52 Henry St.
3rd Floor
Detroit, MI 48201
United States
Phone: +1 248-593-4003
Directions


**Durham**
200 Morris St
Durham, NC 27701
United States
Directions


**Irvine**
19510 Jamboree Road
Irvine, CA 92612
United States
Phone: +1 949-794-1600
Directions


**Kirkland**
777 6th Street South
Kirkland, WA
United States
Phone: +1 425-739-5600
Directions


**Kitchener**
51 Breithaupt Street
Kitchener, ON N2H 5G5
Canada
Phone: +1-519-880-2300
Directions


**Los Angeles**
340 Main Street
Los Angeles, CA 90291
United States
Phone: +1 310-310-6000
Directions


**Madison**
811 E Washington Ave
Suite 700
Madison, WI 53703
United States
Phone: +1 608-669-9841
Directions


**Miami**
1450 Brickell Ave Ste 900
Miami FL 33131
United States
Phone: +1 305-985-7900
Directions


**Montreal**
425 Av. Viger O
Montréal, QC H2Z 1X2
Canada
Phone: +1 514-670-8700
Directions


**Mountain View**
1600 Amphitheatre Parkway
Mountain View, CA 94043
United States
Directions


**Mountain View**
100 Bay View Drive
Mountain View, CA 94043
United States
Directions


**New York**
76 Ninth Avenue
New York, NY 10011
United States
Phone: +1 212-565-0000
Directions


**New York**
25 11th Ave PIER 57
New York, NY 10011
United States
Directions


**New York**
75 Ninth Avenue
New York, NY 10011
United States
Directions


**Pittsburgh**
6425 Penn Avenue
Pittsburgh, PA 15206
United States
Phone: +1 412-345-6700
Directions


**Playa Vista**
12422 W. Bluff Creek Drive
Playa Vista, CA 90094
United States
Directions


**Playa Vista**
5865 Campus Center Drive
Playa Vista, CA 90094
United States
Directions


**Portland**
555 SW Morrison Street Ste 500
Portland, OR 97204
United States
Directions


**Redwood City**
1900 Seaport Boulevard
Redwood City, CA 94063
United States
Directions


**Reston**
1900 Reston Metro Plaza
16th Floor
Reston, VA 20190
United States
Directions


**San Bruno**
901 Cherry Avenue
San Bruno, CA 94066
United States
Directions


**San Diego**
6420 Sequence Dr
Suite 400
San Diego, CA 92121
United States
Phone: +1 858-239-4000
Directions


**San Francisco**
345 Spear Street
San Francisco, CA 94105
United States
Phone: +1 415-736-0000
Directions


**San Francisco**
The Landmark Building, 1 Market Street
San Francisco, CA 94105
United States
Directions


**Seattle**
601 N. 34th Street
Seattle, WA 98103
United States
Phone: +1 206-876-1800
Directions


**Sunnyvale**
1195 Borregas Drive
Building 6
Sunnyvale, CA 94089
United States
Directions


**Toronto**
111 Richmond Street West
Toronto, ON M5H 2G4
Canada
Phone: 416-915-8200
Directions


**Washington DC**
25 Massachusetts Avenue
Washington DC, 20001
United States
Phone: (202) 346-1100
Directions

7/9/24, 2:02 AM
Case 7:24-cv-00033-DC-DTG    Document 45-3    Filed 07/11/24    Page 5 of 5
Browse a list of Google's Office Locations

