# EXHIBIT 5

# crunchbase

 **Kamel Founadi**  SAVE

**Summary**

## Overview

**Number of Founded Organizations**
1

**CB Rank (Person)**
2,198

**Primary Job Title**
Founder

**Primary Organization**
Docker

**Location**
Palo Alto, California, United States

**Regions**
San Francisco Bay Area, Silicon Valley, West Coast

**Gender**
Male

Kamel Founadi is the Founder of Docker.

## Jobs

**Number of Current Jobs**
1

Kamel Founadi is the Founder at Docker.



**Docker**
Founder
2013



 **Kamel Founadi**                                                                                  ⊕ SAVE

**Summary**

### Related Hubs ✎

| Hub Name ⌄ | CB Rank (Hub) ⌄ |
|---|---|
| Lowercase Capital Portfolio Companies | 61,691 |
| Startups Founded in 2011 | 11,102 |
| Western US Late Stage Companies With More Than 10 Employees | 33,543 |
| Investment Bank Funded Companies (Top 10K) | 7,822 |
| Accelerator Funded Companies (Top 10K) | 1,170 |
| Western US Late Stage Companies With More Than $10M in Revenue | 48,179 |
| Western US Companies With Less Than $500M in Revenue (Top 10K) | 308 |
| Software Companies With More Than $10M in Revenue (Top 10K) | 1,414 |
| Greylock Portfolio Companies | 28,085 |
| Western US Developer Platform Companies | 24,754 |

⚡ **SHOW MORE**

### Recent News and Activity ✎

Case 7:24-cv-00033-DC-DTG   Document 45-5   Filed 07/11/24   Page 4 of 4

There is no recent news or activity for this profile.

 **Kamel Founadi**   ⊕ SAVE

Summary

Unlock even more features with Crunchbase Pro

⚡ START YOUR FREE TRIAL

© 2024 Crunchbase Inc. All Rights Reserved.