# EXHIBIT 9












# Cloud Native Computing Foundation (CNCF)

Making cloud native ubiquitous

IT Services and IT Consulting · San Francisco, CA · 124K followers · 51-200 employees

**+ Follow**     **Message**   ...

| Home | About | Posts | Jobs | People |

## About

Cloud native computing uses an open source software stack to deploy applications as microservices, packaging each part into its own container, and dynamically orchestrating those containers to optimize resource utilization. The Cloud Native Computing Foundation (CNCF) hosts critical components … see more

Contact info
cncf.io

Funding via Crunchbase
Grant
US$ 3M

Show all details →

## Page posts



Cloud Native Computing Foundatio…
124,320 followers
18h • 🌐

📝 Submit to speak at OpenTofu Day, a CNCF-hosted co-located event at KubeCon + CloudNativeCon North America, on …more

Cloud Native Co…
124,320 followers
19h • 🌐

The #CNCF store is movi… (POD) model 👨‍🍳 …more





Show all posts →

## Upcoming events

**Tue, Jul 9, 2024, 9:00 AM • Live Video**
Cloud Native Live: Dumbing down developer platform consoles
5 attendees
View

**Wed, Jul 10, 2024, 9:00 AM • Live Video**
Cloud Native Live: Tetragon Kubernetes Policy Filtering
5 attendees
View

Show all events →

## People highlights

**5 employees work in San Francisco**

Zain, Lachlan, Rey, Charles & one other

Show all people highlights →

**PREMIUM**

### Insights on Cloud Native Computing Foundation (CNCF)

**10 recent senior management hires**
Including Abhishek Malvankar and 9 others

+7

▲ **10%**
Total headcount growth
6 months

🕐 **1.8 years**
Median tenure

**Unlock more organization insights**

Access employee, hiring, and job opening insights with Premium

Try Premium for free

| | | | |
|---|---|---|---|
| About | Accessibility | Talent Solutions | Questions? Visit our Help Center. |
| Community Guidelines | Careers | Marketing Solutions | |
| Privacy & Terms ▾ | Ad Choices | Advertising | Manage your account and privacy Go to your Settings. |
| Sales Solutions | Mobile | Small Business | |
| Safety Center | | | Recommendation transparency Learn more about Recommended Content. |

Select Language
English (English) ▾

LinkedIn Corporation © 2024

Ad  •••

Andrew, ready for your dream job?

Business Operations, Associate - Linke...
San Francisco, California, United States

View Now

**Pages people also viewed**

**The Linux Foundation**
Software Development
323,949 followers

＋ Follow

**KodeKloud**
E-learning
134,173 followers

RAM KUMAR follows this page

＋ Follow

**Civo**
IT Services and IT Consulting
19,478 followers

＋ Follow

Show all →



