# EXHIBIT 12




# Tõnis Tiigi
tonistiigi

Follow

**725** followers · **3** following

Docker
San Francisco

## Achievements




## Organizations



Block or Report

- Overview
- Repositories **151**
- Projects
- Packages
- Stars **246**

## Popular repositories

**binfmt** — Public
Cross-platform emulator collection distributed with Docker images.
● Go  ☆ 883  ⑂ 66

**audiosprite** — Public
Jukebox/Howler/CreateJS compatible audio sprite generator
● JavaScript  ☆ 680  ⑂ 117

**xx** — Public
Dockerfile cross-compilation helpers
● Shell  ☆ 338  ⑂ 29

**styler** — Public
CSS/Stylus live editor
● JavaScript  ☆ 133  ⑂ 9

**buildkit-pack** — Public
buildkit frontend for buildpacks
● Go  ☆ 128  ⑂ 11

**mega** — Public
THIS REPO IS NOT MAINTAINED. Unofficial Node.js SDK for Mega
● JavaScript  ☆ 118  ⑂ 33

**3,019** contributions in the last year

2024
2023
2022
2021
2020
2019
2018
2017
2016
2015
2014
2013
2012
2011

Learn how we count contributions  Less ▢▢▢▢ More

@docker  @moby  @containerd  More

**Activity overview**
Contributed to **moby/buildkit**, **docker/buildx**, **tonistiigi/xx**
and 30 other repositories

25% Code review
66% Commits
2% Issues
7% Pull requests

## Contribution activity

**July 2024**

Created 38 commits in 2 repositories
- moby/buildkit  26 commits
- docker/buildx  12 commits

Created 1 repository
- tonistiigi/reflect2  ● Go  Jul 8

Created a pull request in moby/moby that received 7 comments  Jul 3



Document title: tonistiigi (Tõnis Tiigi) · GitHub
Capture URL: https://github.com/tonistiigi
Capture timestamp (UTC): Tue, 09 Jul 2024 18:02:24 GMT
Page 1 of 2

tonistiigi Follow Overview Repositories 151 Projects Packages Stars 246

Contribution activity

**July** 2024

Created 38 commits in 2 repositories

moby/buildkit 26 commits
docker/buildx 12 commits

Created 1 repository

tonistiigi/reflect2 Go Jul 8

Created a pull request in moby/moby that received 7 comments Jul 3

**vendor: update buildkit to v0.15.0-rc1**

Depends on #47142

+26,406 −4,119 lines changed • 7 comments

Opened 12 other pull requests in 3 repositories

moby/buildkit 6 merged
docker/buildx 2 open 3 merged
modern-go/reflect2 1 open

Reviewed 32 pull requests in 5 repositories

moby/buildkit 20 pull requests
docker/buildx 9 pull requests
moby/moby 1 pull request
docker/bake-action 1 pull request
docker/build-push-action 1 pull request

Created an issue in moby/buildkit that received 2 comments Jul 2

**Add test using windows OSVersion**

With #5034 platforms packages supports OSVersion component in platform string. We should add a test that sets custom OSVersion in `--platform` and ve...

2 comments

Opened 2 other issues in 1 repository

moby/buildkit 2 open

proposal: Dockerfile check for unused ARG definition Jul 8
proposal: Dockerfile check for correct filename formatting Jul 8

11 contributions in private repositories Jul 2 – Jul 3

**Show more activity**

Seeing something unexpected? Take a look at the GitHub profile guide.

2024
2023
2022
2021
2020
2019
2018
2017
2016
2015
2014
2013
2012
2011

© 2024 GitHub, Inc. Terms Privacy Security Status Docs Contact Manage cookies Do not share my personal information

