# EXHIBIT 21

## Contact

www.linkedin.com/in/andy-tucker-b0a882 (LinkedIn)

## Top Skills

Kernel Programming

Unix

Kernel

## Publications

Solaris Zones: Operating System Support for Consolidating Commercial Workloads

Solaris Zones: Operating System Support for Server Consolidation

# Andy Tucker

Senior Staff Software Engineer

Portola Valley, California, United States

## Experience

**Google**
Software Engineer
January 2018 - Present (6 years 7 months)
Sunnyvale, California

**Bracket Computing**
Engineer
July 2012 - December 2017 (5 years 6 months)
Sunnyvale, CA

**NetApp**
Technical Director
January 2009 - July 2012 (3 years 7 months)
Sunnyvale, CA

Developed core file system technologies with a focus on performance, resiliency, and virtualization.

**VMware, Inc.**
Principal Engineer
May 2005 - December 2008 (3 years 8 months)
Palo Alto, CA

Worked in a variety of areas including distributed resource scheduling (which became the VMware DRS feature), virtual I/O architecture, virtual appliances, fault tolerant VMs, and storage replication.

**Sun Microsystems, Inc.**
Distinguished Engineer
February 1994 - May 2005 (11 years 4 months)
Menlo Park, CA

Worked on various projects related to the Solaris operating system, including scheduling, multiprocessor support, interprocess communication, clustering, resource management, and server virtualization.  I was technical lead for the Solaris Containers  (aka Zones) project, and helped lead the effort to make Solaris available as open source.

## Education

Stanford University

Ph.D., Computer Science · (1984 - 1993)

UC Santa Barbara

B.S., Computer Science · (1980 - 1984)