# EXHIBIT 28

ADVERTISEMENT

**F** PROFILE

# David Cheriton

Professor, Stanford University

**$16B**   **Real Time Net Worth**
as of 7/9/24
▼ $5M (0.03%)   #119 in the world today



ADVERTISEMENT

### About David Cheriton

- "Professor Billionaire" David Cheriton, who is professor emeritus at Stanford University, made his fortune thanks to an early investment in Google.

- Cheriton and Andreas von Bechtolsheim (also now a billionaire) each invested $100,000 in Google when it was just getting started.

- The pair cofounded 3 companies: Arista Networks (IPO in 2014), Granite Systems (sold to Cisco in 1996) and Kealia (sold to Sun Microsystems in 2004).

- Cheriton resigned from Arista's board in 2014.

- Cheriton became chief data center scientist at Juniper Networks after the acquisition of his company Apstra in 2021.

## Wealth History
HOVER TO REVEAL NET WORTH BY YEAR



2015   2016   2017   2018   2019   2020   2021   2022   2023   2024



Nothing feels as
good as a great
place to work

ADVERTISEMENT

---

### Forbes Lists

**#156**    **Billionaires** (2024)

**#50**    **Richest In Tech** (2017)

---

### Personal Stats

**Age**   73

**Source of Wealth**   Google, Self Made

**Residence**   Palo Alto, California

**Citizenship**   Canada

**Marital Status**   Divorced

**Children**   4

**Education**   Bachelor of Arts/Science, University of British Columbia;
Doctorate, University of Waterloo; Master of Science, University
of Waterloo

---

### Did you know

Cheriton, who is frugal in his personal life, is the third of six
children of two Canadian engineers who grew up during the

Cheriton still li
years and c   l

David Cheriton

Great Depression.

● ○

---

**In Their Own Words**

---

"I feel like I've been very fortunate in investing, but I still have the brain of a scrounger in terms of spending money."

**David Cheriton**

---

**Related People & Companies**

**Andreas von Bechtolsheim & family**
Cofounder
View Profile →

**Google**
Holds stake in Google
View Profile →

**San Jose, CA**
Resides in San Jose, CA Metropolitan Area
View Profile →

**Larry Page**
Related by financial asset: Google Inc. (Cl C)
View Profile →

**Alphabet**
Holds stake in Alphabet
View Profile →

See More

---

**More on Forbes**

31 minutes ago

**No. 1 Draft Pick For Cleveland Guardians Valued At $10,570,600**

By **Bernie Pleskoff**    Contributor

3 hours ago

**Shakur Stevenson Turned Down A Sizable Offer From Top Rank Boxing**

By **Brian Mazique**    Contributor

ADVERTISEMENT

---

3 hours ago

## 'He's Got An Ego': Trump Says He Doesn't Think Biden Will Drop Out

By **Siladitya Ray**  Forbes Staff



3 hours ago

## Conor McGregor Cashed In On Huge Nate Diaz Vs. Jorge Masvidal Bet

By **Brian Mazique**  Contributor



ADVERTISEMENT

**Do not miss...**



**Top Funds to Invest In**

know more...



**Last-Minute Holiday Deals**

know more...



**Best Silver Coins to Buy**

know more...




**Top 5 AI Stocks for**

know more...

4 hours ago

## Biden's Physician Explains Why Parkinson's Specialist Visited White House Several Times

By **Siladitya Ray**  Forbes Staff



6 hours ago

## Today's 'Wordle' #1116 Hints, Clues And Answer For Tuesday, July 9th

By **Erik Kain**  Senior Contributor



6 hours ago



**WWE Raw Results, Winners And Grades As Rhea Ripley Returns**



By **Alfred Konuwa**  Contributor

---

7 hours ago

**Who Went Home On 'The Bachelorette' This Week? See The Elimination List For Season 21**



By **Monica Mercuri**  Contributor

---

8 hours ago

**KC's Seth Lugo Has Dominated With Improved Slider, 'Goofy' Seam-Shifter**



By **Jack Magruder**  Contributor

---

8 hours ago

**Why Euro 2024 Victory Would Be Unique For Luis De La Fuente's Spain**



By **Henry Flynn**  Contributor

---

**More Articles**

# Forbes

© 2024 Forbes Media LLC. All Rights Reserved.

AdChoices    Privacy Statement    Do Not Sell or Share My Personal Information    Limit the Use of My Sensitive Personal Information
Privacy Preferences    Terms of Service    Digital Terms of Sale    Contact Us    Send Us Feedback    Report a Security Issue    Jobs At Forbes
Reprints & Permissions    Forbes Press Room    Advertise    Investors