# EXHIBIT 34

# Brian Schmidt

VP of Engineering | Driving Strategic Product Areas | Big Tech Experience | Full Stack: Embedded, Mobile, Streaming, Cloud
Sunnyvale, California, United States

### Contact

www.linkedin.com/in/briankschmidt (LinkedIn)

### Top Skills

Executive Leadership
Social Media
Mobile Applications

### Publications

A Compiler for Creating Evolutionary Software and Application Experience

Empirical Analysis of Overheads in Cluster Environments

How to Cascade External Storage with Serial ATA

An Architecture for Distributed, Interactive, Multi-Stream, Multi-Participant Audio and Video

A Method and Apparatus for Measuring Media Synchronization

### Patents

Method and apparatus for encoding or decoding data in accordance with an NB/(N+1)B block code, and method for determining such a block code

Error detection in physical interfaces for point-to-point communications between integrated circuits

Covert channel for conveying supplemental messages in a protocol-defined link for a system of storage devices

Scheme for zero-copy adaptive bitrate video streaming

Capture, recording and streaming of media content

## Summary

Results-oriented executive with nearly 30 years of experience in leading engineering organizations within the tech industry, ranging from semiconductors, to large-scale computer systems, to mobile devices, to social networks, to streaming video, to online marketplaces. Proven track record of guiding global, full-stack teams of up to 230 engineers, collaborating with cross-functional partners, and liaising with corporate executives and business partners. Skilled at creating and implementing technology initiatives aligned with business goals, resulting in the successful launch of many commercial products and generating hundreds of millions in revenue. Demonstrated success in driving business growth, e.g. 5x organization expansion, 10x revenue growth, and 15x user growth.

Expertise:
• Executive leadership in software engineering and development
• Strategic innovation to drive business impact
• Strong communication and cross-functional collaboration skills
• Full-stack software engineering proficiency
• Multidisciplinary problem-solving across various domains
• 30+ issued patents advancing the state of the art

Currently serving as VP of Engineering at Upwork, leading global teams in developing tools for clients, freelancers, messaging, ads, monetization, and search experiences. Previous experience includes executive engineering roles at YouTube and Google, driving significant business impact through innovative product development.

---

## Experience

**Upwork**
VP of Engineering
October 2022 - Present (1 year 10 months)

Head of product engineering for Upwork's Talent Marketplace, connecting businesses with skilled freelancers.

Key Responsibilities:
• Lead global teams in developing tools for clients, freelancers, messaging, ads, monetization, and search experiences.
• Spearhead innovation and new product development through the Emerging Businesses team.
• Collaborate cross-functionally to align technical requirements with product strategy.
• Manage full stack development and QA.
• Foster innovation and technical excellence across the engineering organization.

YouTube
7 years 10 months

Director Of Engineering
October 2018 - October 2022 (4 years 1 month)

Head of Live Streaming product engineering, delivering user experiences to enable video creators and fans to connect in real time.

Key Responsibilities:
• Lead distributed teams for live video creation, viewer experiences, monetization, discovery recommendations, ML quality, real-time chat, and associated infrastructure
• Develop and execute a roadmap of high-impact features in collaboration with cross-functional partners

Business Impact:
• Achieved ~15x growth in live streams and channels streaming
• Generated ~10x growth in live stream watch time and live viewers
• Increased live stream revenue by ~10x
• Expanded organization size by ~5x
• Earned multiple patents for live streaming technology advancements

Successfully launched major consumer products from inception to landing:
• Collaborative Streaming - multi-device live streaming, like broadcasting a video teleconference
• Live Shopping - manage merchandise and offer exclusive deals during live streams

• Premieres - creators and fans to experience a video debut together, like a movie premiere
• Live Control Room - new desktop tools for creating/managing live streams.
• Webcam Streaming - go live from a web browser and webcam

Senior Staff Engineering Manager
January 2015 - October 2018 (3 years 10 months)

Head of Mobile Live Streaming product engineering, delivering new strategic innovations

Key Responsibilities:
• Lead a team of full-stack engineers to develop and deploy end-to-end mobile live streaming features to enhance user experiences
• Spearhead innovation initiatives as a visionary technical leader, pushing boundaries in the industry

Business Impact:
• Mitigated competitive threats in the gaming and mobile sectors through innovative solutions
• Pioneered direct payment capability, resulting in ~50% of revenue for live streamers
• Earned multiple patents for mobile streaming technology advancements

Successfully launched game-changing consumer products from inception to landing:
• Mobile Live Streaming - Go live directly from YouTube Android and iOS apps
• Super Chat - Stand out with purchased chat messages during live streams and Premieres
• Mobile Screencast - Live screencasting from YouTube Gaming and Android Play Games apps

Google
Senior Staff Engineer
April 2012 - December 2014 (2 years 9 months)

Chief Architect for mobile technology innovations in the Social Product area

Key Responsibilities:
• Spearhead innovation initiatives as a visionary technical leader, pushing industry boundaries.

• Lead a full-stack engineering team to develop and deploy end-to-end mobile social features, enhancing user experiences.

