# EXHIBIT 37

## Contact

www.linkedin.com/in/csapuntz
(LinkedIn)

## Top Skills
Unix
Windows
GNU Debugger

## Languages
French

# Constantine Sapuntzakis

Making coding easier and more fun
Palo Alto, California, United States

## Summary

Specialties: Operating systems (Unix, Windows), networking (analyzing packet traces, TCP/IP protocols), storage (file systems, iSCSI), system virtualization (VMware ESXi and Workstation), debugging (procmon, xperf, VStudio, gdb), Training (partners, internal),

---

## Experience

**Augment**
Software Engineer
May 2023 - Present (1 year 3 months)
Palo Alto, CA

**Pure Storage**
Software Engineer
September 2012 - May 2023 (10 years 9 months)
Mountain View, CA

**moka5**
Founder and Principal Engineer
July 2005 - September 2012 (7 years 3 months)

Follow-on to PhD thesis. We moved the product from an academic prototype to a shipping product. I went wherever problems were and fixed them, inc problems with network downloads, GUI toolkit,  cache reporting, database query performance, reliability of product install, etc. Worked on a variety of platforms, including Windows and Linux applications (MokaFive Player), Linux distribution (MokaFive Baremetal), and web applications (MokaFive Service). Guided the filing of 10 patents, working directly with outside counsel. Set up the company's initial network, computers, and server, including PostFix mail, Subversion source code repository, Trac, OpenFire IM, etc.  Languages used: C++, PHP, python, Javascript

**Cisco**
Intern

June 1999 - June 2001 (2 years 1 month)

Designed iSCSI and RDMA protocols and worked with folks from IBM, HP, Broadcom to standardize them. One patent filed from RDMA work.

Microsoft
Intern, Developer, Frontpage
June 1996 - August 1996 (3 months)

Unicode, SSL, and Office document support.

Microsoft
Intern, Program Management in Office
June 1995 - September 1995 (4 months)

Prototyped wizards to compete with wizards in Novell's suite (VBA).

———

# Education

Stanford University
PhD, Computer Science · (1998 - 2006)

Massachusetts Institute of Technology
MEng, Computer Science and Electrical Engineering · (1993 - 1998)