# EXHIBIT 38

## Contact

www.linkedin.com/in/lammonica (LinkedIn)
www.stanford.edu/~lam (Personal)

# Monica Lam

Professor at Stanford University

Stanford, California, United States

## Experience

Stanford University
Professor
September 1988 - Present (35 years 11 months)

Tensilica
Chief Scientist
January 1988 - December 1988 (1 year)

---

## Education

Carnegie Mellon University
PhD, Computer Science · (1980 - 1987)