# EXHIBIT 39







# Mendel Rosenblum

CHERITON FAMILY PROFESSOR AND PROFESSOR OF ELECTRICAL ENGINEERING

Computer Science

- PRINT PROFILE
- EMAIL PROFILE
- VIEW STANFORD-ONLY PROFILE

## Bio

Rosenblum's research interests include system software, distributed systems, and computer architecture. He has published research in the area of disk storage management, computer simulation techniques, scalable operating system structure, virtualization computer security, and mobility. He is also a co-founder VMware Inc. As the Chief Scientist of VMware for the company's first 10 years he helped design and build virtualization technology for commodity computing platforms.

## Academic Appointments

- Professor, Computer Science
- Professor, Electrical Engineering

## Administrative Appointments

- Faculty Director, Stanford Computer Forum (2012 - Present)

## Honors & Awards

- National Young Investigator Award, National Science Foundation (1992)
- Research Fellowship, Alfred P. Sloan Foundation (1994)
- ACM Doctoral Dissertation Award, Association for Computing Machinery (1992)
- ACM/SIGOPS Mark Weiser Award, Association for Computing Machinery (2002)
- ACM System Software Award, Association for Computing Machinery (2009)

- IEEE Computer Entrepreneur Award, Institute of Electrical and Electronics Engineers (2011)
- IEEE Reynold B. Johnson Information Storage Systems Award, Institute of Electrical and Electronics Engineers (2014)
- ACM Thacker Breakthrough in Computing Award, Association of Computing Machinery (2018)

## Boards, Advisory Committees, Professional Organizations

- Member, American Academy of Arts & Sciences (2014 - Present)
- Member, National Academy of Engineering (2013 - Present)
- Fellow, Association for Computing Machinery (2008 - Present)

## Professional Education

- PhD, UC Berkeley (1992)
- MS, UC Berkeley (1989)
- BA, University of Virginia (1984)

## Patents

- Mendel Rosenblum, Monica Lam, Constantine Sapuntzakis, Ramesh Chandra, Nickolai Zeldovich, James Chow, David Brumley. "United States Patent 7,890,689 Virtual appliance management", The Board of Trustees of the Leland Stanford Junior University, Feb 15, 2011
- Mendel Rosenblum, Edouard Bugnion, Scott Devine. "United States Patent 7,665,088 Context-switching to and from a host OS in a virtualized computer system", VMware, Inc., Feb 16, 2010
- Mendel Rosenblum, Monica Lam, Constantine Sapuntzakis, Ramesh Chandra, Nickolai Zeldovich, James Chow, David Brumley. "United States Patent 7,373,451 Cache-based system management architecture with virtual appliances, network repositories, and virtual appliance transceivers", The Board of Trustees of the Leland Stanford Junior University, May 13, 2008
- Mendel Rosenblum, Ole Agesen, Pratap Subrahmanyam, Scott Devine, Edouard Bugnion. "United States Patent 7,149,843 System and method for detecting access to shared structures and for maintaining coherence of derived structures in virtualized multiprocessor systems", VMware, Inc., Dec 12, 2006
- Mendel Rosenblum, Ole Agesen, Pratap Subrahmanyam, Scott Devine, Edouard Bugnion. "United States Patent 6,961,806 System and method for detecting access to shared structures and for maintaining coherence of derived structures in virtualized multiprocessor systems", VMware, Inc., Nov 1, 2005
- Mendel Rosenblum, Edouard Bugnion, Scott Devine. "United States Patent 6,944,699 System and method for facilitating context-switching in a multi-context computer system", VMware, Inc., Sep 13, 2005
- Mendel Rosenblum, Edouard Bugnion, Scott Devine. "United States Patent 6,496,847 System and method for virtualizing computer systems", VMware, Inc., Dec 17, 2002
- Mendel Rosenblum, Edouard Bugnion, Scott Devine. "United States Patent 6,397,242 Virtualization system including a virtual machine monitor for a computer with a segmented architecture", VMware, Inc., May 28, 2002
- Mendel Rosenblum, Edouard Bugnion, Scott Devine. "United States Patent 6,075,938 Virtual machine monitors for scalable multiprocessors", The Board of Trustees of the Leland Stanford Junior University, Jun 13, 2000

## CONTACT

**Academic**
mendel@cs.stanford.edu

**University - Faculty**
Department: Computer Science
Position: Professor

GATES BLDG 4A-450
Stanford, California 94305-9030
(650) 723-0474 (office)
(650) 723-0474 (fax)

**University - Faculty**
Department: Electrical Engineering
Position: Professor

(650) 723-0474 (office)
(650) 723-0474 (fax)

**Administrator**
Andi Villanueva
Administrative Associate
Andi.Villanueva@stanford.edu
(650) 725-2340 (office)

## ADDITIONAL INFO

Mail Code: 9030

Report Accessibility Issues ▸

## LINKS

