# EXHIBIT 40

## Contact

www.linkedin.com/in/paul-o-leary-4706355 (LinkedIn)
www.ottawadiamondbacks.com (Other)

## Top Skills

OpenShift
RedHat
Unix

## Certifications

Oracle Database 11g Certified Professional OCP
Redhat Certified Engineer RHCE RHEL6
ITIL Foundations
Red Hat Certified Specialist in OpenShift Administration

# Paul O'Leary

Openshift TAM @ Redhat
Ottawa, Ontario, Canada

## Summary

Based primarily in a Unix/Linux environment, I strive to learn more tools and gather more knowledge to deal with any environment I might encounter.

I would like to stay on track to becoming a solutions architect, and deliver highly effective and efficient solutions for businesses and enterprises.

Specialties: Linux (Red Hat and other flavors)
High Availability
Oracle Databases
Systems Automation
Systems Design and procurement

Valid Secret (Level II) Security Clearance

---

## Experience

**Pickleshop**
Owner
August 2023 - Present (1 year)
Carleton Place, Ontario, Canada

Founder and Owner of www.pickleshop.net.
Providing Canadian pickleball players a place to buy Canadian made pickleball products of the highest quality.

**Red Hat**
Technical Account Manager
October 2022 - Present (1 year 10 months)
Ottawa, Ontario, Canada

**Kinaxis**
Sr. SaaS Linux System Administrator
November 2018 - October 2022 (4 years)

Ottawa, Canada Area

### Saba Software
Senior SaaS Infrastructure Administrator
November 2017 - November 2018 (1 year 1 month)
kanata

As SaaS Infrastructure administrator I take care of the following technologies in several environments from Lab up to production:

- CentOS Linux administration.
- Storage Administration including NetApp, Hitachi HCP, CEPH and Hadoop.
- Networking with F5 and Cisco devices.
- Automation with Puppet, Spacewalk, Kickstart and Ansible.
- Monitoring with Nagios, Check_MK (OMD), RHQ, and New Relic.
- Windows administration using AD and powershell.

### Entrust Datacard
Linux Systems Administrator / Cloud Services Engineer
November 2013 - September 2017 (3 years 11 months)
Kanata

Currently performing Cloud Administration duties. This includes but not limited to the following:

- Redhat Linux Administration (RHEL, Satellite, Ansible)
- Database administration (SQL 2008R2, PostGres, Oracle)
- Networking (CheckPoint FW, Cisco ASA, Cisco AnyConnect)
- Storage Management (NetApp, Dell Equalogic)
- DNS Design and architecture (BIND 9.10)
- all other infrastructure related tasks and technologies....

### CIRA
Senior Systems Administrator
April 2012 - November 2013 (1 year 8 months)

### Advanced Software Concepts
Senior Linux Administrator
March 2009 - April 2012 (3 years 2 months)

All around systems administration in a 100% Linux environment.
Design and Implementation of Production and development environment in both VMWare and KVM virtualization software.

### BreconRidge

DBA

2007 - March 2009 (2 years)

Oracle DBA/UNIX Admin

VMWare ESX Admin

CGI

Senior UNIX Admin

2005 - 2007 (2 years)

CSC

UNIX Admin

2000 - 2005 (5 years)

Nortel Networks

5 years

UNIX Administrator

2000 - 2005 (5 years)

UNIX Admin

2000 - 2000 (less than a year)

---

## Education

Memorial University, Newfoundland and Labrador

B. SC, Computer Science · (1995 - 2000)