# EXHIBIT 43

**Distance From To**

**Starting Address**
Dayton, Ohio, USA

**Ending Address**
Midland, TX, USA

Calculate Distance

Straight line distance: 1135.74 miles , 1827.80 kilometers (km) , 5996731 feet , 1827804 meters
Driving distance: 1293.60 miles , 2081.84 kilometers (km) , 6830189 feet , 2081842 meters



Leaflet (https://leafletjs.com) | © HERE 2024

You can share or return to this by using the link below

https://www.mapdevelopers.com/distance_from_to.php?
&from=Dayton%2C%20Ohio%2C%20USA&to=Midland%2C%20TX%2C%20USA



do that with the distance calculator (distance_finder.php). We are always trying to find better ways to provide you with the information you need. If you have a suggestion please let us know.