# EXHIBIT 44







Prices are currently low — $25 cheaper than usual for your search

# Other flights

| | Time | Duration | Stops | Emissions | Price |
|---|---|---|---|---|---|
|  | 12:32 AM – 8:45 AM<br>United · Operated by Mesa Airlines DBA United … | 6 hr 13 min<br>SFO–MAF | 1 stop<br>1 hr IAH | 326 kg CO2e<br>Avg emissions | $144 |
| | 12:32 AM – 11:27 AM<br>United · Operated by Mesa Airlines DBA United … | 8 hr 55 min<br>SFO–MAF | 1 stop<br>3 hr 39 min IAH | 337 kg CO2e<br>Avg emissions | $144 |
| | 5:00 AM – 1:24 PM<br>United · Operated by SkyWest DBA United Expr… | 6 hr 24 min<br>SFO–MAF | 1 stop<br>1 hr 11 min IAH | 389 kg CO2e<br>+21% emissions | $144 |
| | 5:00 AM – 4:09 PM<br>United · Operated by Mesa Airlines DBA United … | 9 hr 9 min<br>SFO–MAF | 1 stop<br>3 hr 55 min IAH | 355 kg CO2e<br>+10% emissions | $144 |
| | 6:35 AM – 4:15 PM<br>United · Operated by SkyWest DBA United Expr… | 7 hr 40 min<br>SFO–MAF | 1 stop<br>3 hr 10 min DEN | 375 kg CO2e<br>+16% emissions | $144 |
| | 7:50 AM – 4:09 PM<br>United · Operated by Mesa Airlines DBA United … | 6 hr 19 min<br>SFO–MAF | 1 stop<br>59 min IAH | 355 kg CO2e<br>+10% emissions | $144 |
| | 7:50 AM – 6:05 PM<br>United · Operated by Mesa Airlines DBA United … | 8 hr 15 min<br>SFO–MAF | 1 stop<br>2 hr 55 min IAH | 366 kg CO2e<br>+14% emissions | $144 |

| | Time | Duration | Stops | Emissions | Price |
|---|---|---|---|---|---|
| United | 1:00 PM – 9:24 PM<br>United | 6 hr 24 min<br>SFO–MAF | 1 stop<br>1 hr 7 min IAH | 365 kg CO2e<br>+13% emissions | $144 |
| United | 1:00 PM – 11:22 PM<br>United · Operated by Mesa Airlines DBA United … | 8 hr 22 min<br>SFO–MAF | 1 stop<br>3 hr 2 min IAH | 366 kg CO2e<br>+14% emissions | $144 |
| United | 2:39 PM – 11:16 PM<br>United · Operated by SkyWest DBA United Expr… | 6 hr 37 min<br>SFO–MAF | 1 stop<br>2 hr 20 min DEN | 302 kg CO2e<br>-6% emissions | $144 |
| United | 3:00 PM – 11:22 PM<br>United · Operated by Mesa Airlines DBA United … | 6 hr 22 min<br>SFO–MAF | 1 stop<br>1 hr 2 min IAH | 366 kg CO2e<br>+14% emissions | $144 |
| United | 11:55 PM – 8:45 AM+1<br>United · Operated by Mesa Airlines DBA United … | 6 hr 50 min<br>SFO–MAF | 1 stop<br>1 hr 35 min IAH | 355 kg CO2e<br>+10% emissions | $144 |
| United | 6:00 AM – 4:09 PM<br>United · Operated by Mesa Airlines DBA United … | 8 hr 9 min<br>SFO–MAF | 2 stops<br>LAX, IAH | 389 kg CO2e<br>+21% emissions | $149 |
| United | 6:00 AM – 4:15 PM<br>United · Operated by SkyWest DBA United Expr… | 8 hr 15 min<br>SFO–MAF | 2 stops<br>LAX, DEN | 435 kg CO2e<br>+35% emissions | $149 |
| United | 6:00 AM – 6:05 PM<br>United · Operated by Mesa Airlines DBA United … | 10 hr 5 min<br>SFO–MAF | 2 stops<br>LAX, IAH | 400 kg CO2e<br>+24% emissions | $149 |
| United | 6:00 AM – 6:05 PM<br>United · Operated by Mesa Airlines DBA United … | 10 hr 5 min<br>SFO–MAF | 2 stops<br>LAX, IAH | 400 kg CO2e<br>+24% emissions | $149 |

