# EXHIBIT 45



| 6:00 AM – 12:52 PM<br>WestJet · Delta | 9 hr 52 min<br>YOW–SFO | 1 stop<br>2 hr 18 min YYC | 427 kg CO2e<br>+10% emissions | $251 |
| --- | --- | --- | --- | --- |
| 7:05 AM – 1:22 PM<br>Porter Airlines | 9 hr 17 min<br>YOW–SFO | 1 stop<br>2 hr 5 min YYZ | 441 kg CO2e<br>+13% emissions | $303 |
| 9:45 AM – 3:30 PM<br>United · Operated by Gojet Airlines DBA United … | 8 hr 45 min<br>YOW–SFO | 1 stop<br>1 hr IAD | 491 kg CO2e<br>+26% emissions | $307 |
| 10:05 AM – 3:26 PM<br>Air Canada | 8 hr 21 min<br>YOW–SFO | 1 stop<br>1 hr 20 min YYZ | 331 kg CO2e<br>-15% emissions | $307 |



Prices are currently **typical**                                                    View price history ⌄

## Other flights

| | | | | | |
|---|---|---|---|---|---|
| 5:45 AM – 5:30 PM<br>Air Canada, United · Operated by Air Canada Ex… | 14 hr 45 min<br>YOW–SFO | 2 stops<br>YUL, YVR | 410 kg CO2e<br>Avg emissions | $301 | ⌄ |
| 6:00 AM – 1:41 PM<br>Air Canada · Operated by Air Canada Express - … | 10 hr 41 min<br>YOW–SFO | 1 stop<br>2 hr 36 min YVR | 423 kg CO2e<br>+9% emissions | $301 | ⌄ |
| 11:00 AM – 9:45 PM<br>Air Canada, United · Operated by Air Canada Ex… | 13 hr 45 min<br>YOW–SFO | 2 stops<br>YUL, YVR | 424 kg CO2e<br>+9% emissions | $301 | ⌄ |
| 2:45 PM – 9:51 PM<br>Air Canada · Operated by Air Canada Express - … | 10 hr 6 min<br>YOW–SFO | 1 stop<br>2 hr 42 min YUL | 310 kg CO2e<br>-20% emissions | $301 | ⌄ |
| 5:45 AM – 1:09 PM<br>Air Canada, United · Operated by Air Canada Ex… | 10 hr 24 min<br>YOW–SFO | 2 stops<br>YUL, DEN | 385 kg CO2e<br>Avg emissions | $307 | ⌄ |
| 6:00 AM – 12:17 PM<br>United · Operated by Republic Airways DBA Uni… | 9 hr 17 min<br>YOW–SFO | 1 stop<br>1 hr 3 min EWR | 538 kg CO2e<br>+38% emissions | $307 | ⌄ |
| 6:00 AM – 3:35 PM<br>United · Operated by Republic Airways DBA Uni… | 12 hr 35 min<br>YOW–SFO | 1 stop<br>4 hr 3 min EWR | 538 kg CO2e<br>+38% emissions | $307 | ⌄ |
| 9:45 AM – 5:26 PM | 10 hr 41 min | 1 stop | 450 kg CO2e | $307 | ⌄ |

Case 7:24-cv-00033-DC-DTG   Document 45-38   Filed 07/11/24   Page 4 of 19

| | | | | | | |
|---|---|---|---|---|---|---|
| | United · Operated by Gojet Airlines DBA United … | YOW–SFO | 2 hr 35 min IAD | +16% emissions | | |
| | 9:45 AM – 6:58 PM<br>United · Operated by Gojet Airlines DBA United … | 12 hr 13 min<br>YOW–SFO | 1 stop<br>4 hr 30 min IAD | 450 kg CO2e<br>+16% emissions | $307 | |
| | 9:45 AM – 8:25 PM<br>United · Operated by Gojet Airlines DBA United … | 13 hr 40 min<br>YOW–SFO | 1 stop<br>5 hr 50 min IAD | 529 kg CO2e<br>+36% emissions | $307 | |
| | 2:05 PM – 8:25 PM<br>United · Operated by Gojet Airlines DBA United … | 9 hr 20 min<br>YOW–SFO | 1 stop<br>1 hr 34 min IAD | 529 kg CO2e<br>+36% emissions | $307 | |
| | 3:11 PM – 12:38 AM+1<br>United · Air Canada · Operated by Gojet Airline… | 12 hr 27 min<br>YOW–SFO | 1 stop<br>4 hr 2 min EWR | 589 kg CO2e<br>+51% emissions | $307 | |
| | 5:00 PM – 10:39 PM<br>United · Air Canada · Operated by Republic Air… | 8 hr 39 min<br>YOW–SFO | 1 stop<br>1 hr 15 min ORD | 375 kg CO2e<br>Avg emissions | $307 | |
| | 5:50 PM – 12:38 AM+1<br>United · Air Canada · Operated by Republic Air… | 9 hr 48 min<br>YOW–SFO | 1 stop<br>1 hr 22 min EWR | 538 kg CO2e<br>+38% emissions | $307 | |
| | 5:45 AM – 3:05 PM<br>Air Canada, United · Operated by Air Canada Ex… | 12 hr 20 min<br>YOW–SFO | 2 stops<br>YUL, DEN | 385 kg CO2e<br>Avg emissions | $307 | |
| | 5:45 AM – 3:25 PM<br>Air Canada, United · Operated by Air Canada Ex… | 12 hr 40 min<br>YOW–SFO | 2 stops<br>YUL, ORD | 433 kg CO2e<br>+11% emissions | $307 | |
| | 5:45 AM – 4:44 PM<br>Air Canada, United · Operated by Air Canada Ex… | 13 hr 59 min<br>YOW–SFO | 2 stops<br>YUL, ORD | 433 kg CO2e<br>+11% emissions | $307 | |
| | 6:00 AM – 5:05 PM | 14 hr 5 min | 2 stops | 490 kg CO2e | | |

