# EXHIBIT 46



# Best flights

Ranked based on price and convenience. Prices include required taxes + fees for 1 adult. Optional charges and bag fees may apply. Passenger assistance info.

Sort by:

| Flight | Time | Duration | Stops | Emissions | Price |
|---|---|---|---|---|---|
| United · Operated by Republic Airways DBA Uni… | 6:00 AM – 4:09 PM | 11 hr 9 min | 2 stops (EWR, IAH) YOW–MAF | 410 kg CO2e | $345 |
| United · Operated by Gojet Airlines DBA United … | 9:45 AM – 6:05 PM | 9 hr 20 min | 2 stops (IAD, IAH) YOW–MAF | 491 kg CO2e | $345 |
| United · Air Canada · Operated by Gojet Airline… | 2:05 PM – 11:16 PM | 10 hr 11 min | 2 stops (IAD, DEN) YOW–MAF | 541 kg CO2e | $345 |
| Air Canada, United | 11:35 AM – 9:24 PM | 10 hr 49 min | 2 stops (YYZ, IAH) YOW–MAF | 400 kg CO2e | $354 |



Prices are currently **typical**

## Other flights

| | 6:00 AM – 4:15 PM<br>United · Air Canada · Operated by Republic Air… | 11 hr 15 min<br>YOW–MAF | 2 stops<br>EWR, DEN | 613 kg CO2e | $345 |
|---|---|---|---|---|---|
| | 6:00 AM – 6:05 PM<br>United · Operated by Republic Airways DBA Uni… | 13 hr 5 min<br>YOW–MAF | 2 stops<br>EWR, IAH | 421 kg CO2e | $345 |
| | 6:00 AM – 9:24 PM<br>United · Operated by Republic Airways DBA Uni… | 16 hr 24 min<br>YOW–MAF | 2 stops<br>EWR, IAH | 448 kg CO2e | $345 |
| | 6:00 AM – 11:22 PM<br>United · Operated by Republic Airways DBA Uni… | 18 hr 22 min<br>YOW–MAF | 2 stops<br>EWR, IAH | 449 kg CO2e | $345 |
| | 6:00 AM – 11:22 PM<br>United · Operated by Republic Airways DBA Uni… | 18 hr 22 min<br>YOW–MAF | 2 stops<br>EWR, IAH | 394 kg CO2e | $345 |
| | 9:45 AM – 8:25 PM<br>United · Air Canada · Operated by Gojet Airline… | 11 hr 40 min<br>YOW–MAF | 2 stops<br>IAD, DEN | 588 kg CO2e | $345 |
| | 9:45 AM – 9:24 PM<br>United · Operated by Gojet Airlines DBA United … | 12 hr 39 min<br>YOW–MAF | 2 stops ⚠<br>Change of airport | 552 kg CO2e | $345 |
| | 10:30 AM – 9:24 PM | 11 hr 54 min | 2 stops | 509 kg CO2e | $345 |

