# EXHIBIT 47





| | 7:59 PM – 12:04 AM⁺¹ Delta | 7 hr 5 min CVG–SFO | 1 stop 1 hr 18 min SLC | 311 kg CO2e -7% emissions | | $114 |

✨ The cheapest time to book is usually **now, until Aug 6**          Prices are currently **low**          View price history ⌄

## Other flights

| | 6:50 AM – 6:04 PM Frontier | 14 hr 14 min CVG–SFO | 1 stop 8 hr 26 min DEN | 215 kg CO2e -36% emissions | 🧳 $96 | ⌄ |
| | 6:50 AM – 11:59 PM Frontier | 20 hr 9 min CVG–SFO | 1 stop 14 hr 24 min DEN | 238 kg CO2e -29% emissions | 🧳 $96 | ⌄ |
| | 6:00 AM – 10:13 AM United | 7 hr 13 min CVG–SFO | 1 stop 1 hr 6 min ORD | 292 kg CO2e -13% emissions | 🧳 $114 | ⌄ |
| | 6:00 AM – 10:16 AM Delta | 7 hr 16 min CVG–SFO | 1 stop 51 min ATL | 365 kg CO2e +9% emissions | $114 | ⌄ |
| | 6:00 AM – 10:59 AM United · Operated by Mesa Airlines DBA United ... | 7 hr 59 min CVG–SFO | 1 stop 47 min IAD | 404 kg CO2e +21% emissions | 🧳 $114 | ⌄ |
| | 6:00 AM – 11:21 AM United | 8 hr 21 min CVG–SFO | 1 stop 2 hr 21 min ORD | 320 kg CO2e Avg emissions | 🧳 $114 | ⌄ |
| | 6:00 AM – 12:16 PM | 9 hr 16 min | 1 stop | 365 kg CO2e | | ⌄ |

| Airline | Time | Duration | Stops | Emissions | Price |
|---|---|---|---|---|---|
| Delta | | | CVG–SFO | 2 hr 47 min ATL | +9% emissions | $114 |
| American | 6:00 AM – 12:29 PM | 9 hr 29 min CVG–SFO | 1 stop 3 hr 6 min DFW | 330 kg CO2e Avg emissions | $114 |
| Delta | 6:05 AM – 11:06 AM | 8 hr 1 min CVG–SFO | 1 stop 1 hr 49 min MSP | 310 kg CO2e -7% emissions | $114 |
| Delta | 6:05 AM – 1:08 PM | 10 hr 3 min CVG–SFO | 1 stop 3 hr 50 min MSP | 310 kg CO2e -7% emissions | $114 |
| American | 6:13 AM – 12:13 PM | 9 hr CVG–SFO | 1 stop 1 hr 53 min CLT | 331 kg CO2e Avg emissions | $114 |
| Delta | 6:56 AM – 11:54 AM | 7 hr 58 min CVG–SFO | 1 stop 1 hr 52 min LAX | 334 kg CO2e Avg emissions | $114 |
| Delta | 6:56 AM – 1:29 PM | 9 hr 33 min CVG–SFO | 1 stop 3 hr 36 min LAX | 330 kg CO2e Avg emissions | $114 |
| United | 7:00 AM – 12:12 PM | 8 hr 12 min CVG–SFO | 1 stop 1 hr 35 min IAH | 422 kg CO2e +26% emissions | $114 |
| United | 7:00 AM – 2:07 PM | 10 hr 7 min CVG–SFO | 1 stop 3 hr 25 min IAH | 368 kg CO2e +10% emissions | $114 |
| Delta | 7:07 AM – 12:16 PM | 8 hr 9 min CVG–SFO | 1 stop 1 hr 37 min ATL | 364 kg CO2e +9% emissions | $114 |

