# EXHIBIT 48



 Prices are currently **typical**                                                  View price history ⌄

# Other flights

| | 5:36 AM – 12:29 PM  American | 9 hr 53 min  CMH–SFO | 1 stop  3 hr 14 min DFW | 367 kg CO2e  +7% emissions | $128 |
|---|---|---|---|---|---|
| | 6:00 AM – 10:16 AM  Delta | 7 hr 16 min  CMH–SFO | 1 stop  50 min ATL | 380 kg CO2e  +11% emissions | $128 |
| | 6:00 AM – 12:16 PM  Delta | 9 hr 16 min  CMH–SFO | 1 stop  2 hr 46 min ATL | 380 kg CO2e  +11% emissions | $128 |
| | 6:21 AM – 11:06 AM  Delta | 7 hr 45 min  CMH–SFO | 1 stop  1 hr 29 min MSP | 321 kg CO2e  -6% emissions | $128 |
| | 6:21 AM – 1:08 PM  Delta | 9 hr 47 min  CMH–SFO | 1 stop  3 hr 30 min MSP | 321 kg CO2e  -6% emissions | $128 |
| | 6:25 AM – 12:13 PM  American | 8 hr 48 min  CMH–SFO | 1 stop  1 hr 38 min CLT | 333 kg CO2e  Avg emissions | $128 |
| | 7:15 AM – 12:16 PM  Delta | 8 hr 1 min  CMH–SFO | 1 stop  1 hr 26 min ATL | 377 kg CO2e  +10% emissions | $128 |

| Airline | Time | Duration | Stops | Emissions | Price |
|---|---|---|---|---|---|
| Delta | 7:33 AM – 12:37 PM | 8 hr 4 min CMH–SFO | 1 stop 1 hr 57 min SLC | 302 kg CO2e -12% emissions | $128 |
| American | 8:15 AM – 2:37 PM | 9 hr 22 min CMH–SFO | 1 stop 2 hr 26 min CLT | 388 kg CO2e +13% emissions | $128 |
| Delta | 10:00 AM – 4:52 PM | 9 hr 52 min CMH–SFO | 1 stop 3 hr 27 min ATL | 339 kg CO2e Avg emissions | $128 |
| Delta | 10:57 AM – 5:48 PM | 9 hr 51 min CMH–SFO | 1 stop 3 hr 37 min MSP | 346 kg CO2e Avg emissions | $128 |
| American | 11:50 AM – 5:51 PM | 9 hr 1 min CMH–SFO | 1 stop 2 hr 39 min DFW | 353 kg CO2e Avg emissions | $128 |
| American | 11:50 AM – 6:50 PM | 10 hr CMH–SFO | 1 stop 3 hr 33 min DFW | 318 kg CO2e -7% emissions | $128 |
| Delta · Operated by Endeavor Air DBA Delta Co… | 1:57 PM – 8:37 PM | 9 hr 40 min CMH–SFO | 1 stop 3 hr 19 min MSP | 356 kg CO2e Avg emissions | $128 |
| American · Operated by Air Wisconsin as Ameri… | 2:49 PM – 8:00 PM | 8 hr 11 min CMH–SFO | 1 stop 2 hr 3 min ORD | 382 kg CO2e +11% emissions | $128 |
| American | 3:13 PM – 8:11 PM | 7 hr 58 min CMH–SFO | 1 stop 1 hr 35 min DFW | 353 kg CO2e Avg emissions | $128 |