Notable Achievements:
• G+ 2nd Gen: Chief architect of revised client-server interface for Google+ social network, transitioning from client-rendered data protocol to server-rendered presentation protocol. Led seamless full-stack implementation without disruption to millions of legacy users.
• Hangouts Glassware: Engineering lead for popular text, emoji, and photo messaging app on Google Glass. Orchestrated full-stack effort across client, web front end, and chat server backend.
• G+ Glassware: Engineering lead for social networking app on Google Glass, enabling photo sharing, location tagging, and voice-transcribed text. Coordinated full-stack development across client, web front end, and social server backends.
• Video Hangouts: Led engineering efforts for enhancing Hangouts video call experience on Android devices, including tablet support. Presented at 2012 Google I/O.
• Earned multiple patents for UI, networking, and mobile social technology advancements

Experimental Projects:
• Google Here: Designed, planned, and prototyped location-based social network similar to Foursquare.
* Social Video: Pioneered lightweight social exchange of fixed-duration videos, similar to Vine and TikTok.

Multimedia over Coax Alliance
Member, Board of Directors
June 2010 - March 2012 (1 year 10 months)

Trident Microsystems
Principal Engineer
April 2010 - March 2012 (2 years)

System Architect, Office of the CTO
Responsibilities: Provide architectural support to DTV and STB business units. Develop corporate technology initiatives and transfer to product teams.

Notable Achievements:

• Android for CE - Chief architect of an industry-wide open software platform for DTV and STB devices based on Android. Led technical promotion efforts with international business partners, resulting in sponsorship by TCL and adoption by the Chinese Smart TV Tech Association for its STV OS standard.

• Trident Middleware - Led a company-wide, cross-functional effort to unify software infrastructure for the DTV and STB business units onto a shared platform. Successfully achieved the consolidation of software infrastructure to streamline operations and enhance efficiency.

• Android Distributed Programming - Designed and implemented programming environment for Android applications that span device boundaries, enabling multi-screen entertainment applications. Results formed key IP for the sale of the company.

• Social Networking - Developed a prototype system in partnership with Facebook to integrate social networking into a multi-screen TV viewing experience. Incorporated innovative features such as a 3D gesture-based UI, automatic content recognition, and Near-Field Communication (NFC). Showcased the results at CES as a top Facebook integration, highlighting the ability to seamlessly merge social media and television experiences.

Silicon Image
Principal Engineer
February 2002 - April 2010 (8 years 3 months)

System Architect, Office of the CTO, driving corporate technology initiatives to transition the company from an IC supplier to a higher-level SoC provider.

Key Responsibilities:
• Design and implement innovative storage, network, and digital media system architectures.
• Collaborate with business partners to establish product direction and partnerships.
• Transfer technology to product groups for launch

Business Impact:
• Contributed to significant company growth, increasing revenue from $50M to $300M+.
• Earned multiple patents related to networking, digital media, storage, and embedded systems

Shipped commercial products:

• LiquidHD(tm) - System for in-home network media distribution and basis for HDMI 2.0 standard. Principal architect of device discovery, command and control, content management, and streaming media components. Implemented core systems, interfaced with customers and international partners, authored specifications, created software APIs, and shepherded product development.

• SteelVine(tm) - Storage architecture providing RAID functionality in a single chip via block-level virtualization of SATA disks. Developed embedded system software for SoC's, interconnection protocol for a storage network of SoC's, port multiplier cascading features, as well as patented in-band communication system for drive configuration. Guided product division to launch.

• SPMT(tm) - Designed communication protocols for a DRAM architecture with high-speed, serial interfaces and internal vector units for media and graphics applications, including a line code for interface reliability and high-level commands for specialized access patterns. Architecture formed basis for the SPMT(tm) memory interface

Developed company technical capabilities:
• MFS - Developed compiler for in-house microprocessor, embedded kernel and network stack using less than 32 KB. These tools enabled product line expansion into feature-rich SoC's

Kealia, Inc.
Staff Engineer
August 2001 - January 2002 (6 months)

Tech lead and primary developer of Layer 2 switching software for a 10G Ethernet switch with large-scale memory for video caching and distribution. When Kealia was acquired by Sun Microsysts, this product formed the basis for the Sun Fire X4500 data server.

Sun Microsystems
Staff Engineer
January 1994 - July 2001 (7 years 7 months)

Research Scientist, Sun Labs

Architect, Desktop Division.

Responsibilities: Develop strategic technologies and lead transfer to commercial products related to computer hardware and software systems

Earned multiple patents related to operating systems, video coding, virtualization, and graphics.

Shipped commercial products:
• SunRay(tm) - Member of small team that created the Sun Ray thin-client, a stateless terminal in which raw pixel updates are transmitted over commodity networks from a multi-user server. Developed methodology to quantitatively evaluate interactive performance of GUI and media applications, demonstrating that human-perceived experience is indistinguishable from traditional workstations.
• NetCam - Member of small team that created one of the first network-attached video cameras, along with motion detection and video indexing for security monitoring. Extended system to support network video distribution.
• Sun Media Server - Developed hierarchical video coding and network delivery system capable of dynamic transparent scaling of bandwidth and QoS.
• Image Processing Library - Created high-performance routines for 2D graphics.

Technology development:
• Process Migration - Created operating system abstraction to virtualize all host-specific interfaces and encapsulate complete state of collections of active processes. Developed Solaris(tm) operating system capable of encapsulating login sessions consisting of standard batch, GUI, and media applications. Sessions could be stored on disk or migrated between hosts.
• Wireless Thin-Client Terminal - Led cross-functional effort with partner team at Oki Data to integrate millimeter wave, high-speed wireless support into SunRay terminals.
• Multimedia Synchronization – Created hardware/software tool that records human-observed display times of audio/video and quantifies multimedia synchronization performance.

---

## Education

### Stanford University
Ph.D., Computer Science

### Emory University
B.S. and M.S., Mathematics and Computer Science