| | 6:00 AM – 8:25 PM<br>United · Operated by SkyWest DBA United Expr… | 12 hr 25 min<br>SFO–MAF | 2 stops<br>LAX, DEN | 435 kg $CO_2e$<br>+35% emissions | $149 |
|---|---|---|---|---|---|
| | 8:00 AM – 8:25 PM<br>United · Operated by SkyWest DBA United Expr… | 10 hr 25 min<br>SFO–MAF | 2 stops<br>LAX, DEN | 423 kg $CO_2e$<br>+31% emissions | $149 |
| | 8:00 AM – 8:25 PM<br>United · Operated by SkyWest DBA United Expr… | 10 hr 25 min<br>SFO–MAF | 2 stops<br>LAX, DEN | 440 kg $CO_2e$<br>+37% emissions | $149 |
| | 8:00 AM – 8:25 PM<br>United · Operated by SkyWest DBA United Expr… | 10 hr 25 min<br>SFO–MAF | 2 stops<br>LAX, DEN | 423 kg $CO_2e$<br>+31% emissions | $149 |
| | 8:00 AM – 9:24 PM<br>United | 11 hr 24 min<br>SFO–MAF | 2 stops<br>LAX, IAH | 404 kg $CO_2e$<br>+25% emissions | $149 |
| | 8:00 AM – 9:24 PM<br>United | 11 hr 24 min<br>SFO–MAF | 2 stops<br>LAX, IAH | 404 kg $CO_2e$<br>+25% emissions | $149 |
| | 8:00 AM – 11:16 PM<br>United · Operated by SkyWest DBA United Expr… | 13 hr 16 min<br>SFO–MAF | 2 stops<br>LAX, DEN | 350 kg $CO_2e$<br>+9% emissions | $149 |
| | 8:00 AM – 11:22 PM<br>United · Operated by Mesa Airlines DBA United … | 13 hr 22 min<br>SFO–MAF | 2 stops<br>LAX, IAH | 405 kg $CO_2e$<br>+26% emissions | $149 |
| | 9:00 AM – 8:25 PM<br>United · Operated by SkyWest DBA United Expr… | 9 hr 25 min<br>SFO–MAF | 2 stops<br>LAX, DEN | 423 kg $CO_2e$<br>+31% emissions | $149 |

| | Time | Duration | Stops | Emissions | Price |
|---|---|---|---|---|---|
| United | 9:00 AM – 8:25 PM<br>United · Operated by SkyWest DBA United Expr… | 9 hr 25 min<br>SFO–MAF | 2 stops<br>LAX, DEN | 423 kg CO2e<br>+31% emissions | $149 |
| United | 9:00 AM – 9:24 PM<br>United | 10 hr 24 min<br>SFO–MAF | 2 stops<br>LAX, IAH | 404 kg CO2e<br>+25% emissions | $149 |
| United | 9:00 AM – 9:24 PM<br>United | 10 hr 24 min<br>SFO–MAF | 2 stops<br>LAX, IAH | 404 kg CO2e<br>+25% emissions | $149 |
| United | 9:00 AM – 11:16 PM<br>United · Operated by SkyWest DBA United Expr… | 12 hr 16 min<br>SFO–MAF | 2 stops<br>LAX, DEN | 367 kg CO2e<br>+14% emissions | $149 |
| United | 9:00 AM – 11:16 PM<br>United · Operated by SkyWest DBA United Expr… | 12 hr 16 min<br>SFO–MAF | 2 stops<br>LAX, DEN | 350 kg CO2e<br>+9% emissions | $149 |
| United | 9:00 AM – 11:22 PM<br>United · Operated by Mesa Airlines DBA United … | 12 hr 22 min<br>SFO–MAF | 2 stops<br>LAX, IAH | 405 kg CO2e<br>+26% emissions | $149 |
| United | 10:35 AM – 9:24 PM<br>United | 8 hr 49 min<br>SFO–MAF | 2 stops<br>LAX, IAH | 404 kg CO2e<br>+25% emissions | $149 |
| United | 10:35 AM – 11:16 PM<br>United · Operated by SkyWest DBA United Expr… | 10 hr 41 min<br>SFO–MAF | 2 stops<br>LAX, DEN | 367 kg CO2e<br>+14% emissions | $149 |
| United | 10:35 AM – 11:16 PM<br>United · Operated by SkyWest DBA United Expr… | 10 hr 41 min<br>SFO–MAF | 2 stops<br>LAX, DEN | 350 kg CO2e<br>+9% emissions | $149 |

| | 10:35 AM – 11:22 PM | 10 hr 47 min | 2 stops | 405 kg CO2e | $149 |
|---|---|---|---|---|---|
| | United · Operated by Mesa Airlines DBA United … | SFO–MAF | LAX, IAH | +26% emissions ⓘ | |
| | 10:35 AM – 11:22 PM | 10 hr 47 min | 2 stops | 405 kg CO2e | $149 |
| | United · Operated by Mesa Airlines DBA United … | SFO–MAF | LAX, IAH | +26% emissions ⓘ | |
| | 1:30 PM – 11:16 PM | 7 hr 46 min | 2 stops | 350 kg CO2e | $149 |
| | United · Operated by SkyWest DBA United Expr… | SFO–MAF | LAX, DEN | +9% emissions ⓘ | |
| | 8:39 AM – 4:15 PM | 5 hr 36 min | 1 stop | 375 kg CO2e | $156 |
| | United · Operated by SkyWest DBA United Expr… | SFO–MAF | 1 hr 8 min DEN | +16% emissions ⓘ | |
| | 6:35 AM – 6:05 PM | 9 hr 30 min | 2 stops | 415 kg CO2e | $161 |
| | United · Operated by Mesa Airlines DBA United … | SFO–MAF | DEN, IAH | +29% emissions ⓘ | |
| | 6:35 AM – 9:24 PM | 12 hr 49 min | 2 stops | 414 kg CO2e | $161 |
| | United | SFO–MAF | DEN, IAH | +29% emissions ⓘ | |
| | 12:55 PM – 10:34 PM | 7 hr 39 min | 1 stop | 304 kg CO2e | $183 |
| | American · Operated by SkyWest Airlines as A… | SFO–MAF | 4 hr PHX | -6% emissions ⓘ | |
| | 2:29 PM – 11:51 PM | 7 hr 22 min | 1 stop | 328 kg CO2e | $183 |
| | American · Operated by Envoy Air as American … | SFO–MAF | 2 hr 30 min DFW | Avg emissions ⓘ | |
| | 12:05 PM – 9:20 PM | 7 hr 15 min | 1 stop | 250 kg CO2e | $183 |
| | Southwest | SFO–MAF | 3 hr 35 min LAS | -22% emissions ⓘ | |