| | Time | Duration | Stops | Emissions | Price |
|---|---|---|---|---|---|
| | United · Operated by Republic Airways DBA Uni… | YOW–SFO | EWR, IAH | +26% emissions | $307 |
| | 6:00 AM – 5:34 PM<br>United · Operated by Republic Airways DBA Uni… | 14 hr 34 min<br>YOW–SFO | 1 stop<br>6 hr 3 min EWR | 538 kg CO2e<br>+38% emissions | $307 |
| | 6:00 AM – 6:27 PM<br>United · Operated by Republic Airways DBA Uni… | 15 hr 27 min<br>YOW–SFO | 1 stop<br>7 hr 3 min EWR | 538 kg CO2e<br>+38% emissions | $307 |
| | 6:00 AM – 6:55 PM<br>United · Operated by Republic Airways DBA Uni… | 15 hr 55 min<br>YOW–SFO | 2 stops<br>EWR, IAH | 462 kg CO2e<br>+19% emissions | $307 |
| | 6:00 AM – 6:55 PM<br>United · Operated by Republic Airways DBA Uni… | 15 hr 55 min<br>YOW–SFO | 2 stops<br>EWR, IAH | 490 kg CO2e<br>+26% emissions | $307 |
| | 6:00 AM – 7:08 PM<br>United · Operated by Republic Airways DBA Uni… | 16 hr 8 min<br>YOW–SFO | 1 stop<br>8 hr 3 min EWR | 348 kg CO2e<br>-11% emissions | $307 |
| | 6:00 AM – 7:42 PM<br>United · Operated by Republic Airways DBA Uni… | 16 hr 42 min<br>YOW–SFO | 2 stops<br>EWR, DEN | 442 kg CO2e<br>+14% emissions | $307 |
| | 6:00 AM – 7:42 PM<br>United · Operated by Republic Airways DBA Uni… | 16 hr 42 min<br>YOW–SFO | 2 stops<br>EWR, DEN | 442 kg CO2e<br>+14% emissions | $307 |
| | 6:00 AM – 8:34 PM<br>United · Operated by Republic Airways DBA Uni… | 17 hr 34 min<br>YOW–SFO | 1 stop<br>9 hr 3 min EWR | 538 kg CO2e<br>+38% emissions | $307 |
| | 9:45 AM – 6:55 PM<br>United · Operated by Gojet Airlines DBA United … | 12 hr 10 min<br>YOW–SFO | 2 stops<br>IAD, IAH | 560 kg CO2e<br>+44% emissions | $307 |

| | Time | Duration | Stops | Emissions | Price |
|---|---|---|---|---|---|
| | 9:45 AM – 8:43 PM<br>United · Operated by Gojet Airlines DBA United … | 13 hr 58 min<br>YOW–SFO | 2 stops<br>IAD, DEN | 497 kg CO2e<br>+28% emissions | $307 |
| | 9:45 AM – 8:50 PM<br>United · Operated by Gojet Airlines DBA United … | 14 hr 5 min<br>YOW–SFO | 2 stops<br>IAD, IAH | 560 kg CO2e<br>+44% emissions | $307 |
| | 9:45 AM – 9:05 PM<br>United · Operated by Gojet Airlines DBA United … | 14 hr 20 min<br>YOW–SFO | 1 stop ⚠<br>Change of airport | 446 kg CO2e<br>+15% emissions | $307 |
| | 9:45 AM – 10:41 PM<br>United · Operated by Gojet Airlines DBA United … | 15 hr 56 min<br>YOW–SFO | 2 stops<br>IAD, IAH | 560 kg CO2e<br>+44% emissions | $307 |
| | 9:45 AM – 10:41 PM<br>United · Operated by Gojet Airlines DBA United … | 15 hr 56 min<br>YOW–SFO | 2 stops ⚠<br>Change of airport | 622 kg CO2e<br>+60% emissions | $307 |
| | 9:45 AM – 10:45 PM<br>United · Operated by Gojet Airlines DBA United … | 16 hr<br>YOW–SFO | 2 stops<br>IAD, DEN | 523 kg CO2e<br>+34% emissions | $307 |
| | 9:45 AM – 10:45 PM<br>United · Operated by Gojet Airlines DBA United … | 16 hr<br>YOW–SFO | 2 stops<br>IAD, DEN | 497 kg CO2e<br>+28% emissions | $307 |
| | 9:45 AM – 11:55 PM<br>United · Operated by Gojet Airlines DBA United … | 17 hr 10 min<br>YOW–SFO | 2 stops<br>IAD, IAH | 560 kg CO2e<br>+44% emissions | $307 |
| | 9:45 AM – 1:04 AM[+1]<br>United · Operated by Gojet Airlines DBA United … | 18 hr 19 min<br>YOW–SFO | 1 stop<br>10 hr 25 min IAD | 491 kg CO2e<br>+26% emissions | $307 |