| | Time | Duration | Stops | | CO2e | | Price | |
|---|---|---|---|---|---|---|---|---|
| | | | Air Canada, United · Operated by Air Canada Ex… | YOW–MAF | | DCA, IAH | | |
| | 10:30 AM – 11:16 PM | 13 hr 46 min | 2 stops | | 504 kg CO2e | | $345 | ˅ |
| | Air Canada, United · Operated by Air Canada Ex… | | YOW–MAF | | DCA, DEN | | | |
| | 10:30 AM – 11:16 PM | 13 hr 46 min | 2 stops ⚠ | | 471 kg CO2e | | $345 | ˅ |
| | Air Canada, United · Operated by Air Canada Ex… | | YOW–MAF | | Change of airport | | | |
| | 2:05 PM – 11:22 PM | 10 hr 17 min | 2 stops | | 491 kg CO2e | | $345 | ˅ |
| | United · Operated by Gojet Airlines DBA United … | | YOW–MAF | | IAD, IAH | | | |
| | 5:00 PM – 11:27 AM +1 | 19 hr 27 min | 2 stops ⚠ | | 420 kg CO2e | | $345 | ˅ |
| | United · Operated by Republic Airways DBA Uni… | | YOW–MAF | | ORD, IAH | | | |
| | 5:00 PM – 1:24 PM +1 | 21 hr 24 min | 2 stops ⚠ | | 443 kg CO2e | | $345 | ˅ |
| | United · Operated by Republic Airways DBA Uni… | | YOW–MAF | | ORD, IAH | | | |
| | 5:50 PM – 11:27 AM +1 | 18 hr 37 min | 2 stops ⚠ | | 421 kg CO2e | | $345 | ˅ |
| | United · Operated by Republic Airways DBA Uni… | | YOW–MAF | | EWR, IAH | | | |
| | 5:50 PM – 1:06 PM +1 | 20 hr 16 min | 2 stops ⚠ | | 613 kg CO2e | | $345 | ˅ |
| | United · Operated by Republic Airways DBA Uni… | | YOW–MAF | | EWR, DEN | | | |
| | 5:50 PM – 1:24 PM +1 | 20 hr 34 min | 2 stops ⚠ | | 417 kg CO2e | | $345 | ˅ |
| | United · Operated by Republic Airways DBA Uni… | | YOW–MAF | | EWR, IAH | | | |
| | 5:50 PM – 1:24 PM +1 | 20 hr 34 min | 2 stops ⚠ | | 444 kg CO2e | | $345 | ˅ |
| | United · Operated by Republic Airways DBA Uni… | | YOW–MAF | | EWR, IAH | | | |
| | 6:00 AM – 9:24 PM | 16 hr 24 min | 2 stops | | 393 kg CO2e | | | ˅ |

| | Time | Duration | Stops | CO2e | Price | |
|---|---|---|---|---|---|---|
| | United · Operated by Republic Airways DBA Uni… | YOW–MAF | | EWR, IAH | $350 | |
| | 6:00 AM – 9:24 PM<br>United · Operated by Republic Airways DBA Uni… | 16 hr 24 min<br>YOW–MAF | 2 stops | 420 kg CO2e<br>EWR, IAH | $350 | ˅ |
| | 6:00 AM – 11:22 PM<br>United · Operated by Republic Airways DBA Uni… | 18 hr 22 min<br>YOW–MAF | 2 stops | 394 kg CO2e<br>EWR, IAH | $350 | ˅ |
| | 6:00 AM – 11:22 PM<br>United · Operated by Republic Airways DBA Uni… | 18 hr 22 min<br>YOW–MAF | 2 stops | 394 kg CO2e<br>EWR, IAH | $350 | ˅ |
| | 6:00 AM – 11:22 PM<br>United · Operated by Republic Airways DBA Uni… | 18 hr 22 min<br>YOW–MAF | 2 stops | 421 kg CO2e<br>EWR, IAH | $350 | ˅ |
| | 9:45 AM – 9:24 PM<br>United · Operated by Gojet Airlines DBA United … | 12 hr 39 min<br>YOW–MAF | 2 stops | 490 kg CO2e<br>IAD, IAH | $350 | ˅ |
| | 9:45 AM – 11:16 PM<br>United · Operated by Gojet Airlines DBA United … | 14 hr 31 min<br>YOW–MAF | 2 stops | 515 kg CO2e<br>IAD, DEN | $350 | ˅ |
| | 9:45 AM – 11:22 PM<br>United · Operated by Gojet Airlines DBA United … | 14 hr 37 min<br>YOW–MAF | 2 stops | 491 kg CO2e<br>IAD, IAH | $350 | ˅ |
| | 9:45 AM – 11:22 PM<br>United · Operated by Gojet Airlines DBA United … | 14 hr 37 min<br>YOW–MAF | 2 stops ⚠<br>Change of airport | 553 kg CO2e | $350 | ˅ |
| | 2:05 PM – 8:45 AM[+1]<br>United · Operated by Gojet Airlines DBA United … | 19 hr 40 min<br>YOW–MAF | 2 stops ⚠ | 480 kg CO2e<br>IAD, IAH | $350 | ˅ |