| | Time | Duration | Stops | Emissions | | Price | |
|---|---|---|---|---|---|---|---|
| United | 7:15 AM – 11:21 AM<br>United | 7 hr 6 min<br>CVG–SFO | 1 stop<br>1 hr 6 min ORD | 345 kg CO2e<br>Avg emissions | | $114 | |
| United | 7:15 AM – 1:16 PM<br>United | 9 hr 1 min<br>CVG–SFO | 1 stop<br>3 hr 1 min ORD | 349 kg CO2e<br>Avg emissions | | $114 | |
| Delta | 9:36 AM – 4:52 PM<br>Delta | 10 hr 16 min<br>CVG–SFO | 1 stop<br>3 hr 54 min ATL | 327 kg CO2e<br>Avg emissions | | $114 | |
| United | 10:25 AM – 5:23 PM<br>United | 9 hr 58 min<br>CVG–SFO | 1 stop<br>2 hr 40 min IAD | 408 kg CO2e<br>+22% emissions | | $114 | |
| Delta | 10:57 AM – 5:48 PM<br>Delta | 9 hr 51 min<br>CVG–SFO | 1 stop<br>3 hr 42 min MSP | 310 kg CO2e<br>-7% emissions | | $114 | |
| American | 12:26 PM – 6:50 PM<br>American | 9 hr 24 min<br>CVG–SFO | 1 stop<br>3 hr 17 min DFW | 295 kg CO2e<br>-12% emissions | | $114 | |
| American | 12:27 PM – 8:00 PM<br>American | 10 hr 33 min<br>CVG–SFO | 1 stop<br>3 hr 35 min CLT | 390 kg CO2e<br>+17% emissions | | $114 | |
| American | 1:15 PM – 8:00 PM<br>American · Operated by PSA Airlines as Americ… | 9 hr 45 min<br>CVG–SFO | 1 stop<br>2 hr 41 min CLT | 409 kg CO2e<br>+22% emissions | | $114 | |
| American | 1:15 PM – 9:02 PM<br>American · Operated by PSA Airlines as Americ… | 10 hr 47 min<br>CVG–SFO | 1 stop<br>3 hr 41 min CLT | 409 kg CO2e<br>+22% emissions | | $114 | |

| | 2:53 PM – 8:00 PM<br>American · Operated by Piedmont Airlines as A… | 8 hr 7 min<br>CVG–SFO | 1 stop<br>2 hr 1 min ORD | 327 kg CO2e<br>Avg emissions | $114 |
|---|---|---|---|---|---|
| | 2:54 PM – 8:54 PM<br>United · Operated by Mesa Airlines DBA United … | 9 hr<br>CVG–SFO | 1 stop<br>1 hr 44 min IAD | 451 kg CO2e<br>+35% emissions | $114 |
| | 3:33 PM – 8:53 PM<br>United | 8 hr 20 min<br>CVG–SFO | 1 stop<br>2 hr 37 min DEN | 298 kg CO2e<br>-11% emissions | $114 |
| | 3:43 PM – 9:02 PM<br>American · Operated by PSA Airlines as Americ… | 8 hr 19 min<br>CVG–SFO | 1 stop<br>1 hr 13 min CLT | 409 kg CO2e<br>+22% emissions | $114 |
| | 4:48 PM – 11:04 PM<br>American | 9 hr 16 min<br>CVG–SFO | 1 stop<br>3 hr 8 min DFW | 330 kg CO2e<br>Avg emissions | $114 |
| | 4:57 PM – 11:58 PM<br>American | 10 hr 1 min<br>CVG–SFO | 1 stop<br>3 hr CLT | 390 kg CO2e<br>+17% emissions | $114 |
| | 5:05 PM – 11:44 PM<br>United · Operated by Mesa Airlines DBA United … | 9 hr 39 min<br>CVG–SFO | 1 stop<br>2 hr 48 min IAH | 372 kg CO2e<br>+11% emissions | $114 |
| | 5:52 PM – 11:24 PM<br>Delta | 8 hr 32 min<br>CVG–SFO | 1 stop<br>1 hr 55 min ATL | 327 kg CO2e<br>Avg emissions | $114 |
| | 5:56 PM – 11:49 PM<br>United | 8 hr 53 min<br>CVG–SFO | 1 stop<br>2 hr 45 min ORD | 306 kg CO2e<br>-8% emissions | $114 |