| | | | | | | |
|---|---|---|---|---|---|---|
| American | 3:37 PM – 9:02 PM American | 8 hr 25 min CMH–SFO | 1 stop 1 hr 29 min CLT | 394 kg CO2e +15% emissions | $128 | |
| American | 4:19 PM – 11:09 PM American | 9 hr 50 min CMH–SFO | 1 stop 3 hr 40 min ORD | 303 kg CO2e -12% emissions | $128 | |
| American | 5:03 PM – 11:04 PM American · Operated by Envoy Air as American … | 9 hr 1 min CMH–SFO | 1 stop 2 hr 33 min DFW | 395 kg CO2e +15% emissions | $128 | |
| American | 5:03 PM – 12:25 AM+1 American · Operated by Envoy Air as American … | 10 hr 22 min CMH–SFO | 1 stop 4 hr DFW | 395 kg CO2e +15% emissions | $128 | |
| Delta | 6:02 PM – 11:24 PM Delta | 8 hr 22 min CMH–SFO | 1 stop 1 hr 37 min ATL | 340 kg CO2e Avg emissions | $128 | |
| American | 6:03 PM – 11:58 PM American · Operated by PSA Airlines as Americ… | 8 hr 55 min CMH–SFO | 1 stop 1 hr 50 min CLT | 411 kg CO2e +20% emissions | $128 | |
| American | 6:49 PM – 11:04 PM American | 7 hr 15 min CMH–SFO | 1 stop 47 min DFW | 353 kg CO2e Avg emissions | $128 | |
| American | 6:49 PM – 12:25 AM+1 American | 8 hr 36 min CMH–SFO | 1 stop 2 hr 14 min DFW | 353 kg CO2e Avg emissions | $128 | |
| American | 5:36 AM – 12:09 PM American | 9 hr 33 min CMH–SFO | 2 stops DFW, PHX | 418 kg CO2e +22% emissions | $133 | |

| | | | | | |
|---|---|---|---|---|---|
| American | 5:36 AM – 1:40 PM | 11 hr 4 min CMH–SFO | 2 stops DFW, LAX | 436 kg $CO_2e$ +27% emissions | $133 |
| American | 5:36 AM – 1:40 PM | 11 hr 4 min CMH–SFO | 2 stops DFW, LAX | 405 kg $CO_2e$ +18% emissions | $133 |
| American | 5:36 AM – 4:01 PM | 13 hr 25 min CMH–SFO | 2 stops DFW, PHX | 400 kg $CO_2e$ +17% emissions | $133 |
| American | 6:25 AM – 4:01 PM | 12 hr 36 min CMH–SFO | 2 stops CLT, PHX | 394 kg $CO_2e$ +15% emissions | $133 |
| American | 6:25 AM – 4:01 PM | 12 hr 36 min CMH–SFO | 2 stops CLT, PHX | 436 kg $CO_2e$ +27% emissions | $133 |
| American · Operated by SkyWest Airlines as A… | 6:25 AM – 5:40 PM | 14 hr 15 min CMH–SFO | 2 stops CLT, LAX | 407 kg $CO_2e$ +19% emissions | $133 |
| American · Operated by Envoy Air as American … | 7:15 AM – 4:01 PM | 11 hr 46 min CMH–SFO | 2 stops DFW, PHX | 453 kg $CO_2e$ +32% emissions | $133 |
| American · Operated by Envoy Air as American … | 7:15 AM – 6:57 PM | 14 hr 42 min CMH–SFO | 2 stops DFW, PHX | 453 kg $CO_2e$ +32% emissions | $133 |
| American | 8:15 AM – 4:01 PM | 10 hr 46 min CMH–SFO | 2 stops CLT, PHX | 436 kg $CO_2e$ +27% emissions | $133 |

| | Time | Duration | Stops | Emissions | Price |
|---|---|---|---|---|---|
| American | 8:15 AM – 5:40 PM, American · Operated by SkyWest Airlines as A… | 12 hr 25 min, CMH–SFO | 2 stops, CLT, LAX | 456 kg CO2e, +33% emissions | $133 |
| American | 8:15 AM – 5:40 PM, American · Operated by SkyWest Airlines as A… | 12 hr 25 min, CMH–SFO | 2 stops, CLT, LAX | 407 kg CO2e, +19% emissions | $133 |
| American | 8:15 AM – 6:57 PM, American | 13 hr 42 min, CMH–SFO | 2 stops, CLT, PHX | 436 kg CO2e, +27% emissions | $133 |
| American | 8:15 AM – 7:48 PM, American | 14 hr 33 min, CMH–SFO | 2 stops, CLT, LAX | 451 kg CO2e, +31% emissions | $133 |
| American | 11:12 AM – 7:48 PM, American · Operated by Envoy Air as American … | 11 hr 36 min, CMH–SFO | 2 stops, ORD, LAX | 411 kg CO2e, +20% emissions | $133 |
| American | 11:21 AM – 7:48 PM, American · Operated by PSA Airlines as Americ… | 11 hr 27 min, CMH–SFO | 2 stops, CLT, LAX | 425 kg CO2e, +24% emissions | $133 |
| American | 11:21 AM – 10:18 PM, American · Operated by PSA Airlines as Americ… | 13 hr 57 min, CMH–SFO | 2 stops, CLT, LAX | 431 kg CO2e, +26% emissions | $133 |
| American | 11:21 AM – 10:18 PM, American · Operated by PSA Airlines as Americ… | 13 hr 57 min, CMH–SFO | 2 stops, CLT, LAX | 431 kg CO2e, +26% emissions | $133 |
| American | 11:50 AM – 6:57 PM, American | 10 hr 7 min, CMH–SFO | 2 stops, DFW, PHX | 386 kg CO2e, +13% emissions | $133 |