Case 7:24-cv-00033-DC-DTG   Document 45-37   Filed 07/11/24   Page 8 of 20

| | Time | Duration | Stops | Emissions | Price |
|---|---|---|---|---|---|
| Delta | 8:00 AM – 11:45 PM<br>Delta · Operated by SkyWest DBA Delta Connec… | 13 hr 45 min<br>SFO–MAF | 2 stops<br>ATL, AUS | 479 kg CO2e<br>+49% emissions | $188 |
| American | 9:48 AM – 8:09 PM<br>American · Operated by Envoy Air as American … | 8 hr 21 min<br>SFO–MAF | 2 stops<br>PHX, DFW | 385 kg CO2e<br>+20% emissions | $188 |
| United | 11:00 AM – 8:25 PM<br>United · Operated by SkyWest DBA United Expr… | 7 hr 25 min<br>SFO–MAF | 1 stop<br>2 hr 56 min DEN | 375 kg CO2e<br>+16% emissions | $191 |
| United | 11:10 AM – 9:24 PM<br>United | 8 hr 14 min<br>SFO–MAF | 1 stop<br>2 hr 57 min IAH | 365 kg CO2e<br>+13% emissions | $191 |
| United | 7:55 PM – 8:45 AM+1<br>United · Operated by Mesa Airlines DBA United … | 10 hr 50 min<br>SFO–MAF | 2 stops<br>LAX, IAH | 394 kg CO2e<br>+22% emissions | $196 |
| United | 7:55 PM – 11:27 AM+1<br>United · Operated by Mesa Airlines DBA United … | 13 hr 32 min<br>SFO–MAF | 2 stops<br>LAX, IAH | 405 kg CO2e<br>+26% emissions | $196 |
| United | 10:45 PM – 8:45 AM+1<br>United · Operated by Mesa Airlines DBA United … | 8 hr<br>SFO–MAF | 2 stops<br>LAX, IAH | 394 kg CO2e<br>+22% emissions | $196 |
| United | 10:45 PM – 11:27 AM+1<br>United · Operated by Mesa Airlines DBA United … | 10 hr 42 min<br>SFO–MAF | 2 stops<br>LAX, IAH | 405 kg CO2e<br>+26% emissions | $196 |
| United | 11:00 AM – 11:22 PM<br>United · Operated by Mesa Airlines DBA United … | 10 hr 22 min<br>SFO–MAF | 2 stops<br>DEN, IAH | 415 kg CO2e<br>+29% emissions | $198 |

| | Time | Duration | Stops | Emissions | Price |
|---|---|---|---|---|---|
| | 8:35 AM – 11:16 PM<br>United · Operated by SkyWest DBA United Expr… | 12 hr 41 min<br>SFO–MAF | 2 stops<br>PDX, DEN | 399 kg CO2e<br>+24% emissions | $198 |
| | 10:35 PM – 1:06 PM+1<br>United · Operated by SkyWest DBA United Expr… | 12 hr 31 min<br>SFO–MAF | 2 stops ⚠<br>PDX, DEN | 479 kg CO2e<br>+49% emissions | $198 |
| | 9:40 AM – 6:05 PM<br>United · Operated by Mesa Airlines DBA United … | 6 hr 25 min<br>SFO–MAF | 1 stop<br>1 hr 5 min IAH | 366 kg CO2e<br>+14% emissions | $199 |
| | 9:00 AM – 11:16 PM<br>United · Operated by SkyWest DBA United Expr… | 12 hr 16 min<br>SFO–MAF | 2 stops<br>SEA, DEN | 444 kg CO2e<br>+38% emissions | $202 |
| | 10:55 PM – 1:06 PM+1<br>United · Operated by SkyWest DBA United Expr… | 12 hr 11 min<br>SFO–MAF | 2 stops ⚠<br>SEA, DEN | 489 kg CO2e<br>+52% emissions | $202 |
| | 6:00 AM – 8:25 PM<br>United · Operated by SkyWest DBA United Expr… | 12 hr 25 min<br>SFO–MAF | 2 stops<br>LAX, DEN | 418 kg CO2e<br>+30% emissions | $209 |
| | 6:00 AM – 8:25 PM<br>United · Operated by SkyWest DBA United Expr… | 12 hr 25 min<br>SFO–MAF | 2 stops<br>LAX, DEN | 418 kg CO2e<br>+30% emissions | $209 |
| | 6:00 AM – 11:16 PM<br>United · Operated by SkyWest DBA United Expr… | 15 hr 16 min<br>SFO–MAF | 2 stops<br>LAX, DEN | 362 kg CO2e<br>+12% emissions | $209 |
| | 6:00 AM – 11:16 PM<br>United · Operated by SkyWest DBA United Expr… | 15 hr 16 min<br>SFO–MAF | 2 stops<br>LAX, DEN | 345 kg CO2e<br>+7% emissions | $209 |