| | Time | Duration | Stops | Route | Emissions | | Price | |
|---|---|---|---|---|---|---|---|---|
| | 10:30 AM – 6:58 PM<br>Air Canada, United · Operated by Air Canada Ex… | 11 hr 28 min<br>YOW–SFO | 1 stop ⚠️<br>Change of airport | | 406 kg CO2e<br>Avg emissions ⓘ | | $307 | |
| | 10:30 AM – 8:50 PM<br>Air Canada, United · Operated by Air Canada Ex… | 13 hr 20 min<br>YOW–SFO | 2 stops<br>DCA, IAH | | 579 kg CO2e<br>+49% emissions ⓘ | | $307 | ⌄ |
| | 10:30 AM – 10:45 PM<br>Air Canada, United · Operated by Air Canada Ex… | 15 hr 15 min<br>YOW–SFO | 2 stops<br>DCA, DEN | | 486 kg CO2e<br>+25% emissions ⓘ | | $307 | ⌄ |
| | 11:00 AM – 8:31 PM<br>Air Canada, United · Operated by Air Canada Ex… | 12 hr 31 min<br>YOW–SFO | 2 stops<br>YUL, ORD | | 459 kg CO2e<br>+18% emissions ⓘ | | $307 | ⌄ |
| | 1:00 PM – 10:39 PM<br>Air Canada, United · Operated by Air Canada Ex… | 12 hr 39 min<br>YOW–SFO | 2 stops<br>YUL, ORD | | 416 kg CO2e<br>+7% emissions ⓘ | | $307 | ⌄ |
| | 2:05 PM – 10:45 PM<br>United · Operated by Gojet Airlines DBA United … | 11 hr 40 min<br>YOW–SFO | 2 stops<br>IAD, DEN | | 523 kg CO2e<br>+34% emissions ⓘ | | $307 | ⌄ |
| | 2:05 PM – 1:04 AM+1<br>United · Air Canada · Operated by Gojet Airline… | 13 hr 59 min<br>YOW–SFO | 1 stop<br>6 hr 9 min IAD | | 491 kg CO2e<br>+26% emissions ⓘ | | $307 | ⌄ |
| | 2:45 PM – 10:39 PM<br>Air Canada, United · Operated by Air Canada Ex… | 10 hr 54 min<br>YOW–SFO | 2 stops<br>YUL, ORD | | 416 kg CO2e<br>+7% emissions ⓘ | | $307 | ⌄ |
| | 5:00 PM – 8:50 AM+1<br>United · Operated by Republic Airways DBA Uni… | 18 hr 50 min<br>YOW–SFO | 1 stop ⚠️<br>11 hr 20 min ORD | | 375 kg CO2e<br>Avg emissions ⓘ | | $307 | ⌄ |

| | 5:30 AM – 10:52 AM<br>Air Canada · United | 8 hr 22 min<br>YOW–SFO | 1 stop<br>1 hr 5 min YYZ | 320 kg $CO_2e$<br>-18% emissions | $307 |
|---|---|---|---|---|---|
| | 5:30 AM – 3:35 PM<br>Air Canada | 13 hr 5 min<br>YOW–SFO | 2 stops<br>YYZ, YVR | 400 kg $CO_2e$<br>Avg emissions | $307 |
| | 5:30 AM – 3:35 PM<br>Air Canada | 13 hr 5 min<br>YOW–SFO | 2 stops<br>YYZ, YVR | 434 kg $CO_2e$<br>+12% emissions | $307 |
| | 6:00 AM – 3:35 PM<br>Air Canada | 12 hr 35 min<br>YOW–SFO | 2 stops<br>YYZ, YVR | 410 kg $CO_2e$<br>Avg emissions | $307 |
| | 6:00 AM – 5:30 PM<br>Air Canada, United | 14 hr 30 min<br>YOW–SFO | 2 stops<br>YYZ, YVR | 494 kg $CO_2e$<br>+27% emissions | $307 |
| | 6:00 AM – 5:30 PM<br>Air Canada, United | 14 hr 30 min<br>YOW–SFO | 2 stops<br>YYZ, YVR | 484 kg $CO_2e$<br>+24% emissions | $307 |
| | 6:45 AM – 5:25 PM<br>Air Canada, United | 13 hr 40 min<br>YOW–SFO | 2 stops<br>YYZ, YYC | 421 kg $CO_2e$<br>+8% emissions | $307 |
| | 6:45 AM – 5:30 PM<br>Air Canada, United | 13 hr 45 min<br>YOW–SFO | 2 stops<br>YYZ, YVR | 485 kg $CO_2e$<br>+25% emissions | $307 |
| | 8:25 AM – 3:26 PM<br>Air Canada | 10 hr 1 min<br>YOW–SFO | 1 stop<br>3 hr YYZ | 338 kg $CO_2e$<br>-13% emissions | $307 |