| | Time | Duration | Stops | CO2e | Price |
|---|---|---|---|---|---|
| United | 3:11 PM – 8:45 AM+1<br>United · Operated by Gojet Airlines DBA United ... | 18 hr 34 min<br>YOW–MAF | 2 stops ⚠<br>EWR, IAH | 434 kg CO2e | $350 |
| United | 3:11 PM – 8:45 AM+1<br>United · Operated by Gojet Airlines DBA United ... | 18 hr 34 min<br>YOW–MAF | 2 stops ⚠<br>EWR, IAH | 461 kg CO2e | $350 |
| United | 3:11 PM – 11:27 AM+1<br>United · Operated by Gojet Airlines DBA United ... | 21 hr 16 min<br>YOW–MAF | 2 stops ⚠<br>EWR, IAH | 445 kg CO2e | $350 |
| United | 3:11 PM – 11:27 AM+1<br>United · Operated by Gojet Airlines DBA United ... | 21 hr 16 min<br>YOW–MAF | 2 stops ⚠<br>EWR, IAH | 472 kg CO2e | $350 |
| United | 5:00 PM – 8:45 AM+1<br>United · Operated by Republic Airways DBA Uni... | 16 hr 45 min<br>YOW–MAF | 2 stops ⚠<br>ORD, IAH | 409 kg CO2e | $350 |
| United | 5:00 PM – 8:45 AM+1<br>United · Operated by Republic Airways DBA Uni... | 16 hr 45 min<br>YOW–MAF | 2 stops ⚠<br>ORD, IAH | 409 kg CO2e | $350 |
| United | 5:00 PM – 11:27 AM+1<br>United · Operated by Republic Airways DBA Uni... | 19 hr 27 min<br>YOW–MAF | 2 stops ⚠<br>ORD, IAH | 420 kg CO2e | $350 |
| United | 5:00 PM – 11:27 AM+1<br>United · Operated by Republic Airways DBA Uni... | 19 hr 27 min<br>YOW–MAF | 2 stops ⚠<br>ORD, IAH | 420 kg CO2e | $350 |
| United | 5:00 PM – 1:24 PM+1<br>United · Operated by Republic Airways DBA Uni... | 21 hr 24 min<br>YOW–MAF | 2 stops ⚠<br>ORD, IAH | 443 kg CO2e | $350 |

| | 5:50 PM – 8:45 AM[+1] United · Operated by Republic Airways DBA Uni… | 15 hr 55 min YOW–MAF | 2 stops ⚠ EWR, IAH | 410 kg CO2e | $350 | |
|---|---|---|---|---|---|---|
| | 5:50 PM – 11:27 AM[+1] United · Operated by Republic Airways DBA Uni… | 18 hr 37 min YOW–MAF | 2 stops ⚠ EWR, IAH | 421 kg CO2e | $350 | ⌄ |
| | 5:50 PM – 1:06 PM[+1] United · Operated by Republic Airways DBA Uni… | 20 hr 16 min YOW–MAF | 2 stops ⚠ EWR, DEN | 500 kg CO2e | $350 | ⌄ |
| | 5:50 PM – 4:09 PM[+1] United · Operated by Republic Airways DBA Uni… | 23 hr 19 min YOW–MAF | 2 stops ⚠ EWR, IAH | 410 kg CO2e | $350 | ⌄ |
| | 5:30 AM – 11:16 PM Air Canada, United · Operated by SkyWest DBA … | 18 hr 46 min YOW–MAF | 2 stops YYZ, DEN | 397 kg CO2e | $351 | ⌄ |
| | 5:30 AM – 11:22 PM Air Canada, United · Operated by Mesa Airlines … | 18 hr 52 min YOW–MAF | 2 stops YYZ, IAH | 376 kg CO2e | $351 | ⌄ |
| | 11:35 AM – 11:22 PM Air Canada, United · Operated by Mesa Airlines… | 12 hr 47 min YOW–MAF | 2 stops YYZ, IAH | 401 kg CO2e | $354 | ⌄ |
| | 6:20 AM – 4:09 PM United · Operated by SkyWest DBA United Expr… | 10 hr 49 min YOW–MAF | 2 stops ORD, IAH | 409 kg CO2e | $388 | ⌄ |
| | 5:30 AM – 9:24 PM Air Canada, United | 16 hr 54 min YOW–MAF | 2 stops YYZ, IAH | 390 kg CO2e | $390 | ⌄ |