| Airline | Times | Duration | Stops | Emissions | Price |
|---|---|---|---|---|---|
| Delta | 6:03 PM – 12:05 AM+1 | 9 hr 2 min CVG–SFO | 1 stop, 1 hr 50 min SEA | 376 kg $CO_2$e, +13% emissions | $114 |
| United · Operated by Mesa Airlines DBA United ... | 7:45 PM – 12:52 AM+1 | 8 hr 7 min CVG–SFO | 1 stop, 47 min IAD | 366 kg $CO_2$e, +10% emissions | $114 |
| American | 6:00 AM – 12:09 PM | 9 hr 9 min CVG–SFO | 2 stops, DFW, PHX | 382 kg $CO_2$e, +14% emissions | $119 |
| American | 6:00 AM – 1:40 PM | 10 hr 40 min CVG–SFO | 2 stops, DFW, LAX | 369 kg $CO_2$e, +10% emissions | $119 |
| American | 6:00 AM – 1:40 PM | 10 hr 40 min CVG–SFO | 2 stops, DFW, LAX | 400 kg $CO_2$e, +20% emissions | $119 |
| American | 6:00 AM – 4:01 PM | 13 hr 1 min CVG–SFO | 2 stops, DFW, PHX | 364 kg $CO_2$e, +9% emissions | $119 |
| American | 6:13 AM – 4:01 PM | 12 hr 48 min CVG–SFO | 2 stops, CLT, PHX | 393 kg $CO_2$e, +18% emissions | $119 |
| American | 6:13 AM – 4:01 PM | 12 hr 48 min CVG–SFO | 2 stops, CLT, PHX | 435 kg $CO_2$e, +30% emissions | $119 |
| American · Operated by SkyWest Airlines as A... | 6:13 AM – 5:40 PM | 14 hr 27 min CVG–SFO | 2 stops, CLT, LAX | 405 kg $CO_2$e, +21% emissions | $119 |

| | 7:00 AM – 1:40 PM<br>American · Operated by Envoy Air as American … | 9 hr 40 min<br>CVG–SFO | 2 stops<br>ORD, LAX | 368 kg CO2e<br>+10% emissions | $119 | |
|---|---|---|---|---|---|---|
| | 7:15 AM – 3:18 PM<br>United | 11 hr 3 min<br>CVG–SFO | 2 stops<br>ORD, LAX | 392 kg CO2e<br>+17% emissions | $119 | |
| | 7:15 AM – 5:27 PM<br>United | 13 hr 12 min<br>CVG–SFO | 2 stops<br>ORD, LAX | 392 kg CO2e<br>+17% emissions | $119 | |
| | 7:52 AM – 1:40 PM<br>American | 8 hr 48 min<br>CVG–SFO | 2 stops<br>DFW, LAX | 400 kg CO2e<br>+20% emissions | $119 | |
| | 7:52 AM – 4:01 PM<br>American | 11 hr 9 min<br>CVG–SFO | 2 stops<br>DFW, PHX | 364 kg CO2e<br>+9% emissions | $119 | |
| | 7:52 AM – 4:01 PM<br>American | 11 hr 9 min<br>CVG–SFO | 2 stops<br>DFW, PHX | 388 kg CO2e<br>+16% emissions | $119 | |
| | 7:52 AM – 5:40 PM<br>American · Operated by SkyWest Airlines as A… | 12 hr 48 min<br>CVG–SFO | 2 stops<br>DFW, LAX | 405 kg CO2e<br>+21% emissions | $119 | |
| | 7:52 AM – 6:57 PM<br>American | 14 hr 5 min<br>CVG–SFO | 2 stops<br>DFW, PHX | 388 kg CO2e<br>+16% emissions | $119 | |
| | 8:43 AM – 4:01 PM<br>American · Operated by PSA Airlines as Americ… | 10 hr 18 min<br>CVG–SFO | 2 stops<br>CLT, PHX | 458 kg CO2e<br>+37% emissions | $119 | |