| | Time | Duration | Stops | Emissions | Price | |
|---|---|---|---|---|---|---|
| ✈ | 11:50 AM – 6:57 PM<br>American | 10 hr 7 min<br>CMH–SFO | 2 stops<br>DFW, PHX | 411 kg CO2e<br>+20% emissions ⓘ | $133 | |
| ✈ | 11:50 AM – 7:48 PM<br>American | 10 hr 58 min<br>CMH–SFO | 2 stops<br>DFW, LAX | 423 kg CO2e<br>+23% emissions ⓘ | $133 | ⌄ |
| ✈ | 11:50 AM – 7:48 PM<br>American | 10 hr 58 min<br>CMH–SFO | 2 stops<br>DFW, LAX | 423 kg CO2e<br>+23% emissions ⓘ | $133 | ⌄ |
| ✈ | 11:50 AM – 10:18 PM<br>American · Operated by SkyWest Airlines as A… | 13 hr 28 min<br>CMH–SFO | 2 stops<br>DFW, LAX | 428 kg CO2e<br>+25% emissions ⓘ | $133 | ⌄ |
| ✈ | 11:50 AM – 10:18 PM<br>American · Operated by SkyWest Airlines as A… | 13 hr 28 min<br>CMH–SFO | 2 stops<br>DFW, LAX | 428 kg CO2e<br>+25% emissions ⓘ | $133 | ⌄ |
| ✈ | 2:49 PM – 10:18 PM<br>American · Operated by Air Wisconsin as Ameri… | 10 hr 29 min<br>CMH–SFO | 2 stops<br>ORD, LAX | 465 kg CO2e<br>+36% emissions ⓘ | $133 | ⌄ |
| ✈ | 3:13 PM – 10:18 PM<br>American · Operated by SkyWest Airlines as A… | 10 hr 5 min<br>CMH–SFO | 2 stops<br>DFW, LAX | 428 kg CO2e<br>+25% emissions ⓘ | $133 | ⌄ |
| ✈ | 12:41 PM – 7:48 PM<br>American · Operated by PSA Airlines as Americ… | 10 hr 7 min<br>CMH–SFO | 2 stops<br>CLT, LAX | 425 kg CO2e<br>+24% emissions ⓘ | $146 | ⌄ |
| ✈ | 12:41 PM – 10:18 PM<br>American · Operated by PSA Airlines as Americ… | 12 hr 37 min<br>CMH–SFO | 2 stops<br>CLT, LAX | 431 kg CO2e<br>+26% emissions ⓘ | $146 | ⌄ |

| | | | | | | |
|---|---|---|---|---|---|---|
| ✈ | 12:41 PM – 10:18 PM<br>American · Operated by PSA Airlines as Americ… | 12 hr 37 min<br>CMH–SFO | 2 stops<br>CLT, LAX | 431 kg CO2e<br>+26% emissions ⓘ | | $146 |
| ▲ | 7:15 AM – 1:47 PM<br>Delta | 9 hr 32 min<br>CMH–SFO | 1 stop<br>3 hr 4 min ATL | 377 kg CO2e<br>+10% emissions ⓘ | | $154 ⌄ |
| ▲ | 8:20 AM – 1:47 PM<br>Delta | 8 hr 27 min<br>CMH–SFO | 1 stop<br>2 hr ATL | 375 kg CO2e<br>+9% emissions ⓘ | | $154 ⌄ |
| ♥ | 6:40 AM – 12:20 PM<br>Southwest | 8 hr 40 min<br>CMH–SFO | 1 stop<br>2 hr 35 min PHX | 278 kg CO2e<br>-19% emissions ⓘ | | $158 ⌄ |
| ♥ | 5:20 PM – 9:50 PM<br>Southwest | 7 hr 30 min<br>CMH–SFO | 1 stop<br>1 hr 40 min LAS | 343 kg CO2e<br>Avg emissions ⓘ | | $158 ⌄ |
| ♥ | 6:55 PM – 10:20 PM<br>Southwest | 6 hr 25 min<br>CMH–SFO | 1 stop<br>45 min DEN | 251 kg CO2e<br>-27% emissions ⓘ | | $158 ⌄ |
| ♥ | 8:30 AM – 3:45 PM<br>Southwest | 10 hr 15 min<br>CMH–SFO | 1 stop<br>4 hr 35 min DEN | 275 kg CO2e<br>-20% emissions ⓘ | | $164 ⌄ |
| ⊕ | 9:00 AM – 8:33 PM<br>United · Operated by Republic Airways DBA Uni… | 14 hr 33 min<br>CMH–SFO | 2 stops<br>ORD, LAS | 359 kg CO2e<br>Avg emissions ⓘ | 🧳 $167 | ⌄ |
| ⊕ | 9:00 AM – 8:33 PM<br>United · Operated by Republic Airways DBA Uni… | 14 hr 33 min<br>CMH–SFO | 2 stops<br>ORD, LAS | 331 kg CO2e<br>Avg emissions ⓘ | 🧳 $167 | ⌄ |