| | Time | Duration | Stops | Emissions | Price | |
|---|---|---|---|---|---|---|
| ✈ | 8:30 AM – 11:16 PM<br>United · Operated by SkyWest DBA United Expr… | 12 hr 46 min<br>SFO–MAF | 2 stops<br>PHX, DEN | 393 kg $CO_2e$<br>+22% emissions ⓘ | 🧳 $210 | |
| ✈ | 8:30 AM – 11:22 PM<br>United · Operated by Mesa Airlines DBA United … | 12 hr 52 min<br>SFO–MAF | 2 stops<br>PHX, IAH | 433 kg $CO_2e$<br>+34% emissions ⓘ | 🧳 $210 | ⌄ |
| ✈ | 8:51 AM – 11:22 PM<br>United · Operated by Mesa Airlines DBA United … | 12 hr 31 min<br>SFO–MAF | 2 stops<br>AUS, IAH | 443 kg $CO_2e$<br>+38% emissions ⓘ | 🧳 $213 | ⌄ |
| ✈ | 6:25 PM – 8:45 AM[+1]<br>United · Operated by Mesa Airlines DBA United … | 12 hr 20 min<br>SFO–MAF | 2 stops ⚠<br>AUS, IAH | 426 kg $CO_2e$<br>+32% emissions ⓘ | 🧳 $213 | ⌄ |
| ✈ | 6:25 PM – 11:27 AM[+1]<br>United · Operated by Mesa Airlines DBA United … | 15 hr 2 min<br>SFO–MAF | 2 stops ⚠<br>AUS, IAH | 436 kg $CO_2e$<br>+35% emissions ⓘ | 🧳 $213 | ⌄ |
| ✈ | 6:25 PM – 11:27 AM[+1]<br>United · Operated by Mesa Airlines DBA United … | 15 hr 2 min<br>SFO–MAF | 2 stops ⚠<br>AUS, IAH | 436 kg $CO_2e$<br>+35% emissions ⓘ | 🧳 $213 | ⌄ |
| ✈ | 7:00 AM – 8:25 PM<br>United · Operated by SkyWest DBA United Expr… | 11 hr 25 min<br>SFO–MAF | 2 stops<br>SAN, DEN | 438 kg $CO_2e$<br>+36% emissions ⓘ | 🧳 $217 | ⌄ |
| ✈ | 7:00 AM – 9:24 PM<br>United | 12 hr 24 min<br>SFO–MAF | 2 stops<br>SAN, IAH | 424 kg $CO_2e$<br>+32% emissions ⓘ | 🧳 $217 | ⌄ |
| ✈ | 8:35 AM – 11:16 PM<br>United · Operated by SkyWest DBA United Expr… | 12 hr 41 min<br>SFO–MAF | 2 stops<br>SAN, DEN | 387 kg $CO_2e$<br>+20% emissions ⓘ | 🧳 $217 | ⌄ |

| | 8:35 AM – 11:16 PM<br>United · Operated by SkyWest DBA United Expr… | 12 hr 41 min<br>SFO–MAF | 2 stops<br>SAN, DEN | 387 kg $CO_2e$<br>+20% emissions | $217 |
|---|---|---|---|---|---|
| | 12:56 PM – 8:25 PM<br>United · Operated by SkyWest DBA United Expr… | 5 hr 29 min<br>SFO–MAF | 1 stop<br>59 min DEN | 375 kg $CO_2e$<br>+16% emissions | $234 |
| | 12:56 PM – 11:16 PM<br>United · Operated by SkyWest DBA United Expr… | 8 hr 20 min<br>SFO–MAF | 1 stop<br>3 hr 59 min DEN | 302 kg $CO_2e$<br>-6% emissions | $234 |
| | 10:36 PM – 1:06 PM+1<br>United · Operated by SkyWest DBA United Expr… | 12 hr 30 min<br>SFO–MAF | 2 stops<br>EUG, DEN | 520 kg $CO_2e$<br>+61% emissions | $244 |
| | 7:55 PM – 1:06 PM+1<br>United · Operated by SkyWest DBA United Expr… | 15 hr 11 min<br>SFO–MAF | 2 stops<br>LAX, DEN | 440 kg $CO_2e$<br>+37% emissions | $263 |
| | 10:45 PM – 1:06 PM+1<br>United · Operated by SkyWest DBA United Expr… | 12 hr 21 min<br>SFO–MAF | 2 stops<br>LAX, DEN | 440 kg $CO_2e$<br>+37% emissions | $263 |
| | 10:45 PM – 1:06 PM+1<br>United · Operated by SkyWest DBA United Expr… | 12 hr 21 min<br>SFO–MAF | 2 stops<br>RNO, DEN | 433 kg $CO_2e$<br>+34% emissions | $263 |
| | 10:45 PM – 4:15 PM+1<br>United · Operated by SkyWest DBA United Expr… | 15 hr 30 min<br>SFO–MAF | 2 stops<br>RNO, DEN | 433 kg $CO_2e$<br>+34% emissions | $263 |
| | 6:00 AM – 4:45 PM<br>Delta · Operated by SkyWest DBA Delta Connec… | 8 hr 45 min<br>SFO–MAF | 2 stops<br>LAX, AUS | 353 kg $CO_2e$<br>+10% emissions | $264 |