| | Time | Duration | Stops | Emissions | Price |
|---|---|---|---|---|---|
| | 11:35 AM – 9:45 PM<br>Air Canada, United | 13 hr 10 min<br>YOW–SFO | 2 stops<br>YYZ, YVR | 484 kg $CO_2e$<br>+24% emissions | $307 |
| | 2:10 PM – 8:07 PM<br>Air Canada · United | 8 hr 57 min<br>YOW–SFO | 1 stop<br>1 hr 59 min YYZ | 331 kg $CO_2e$<br>-15% emissions | $307 |
| | 2:10 PM – 9:42 PM<br>Air Canada · United | 10 hr 32 min<br>YOW–SFO | 1 stop<br>3 hr 34 min YYZ | 331 kg $CO_2e$<br>-15% emissions | $307 |
| | 3:55 PM – 9:42 PM<br>Air Canada | 8 hr 47 min<br>YOW–SFO | 1 stop<br>1 hr 49 min YYZ | 331 kg $CO_2e$<br>-15% emissions | $307 |
| | 5:00 PM – 7:38 AM+1<br>United · Operated by Republic Airways DBA Uni… | 17 hr 38 min<br>YOW–SFO | 2 stops<br>ORD, IAH | 461 kg $CO_2e$<br>+19% emissions | $313 |
| | 5:00 PM – 7:38 AM+1<br>United · Operated by Republic Airways DBA Uni… | 17 hr 38 min<br>YOW–SFO | 2 stops<br>ORD, IAH | 461 kg $CO_2e$<br>+19% emissions | $313 |
| | 5:00 PM – 7:50 AM+1<br>United · Operated by Republic Airways DBA Uni… | 17 hr 50 min<br>YOW–SFO | 2 stops<br>ORD, DEN | 417 kg $CO_2e$<br>+7% emissions | $313 |
| | 5:00 PM – 7:50 AM+1<br>United · Operated by Republic Airways DBA Uni… | 17 hr 50 min<br>YOW–SFO | 2 stops<br>ORD, DEN | 417 kg $CO_2e$<br>+7% emissions | $313 |
| | 5:50 PM – 7:38 AM+1<br>United · Operated by Republic Airways DBA Uni… | 16 hr 48 min<br>YOW–SFO | 2 stops<br>EWR, IAH | 462 kg $CO_2e$<br>+19% emissions | $313 |

| | Time | Duration | Stops | Emissions | Price |
|---|---|---|---|---|---|
| United | 5:50 PM – 7:50 AM+1<br>United · Operated by Republic Airways DBA Uni… | 17 hr<br>YOW–SFO | 2 stops ⚠️<br>EWR, DEN | 416 kg CO2e<br>+7% emissions | $313 |
| | 11:35 AM – 6:43 PM<br>Air Canada, United | 10 hr 8 min<br>YOW–SFO | 2 stops<br>YYZ, ORD | 392 kg CO2e<br>Avg emissions | $313 |
| | 5:30 AM – 1:09 PM<br>Air Canada, United | 10 hr 39 min<br>YOW–SFO | 2 stops<br>YYZ, DEN | 379 kg CO2e<br>Avg emissions | $313 |
| | 5:30 AM – 1:24 PM<br>Air Canada, United | 10 hr 54 min<br>YOW–SFO | 2 stops<br>YYZ, ORD | 380 kg CO2e<br>Avg emissions | $313 |
| | 6:00 AM – 1:24 PM<br>Air Canada, United | 10 hr 24 min<br>YOW–SFO | 2 stops<br>YYZ, ORD | 390 kg CO2e<br>Avg emissions | $313 |
| | 11:35 AM – 7:42 PM<br>Air Canada, United | 11 hr 7 min<br>YOW–SFO | 2 stops<br>YYZ, DEN | 395 kg CO2e<br>Avg emissions | $313 |
| Air Canada | 6:00 AM – 3:35 PM<br>Air Canada | 12 hr 35 min<br>YOW–SFO | 1 stop<br>4 hr 31 min YVR | 350 kg CO2e<br>-10% emissions | $333 |
| | 6:00 AM – 5:30 PM<br>Air Canada, United | 14 hr 30 min<br>YOW–SFO | 1 stop<br>6 hr 21 min YVR | 365 kg CO2e<br>-6% emissions | $333 |
| | 6:00 PM – 9:30 AM+1<br>Air Canada, United | 18 hr 30 min<br>YOW–SFO | 1 stop ⚠️<br>10 hr 47 min YVR | 369 kg CO2e<br>Avg emissions | $333 |