| | Time | Duration | Stops | CO2e | Price |
|---|---|---|---|---|---|
| | 5:30 AM – 11:22 PM<br>Air Canada, United · Operated by Mesa Airlines… | 18 hr 52 min<br>YOW–MAF | 2 stops<br>YYZ, IAH | 391 kg CO2e | $390 |
| | 6:00 AM – 9:24 PM<br>Air Canada, United | 16 hr 24 min<br>YOW–MAF | 2 stops<br>YYZ, IAH | 400 kg CO2e | $390 |
| | 6:00 AM – 11:22 PM<br>Air Canada, United · Operated by Mesa Airlines… | 18 hr 22 min<br>YOW–MAF | 2 stops<br>YYZ, IAH | 401 kg CO2e | $390 |
| | 6:45 AM – 9:24 PM<br>Air Canada, United | 15 hr 39 min<br>YOW–MAF | 2 stops<br>YYZ, IAH | 400 kg CO2e | $390 |
| | 6:45 AM – 11:22 PM<br>Air Canada, United · Operated by Mesa Airlines… | 17 hr 37 min<br>YOW–MAF | 2 stops<br>YYZ, IAH | 401 kg CO2e | $390 |
| | 8:25 AM – 9:24 PM<br>Air Canada, United | 13 hr 59 min<br>YOW–MAF | 2 stops<br>YYZ, IAH | 407 kg CO2e | $390 |
| | 8:25 AM – 11:22 PM<br>Air Canada, United · Operated by Mesa Airlines… | 15 hr 57 min<br>YOW–MAF | 2 stops<br>YYZ, IAH | 408 kg CO2e | $390 |
| | 8:30 AM – 9:24 PM<br>Air Canada, United · Operated by Air Canada Ex… | 13 hr 54 min<br>YOW–MAF | 2 stops ⚠<br>Change of airport | 375 kg CO2e | $390 |
| | 8:30 AM – 11:22 PM<br>Air Canada, United · Operated by Air Canada Ex… | 15 hr 52 min<br>YOW–MAF | 2 stops ⚠<br>Change of airport | 376 kg CO2e | $390 |