| | Time | Duration | Stops | Emissions | | Price | |
|---|---|---|---|---|---|---|---|
| American | 8:43 AM – 7:48 PM<br>American · Operated by PSA Airlines as Americ… | 14 hr 5 min<br>CVG–SFO | 2 stops<br>CLT, LAX | 473 kg CO2e<br>+42% emissions ⓘ | | $119 | |
| United | 9:03 AM – 7:29 PM<br>United | 13 hr 26 min<br>CVG–SFO | 2 stops<br>DEN, LAX | 352 kg CO2e<br>Avg emissions ⓘ | 🚫 | $119 | ⌄ |
| American | 10:55 AM – 6:57 PM<br>American · Operated by Air Wisconsin as Ameri… | 11 hr 2 min<br>CVG–SFO | 2 stops<br>ORD, PHX | 458 kg CO2e<br>+37% emissions ⓘ | | $119 | ⌄ |
| American | 10:55 AM – 7:48 PM<br>American · Operated by Air Wisconsin as Ameri… | 11 hr 53 min<br>CVG–SFO | 2 stops<br>ORD, LAX | 450 kg CO2e<br>+35% emissions ⓘ | | $119 | ⌄ |
| United | 11:20 AM – 7:29 PM<br>United · Operated by Republic Airways DBA Uni… | 11 hr 9 min<br>CVG–SFO | 2 stops<br>ORD, LAX | 405 kg CO2e<br>+21% emissions ⓘ | 🚫 | $119 | ⌄ |
| United | 11:20 AM – 8:29 PM<br>United · Operated by Republic Airways DBA Uni… | 12 hr 9 min<br>CVG–SFO | 2 stops<br>ORD, LAX | 351 kg CO2e<br>Avg emissions ⓘ | 🚫 | $119 | ⌄ |
| United | 11:20 AM – 8:29 PM<br>United · Operated by Republic Airways DBA Uni… | 12 hr 9 min<br>CVG–SFO | 2 stops<br>ORD, LAX | 405 kg CO2e<br>+21% emissions ⓘ | 🚫 | $119 | ⌄ |
| American | 12:26 PM – 6:57 PM<br>American | 9 hr 31 min<br>CVG–SFO | 2 stops<br>DFW, PHX | 364 kg CO2e<br>+9% emissions ⓘ | | $119 | ⌄ |
| American | 12:26 PM – 7:48 PM<br>American | 10 hr 22 min<br>CVG–SFO | 2 stops<br>DFW, LAX | 400 kg CO2e<br>+20% emissions ⓘ | | $119 | ⌄ |

| Time | Airline | Duration | Stops | Emissions | Price |
|---|---|---|---|---|---|
| 12:26 PM – 10:18 PM | American · Operated by SkyWest Airlines as A… CVG–SFO | 12 hr 52 min | 2 stops DFW, LAX | 405 kg $CO_2e$ +21% emissions | $119 |
| 12:27 PM – 6:57 PM | American CVG–SFO | 9 hr 30 min | 2 stops CLT, PHX | 439 kg $CO_2e$ +31% emissions | $119 |
| 12:27 PM – 7:48 PM | American CVG–SFO | 10 hr 21 min | 2 stops CLT, LAX | 403 kg $CO_2e$ +21% emissions | $119 |
| 12:27 PM – 10:18 PM | American · Operated by SkyWest Airlines as A… CVG–SFO | 12 hr 51 min | 2 stops CLT, LAX | 409 kg $CO_2e$ +22% emissions | $119 |
| 12:27 PM – 10:18 PM | American · Operated by SkyWest Airlines as A… CVG–SFO | 12 hr 51 min | 2 stops CLT, LAX | 409 kg $CO_2e$ +22% emissions | $119 |
| 12:52 PM – 7:48 PM | American · Operated by Air Wisconsin as Ameri… CVG–SFO | 9 hr 56 min | 2 stops ORD, LAX | 450 kg $CO_2e$ +35% emissions | $119 |
| 12:52 PM – 10:18 PM | American · Operated by Air Wisconsin as Ameri… CVG–SFO | 12 hr 26 min | 2 stops ORD, LAX | 455 kg $CO_2e$ +36% emissions | $119 |
| 1:15 PM – 10:18 PM | American · Operated by PSA Airlines as Americ… CVG–SFO | 12 hr 3 min | 2 stops CLT, LAX | 429 kg $CO_2e$ +28% emissions | $119 |
| 2:05 PM – 8:29 PM | United · Operated by SkyWest DBA United Expr… CVG–SFO | 9 hr 24 min | 2 stops ORD, LAX | 402 kg $CO_2e$ +20% emissions | $119 |