| | 11:05 AM – 8:33 PM<br>United | 12 hr 28 min<br>CMH–SFO | 2 stops<br>ORD, LAS | 328 kg CO2e<br>Avg emissions | $167 | |
|---|---|---|---|---|---|---|
| | 12:00 PM – 9:50 PM<br>Southwest | 12 hr 50 min<br>CMH–SFO | 2 stops<br>AUS, LAS | 458 kg CO2e<br>+34% emissions | $169 | ˅ |
| | 7:15 AM – 5:27 PM<br>United | 13 hr 12 min<br>CMH–SFO | 2 stops<br>ORD, LAX | 388 kg CO2e<br>+13% emissions | $174 | ˅ |
| | 9:00 AM – 7:29 PM<br>United · Operated by Republic Airways DBA Uni… | 13 hr 29 min<br>CMH–SFO | 2 stops<br>ORD, LAX | 413 kg CO2e<br>+20% emissions | $174 | ˅ |
| | 9:00 AM – 7:29 PM<br>United | 13 hr 29 min<br>CMH–SFO | 2 stops<br>DEN, LAX | 352 kg CO2e<br>Avg emissions | $174 | ˅ |
| | 2:20 PM – 11:59 PM<br>United | 12 hr 39 min<br>CMH–SFO | 2 stops<br>ORD, LAX | 401 kg CO2e<br>+17% emissions | $174 | ˅ |
| | 6:00 AM – 12:52 AM+1<br>United · Operated by Republic Airways DBA Uni… | 21 hr 52 min<br>CMH–SFO | 1 stop<br>14 hr 44 min IAD | 354 kg CO2e<br>Avg emissions | $177 | ˅ |
| | 10:30 AM – 12:52 AM+1<br>United · Operated by Mesa Airlines DBA United … | 17 hr 22 min<br>CMH–SFO | 1 stop<br>10 hr 14 min IAD | 348 kg CO2e<br>Avg emissions | $177 | ˅ |
| | 5:36 AM – 10:01 AM<br>American | 7 hr 25 min<br>CMH–SFO | 1 stop<br>1 hr DFW | 367 kg CO2e<br>+7% emissions | $179 | ˅ |