| | Time | Duration | Stops | Emissions | Price |
|---|---|---|---|---|---|
| Delta | 1:35 PM – 11:45 PM<br>Delta · Operated by SkyWest DBA Delta Connec… | 8 hr 10 min<br>SFO–MAF | 2 stops<br>SLC, AUS | 374 kg CO2e<br>+16% emissions | $264 |
| United | 8:30 PM – 1:06 PM+1<br>United · Operated by SkyWest DBA United Expr… | 14 hr 36 min<br>SFO–MAF | 2 stops ⚠<br>ONT, DEN | 456 kg CO2e<br>+42% emissions | $268 |
| American | 6:06 AM – 1:41 PM<br>American · Operated by Envoy Air as American … | 5 hr 35 min<br>SFO–MAF | 1 stop<br>40 min DFW | 328 kg CO2e<br>Avg emissions | $269 |
| American | 6:06 AM – 4:16 PM<br>American · Operated by SkyWest Airlines as A… | 8 hr 10 min<br>SFO–MAF | 1 stop<br>3 hr 11 min DFW | 355 kg CO2e<br>+10% emissions | $269 |
| American | 8:14 AM – 4:16 PM<br>American · Operated by SkyWest Airlines as A… | 6 hr 2 min<br>SFO–MAF | 1 stop<br>1 hr 5 min DFW | 355 kg CO2e<br>+10% emissions | $269 |
| American | 8:14 AM – 5:57 PM<br>American · Operated by Envoy Air as American … | 7 hr 43 min<br>SFO–MAF | 1 stop<br>2 hr 50 min DFW | 328 kg CO2e<br>Avg emissions | $269 |
| American | 12:21 PM – 8:09 PM<br>American · Operated by Envoy Air as American … | 5 hr 48 min<br>SFO–MAF | 1 stop<br>1 hr DFW | 328 kg CO2e<br>Avg emissions | $269 |
| American | 12:21 PM – 10:00 PM<br>American · Operated by Envoy Air as American … | 7 hr 39 min<br>SFO–MAF | 1 stop<br>2 hr 50 min DFW | 328 kg CO2e<br>Avg emissions | $269 |
| American | 2:29 PM – 10:00 PM<br>American · Operated by Envoy Air as American … | 5 hr 31 min<br>SFO–MAF | 1 stop<br>40 min DFW | 328 kg CO2e<br>Avg emissions | $269 |

| | | | | | | |
|---|---|---|---|---|---|---|
| American | 11:59 PM – 9:37 AM+1<br>American · Operated by Envoy Air as American … | 7 hr 38 min<br>SFO–MAF | 1 stop<br>2 hr 47 min DFW | 328 kg CO2e<br>Avg emissions | | $269 |
| United | 10:35 PM – 1:06 PM+1<br>United · Operated by SkyWest DBA United Expr… | 12 hr 31 min<br>SFO–MAF | 2 stops ⚠<br>SBA, DEN | 482 kg CO2e<br>+50% emissions | 🚫 | $283 |
| United | 10:50 PM – 1:06 PM+1<br>United · Operated by SkyWest DBA United Expr… | 12 hr 16 min<br>SFO–MAF | 2 stops ⚠<br>LAS, DEN | 423 kg CO2e<br>+31% emissions | 🚫 | $284 |
| United | 10:50 PM – 4:15 PM+1<br>United · Operated by SkyWest DBA United Expr… | 15 hr 25 min<br>SFO–MAF | 2 stops ⚠<br>LAS, DEN | 429 kg CO2e<br>+33% emissions | 🚫 | $284 |
| United | 10:35 PM – 1:06 PM+1<br>United · Operated by SkyWest DBA United Expr… | 12 hr 31 min<br>SFO–MAF | 2 stops ⚠<br>RDM, DEN | 504 kg CO2e<br>+57% emissions | 🚫 | $288 |
| United | 5:15 AM – 4:15 PM<br>United · Operated by SkyWest DBA United Expr… | 9 hr<br>SFO–MAF | 1 stop<br>4 hr 36 min DEN | 375 kg CO2e<br>+16% emissions | | $292 |
| United | 5:15 AM – 8:25 PM<br>United · Operated by SkyWest DBA United Expr… | 13 hr 10 min<br>SFO–MAF | 1 stop<br>8 hr 40 min DEN | 375 kg CO2e<br>+16% emissions | | $292 |
| United | 6:35 AM – 8:25 PM<br>United · Operated by SkyWest DBA United Expr… | 11 hr 50 min<br>SFO–MAF | 1 stop<br>7 hr 14 min DEN | 375 kg CO2e<br>+16% emissions | | $292 |
| United | 4:10 PM – 1:06 PM+1<br>United · Operated by SkyWest DBA United Expr… | 18 hr 56 min<br>SFO–MAF | 1 stop ⚠<br>14 hr 38 min DEN | 375 kg CO2e<br>+16% emissions | | $292 |