| | | | | | | |
|---|---|---|---|---|---|---|
| ✈ United | 5:50 PM – 9:38 AM+1<br>United · Operated by Republic Airways DBA Uni… | 18 hr 48 min<br>YOW–SFO | 1 stop ⚠<br>10 hr 22 min EWR | 538 kg CO2e<br>+38% emissions ⓘ | $338 | |
| 🍁 | 5:30 AM – 1:41 PM<br>Air Canada · Operated by Air Canada Express - … | 11 hr 11 min<br>YOW–SFO | 2 stops<br>YYZ, YVR | 507 kg CO2e<br>+30% emissions ⓘ | $338 | ⌄ |
| 🍁 | 5:30 AM – 3:35 PM<br>Air Canada | 13 hr 5 min<br>YOW–SFO | 2 stops<br>YYZ, YVR | 469 kg CO2e<br>+21% emissions ⓘ | $338 | ⌄ |
| 🍁 | 6:00 AM – 3:35 PM<br>Air Canada | 12 hr 35 min<br>YOW–SFO | 2 stops<br>YYZ, YVR | 479 kg CO2e<br>+23% emissions ⓘ | $338 | ⌄ |
| 🍁 | 5:30 AM – 3:26 PM<br>Air Canada | 12 hr 56 min<br>YOW–SFO | 1 stop<br>5 hr 45 min YYZ | 320 kg CO2e<br>-18% emissions ⓘ | $343 | ⌄ |
| 🍁 | 6:00 AM – 3:26 PM<br>Air Canada | 12 hr 26 min<br>YOW–SFO | 1 stop<br>5 hr 15 min YYZ | 331 kg CO2e<br>-15% emissions ⓘ | $343 | ⌄ |
| 🍁 | 6:45 AM – 3:26 PM<br>Air Canada | 11 hr 41 min<br>YOW–SFO | 1 stop<br>4 hr 40 min YYZ | 331 kg CO2e<br>-15% emissions ⓘ | $343 | ⌄ |
| 🍁 | 10:05 AM – 8:07 PM<br>Air Canada | 13 hr 2 min<br>YOW–SFO | 1 stop<br>5 hr 55 min YYZ | 331 kg CO2e<br>-15% emissions ⓘ | $343 | ⌄ |
| 🍁 | 10:30 AM – 8:07 PM<br>Air Canada · Operated by Air Canada Express - … | 12 hr 37 min<br>YOW–SFO | 1 stop ⚠<br>Change of airport | 306 kg CO2e<br>-21% emissions ⓘ | $343 | ⌄ |

| | Time | Airline | Duration | Stops | Emissions | Price |
|---|---|---|---|---|---|---|
| 🍁 | 11:35 AM – 8:07 PM | Air Canada | 11 hr 32 min YOW–SFO | 1 stop 4 hr 34 min YYZ | 331 kg CO2e -15% emissions ⓘ | $343 |
| | 11:35 AM – 8:57 PM | Air Canada, United | 12 hr 22 min YOW–SFO | 1 stop 5 hr 14 min YYZ | 353 kg CO2e -9% emissions ⓘ | $343 ⌄ |
| 🍁 | 11:35 AM – 9:42 PM | Air Canada | 13 hr 7 min YOW–SFO | 1 stop 6 hr 9 min YYZ | 331 kg CO2e -15% emissions ⓘ | $343 ⌄ |
| | 5:35 PM – 9:32 AM+1 | Air Canada, United · Operated by Air Canada Ex… | 18 hr 57 min YOW–SFO | 1 stop ⚠ Change of airport | 392 kg CO2e Avg emissions ⓘ | $343 ⌄ |
| | 7:05 PM – 9:32 AM+1 | Air Canada, United | 17 hr 27 min YOW–SFO | 1 stop ⚠ 10 hr 5 min YYZ | 406 kg CO2e Avg emissions ⓘ | $343 ⌄ |
| 🍁 | 7:05 PM – 10:52 AM+1 | Air Canada | 18 hr 47 min YOW–SFO | 1 stop ⚠ 11 hr 40 min YYZ | 320 kg CO2e -18% emissions ⓘ | $343 ⌄ |
| | 7:35 PM – 9:32 AM+1 | Air Canada, United · Operated by Air Canada Ex… | 16 hr 57 min YOW–SFO | 1 stop ⚠ Change of airport | 392 kg CO2e Avg emissions ⓘ | $343 ⌄ |
| 🍁 | 7:35 PM – 10:52 AM+1 | Air Canada · Operated by Air Canada Express - … | 18 hr 17 min YOW–SFO | 1 stop ⚠ Change of airport | 306 kg CO2e -21% emissions ⓘ | $343 ⌄ |
| | 8:15 PM – 9:32 AM+1 | Air Canada, United | 16 hr 17 min YOW–SFO | 1 stop ⚠ 8 hr 55 min YYZ | 417 kg CO2e +7% emissions ⓘ | $343 ⌄ |