| | Time | Duration | Stops | CO2e | | Price |
|---|---|---|---|---|---|---|
| | 10:05 AM – 9:24 PM<br>Air Canada, United | 12 hr 19 min<br>YOW–MAF | 2 stops<br>YYZ, IAH | 400 kg CO2e | | $390 |
| | 10:05 AM – 11:22 PM<br>Air Canada, United · Operated by Mesa Airlines… | 14 hr 17 min<br>YOW–MAF | 2 stops<br>YYZ, IAH | 401 kg CO2e | | $390 |
| | 10:30 AM – 9:24 PM<br>Air Canada, United · Operated by Air Canada Ex… | 11 hr 54 min<br>YOW–MAF | 2 stops ⚠<br>Change of airport | 375 kg CO2e | | $390 |
| | 10:30 AM – 11:22 PM<br>Air Canada, United · Operated by Air Canada Ex… | 13 hr 52 min<br>YOW–MAF | 2 stops ⚠<br>Change of airport | 376 kg CO2e | | $390 |
| | 6:10 PM – 11:27 AM+1<br>Air Canada, United · Operated by Mesa Airlines … | 18 hr 17 min<br>YOW–MAF | 2 stops ⚠<br>YYZ, IAH | 390 kg CO2e | | $390 |
| | 7:05 PM – 11:27 AM+1<br>Air Canada, United · Operated by Mesa Airlines … | 17 hr 22 min<br>YOW–MAF | 2 stops ⚠<br>YYZ, IAH | 380 kg CO2e | | $390 |
| | 7:05 PM – 1:24 PM+1<br>Air Canada, United · Operated by SkyWest DBA … | 19 hr 19 min<br>YOW–MAF | 2 stops ⚠<br>YYZ, IAH | 404 kg CO2e | | $390 |
| | 8:15 PM – 11:27 AM+1<br>Air Canada, United · Operated by Mesa Airlines … | 16 hr 12 min<br>YOW–MAF | 2 stops ⚠<br>YYZ, IAH | 390 kg CO2e | | $390 |
| | 8:15 PM – 1:24 PM+1<br>Air Canada, United · Operated by SkyWest DBA … | 18 hr 9 min<br>YOW–MAF | 2 stops ⚠<br>YYZ, IAH | 414 kg CO2e | | $390 |

| | Times | Duration | Stops | CO2e | | Price | |
|---|---|---|---|---|---|---|---|
| | 8:15 PM – 4:09 PM+1<br>Air Canada, United · Operated by Mesa Airlines… | 20 hr 54 min<br>YOW–MAF | 2 stops ⚠<br>YYZ, IAH | 376 kg $CO_2e$ | | $390 | |
| | 6:00 AM – 6:05 PM<br>United · Operated by Republic Airways DBA Uni… | 13 hr 5 min<br>YOW–MAF | 2 stops ⚠<br>Change of airport | 471 kg $CO_2e$ | | $390 | ⌄ |
| | 6:00 AM – 9:24 PM<br>United · Operated by Republic Airways DBA Uni… | 16 hr 24 min<br>YOW–MAF | 2 stops ⚠<br>Change of airport | 470 kg $CO_2e$ | | $390 | ⌄ |
| | 6:00 AM – 9:24 PM<br>United · Operated by Republic Airways DBA Uni… | 16 hr 24 min<br>YOW–MAF | 2 stops ⚠<br>Change of airport | 470 kg $CO_2e$ | | $390 | ⌄ |
| | 6:00 AM – 11:22 PM<br>United · Operated by Republic Airways DBA Uni… | 18 hr 22 min<br>YOW–MAF | 2 stops ⚠<br>Change of airport | 471 kg $CO_2e$ | | $390 | ⌄ |
| | 6:00 AM – 11:22 PM<br>United · Operated by Republic Airways DBA Uni… | 18 hr 22 min<br>YOW–MAF | 2 stops ⚠<br>Change of airport | 471 kg $CO_2e$ | | $390 | ⌄ |
| | 3:11 PM – 11:27 AM+1<br>United · Operated by Gojet Airlines DBA United … | 21 hr 16 min<br>YOW–MAF | 2 stops ⚠<br>EWR, IAH | 472 kg $CO_2e$ | | $390 | ⌄ |
| | 3:11 PM – 1:24 PM+1<br>United · Operated by Gojet Airlines DBA United … | 23 hr 13 min<br>YOW–MAF | 2 stops ⚠<br>EWR, IAH | 495 kg $CO_2e$ | | $390 | ⌄ |
| | 5:50 PM – 1:24 PM+1<br>United · Operated by Republic Airways DBA Uni… | 20 hr 34 min<br>YOW–MAF | 2 stops ⚠<br>EWR, IAH | 444 kg $CO_2e$ | | $390 | ⌄ |