| | Time | Duration | Stops | Emissions | Price |
|---|---|---|---|---|---|
| United | 2:05 PM – 11:59 PM<br>United · Operated by SkyWest DBA United Expr… | 12 hr 54 min<br>CVG–SFO | 2 stops<br>ORD, LAX | 465 kg CO2e<br>+39% emissions | $119 |
| American | 2:53 PM – 10:18 PM<br>American · Operated by Piedmont Airlines as A… | 10 hr 25 min<br>CVG–SFO | 2 stops<br>ORD, LAX | 410 kg CO2e<br>+23% emissions | $119 |
| United | 3:33 PM – 9:49 PM<br>United | 9 hr 16 min<br>CVG–SFO | 2 stops<br>DEN, LAX | 326 kg CO2e<br>Avg emissions | $119 |
| United | 3:33 PM – 11:59 PM<br>United | 11 hr 26 min<br>CVG–SFO | 2 stops<br>DEN, LAX | 344 kg CO2e<br>Avg emissions | $119 |
| United | 3:33 PM – 11:59 PM<br>United | 11 hr 26 min<br>CVG–SFO | 2 stops<br>DEN, LAX | 326 kg CO2e<br>Avg emissions | $119 |
| United | 3:33 PM – 11:59 PM<br>United | 11 hr 26 min<br>CVG–SFO | 2 stops<br>DEN, LAX | 360 kg CO2e<br>+8% emissions | $119 |
| United | 5:05 PM – 11:59 PM<br>United · Operated by Mesa Airlines DBA United … | 9 hr 54 min<br>CVG–SFO | 2 stops<br>IAH, LAX | 438 kg CO2e<br>+31% emissions | $119 |
| United | 5:56 PM – 11:59 PM<br>United | 9 hr 3 min<br>CVG–SFO | 2 stops<br>ORD, LAX | 336 kg CO2e<br>Avg emissions | $119 |
| American | 12:26 PM – 5:51 PM<br>American | 8 hr 25 min<br>CVG–SFO | 1 stop<br>2 hr 23 min DFW | 330 kg CO2e<br>Avg emissions | $126 |

| | | | | | |
|---|---|---|---|---|---|
| American | 8:43 AM – 5:40 PM<br>American · Operated by PSA Airlines as Americ… | 11 hr 57 min<br>CVG–SFO | 2 stops<br>CLT, LAX | 478 kg CO2e<br>+43% emissions | $131 |
| American | 8:43 AM – 5:40 PM<br>American · Operated by PSA Airlines as Americ… | 11 hr 57 min<br>CVG–SFO | 2 stops<br>CLT, LAX | 429 kg CO2e<br>+28% emissions | $131 |
| American | 8:43 AM – 6:57 PM<br>American · Operated by PSA Airlines as Americ… | 13 hr 14 min<br>CVG–SFO | 2 stops<br>CLT, PHX | 458 kg CO2e<br>+37% emissions | $131 |
| United | 5:56 PM – 10:18 PM<br>United | 7 hr 22 min<br>CVG–SFO | 1 stop<br>1 hr 15 min ORD | 276 kg CO2e<br>-17% emissions | $146 |
| United | 2:05 PM – 9:11 AM+1<br>United · Operated by SkyWest DBA United Expr… | 22 hr 6 min<br>CVG–SFO | 1 stop ⚠<br>15 hr 57 min ORD | 289 kg CO2e<br>-13% emissions | $148 |
| United | 2:05 PM – 10:08 AM+1<br>United · Operated by SkyWest DBA United Expr… | 23 hr 3 min<br>CVG–SFO | 1 stop ⚠<br>16 hr 57 min ORD | 350 kg CO2e<br>Avg emissions | $148 |
| United | 5:56 PM – 9:11 AM+1<br>United | 18 hr 15 min<br>CVG–SFO | 1 stop ⚠<br>12 hr 10 min ORD | 276 kg CO2e<br>-17% emissions | $148 |
| United | 5:56 PM – 10:08 AM+1<br>United | 19 hr 12 min<br>CVG–SFO | 1 stop ⚠<br>13 hr 10 min ORD | 338 kg CO2e<br>Avg emissions | $148 |
| United | 5:56 PM – 11:21 AM+1<br>United | 20 hr 25 min<br>CVG–SFO | 1 stop ⚠<br>14 hr 25 min ORD | 334 kg CO2e<br>Avg emissions | $148 |