| | | | | | | |
|---|---|---|---|---|---|---|
| ✈ | 6:00 AM – 10:13 AM<br>United · Operated by Republic Airways DBA Uni… | 7 hr 13 min<br>CMH–SFO | 1 stop<br>1 hr 3 min ORD | 329 kg CO2e<br>Avg emissions ⓘ | 🧳 $179 | |
| ✈ | 6:00 AM – 10:59 AM<br>United · Operated by Republic Airways DBA Uni… | 7 hr 59 min<br>CMH–SFO | 1 stop<br>1 hr IAD | 392 kg CO2e<br>+14% emissions ⓘ | 🧳 $179 | ⌄ |
| ✈ | 6:00 AM – 11:21 AM<br>United · Operated by Republic Airways DBA Uni… | 8 hr 21 min<br>CMH–SFO | 1 stop<br>2 hr 18 min ORD | 357 kg CO2e<br>Avg emissions ⓘ | 🧳 $179 | ⌄ |
| ✈ | 7:15 AM – 11:21 AM<br>United | 7 hr 6 min<br>CMH–SFO | 1 stop<br>1 hr 6 min ORD | 341 kg CO2e<br>Avg emissions ⓘ | 🧳 $179 | ⌄ |
| ✈ | 9:00 AM – 1:16 PM<br>United · Operated by Republic Airways DBA Uni… | 7 hr 16 min<br>CMH–SFO | 1 stop<br>1 hr 9 min ORD | 362 kg CO2e<br>+6% emissions ⓘ | 🧳 $179 | ⌄ |
| ✈ | 9:00 AM – 1:18 PM<br>United | 7 hr 18 min<br>CMH–SFO | 1 stop<br>1 hr 22 min DEN | 289 kg CO2e<br>-16% emissions ⓘ | 🧳 $179 | ⌄ |
| ✈ | 10:30 AM – 5:23 PM<br>United · Operated by Mesa Airlines DBA United … | 9 hr 53 min<br>CMH–SFO | 1 stop<br>2 hr 44 min IAD | 388 kg CO2e<br>+13% emissions ⓘ | 🧳 $179 | ⌄ |
| ✈ | 11:05 AM – 3:26 PM<br>United | 7 hr 21 min<br>CMH–SFO | 1 stop<br>1 hr 16 min ORD | 268 kg CO2e<br>-22% emissions ⓘ | 🧳 $179 | ⌄ |
| ✈ | 11:05 AM – 5:06 PM<br>United | 9 hr 1 min<br>CMH–SFO | 1 stop<br>2 hr 56 min ORD | 268 kg CO2e<br>-22% emissions ⓘ | 🧳 $179 | ⌄ |

| | 12:41 PM – 8:00 PM<br>American · Operated by PSA Airlines as Americ… | 10 hr 19 min<br>CMH–SFO | 1 stop<br>3 hr 17 min CLT | 411 kg CO2e<br>+20% emissions | | $179 | |
|---|---|---|---|---|---|---|---|
| | 2:20 PM – 6:44 PM<br>United | 7 hr 24 min<br>CMH–SFO | 1 stop<br>1 hr 12 min ORD | 345 kg CO2e<br>Avg emissions | | $179 | |
| | 2:20 PM – 7:31 PM<br>United | 8 hr 11 min<br>CMH–SFO | 1 stop<br>1 hr 57 min ORD | 283 kg CO2e<br>-17% emissions | | $179 | |
| | 3:40 PM – 8:53 PM<br>United | 8 hr 13 min<br>CMH–SFO | 1 stop<br>2 hr 15 min DEN | 310 kg CO2e<br>-10% emissions | | $179 | |
| | 2:40 PM – 8:30 PM<br>Southwest | 8 hr 50 min<br>CMH–SFO | 1 stop<br>3 hr 5 min MDW | 322 kg CO2e<br>-6% emissions | | $179 | |
| | 4:55 PM – 8:30 PM<br>Southwest | 6 hr 35 min<br>CMH–SFO | 1 stop<br>50 min MDW | 322 kg CO2e<br>-6% emissions | | $179 | |
| | 7:08 PM – 11:13 AM+1<br>American · Operated by Envoy Air as American … | 19 hr 5 min<br>CMH–SFO | 1 stop ⚠<br>10 hr 29 min MIA | 476 kg CO2e<br>+39% emissions | | $184 | |
| | 2:20 PM – 9:11 AM+1<br>United | 21 hr 51 min<br>CMH–SFO | 1 stop ⚠<br>15 hr 37 min ORD | 283 kg CO2e<br>-17% emissions | | $187 | |
| | 2:20 PM – 10:08 AM+1<br>United | 22 hr 48 min<br>CMH–SFO | 1 stop ⚠<br>16 hr 37 min ORD | 345 kg CO2e<br>Avg emissions | | $187 | |