| | 4:10 PM – 4:15 PM+1 United · Operated by SkyWest DBA United Expr… | 22 hr 5 min SFO–MAF | 1 stop ⚠ 17 hr 47 min DEN | 375 kg CO2e +16% emissions ⓘ | | $292 | |
|---|---|---|---|---|---|---|---|
| | 5:40 PM – 1:06 PM+1 United · Operated by SkyWest DBA United Expr… | 17 hr 26 min SFO–MAF | 1 stop ⚠ 12 hr 58 min DEN | 381 kg CO2e +18% emissions ⓘ | | $292 | ⌄ |
| | 5:40 PM – 4:15 PM+1 United · Operated by SkyWest DBA United Expr… | 20 hr 35 min SFO–MAF | 1 stop ⚠ 16 hr 7 min DEN | 381 kg CO2e +18% emissions ⓘ | | $292 | ⌄ |
| | 7:06 PM – 1:06 PM+1 United · Operated by SkyWest DBA United Expr… | 16 hr SFO–MAF | 1 stop ⚠ 11 hr 32 min DEN | 381 kg CO2e +18% emissions ⓘ | | $292 | ⌄ |
| | 7:06 PM – 4:15 PM+1 United · Operated by SkyWest DBA United Expr… | 19 hr 9 min SFO–MAF | 1 stop ⚠ 14 hr 41 min DEN | 381 kg CO2e +18% emissions ⓘ | | $292 | ⌄ |
| | 7:06 PM – 11:27 AM+1 United · Operated by Mesa Airlines DBA United … | 14 hr 21 min SFO–MAF | 2 stops ⚠ DEN, IAH | 421 kg CO2e +31% emissions ⓘ | | $297 | ⌄ |
| | 10:35 PM – 4:15 PM+1 United · Operated by SkyWest DBA United Expr… | 15 hr 40 min SFO–MAF | 2 stops ⚠ SMF, DEN | 435 kg CO2e +35% emissions ⓘ | 🚫 | $298 | ⌄ |
| | 10:24 AM – 5:57 PM American · Operated by Envoy Air as American … | 5 hr 33 min SFO–MAF | 1 stop 40 min DFW | 328 kg CO2e Avg emissions ⓘ | | $313 | ⌄ |
| | 10:24 AM – 8:09 PM American · Operated by Envoy Air as American … | 7 hr 45 min SFO–MAF | 1 stop 2 hr 55 min DFW | 328 kg CO2e Avg emissions ⓘ | | $313 | ⌄ |
| | | | | | | | ⌄ |

| | 4:16 PM – 11:51 PM<br>American · Operated by Envoy Air as American … | 5 hr 35 min<br>SFO–MAF | 1 stop<br>40 min DFW | 292 kg $CO_2e$<br>-9% emissions | $313 |
|---|---|---|---|---|---|
| | 5:45 AM – 4:45 PM<br>Delta · Operated by SkyWest DBA Delta Connec… | 9 hr<br>SFO–MAF | 2 stops<br>SLC, AUS | 385 kg $CO_2e$<br>+20% emissions | $314 |
| | 6:06 AM – 5:57 PM<br>American · Operated by Envoy Air as American … | 9 hr 51 min<br>SFO–MAF | 1 stop<br>4 hr 56 min DFW | 328 kg $CO_2e$<br>Avg emissions | $319 |
| | 6:06 AM – 8:09 PM<br>American · Operated by Envoy Air as American … | 12 hr 3 min<br>SFO–MAF | 1 stop<br>7 hr 11 min DFW | 328 kg $CO_2e$<br>Avg emissions | $319 |
| | 5:20 PM – 9:37 AM+1<br>American · Operated by Envoy Air as American … | 14 hr 17 min<br>SFO–MAF | 1 stop ⚠<br>9 hr 25 min DFW | 315 kg $CO_2e$<br>Avg emissions | $319 |
| | 5:20 PM – 11:28 AM+1<br>American · Operated by Envoy Air as American … | 16 hr 8 min<br>SFO–MAF | 1 stop ⚠<br>11 hr 15 min DFW | 315 kg $CO_2e$<br>Avg emissions | $319 |
| | 5:20 PM – 1:41 PM+1<br>American · Operated by Envoy Air as American … | 18 hr 21 min<br>SFO–MAF | 1 stop ⚠<br>13 hr 29 min DFW | 315 kg $CO_2e$<br>Avg emissions | $319 |
| | 5:20 PM – 4:16 PM+1<br>American · Operated by SkyWest Airlines as A… | 20 hr 56 min<br>SFO–MAF | 1 stop ⚠<br>16 hr DFW | 341 kg $CO_2e$<br>+6% emissions | $319 |
| | 10:50 PM – 4:15 PM+1<br>United · Operated by SkyWest DBA United Expr… | 15 hr 25 min<br>SFO–MAF | 2 stops ⚠<br>LAS, DEN | 423 kg $CO_2e$<br>+31% emissions | $319 |