| | Time | Duration | Stops | Emissions | Price |
|---|---|---|---|---|---|
| Air Canada | 8:15 PM – 10:52 AM +1 | 17 hr 37 min YOW–SFO | 1 stop ⚠ 10 hr 30 min YYZ | 331 kg CO2e  -15% emissions | $343 |
| Air Canada · Operated by Air Canada Express - … | 1:00 PM – 9:51 PM | 11 hr 51 min YOW–SFO | 1 stop 4 hr 27 min YUL | 310 kg CO2e  -20% emissions | $348 |
| WestJet, Delta | 6:30 AM – 11:27 PM | 19 hr 57 min YOW–SFO | 2 stops YEG, LAX | 483 kg CO2e  +24% emissions | $350 |
| United · Operated by Gojet Airlines DBA United … | 9:45 AM – 12:11 AM +1 | 17 hr 26 min YOW–SFO | 2 stops IAD, LAX | 540 kg CO2e  +39% emissions | $357 |
| United · Operated by Gojet Airlines DBA United … | 9:45 AM – 12:11 AM +1 | 17 hr 26 min YOW–SFO | 2 stops IAD, LAX | 540 kg CO2e  +39% emissions | $357 |
| United · Operated by Republic Airways DBA Uni… | 5:00 PM – 7:30 AM +1 | 17 hr 30 min YOW–SFO | 2 stops ⚠ ORD, LAX | 471 kg CO2e  +21% emissions | $357 |
| Air Canada, United · Operated by Air Canada Ex… | 5:30 AM – 1:24 PM | 10 hr 54 min YOW–SFO | 2 stops YYZ, ORD | 421 kg CO2e  +8% emissions | $374 |
| WestJet, Delta · Operated by Westjet Encore, S… | 6:00 AM – 4:01 PM | 13 hr 1 min YOW–SFO | 2 stops YYC, SEA | 512 kg CO2e  +32% emissions | $391 |
| Air Canada, United | 5:30 AM – 5:30 PM | 15 hr YOW–SFO | 2 stops YYZ, YVR | 484 kg CO2e  +24% emissions | $392 |

| | Time | Duration | Stops | Emissions | Price |
|---|---|---|---|---|---|
| | 5:30 AM – 5:30 PM<br>Air Canada, United | 15 hr<br>YOW–SFO | 2 stops<br>YYZ, YVR | 474 kg CO2e<br>+22% emissions | $392 |
| | 10:05 AM – 9:45 PM<br>Air Canada, United | 14 hr 40 min<br>YOW–SFO | 2 stops<br>YYZ, YVR | 484 kg CO2e<br>+24% emissions | $392 |
| | 8:25 AM – 4:44 PM<br>Air Canada, United | 11 hr 19 min<br>YOW–SFO | 2 stops<br>YYZ, ORD | 399 kg CO2e<br>Avg emissions | $398 |
| | 8:25 AM – 4:44 PM<br>Air Canada, United | 11 hr 19 min<br>YOW–SFO | 2 stops<br>YYZ, ORD | 412 kg CO2e<br>+6% emissions | $398 |
| | 10:05 AM – 6:43 PM<br>Air Canada, United | 11 hr 38 min<br>YOW–SFO | 2 stops<br>YYZ, ORD | 392 kg CO2e<br>Avg emissions | $398 |
| | 11:35 AM – 8:31 PM<br>Air Canada, United | 11 hr 56 min<br>YOW–SFO | 2 stops<br>YYZ, ORD | 392 kg CO2e<br>Avg emissions | $398 |
| | 11:35 AM – 8:31 PM<br>Air Canada, United | 11 hr 56 min<br>YOW–SFO | 2 stops<br>YYZ, ORD | 404 kg CO2e<br>Avg emissions | $398 |
| | 2:10 PM – 10:39 PM<br>Air Canada, United · Operated by SkyWest/Unit… | 11 hr 29 min<br>YOW–SFO | 2 stops<br>YYZ, ORD | 403 kg CO2e<br>Avg emissions | $398 |
| | 6:00 AM – 8:08 PM<br>WestJet, Delta · Operated by Endeavor Air DBA … | 17 hr 8 min<br>YOW–SFO | 2 stops<br>YYZ, DTW | 427 kg CO2e<br>+10% emissions | $402 |