| | | | | | |
|---|---|---|---|---|---|
| | 5:50 PM – 4:09 PM+1<br>United · Operated by Republic Airways DBA Uni… | 23 hr 19 min<br>YOW–MAF | 2 stops ⚠️<br>EWR, IAH | 410 kg $CO_2e$ | $390 |
| | 6:00 AM – 6:05 PM<br>United · Operated by Republic Airways DBA Uni… | 13 hr 5 min<br>YOW–MAF | 2 stops<br>EWR, IAH | 394 kg $CO_2e$ | $398 |
| | 6:00 AM – 8:25 PM<br>United · Air Canada · Operated by Republic Air… | 15 hr 25 min<br>YOW–MAF | 2 stops<br>EWR, DEN | 527 kg $CO_2e$ | $398 |
| | 6:00 AM – 8:25 PM<br>United · Air Canada · Operated by Republic Air… | 15 hr 25 min<br>YOW–MAF | 2 stops<br>EWR, DEN | 527 kg $CO_2e$ | $398 |
| | 6:00 AM – 11:16 PM<br>United · Air Canada · Operated by Republic Air… | 18 hr 16 min<br>YOW–MAF | 2 stops<br>EWR, DEN | 454 kg $CO_2e$ | $398 |
| | 6:00 AM – 11:16 PM<br>United · Air Canada · Operated by Republic Air… | 18 hr 16 min<br>YOW–MAF | 2 stops<br>EWR, DEN | 454 kg $CO_2e$ | $398 |
| | 9:45 AM – 9:24 PM<br>United · Operated by Gojet Airlines DBA United … | 12 hr 39 min<br>YOW–MAF | 2 stops ⚠️<br>Change of airport | 552 kg $CO_2e$ | $398 |
| | 9:45 AM – 11:16 PM<br>United · Air Canada · Operated by Gojet Airline… | 14 hr 31 min<br>YOW–MAF | 2 stops<br>IAD, DEN | 541 kg $CO_2e$ | $398 |
| | 9:45 AM – 11:16 PM<br>United · Air Canada · Operated by Gojet Airline… | 14 hr 31 min<br>YOW–MAF | 2 stops<br>IAD, DEN | 515 kg $CO_2e$ | $398 |

| | Time | Duration | Stops | CO2e | | Price | |
|---|---|---|---|---|---|---|---|
| | 9:45 AM – 11:22 PM<br>United · Operated by Gojet Airlines DBA United … | 14 hr 37 min<br>YOW–MAF | 2 stops<br>IAD, IAH | 491 kg CO2e | | $398 | |
| | 9:45 AM – 11:22 PM<br>United · Operated by Gojet Airlines DBA United … | 14 hr 37 min<br>YOW–MAF | 2 stops ⚠<br>Change of airport | 553 kg CO2e | | $398 | ⌄ |
| | 10:30 AM – 11:22 PM<br>Air Canada, United · Operated by Air Canada Ex… | 13 hr 52 min<br>YOW–MAF | 2 stops ⚠<br>Change of airport | 447 kg CO2e | | $398 | ⌄ |
| | 6:00 AM – 8:25 PM<br>United · Operated by Republic Airways DBA Uni… | 15 hr 25 min<br>YOW–MAF | 2 stops<br>EWR, DEN | 613 kg CO2e | | $404 | ⌄ |
| | 6:00 AM – 11:16 PM<br>United · Operated by Republic Airways DBA Uni… | 18 hr 16 min<br>YOW–MAF | 2 stops<br>EWR, DEN | 454 kg CO2e | | $404 | ⌄ |
| | 6:00 AM – 11:16 PM<br>United · Operated by Republic Airways DBA Uni… | 18 hr 16 min<br>YOW–MAF | 2 stops<br>EWR, DEN | 539 kg CO2e | | $404 | ⌄ |
| | 6:00 AM – 11:16 PM<br>United · Operated by Republic Airways DBA Uni… | 18 hr 16 min<br>YOW–MAF | 2 stops<br>EWR, DEN | 454 kg CO2e | | $404 | ⌄ |
| | 5:30 AM – 4:15 PM<br>Air Canada, United · Operated by SkyWest DBA … | 11 hr 45 min<br>YOW–MAF | 2 stops<br>YYZ, DEN | 470 kg CO2e | | $404 | ⌄ |
| | 6:20 AM – 4:09 PM<br>United · Operated by SkyWest DBA United Expr… | 10 hr 49 min<br>YOW–MAF | 2 stops<br>ORD, IAH | 409 kg CO2e | | $434 | ⌄ |
| | | | | | | | ⌄ |