| Airline | Time | Duration | Stops | Emissions | Price |
|---|---|---|---|---|---|
| United | 5:56 PM – 1:16 PM+1 | 22 hr 20 min CVG–SFO | 1 stop ⚠ 16 hr 20 min ORD | 338 kg $CO_2e$ Avg emissions | 🚫 $148 |
| American | 6:00 AM – 10:01 AM | 7 hr 1 min CVG–SFO | 1 stop 52 min DFW | 330 kg $CO_2e$ Avg emissions | $149 |
| Delta · Operated by Endeavor Air DBA Delta Co… | 6:40 AM – 10:30 AM | 6 hr 50 min CVG–SFO | 1 stop 35 min DTW | 387 kg $CO_2e$ +16% emissions | $149 |
| Southwest | 5:20 PM – 10:20 PM | 8 hr CVG–SFO | 1 stop 2 hr 35 min DEN | 264 kg $CO_2e$ -21% emissions | $149 |
| Delta | 8:40 AM – 12:37 PM | 6 hr 57 min CVG–SFO | 1 stop 1 hr 6 min SLC | 283 kg $CO_2e$ -15% emissions | $158 |
| Delta | 4:32 PM – 8:37 PM | 7 hr 5 min CVG–SFO | 1 stop 52 min MSP | 332 kg $CO_2e$ Avg emissions | $158 |
| American, Alaska · Operated by Envoy Air as A… | 12:25 PM – 7:56 PM | 10 hr 31 min CVG–SFO | 1 stop 3 hr 11 min DCA | 441 kg $CO_2e$ +32% emissions | $169 |
| American · Operated by Envoy Air as American … | 7:00 AM – 11:08 AM | 7 hr 8 min CVG–SFO | 1 stop 1 hr 3 min ORD | 316 kg $CO_2e$ Avg emissions | $174 |
| Alaska | 6:43 PM – 8:14 AM+1 | 16 hr 31 min CVG–SFO | 1 stop ⚠ 9 hr 25 min SEA | 382 kg $CO_2e$ +14% emissions | $177 |

| | | | | | |
|---|---|---|---|---|---|
| 6:43 PM – 9:14 AM+1 Alaska | 17 hr 31 min CVG–SFO | 1 stop ⚠ 10 hr 25 min SEA | 382 kg CO2e +14% emissions ⓘ | | $177 |
| 6:43 PM – 11:30 AM+1 Alaska | 19 hr 47 min CVG–SFO | 1 stop ⚠ 12 hr 41 min SEA | 382 kg CO2e +14% emissions ⓘ | | $177 |
| 3:33 PM – 7:42 AM+1 United | 19 hr 9 min CVG–SFO | 1 stop ⚠ 13 hr 27 min DEN | 263 kg CO2e -21% emissions ⓘ | 🛄 | $177 |
| 3:33 PM – 9:41 AM+1 United | 21 hr 8 min CVG–SFO | 1 stop ⚠ 15 hr 27 min DEN | 301 kg CO2e -10% emissions ⓘ | 🛄 | $177 |
| 3:33 PM – 11:50 AM+1 United | 23 hr 17 min CVG–SFO | 1 stop ⚠ 17 hr 27 min DEN | 289 kg CO2e -13% emissions ⓘ | 🛄 | $177 |
| 11:47 AM – 4:52 PM Delta | 8 hr 5 min CVG–SFO | 1 stop 1 hr 42 min ATL | 332 kg CO2e Avg emissions ⓘ | | $184 |
| 9:03 AM – 1:18 PM United | 7 hr 15 min CVG–SFO | 1 stop 1 hr 33 min DEN | 289 kg CO2e -13% emissions ⓘ | 🛄 | $189 |
| 10:25 AM – 3:23 PM United | 7 hr 58 min CVG–SFO | 1 stop 40 min IAD | 408 kg CO2e +22% emissions ⓘ | 🛄 | $189 |
| 11:20 AM – 5:06 PM United · Operated by Republic Airways DBA Uni… | 8 hr 46 min CVG–SFO | 1 stop 2 hr 37 min ORD | 295 kg CO2e -12% emissions ⓘ | 🛄 | $189 |