| | 4:19 PM – 11:08 AM+1 | 21 hr 49 min | 1 stop ⚠ | 303 kg CO2e | | $187 | |
|---|---|---|---|---|---|---|---|
| | American | CMH–SFO | 15 hr 40 min ORD | -12% emissions ⓘ | | | |
| | 5:59 PM – 9:11 AM+1 | 18 hr 12 min | 1 stop ⚠ | 288 kg CO2e | 🚫 | $187 | ⌄ |
| | United | CMH–SFO | 12 hr 2 min ORD | -16% emissions ⓘ | | | |
| | 5:59 PM – 10:08 AM+1 | 19 hr 9 min | 1 stop ⚠ | 350 kg CO2e | 🚫 | $187 | ⌄ |
| | United | CMH–SFO | 13 hr 2 min ORD | Avg emissions ⓘ | | | |
| | 5:59 PM – 11:21 AM+1 | 20 hr 22 min | 1 stop ⚠ | 346 kg CO2e | 🚫 | $187 | ⌄ |
| | United | CMH–SFO | 14 hr 17 min ORD | Avg emissions ⓘ | | | |
| | 5:59 PM – 1:16 PM+1 | 22 hr 17 min | 1 stop ⚠ | 350 kg CO2e | 🚫 | $187 | ⌄ |
| | United | CMH–SFO | 16 hr 12 min ORD | Avg emissions ⓘ | | | |
| | 12:50 PM – 6:23 PM | 8 hr 33 min | 1 stop | 429 kg CO2e | | $189 | ⌄ |
| | Delta | CMH–SFO | 1 hr 59 min ATL | +25% emissions ⓘ | | | |
| | 3:12 PM – 8:42 PM | 8 hr 30 min | 1 stop | 339 kg CO2e | | $189 | ⌄ |
| | Delta | CMH–SFO | 1 hr 52 min ATL | Avg emissions ⓘ | | | |
| | 7:01 AM – 1:47 PM | 9 hr 46 min | 1 stop | 372 kg CO2e | | $191 | ⌄ |
| | Alaska | CMH–SFO | 2 hr 24 min SEA | +8% emissions ⓘ | | | |
| | 7:51 PM – 12:52 AM+1 | 8 hr 1 min | 1 stop | 363 kg CO2e | 🚫 | $208 | ⌄ |
| | United · Operated by Republic Airways DBA Uni… | CMH–SFO | 49 min IAD | +6% emissions ⓘ | | | |

| | | | | | |
|---|---|---|---|---|---|
| American | 5:36 AM – 12:25 AM+1 | 21 hr 49 min CMH–SFO | 1 stop 15 hr 29 min DFW | 367 kg CO2e +7% emissions | $215 |
| American | 11:50 AM – 12:25 AM+1 | 15 hr 35 min CMH–SFO | 1 stop 9 hr 13 min DFW | 353 kg CO2e Avg emissions | $215 |
| American | 6:49 PM – 8:45 AM+1 | 16 hr 56 min CMH–SFO | 1 stop ⚠ 10 hr 29 min DFW | 353 kg CO2e Avg emissions | $215 |
| American | 6:49 PM – 10:01 AM+1 | 18 hr 12 min CMH–SFO | 1 stop ⚠ 11 hr 45 min DFW | 353 kg CO2e Avg emissions | $215 |
| Alaska | 7:01 AM – 10:06 PM | 18 hr 5 min CMH–SFO | 1 stop 10 hr 47 min SEA | 372 kg CO2e +8% emissions | $217 |
| American | 6:35 PM – 11:16 AM+1 | 19 hr 41 min CMH–SFO | 1 stop ⚠ 12 hr 18 min PHL | 378 kg CO2e +10% emissions | $218 |
| American · Operated by Envoy Air as American … | 6:29 PM – 11:08 AM+1 | 19 hr 39 min CMH–SFO | 1 stop ⚠ 13 hr 29 min ORD | 335 kg CO2e Avg emissions | $227 |
| Alaska | 7:01 AM – 3:44 PM | 11 hr 43 min CMH–SFO | 1 stop 4 hr 21 min SEA | 372 kg CO2e +8% emissions | $237 |
| Alaska | 7:01 AM – 4:40 PM | 12 hr 39 min CMH–SFO | 1 stop 5 hr 21 min SEA | 405 kg CO2e +18% emissions | $237 |