| | Flight | Duration | Stops | Emissions | Price |
|---|---|---|---|---|---|
| American | 11:59 PM – 11:28 AM+1<br>American · Operated by Envoy Air as American … | 9 hr 29 min<br>SFO–MAF | 1 stop<br>4 hr 37 min DFW | 328 kg CO2e<br>Avg emissions | $319 |
| American | 11:59 PM – 1:41 PM+1<br>American · Operated by Envoy Air as American … | 11 hr 42 min<br>SFO–MAF | 1 stop<br>6 hr 51 min DFW | 328 kg CO2e<br>Avg emissions | $319 |
| American | 11:59 PM – 4:16 PM+1<br>American · Operated by SkyWest Airlines as A… | 14 hr 17 min<br>SFO–MAF | 1 stop<br>9 hr 22 min DFW | 355 kg CO2e<br>+10% emissions | $319 |
| American | 11:59 PM – 5:57 PM+1<br>American · Operated by Envoy Air as American … | 15 hr 58 min<br>SFO–MAF | 1 stop<br>11 hr 7 min DFW | 328 kg CO2e<br>Avg emissions | $319 |
| American | 11:59 PM – 8:09 PM+1<br>American · Operated by Envoy Air as American … | 18 hr 10 min<br>SFO–MAF | 1 stop<br>13 hr 22 min DFW | 328 kg CO2e<br>Avg emissions | $319 |
| American | 11:59 PM – 10:00 PM+1<br>American · Operated by Envoy Air as American … | 20 hr 1 min<br>SFO–MAF | 1 stop<br>15 hr 12 min DFW | 328 kg CO2e<br>Avg emissions | $319 |
| American | 11:59 PM – 11:51 PM+1<br>American · Operated by Envoy Air as American … | 21 hr 52 min<br>SFO–MAF | 1 stop<br>17 hr 2 min DFW | 328 kg CO2e<br>Avg emissions | $319 |
| United | 8:39 AM – 8:25 PM<br>United · Operated by SkyWest DBA United Expr… | 9 hr 46 min<br>SFO–MAF | 1 stop<br>5 hr 12 min DEN | 375 kg CO2e<br>+16% emissions | $324 |
| United | 8:39 AM – 11:16 PM<br>United · Operated by SkyWest DBA United Expr… | 12 hr 37 min<br>SFO–MAF | 1 stop<br>8 hr 12 min DEN | 302 kg CO2e<br>-6% emissions | $324 |

| | 11:00 AM – 11:16 PM<br>United · Operated by SkyWest DBA United Expr… | 10 hr 16 min<br>SFO–MAF | 1 stop<br>5 hr 56 min DEN | 302 kg CO2e<br>-6% emissions | $324 | |
|---|---|---|---|---|---|---|
| | 8:14 AM – 8:09 PM<br>American · Operated by Envoy Air as American … | 9 hr 55 min<br>SFO–MAF | 1 stop<br>5 hr 5 min DFW | 328 kg CO2e<br>Avg emissions | $327 | |
| | 8:14 AM – 10:00 PM<br>American · Operated by Envoy Air as American … | 11 hr 46 min<br>SFO–MAF | 1 stop<br>6 hr 55 min DFW | 328 kg CO2e<br>Avg emissions | $327 | |
| | 12:21 PM – 11:51 PM<br>American · Operated by Envoy Air as American … | 9 hr 30 min<br>SFO–MAF | 1 stop<br>4 hr 40 min DFW | 328 kg CO2e<br>Avg emissions | $327 | |
| | 12:32 AM – 1:24 PM<br>United · Operated by SkyWest DBA United Expr… | 10 hr 52 min<br>SFO–MAF | 1 stop<br>5 hr 35 min IAH | 361 kg CO2e<br>+12% emissions | $333 | |
| | 12:32 AM – 4:09 PM<br>United · Operated by Mesa Airlines DBA United … | 13 hr 37 min<br>SFO–MAF | 1 stop<br>8 hr 19 min IAH | 326 kg CO2e<br>Avg emissions | $333 | |
| | 12:32 AM – 6:05 PM<br>United · Operated by Mesa Airlines DBA United … | 15 hr 33 min<br>SFO–MAF | 1 stop<br>10 hr 15 min IAH | 337 kg CO2e<br>Avg emissions | $333 | |
| | 12:32 AM – 9:24 PM<br>United | 18 hr 52 min<br>SFO–MAF | 1 stop<br>13 hr 37 min IAH | 336 kg CO2e<br>Avg emissions | $333 | |
| | 12:32 AM – 11:22 PM<br>United · Operated by Mesa Airlines DBA United … | 20 hr 50 min<br>SFO–MAF | 1 stop<br>15 hr 32 min IAH | 337 kg CO2e<br>Avg emissions | $333 | |