| | 6:00 AM – 10:20 PM<br>WestJet, Delta | 19 hr 20 min<br>YOW–SFO | 2 stops<br>YYZ, ATL | 464 kg CO2e<br>+19% emissions | $402 | |
|---|---|---|---|---|---|---|
| | 5:00 PM – 1:24 PM+1<br>United · Operated by Republic Airways DBA Uni… | 23 hr 24 min<br>YOW–SFO | 1 stop ⚠<br>16 hr ORD | 375 kg CO2e<br>Avg emissions | $426 | ˅ |
| | 5:00 PM – 3:25 PM+1<br>United · Operated by Republic Airways DBA Uni… | 25 hr 25 min<br>YOW–SFO | 1 stop ⚠<br>18 hr 5 min ORD | 375 kg CO2e<br>Avg emissions | $426 | ˅ |
| | 5:00 PM – 7:40 AM+1<br>United · Operated by Republic Airways DBA Uni… | 17 hr 40 min<br>YOW–SFO | 2 stops ⚠<br>ORD, PDX | 469 kg CO2e<br>+21% emissions | $428 | ˅ |
| | 5:00 PM – 7:43 AM+1<br>United · Operated by Republic Airways DBA Uni… | 17 hr 43 min<br>YOW–SFO | 2 stops ⚠<br>ORD, SEA | 454 kg CO2e<br>+17% emissions | $431 | ˅ |
| | 9:20 AM – 8:31 PM<br>Porter Airlines, Alaska | 14 hr 11 min<br>YOW–SFO | 1 stop<br>4 hr 56 min MCO | 564 kg CO2e<br>+45% emissions | $432 | ˅ |
| | 4:00 PM – 2:41 PM+1<br>WestJet, Delta | 25 hr 41 min<br>YOW–SFO | 2 stops ⚠<br>YYC, LAX | 521 kg CO2e<br>+34% emissions | $435 | ˅ |
| | 6:20 AM – 4:44 PM<br>United · Operated by SkyWest DBA United Expr… | 13 hr 24 min<br>YOW–SFO | 1 stop<br>5 hr 59 min ORD | 375 kg CO2e<br>Avg emissions | $444 | ˅ |
| | 8:25 AM – 5:25 PM<br>Air Canada, United | 12 hr<br>YOW–SFO | 2 stops<br>YYZ, YYC | 428 kg CO2e<br>+10% emissions | $444 | ˅ |

| | 2:10 PM – 8:57 PM<br>Air Canada, United | 9 hr 47 min<br>YOW–SFO | 1 stop<br>2 hr 39 min YYZ | 353 kg CO2e<br>-9% emissions | $444 | |
|---|---|---|---|---|---|---|
| | 7:55 AM – 4:38 PM<br>Porter Airlines, Alaska · Operated by Porter Airl… | 11 hr 43 min<br>YOW–SFO | 1 stop ⚠️<br>Change of airport | 437 kg CO2e<br>+12% emissions | $455 | ⌄ |
| | 7:55 AM – 9:09 PM<br>Porter Airlines, Alaska · Operated by Porter Airl… | 16 hr 14 min<br>YOW–SFO | 1 stop ⚠️<br>Change of airport | 437 kg CO2e<br>+12% emissions | $455 | ⌄ |
| | 6:00 AM – 12:38 AM+1<br>United · Air Canada · Operated by Republic Air… | 21 hr 38 min<br>YOW–SFO | 1 stop<br>13 hr 3 min EWR | 538 kg CO2e<br>+38% emissions | $457 | ⌄ |
| | 7:55 AM – 9:16 PM<br>Porter Airlines, Alaska · Operated by Porter Airl… | 16 hr 21 min<br>YOW–SFO | 1 stop<br>8 hr 25 min EWR | 434 kg CO2e<br>+12% emissions | $460 | ⌄ |
| | 9:45 AM – 12:38 AM+1<br>United · Operated by Gojet Airlines DBA United … | 17 hr 53 min<br>YOW–SFO | 2 stops<br>IAD, EWR | 699 kg CO2e<br>+80% emissions | $464 | ⌄ |
| | 5:00 PM – 7:47 AM+1<br>United · Operated by Republic Airways DBA Uni… | 17 hr 47 min<br>YOW–SFO | 2 stops ⚠️<br>ORD, MCI | 535 kg CO2e<br>+38% emissions | $471 | ⌄ |
| | 3:11 PM – 12:11 AM+1<br>United · Operated by Gojet Airlines DBA United … | 12 hr<br>YOW–SFO | 2 stops<br>EWR, LAX | 644 kg CO2e<br>+66% emissions | $477 | ⌄ |
| | 5:00 PM – 12:11 AM+1<br>United · Operated by Republic Airways DBA Uni… | 10 hr 11 min<br>YOW–SFO | 2 stops<br>ORD, LAX | 471 kg CO2e<br>+21% emissions | $477 | ⌄ |