| | | | | | | |
|---|---|---|---|---|---|---|
| | 6:20 AM – 6:05 PM<br>United · Operated by SkyWest DBA United Expr… | 12 hr 45 min<br>YOW–MAF | 2 stops<br>ORD, IAH | 420 kg $CO_2e$ | | $434 |
| | 7:45 AM – 9:24 PM<br>Air Canada, United · Operated by Air Canada Ro… | 14 hr 39 min<br>YOW–MAF | 2 stops<br>FLL, IAH | 472 kg $CO_2e$ | $436 | ⌄ |
| | 7:45 AM – 9:24 PM<br>Air Canada, United · Operated by Air Canada Ro… | 14 hr 39 min<br>YOW–MAF | 2 stops<br>FLL, IAH | 478 kg $CO_2e$ | $436 | ⌄ |
| | 7:45 AM – 11:22 PM<br>Air Canada, United · Operated by Air Canada Ro… | 16 hr 37 min<br>YOW–MAF | 2 stops<br>FLL, IAH | 473 kg $CO_2e$ | $436 | ⌄ |
| | 5:30 AM – 4:09 PM<br>Air Canada, United · Operated by Mesa Airlines … | 11 hr 39 min<br>YOW–MAF | 2 stops<br>YYZ, IAH | 366 kg $CO_2e$ | $436 | ⌄ |
| | 5:00 PM – 1:06 PM+1<br>United · Operated by Republic Airways DBA Uni… | 21 hr 6 min<br>YOW–MAF | 2 stops ⚠<br>ORD, DEN | 502 kg $CO_2e$ | $438 | ⌄ |
| | 9:45 AM – 11:22 PM<br>United · Operated by Gojet Airlines DBA United … | 14 hr 37 min<br>YOW–MAF | 3 stops<br>IAD, AUS, IAH | 583 kg $CO_2e$ | $457 | ⌄ |
| | 5:50 PM – 11:27 AM+1<br>United · Operated by Republic Airways DBA Uni… | 18 hr 37 min<br>YOW–MAF | 2 stops ⚠<br>Change of airport | 471 kg $CO_2e$ | $460 | ⌄ |
| | 5:50 PM – 4:09 PM+1<br>United · Operated by Republic Airways DBA Uni… | 23 hr 19 min<br>YOW–MAF | 2 stops ⚠<br>EWR, IAH | 410 kg $CO_2e$ | $460 | ⌄ |