| | Time | Duration | Stops | Emissions | | Price |
|---|---|---|---|---|---|---|
| United | 2:05 PM – 7:31 PM<br>United · Operated by SkyWest DBA United Expr… | 8 hr 26 min<br>CVG–SFO | 1 stop<br>2 hr 17 min ORD | 289 kg CO2e<br>-13% emissions | 🛄 | $189 |
| American | 10:55 AM – 8:00 PM<br>American · Operated by Air Wisconsin as Ameri… | 12 hr 5 min<br>CVG–SFO | 1 stop<br>6 hr 3 min ORD | 373 kg CO2e<br>+12% emissions | | $194 |
| American | 10:55 AM – 11:09 PM<br>American · Operated by Air Wisconsin as Ameri… | 15 hr 14 min<br>CVG–SFO | 1 stop<br>9 hr 7 min ORD | 373 kg CO2e<br>+12% emissions | | $194 |
| American | 5:24 PM – 11:08 AM+1<br>American · Operated by Envoy Air as American … | 20 hr 44 min<br>CVG–SFO | 1 stop ⚠<br>14 hr 39 min ORD | 329 kg CO2e<br>Avg emissions | | $194 |
| United | 11:20 AM – 3:26 PM<br>United · Operated by Republic Airways DBA Uni… | 7 hr 6 min<br>CVG–SFO | 1 stop<br>57 min ORD | 295 kg CO2e<br>-12% emissions | 🛄 | $195 |
| United | 2:05 PM – 6:44 PM<br>United · Operated by SkyWest DBA United Expr… | 7 hr 39 min<br>CVG–SFO | 1 stop<br>1 hr 32 min ORD | 350 kg CO2e<br>Avg emissions | 🛄 | $204 |
| United | 10:25 AM – 12:52 AM+1<br>United | 17 hr 27 min<br>CVG–SFO | 1 stop<br>10 hr 10 min IAD | 367 kg CO2e<br>+10% emissions | 🛄 | $213 |
| United | 7:45 PM – 9:48 AM+1<br>United · Operated by Mesa Airlines DBA United … | 17 hr 3 min<br>CVG–SFO | 1 stop ⚠<br>9 hr 42 min IAD | 366 kg CO2e<br>+10% emissions | 🛄 | $213 |
| American | 8:20 AM – 8:00 PM<br>American · Operated by Envoy Air as American … | 14 hr 40 min<br>CVG–SFO | 1 stop<br>8 hr 39 min ORD | 329 kg CO2e<br>Avg emissions | | $214 |

Cincinnati to San Francisco | Google Flights

| | | | | | |
|---|---|---|---|---|---|
| Delta | 9:36 AM – 1:47 PM | 7 hr 11 min CVG–SFO | 1 stop 49 min ATL | 364 kg $CO_2e$ +9% emissions | $214 |
| Alaska | 6:43 PM – 10:14 AM +1 | 18 hr 31 min CVG–SFO | 1 stop ⚠ 11 hr 25 min SEA | 382 kg $CO_2e$ +14% emissions | $217 |
| American | 6:00 AM – 12:25 AM +1 | 21 hr 25 min CVG–SFO | 1 stop 15 hr 21 min DFW | 330 kg $CO_2e$ Avg emissions | $219 |
| American | 7:52 AM – 12:25 AM +1 | 19 hr 33 min CVG–SFO | 1 stop 13 hr 29 min DFW | 330 kg $CO_2e$ Avg emissions | $219 |
| American | 12:26 PM – 12:25 AM +1 | 14 hr 59 min CVG–SFO | 1 stop 8 hr 57 min DFW | 330 kg $CO_2e$ Avg emissions | $219 |
| American · Operated by Air Wisconsin as Ameri… | 12:52 PM – 12:25 AM +1 | 14 hr 33 min CVG–SFO | 2 stops ORD, DFW | 461 kg $CO_2e$ +38% emissions | $283 |
| American · Operated by Air Wisconsin as Ameri… | 12:52 PM – 12:25 AM +1 | 14 hr 33 min CVG–SFO | 2 stops ORD, DFW | 451 kg $CO_2e$ +35% emissions | $290 |
| American | 8:22 PM – 2:37 PM +1 | 21 hr 15 min CVG–SFO | 1 stop ⚠ 14 hr 20 min CLT | 400 kg $CO_2e$ +20% emissions | $339 |
| American, Alaska · Operated by Piedmont Airlin… | 2:53 PM – 9:04 PM | 9 hr 11 min CVG–SFO | 1 stop 2 hr 56 min ORD | 354 kg $CO_2e$ +6% emissions | $364 |

| | | | | | |
|---|---|---|---|---|---|
| 9:19 AM – 12:09 AM+1<br>American · Operated by Republic Airways as A… | 17 hr 50 min<br>CVG–SFO | 1 stop<br>9 hr JFK | 721 kg CO2e<br>+116% emissions ⓘ | | $388 |
| 12:18 PM – 12:09 AM+1<br>American · Operated by Republic Airways as A… | 14 hr 51 min<br>CVG–SFO | 1 stop<br>6 hr JFK | 721 kg CO2e<br>+116% emissions ⓘ | | $413 |
| 9:03 AM – 8:29 PM<br>United | 14 hr 26 min<br>CVG–SFO | 2 stops<br>DEN, LAX | 386 kg CO2e<br>+16% emissions ⓘ | | $499 |

Hide 120 flights

Language · English (United States)    Location · United States    Currency · USD

About    Privacy    Terms    Join user studies    Feedback    Help Center

Displayed currencies may differ from the currencies used to purchase flights. Learn more