| | 7:01 AM – 5:50 PM<br>Alaska | 13 hr 49 min<br>CMH–SFO | 1 stop<br>6 hr 31 min SEA | 372 kg CO2e<br>+8% emissions | | $237 | |
|---|---|---|---|---|---|---|---|
| | 5:59 PM – 7:42 AM+1<br>United | 16 hr 43 min<br>CMH–SFO | 2 stops ⚠<br>ORD, DEN | 316 kg CO2e<br>-8% emissions | 🧳 | $237 | ⌄ |
| | 5:59 PM – 7:42 AM+1<br>United | 16 hr 43 min<br>CMH–SFO | 2 stops ⚠<br>ORD, DEN | 349 kg CO2e<br>Avg emissions | 🧳 | $237 | ⌄ |
| | 1:57 PM – 12:05 AM+1<br>Delta · Operated by Endeavor Air DBA Delta Co… | 13 hr 8 min<br>CMH–SFO | 2 stops<br>MSP, SEA | 464 kg CO2e<br>+35% emissions | | $238 | ⌄ |
| | 9:50 AM – 1:05 PM<br>Southwest | 6 hr 15 min<br>CMH–SFO | 1 stop<br>45 min STL | 303 kg CO2e<br>-12% emissions | | $248 | ⌄ |
| | 4:19 PM – 9:04 PM<br>American, Alaska · Operated by American Airlin… | 7 hr 45 min<br>CMH–SFO | 1 stop<br>1 hr 31 min ORD | 329 kg CO2e<br>Avg emissions | | $269 | ⌄ |
| | 7:51 PM – 7:23 AM+1<br>United · Operated by Republic Airways DBA Uni… | 14 hr 32 min<br>CMH–SFO | 2 stops ⚠<br>IAD, LAX | 405 kg CO2e<br>+18% emissions | 🧳 | $270 | ⌄ |
| | 7:01 AM – 12:34 PM<br>Alaska · Operated by SkyWest Airlines as Alask… | 8 hr 33 min<br>CMH–SFO | 1 stop<br>1 hr 11 min SEA | 401 kg CO2e<br>+17% emissions | | $271 | ⌄ |
| | 3:00 PM – 12:52 AM+1<br>United · Operated by Mesa Airlines DBA United … | 12 hr 52 min<br>CMH–SFO | 1 stop<br>5 hr 40 min IAD | 354 kg CO2e<br>Avg emissions | 🧳 | $276 | ⌄ |

| | 11:12 AM – 12:25 AM+1<br>American · Operated by Envoy Air as American … | 16 hr 13 min<br>CMH–SFO | 2 stops<br>ORD, DFW | 423 kg CO2e<br>+23% emissions | $276 | |
|---|---|---|---|---|---|---|
| | 11:12 AM – 12:25 AM+1<br>American · Operated by Envoy Air as American … | 16 hr 13 min<br>CMH–SFO | 2 stops<br>ORD, DFW | 423 kg CO2e<br>+23% emissions | $276 | ⌄ |
| | 3:13 PM – 12:25 AM+1<br>American | 12 hr 12 min<br>CMH–SFO | 1 stop<br>5 hr 50 min DFW | 353 kg CO2e<br>Avg emissions | $288 | ⌄ |
| | 6:50 AM – 10:30 AM<br>Delta · Operated by Republic Airways Delta Con… | 6 hr 40 min<br>CMH–SFO | 1 stop<br>35 min DTW | 351 kg CO2e<br>Avg emissions | $289 | ⌄ |
| | 5:42 PM – 1:19 AM+1<br>Delta · Operated by Republic Airways Delta Con… | 10 hr 37 min<br>CMH–SFO | 1 stop<br>1 hr 50 min JFK | 555 kg CO2e<br>+62% emissions | $329 | ⌄ |
| | 7:51 PM – 7:42 AM+1<br>United · Operated by Republic Airways DBA Uni… | 14 hr 51 min<br>CMH–SFO | 2 stops ⚠<br>IAD, DEN | 395 kg CO2e<br>+15% emissions | $338 | ⌄ |
| | 12:31 PM – 12:09 AM+1<br>American · Operated by Republic Airways as A… | 14 hr 38 min<br>CMH–SFO | 1 stop<br>6 hr JFK | 705 kg CO2e<br>+106% emissions | $342 | ⌄ |
| | 6:00 AM – 11:50 AM<br>United · Operated by Republic Airways DBA Uni… | 8 hr 50 min<br>CMH–SFO | 2 stops<br>ORD, DEN | 370 kg CO2e<br>+8% emissions | $459 | ⌄ |
| | 6:00 AM – 11:16 AM<br>American · Operated by Republic Airways as A… | 8 hr 16 min<br>CMH–SFO | 1 stop<br>47 min PHL | 384 kg CO2e<br>+12% emissions | $599 | ⌄ |

∧ Hide 108 flights



Language · English (United States)    Location · United States    Currency · USD

About    Privacy    Terms    Join user studies    Feedback    Help Center

Displayed currencies may differ from the currencies used to purchase flights. Learn more