| | Time | Duration | Stops | Emissions | | Price | |
|---|---|---|---|---|---|---|---|
| ✈ | 5:00 AM – 6:05 PM<br>United · Operated by Mesa Airlines DBA United … | 11 hr 5 min<br>SFO–MAF | 1 stop<br>5 hr 51 min IAH | 366 kg CO2e<br>+14% emissions ⓘ | | 🚫 $333 | |
| ✈ | 7:50 AM – 9:24 PM<br>United | 11 hr 34 min<br>SFO–MAF | 1 stop<br>6 hr 17 min IAH | 365 kg CO2e<br>+13% emissions ⓘ | | 🚫 $333 | ⌄ |
| ✈ | 9:40 AM – 9:24 PM<br>United | 9 hr 44 min<br>SFO–MAF | 1 stop<br>4 hr 27 min IAH | 365 kg CO2e<br>+13% emissions ⓘ | | 🚫 $333 | ⌄ |
| ✈ | 9:40 AM – 11:22 PM<br>United · Operated by Mesa Airlines DBA United … | 11 hr 42 min<br>SFO–MAF | 1 stop<br>6 hr 22 min IAH | 366 kg CO2e<br>+14% emissions ⓘ | | 🚫 $333 | ⌄ |
| ✈ | 11:10 AM – 11:22 PM<br>United · Operated by Mesa Airlines DBA United … | 10 hr 12 min<br>SFO–MAF | 1 stop<br>4 hr 52 min IAH | 366 kg CO2e<br>+14% emissions ⓘ | | 🚫 $333 | ⌄ |
| ✈ | 6:25 PM – 8:45 AM+1<br>United · Operated by Mesa Airlines DBA United … | 12 hr 20 min<br>SFO–MAF | 1 stop ⚠<br>7 hr 5 min IAH | 355 kg CO2e<br>+10% emissions ⓘ | | 🚫 $333 | ⌄ |
| ✈ | 6:25 PM – 11:27 AM+1<br>United · Operated by Mesa Airlines DBA United … | 15 hr 2 min<br>SFO–MAF | 1 stop ⚠<br>9 hr 44 min IAH | 366 kg CO2e<br>+14% emissions ⓘ | | 🚫 $333 | ⌄ |
| ✈ | 6:25 PM – 1:24 PM+1<br>United · Operated by SkyWest DBA United Expr… | 16 hr 59 min<br>SFO–MAF | 1 stop ⚠<br>11 hr 40 min IAH | 389 kg CO2e<br>+21% emissions ⓘ | | 🚫 $333 | ⌄ |
| ✈ | 6:25 PM – 4:09 PM+1<br>United · Operated by Mesa Airlines DBA United … | 19 hr 44 min<br>SFO–MAF | 1 stop ⚠<br>14 hr 24 min IAH | 355 kg CO2e<br>+10% emissions ⓘ | | 🚫 $333 | ⌄ |

⌄

| Flight | Duration | Stops | Emissions | Price |
|---|---|---|---|---|
| 11:55 PM – 11:27 AM+1<br>United · Operated by Mesa Airlines DBA United … | 9 hr 32 min<br>SFO–MAF | 1 stop<br>4 hr 14 min IAH | 366 kg CO2e<br>+14% emissions | $333 |
| 11:55 PM – 1:24 PM+1<br>United · Operated by SkyWest DBA United Expr… | 11 hr 29 min<br>SFO–MAF | 1 stop<br>6 hr 10 min IAH | 389 kg CO2e<br>+21% emissions | $333 |
| 11:55 PM – 4:09 PM+1<br>United · Operated by Mesa Airlines DBA United … | 14 hr 14 min<br>SFO–MAF | 1 stop<br>8 hr 54 min IAH | 355 kg CO2e<br>+10% emissions | $333 |
| 11:55 PM – 6:05 PM+1<br>United · Operated by Mesa Airlines DBA United … | 16 hr 10 min<br>SFO–MAF | 1 stop<br>10 hr 50 min IAH | 366 kg CO2e<br>+14% emissions | $333 |
| 11:55 PM – 9:24 PM+1<br>United | 19 hr 29 min<br>SFO–MAF | 1 stop<br>14 hr 12 min IAH | 365 kg CO2e<br>+13% emissions | $333 |
| 11:55 PM – 11:22 PM+1<br>United · Operated by Mesa Airlines DBA United … | 21 hr 27 min<br>SFO–MAF | 1 stop<br>16 hr 7 min IAH | 366 kg CO2e<br>+14% emissions | $333 |
| 12:32 AM – 1:06 PM<br>United · Operated by SkyWest DBA United Expr… | 10 hr 34 min<br>SFO–MAF | 2 stops<br>IAH, DEN | 546 kg CO2e<br>+70% emissions | $770 |

Hide 141 flights

Language · English (United States)    Location · United States    Currency · USD

About    Privacy    Terms    Join user studies    Feedback    Help Center

Displayed currencies may differ from the currencies used to purchase flights. Learn more