| | Time | Duration | Stops | Emissions | Price |
|---|---|---|---|---|---|
| | 6:00 AM – 7:22 PM<br>WestJet, Delta | 16 hr 22 min<br>YOW–SFO | 2 stops<br>YYC, LAX | 521 kg $CO_2e$<br>+34% emissions | $480 |
| | 6:20 AM – 11:43 AM<br>United · Air Canada · Operated by SkyWest DB… | 8 hr 23 min<br>YOW–SFO | 1 stop<br>1 hr 2 min ORD | 409 kg $CO_2e$<br>Avg emissions | $487 |
| | 3:11 PM – 12:17 PM+1<br>United · Operated by Gojet Airlines DBA United … | 24 hr 6 min<br>YOW–SFO | 1 stop ⚠<br>16 hr 2 min EWR | 589 kg $CO_2e$<br>+51% emissions | $493 |
| | 5:50 PM – 12:17 PM+1<br>United · Air Canada · Operated by Republic Air… | 21 hr 27 min<br>YOW–SFO | 1 stop ⚠<br>13 hr 22 min EWR | 538 kg $CO_2e$<br>+38% emissions | $493 |
| | 11:35 AM – 10:12 PM<br>Air Canada, Alaska · Operated by Air Canada Ex… | 13 hr 37 min<br>YOW–SFO | 2 stops<br>YYZ, BOS | 602 kg $CO_2e$<br>+55% emissions | $504 |
| | 6:00 AM – 8:27 PM<br>WestJet, Delta | 17 hr 27 min<br>YOW–SFO | 2 stops<br>YYZ, ATL | 464 kg $CO_2e$<br>+19% emissions | $526 |
| | 10:30 AM – 1:04 AM+1<br>Air Canada, United · Operated by Air Canada Ex… | 17 hr 34 min<br>YOW–SFO | 1 stop ⚠<br>Change of airport | 448 kg $CO_2e$<br>+15% emissions | $541 |
| porter | 7:00 PM – 1:22 PM+1<br>Porter Airlines · Operated by Porter Airlines Inc | 21 hr 22 min<br>YOW–SFO | 1 stop ⚠<br>Change of airport | 420 kg $CO_2e$<br>+8% emissions | $550 |
| porter | 8:25 PM – 1:22 PM+1<br>Porter Airlines · Operated by Porter Airlines Inc | 19 hr 57 min<br>YOW–SFO | 1 stop ⚠<br>Change of airport | 420 kg $CO_2e$<br>+8% emissions | $550 |

| | | | | | | |
|---|---|---|---|---|---|---|
| porter | 9:35 PM – 1:22 PM +1<br>Porter Airlines | 18 hr 47 min<br>YOW–SFO | 1 stop ⚠️<br>11 hr 34 min YYZ | 441 kg CO2e<br>+13% emissions ⓘ | $550 | |
| Air Canada | 6:00 PM – 12:11 PM +1<br>Air Canada · Operated by Air Canada Express - … | 21 hr 11 min<br>YOW–SFO | 1 stop ⚠️<br>13 hr 32 min YVR | 433 kg CO2e<br>+11% emissions ⓘ | $556 | ⌄ |
| Air Canada | 8:15 PM – 3:26 PM +1<br>Air Canada | 22 hr 11 min<br>YOW–SFO | 1 stop ⚠️<br>15 hr 10 min YYZ | 331 kg CO2e<br>-15% emissions ⓘ | $559 | ⌄ |
| | 6:00 AM – 4:38 PM<br>United, Alaska · Air Canada · Operated by Repu… | 13 hr 38 min<br>YOW–SFO | 1 stop ⚠️<br>Change of airport | 462 kg CO2e<br>+19% emissions ⓘ | $584 | ⌄ |
| WestJet | 9:35 PM – 12:52 PM +3<br>WestJet | 66 hr 17 min<br>YOW–SFO | 2 stops ⚠️<br>YWG, YYC | 470 kg CO2e<br>+21% emissions ⓘ | $614 | ⌄ |
| WestJet | 9:35 PM – 12:52 PM +3<br>WestJet | 66 hr 17 min<br>YOW–SFO | 2 stops ⚠️<br>YWG, YYC | 470 kg CO2e<br>+21% emissions ⓘ | $614 | ⌄ |
| Air Canada | 8:55 PM – 10:52 AM +1<br>Air Canada · United · Operated by Air Canada E… | 16 hr 57 min<br>YOW–SFO | 2 stops ⚠️<br>YUL, YYZ | 385 kg CO2e<br>Avg emissions ⓘ | $759 | ⌄ |
| United | 2:05 PM – 12:11 AM +1<br>United · Operated by Gojet Airlines DBA United … | 13 hr 6 min<br>YOW–SFO | 2 stops<br>IAD, LAX | 810 kg CO2e<br>+108% emissions ⓘ | $1,248 | ⌄ |

⌃ Hide 135 flights

7/9/24, 5:45 PM

Otay Mesa to San Francisco | Google Flights 

Language · English (United States)     Location · United States     Currency · USD

About    Privacy    Terms    Join user studies    Feedback    Help Center

Displayed currencies may differ from the currencies used to purchase flights. Learn more

https://www.google.com/travel/flights/search?tfs=CBwQAhoeEgoyMDI1LTAxLTA5agcIARIDWU9XcgcIARIDU0ZPQAFIAXABggELCP_____wGYAQI&tfu=EgYIABABGAA    18/18