| | 2:45 PM – 8:45 AM+1<br>Air Canada, United · Operated by Air Canada Ex… | 19 hr<br>YOW–MAF | 2 stops ⚠️<br>YUL, IAH | 381 kg CO2e | $467 | |
|---|---|---|---|---|---|---|
| | 5:50 PM – 4:09 PM+1<br>United · Operated by Republic Airways DBA Uni… | 23 hr 19 min<br>YOW–MAF | 2 stops ⚠️<br>EWR, IAH | 410 kg CO2e | $473 | ⌄ |
| | 2:10 PM – 8:45 AM+1<br>Air Canada, United · Operated by Mesa Airlines … | 19 hr 35 min<br>YOW–MAF | 2 stops ⚠️<br>YYZ, IAH | 376 kg CO2e | $473 | ⌄ |
| | 3:55 PM – 8:45 AM+1<br>Air Canada, United · Operated by Mesa Airlines … | 17 hr 50 min<br>YOW–MAF | 2 stops ⚠️<br>YYZ, IAH | 376 kg CO2e | $473 | ⌄ |
| | 10:30 AM – 9:24 PM<br>Air Canada, United · Operated by Air Canada Ex… | 11 hr 54 min<br>YOW–MAF | 2 stops<br>DCA, IAH | 509 kg CO2e | $477 | ⌄ |
| | 10:30 AM – 11:16 PM<br>Air Canada, United · Operated by Air Canada Ex… | 13 hr 46 min<br>YOW–MAF | 2 stops ⚠️<br>Change of airport | 497 kg CO2e | $477 | ⌄ |
| | 10:30 AM – 11:22 PM<br>Air Canada, United · Operated by Air Canada Ex… | 13 hr 52 min<br>YOW–MAF | 2 stops<br>DCA, IAH | 510 kg CO2e | $477 | ⌄ |
| | 11:35 AM – 11:16 PM<br>Air Canada, United · Operated by SkyWest DBA … | 12 hr 41 min<br>YOW–MAF | 2 stops<br>YYZ, DEN | 407 kg CO2e | $500 | ⌄ |
| | 11:35 AM – 11:16 PM<br>Air Canada, United · Operated by SkyWest DBA … | 12 hr 41 min<br>YOW–MAF | 2 stops<br>YYZ, DEN | 414 kg CO2e | $500 | ⌄ |

| | Time | Duration | Stops | CO2e | Price |
|---|---|---|---|---|---|
| | 5:45 AM – 4:15 PM<br>Air Canada, United · Operated by Air Canada Ex… | 11 hr 30 min<br>YOW–MAF | 2 stops<br>YUL, DEN | 476 kg CO2e | $544 |
| | 4:45 PM – 8:45 AM+1<br>Air Canada, United · Operated by Air Canada Ex… | 17 hr<br>YOW–MAF | 2 stops ⚠<br>YUL, IAH | 381 kg CO2e | $564 |
| | 8:00 AM – 9:24 PM<br>WestJet, United | 14 hr 24 min<br>YOW–MAF | 2 stops<br>RSW, IAH | 456 kg CO2e | $564 |
| | 8:00 AM – 11:22 PM<br>WestJet, United · Operated by Mesa Airlines DB… | 16 hr 22 min<br>YOW–MAF | 2 stops<br>RSW, IAH | 457 kg CO2e | $564 |
| | 5:30 AM – 6:05 PM<br>Air Canada, United · Operated by Mesa Airlines … | 13 hr 35 min<br>YOW–MAF | 2 stops<br>YYZ, IAH | 376 kg CO2e | $569 |
| | 5:30 AM – 9:24 PM<br>Air Canada, United | 16 hr 54 min<br>YOW–MAF | 2 stops<br>YYZ, IAH | 375 kg CO2e | $569 |
| | 7:45 AM – 6:05 PM<br>Air Canada, United · Operated by Air Canada Ro… | 11 hr 20 min<br>YOW–MAF | 2 stops<br>FLL, IAH | 479 kg CO2e | $604 |
| | 6:00 AM – 9:24 PM<br>WestJet, United | 16 hr 24 min<br>YOW–MAF | 2 stops<br>YYC, IAH | 677 kg CO2e | $627 |
| | 6:00 AM – 8:25 PM<br>WestJet, United · Operated by SkyWest DBA Un… | 15 hr 25 min<br>YOW–MAF | 2 stops<br>YYC, DEN | 652 kg CO2e | $1,375 |

Case 7:24-cv-00033-DC-DTG Document 45-39 Filed 07/11/24 Page 16 of 16



| | 6:30 AM – 11:16 PM<br>WestJet, United · Operated by SkyWest DBA Un… | 17 hr 46 min<br>YOW–MAF | 2 stops<br>YEG, DEN | 556 kg CO2e | $1,602 |

Hide 111 flights

Language · English (United States)   Location · United States   Currency · USD

About   Privacy   Terms   Join user studies   Feedback   Help Center

Displayed currencies may differ from the currencies used to purchase flights. Learn more