# EXHIBIT 49






Prices are currently low — $51 cheaper than usual for your search      View price history

## Other flights

| | | | | | | |
|---|---|---|---|---|---|---|
| | 5:05 PM – 11:19 PM<br>United · Operated by Mesa Airlines DBA United … | 7 hr 14 min<br>CVG–MAF | 1 stop<br>2 hr 55 min IAH | 318 kg $CO_2e$ | 🚫 $143 | ⌄ |
| | 6:00 AM – 11:52 AM<br>Delta · Operated by SkyWest DBA Delta Connec… | 6 hr 52 min<br>CVG–MAF | 2 stops<br>ATL, AUS | 284 kg $CO_2e$ | $148 | ⌄ |
| | 6:05 AM – 5:09 PM<br>Delta · Operated by SkyWest DBA Delta Connec… | 12 hr 4 min<br>CVG–MAF | 2 stops<br>MSP, AUS | 346 kg $CO_2e$ | $148 | ⌄ |
| | 7:07 AM – 5:09 PM<br>Delta · Operated by SkyWest DBA Delta Connec… | 11 hr 2 min<br>CVG–MAF | 2 stops<br>ATL, AUS | 286 kg $CO_2e$ | $148 | ⌄ |
| | 9:36 AM – 5:09 PM<br>Delta · Operated by SkyWest DBA Delta Connec… | 8 hr 33 min<br>CVG–MAF | 2 stops<br>ATL, AUS | 286 kg $CO_2e$ | $148 | ⌄ |
| | 1:35 PM – 11:53 PM<br>Delta · Operated by SkyWest DBA Delta Connec… | 11 hr 18 min<br>CVG–MAF | 2 stops<br>ATL, AUS | 310 kg $CO_2e$ | $148 | ⌄ |
| | 3:30 PM – 11:53 PM<br>Delta · Operated by SkyWest DBA Delta Connec… | 9 hr 23 min<br>CVG–MAF | 2 stops<br>ATL, AUS | 293 kg $CO_2e$ | $148 | ⌄ |
| | 3:30 PM – 11:53 PM | 9 hr 23 min | 2 stops | 293 kg $CO_2e$ | $148 | ⌄ |

| | | | | | | |
|---|---|---|---|---|---|---|
| ✈ Delta | Delta · Operated by SkyWest DBA Delta Connec… | CVG–MAF | ATL, AUS | | | |
| ✈ American | 3:43 PM – 11:57 PM<br>American · Operated by PSA Airlines as Americ… | 9 hr 14 min<br>CVG–MAF | 2 stops<br>CLT, DFW | 331 kg CO2e | | $148 ⌄ |
| ✈ United | 6:00 AM – 11:19 PM<br>United · Operated by Mesa Airlines DBA United … | 18 hr 19 min<br>CVG–MAF | 2 stops<br>ORD, IAH | 330 kg CO2e | 🚫 $172 | ⌄ |
| ✈ United | 6:00 AM – 11:19 PM<br>United · Operated by Mesa Airlines DBA United … | 18 hr 19 min<br>CVG–MAF | 2 stops<br>ORD, IAH | 306 kg CO2e | 🚫 $172 | ⌄ |
| ✈ United | 7:15 AM – 11:19 PM<br>United · Operated by Mesa Airlines DBA United … | 17 hr 4 min<br>CVG–MAF | 2 stops<br>ORD, IAH | 331 kg CO2e | 🚫 $172 | ⌄ |
| ✈ United | 7:15 AM – 11:19 PM<br>United · Operated by Mesa Airlines DBA United … | 17 hr 4 min<br>CVG–MAF | 2 stops<br>ORD, IAH | 354 kg CO2e | 🚫 $172 | ⌄ |
| ✈ United | 11:20 AM – 11:19 PM<br>United · Operated by Republic Airways DBA Uni… | 12 hr 59 min<br>CVG–MAF | 2 stops<br>ORD, IAH | 362 kg CO2e | 🚫 $172 | ⌄ |
| ✈ American | 7:52 AM – 8:43 AM+1<br>American · Operated by SkyWest Airlines as A… | 25 hr 51 min<br>CVG–MAF | 1 stop ⚠<br>21 hr 59 min DFW | 239 kg CO2e | | $173 ⌄ |
| ✈ American | 12:26 PM – 8:43 AM+1<br>American · Operated by SkyWest Airlines as A… | 21 hr 17 min<br>CVG–MAF | 1 stop ⚠<br>17 hr 27 min DFW | 239 kg CO2e | | $173 ⌄ |
| ✈ American | 12:26 PM – 9:39 AM+1<br>American · Operated by Envoy Air as American … | 22 hr 13 min<br>CVG–MAF | 1 stop ⚠<br>18 hr 30 min DFW | 219 kg CO2e | | $173 ⌄ |
| ✈ American | 12:26 PM – 11:54 AM+1 | 24 hr 28 min | 1 stop ⚠ | 219 kg CO2e | | |

| | Flight | Duration | Stops | CO2e | Price | |
|---|---|---|---|---|---|---|
| ✈ | American · Operated by Envoy Air as American … | CVG–MAF | 20 hr 37 min DFW | | $173 | |
| ✈ | 12:26 PM – 1:58 PM+1<br>American · Operated by Envoy Air as American … | 26 hr 32 min<br>CVG–MAF | 1 stop ⚠<br>22 hr 48 min DFW | 219 kg CO2e | $173 | ⌄ |
| ✈ | 4:48 PM – 8:43 AM+1<br>American · Operated by SkyWest Airlines as A… | 16 hr 55 min<br>CVG–MAF | 1 stop ⚠<br>13 hr 5 min DFW | 239 kg CO2e | $173 | ⌄ |
| ✈ | 4:48 PM – 9:39 AM+1<br>American · Operated by Envoy Air as American … | 17 hr 51 min<br>CVG–MAF | 1 stop ⚠<br>14 hr 8 min DFW | 219 kg CO2e | $173 | ⌄ |
| ✈ | 4:48 PM – 11:54 AM+1<br>American · Operated by Envoy Air as American … | 20 hr 6 min<br>CVG–MAF | 1 stop ⚠<br>16 hr 15 min DFW | 219 kg CO2e | $173 | ⌄ |
| ✈ | 4:48 PM – 1:58 PM+1<br>American · Operated by Envoy Air as American … | 22 hr 10 min<br>CVG–MAF | 1 stop ⚠<br>18 hr 26 min DFW | 219 kg CO2e | $173 | ⌄ |
| ✈ | 4:48 PM – 4:39 PM+1<br>American · Operated by Envoy Air as American … | 24 hr 51 min<br>CVG–MAF | 1 stop ⚠<br>21 hr 20 min DFW | 219 kg CO2e | $173 | ⌄ |
| ✈ | 4:48 PM – 5:46 PM+1<br>American · Operated by Envoy Air as American … | 25 hr 58 min<br>CVG–MAF | 1 stop ⚠<br>22 hr 25 min DFW | 219 kg CO2e | $173 | ⌄ |
| ✈ | 2:05 PM – 11:19 PM<br>United · Operated by SkyWest DBA United Expr… | 10 hr 14 min<br>CVG–MAF | 2 stops<br>ORD, IAH | 355 kg CO2e | 🚫 $174 | ⌄ |
| ✈ | 10:25 AM – 5:09 PM<br>Delta · Operated by Endeavor Air DBA Delta Co… | 7 hr 44 min<br>CVG–MAF | 2 stops<br>DTW, AUS | 349 kg CO2e | $174 | ⌄ |

| | Time | Duration | Stops | Emissions | Price |
|---|---|---|---|---|---|
| American | 6:00 AM – 9:39 AM<br>American · Operated by Envoy Air as American … | 4 hr 39 min<br>CVG–MAF | 1 stop<br>54 min DFW | 219 kg CO2e | $183 |
| American | 6:00 AM – 11:54 AM<br>American · Operated by Envoy Air as American … | 6 hr 54 min<br>CVG–MAF | 1 stop<br>3 hr 1 min DFW | 219 kg CO2e | $183 |
| American | 7:52 AM – 11:54 AM<br>American · Operated by Envoy Air as American … | 5 hr 2 min<br>CVG–MAF | 1 stop<br>1 hr 9 min DFW | 219 kg CO2e | $183 |
| American | 7:52 AM – 1:58 PM<br>American · Operated by Envoy Air as American … | 7 hr 6 min<br>CVG–MAF | 1 stop<br>3 hr 20 min DFW | 219 kg CO2e | $183 |
| American | 6:14 PM – 9:39 AM+1<br>American · Operated by Envoy Air as American … | 16 hr 25 min<br>CVG–MAF | 2 stops ⚠<br>MIA, DFW | 425 kg CO2e | $184 |
| American | 6:13 AM – 5:46 PM<br>American · Operated by Envoy Air as American … | 12 hr 33 min<br>CVG–MAF | 2 stops<br>CLT, DFW | 308 kg CO2e | $188 |
| American | 10:55 AM – 5:46 PM<br>American · Operated by Air Wisconsin as Ameri… | 7 hr 51 min<br>CVG–MAF | 2 stops<br>ORD, DFW | 349 kg CO2e | $188 |
| American | 1:15 PM – 11:57 PM<br>American · Operated by PSA Airlines as Americ… | 11 hr 42 min<br>CVG–MAF | 2 stops<br>CLT, DFW | 331 kg CO2e | $188 |
| American | 3:43 PM – 11:57 PM<br>American · Operated by PSA Airlines as Americ… | 9 hr 14 min<br>CVG–MAF | 2 stops<br>CLT, DFW | 331 kg CO2e | $188 |

| | | | | | | |
|---|---|---|---|---|---|---|
| ✈ | 4:57 PM – 11:57 PM<br>American · Operated by Envoy Air as American … | 8 hr<br>CVG–MAF | 2 stops<br>CLT, DFW | 312 kg CO2e | | $188 |
| ✈ | 9:15 PM – 9:39 AM+1<br>American · Operated by Republic Airways as A… | 13 hr 24 min<br>CVG–MAF | 2 stops ⚠<br>RDU, DFW | 344 kg CO2e | | $203 ⌄ |
| ✈ | 9:15 PM – 11:54 AM+1<br>American · Operated by Republic Airways as A… | 15 hr 39 min<br>CVG–MAF | 2 stops ⚠<br>RDU, DFW | 354 kg CO2e | | $203 ⌄ |
| ✈ | 9:15 PM – 11:54 AM+1<br>American · Operated by Republic Airways as A… | 15 hr 39 min<br>CVG–MAF | 2 stops ⚠<br>RDU, DFW | 344 kg CO2e | | $203 ⌄ |
| ✈ | 9:15 PM – 1:58 PM+1<br>American · Operated by Republic Airways as A… | 17 hr 43 min<br>CVG–MAF | 2 stops ⚠<br>RDU, DFW | 354 kg CO2e | | $203 ⌄ |
| ✈ | 9:15 PM – 1:58 PM+1<br>American · Operated by Republic Airways as A… | 17 hr 43 min<br>CVG–MAF | 2 stops ⚠<br>RDU, DFW | 344 kg CO2e | | $203 ⌄ |
| ✈ | 4:48 PM – 10:33 PM<br>American · Operated by Envoy Air as American … | 6 hr 45 min<br>CVG–MAF | 1 stop<br>3 hr 10 min DFW | 219 kg CO2e | | $203 ⌄ |
| ✈ | 6:00 AM – 1:58 PM<br>American · Operated by Envoy Air as American … | 8 hr 58 min<br>CVG–MAF | 1 stop<br>5 hr 12 min DFW | 219 kg CO2e | | $209 ⌄ |
| ✈ | 6:00 AM – 3:35 PM<br>American · Operated by SkyWest Airlines as A… | 10 hr 35 min<br>CVG–MAF | 1 stop<br>6 hr 52 min DFW | 239 kg CO2e | | $209 ⌄ |

| | 7:52 AM – 3:35 PM<br>American · Operated by SkyWest Airlines as A… | 8 hr 43 min<br>CVG–MAF | 1 stop<br>5 hr DFW | 239 kg CO2e | $209 | |
|---|---|---|---|---|---|---|
| | 7:52 AM – 5:46 PM<br>American · Operated by Envoy Air as American … | 10 hr 54 min<br>CVG–MAF | 1 stop<br>7 hr 19 min DFW | 219 kg CO2e | $209 | ⌄ |
| | 4:48 PM – 11:57 PM<br>American · Operated by Envoy Air as American … | 8 hr 9 min<br>CVG–MAF | 1 stop<br>4 hr 37 min DFW | 219 kg CO2e | $209 | ⌄ |
| | 4:48 PM – 3:35 PM+1<br>American · Operated by SkyWest Airlines as A… | 23 hr 47 min<br>CVG–MAF | 1 stop ⚠<br>20 hr 6 min DFW | 239 kg CO2e | $209 | ⌄ |
| | 5:56 PM – 11:13 AM+1<br>United · Operated by Mesa Airlines DBA United … | 18 hr 17 min<br>CVG–MAF | 2 stops ⚠<br>ORD, IAH | 320 kg CO2e | $212 | ⌄ |
| | 6:00 AM – 11:19 PM<br>United · Operated by Mesa Airlines DBA United … | 18 hr 19 min<br>CVG–MAF | 2 stops<br>ORD, IAH | 330 kg CO2e | $217 | ⌄ |
| | 6:00 AM – 11:19 PM<br>United · Operated by Mesa Airlines DBA United … | 18 hr 19 min<br>CVG–MAF | 2 stops<br>ORD, IAH | 324 kg CO2e | $217 | ⌄ |
| | 7:15 AM – 11:19 PM<br>United · Operated by Mesa Airlines DBA United … | 17 hr 4 min<br>CVG–MAF | 2 stops<br>ORD, IAH | 330 kg CO2e | $217 | ⌄ |
| | 7:15 AM – 11:19 PM<br>United · Operated by Mesa Airlines DBA United … | 17 hr 4 min<br>CVG–MAF | 2 stops<br>ORD, IAH | 354 kg CO2e | $217 | ⌄ |

| | | | | | | |
|---|---|---|---|---|---|---|
| United | 5:56 PM – 8:52 AM+1  United · Operated by SkyWest DBA United Expr… | 15 hr 56 min  CVG–MAF | 2 stops ⚠  ORD, IAH | 343 kg CO2e | | $217 |
| United | 5:56 PM – 8:52 AM+1  United · Operated by SkyWest DBA United Expr… | 15 hr 56 min  CVG–MAF | 2 stops ⚠  ORD, IAH | 343 kg CO2e | | $217 |
| American | 5:24 PM – 9:39 AM+1  American · Operated by Envoy Air as American … | 17 hr 15 min  CVG–MAF | 2 stops ⚠  ORD, DFW | 305 kg CO2e | | $218 |
| United | 3:33 PM – 9:58 PM  United · Operated by SkyWest DBA United Expr… | 7 hr 25 min  CVG–MAF | 1 stop  2 hr 32 min DEN | 360 kg CO2e | | $221 |
| American | 8:22 PM – 9:39 AM+1  American · Operated by Envoy Air as American … | 14 hr 17 min  CVG–MAF | 2 stops ⚠  CLT, DFW | 322 kg CO2e | | $225 |
| American | 8:22 PM – 11:54 AM+1  American · Operated by Envoy Air as American … | 16 hr 32 min  CVG–MAF | 2 stops ⚠  CLT, DFW | 322 kg CO2e | | $225 |
| American | 8:22 PM – 11:54 AM+1  American · Operated by Envoy Air as American … | 16 hr 32 min  CVG–MAF | 2 stops ⚠  CLT, DFW | 322 kg CO2e | | $225 |
| American | 8:22 PM – 1:58 PM+1  American · Operated by Envoy Air as American … | 18 hr 36 min  CVG–MAF | 2 stops ⚠  CLT, DFW | 322 kg CO2e | | $225 |
| United | 11:20 AM – 11:19 PM  United · Operated by Republic Airways DBA Uni… | 12 hr 59 min  CVG–MAF | 2 stops  ORD, IAH | 339 kg CO2e | | $226 |

| | | | | | | |
|---|---|---|---|---|---|---|
| ✈ | 6:00 AM – 9:56 PM<br>United · Operated by Mesa Airlines DBA United … | 16 hr 56 min<br>CVG–MAF | 2 stops<br>ORD, IAH | 330 kg CO2e | 🧳 $228 | |
| ✈ | 7:15 AM – 9:56 PM<br>United · Operated by Mesa Airlines DBA United … | 15 hr 41 min<br>CVG–MAF | 2 stops<br>ORD, IAH | 330 kg CO2e | 🧳 $228 | ⌄ |
| ✈ | 7:15 AM – 9:56 PM<br>United · Operated by Mesa Airlines DBA United … | 15 hr 41 min<br>CVG–MAF | 2 stops<br>ORD, IAH | 354 kg CO2e | 🧳 $228 | ⌄ |
| ✈ | 7:00 AM – 1:52 PM<br>United · Operated by SkyWest DBA United Expr… | 7 hr 52 min<br>CVG–MAF | 1 stop<br>3 hr 40 min IAH | 313 kg CO2e | 🧳 $228 | ⌄ |
| ✈ | 8:22 PM – 1:58 PM+1<br>American · Operated by Envoy Air as American … | 18 hr 36 min<br>CVG–MAF | 2 stops ⚠<br>CLT, DFW | 322 kg CO2e | $230 | ⌄ |
| ✈ | 6:00 AM – 1:52 PM<br>United · Operated by SkyWest DBA United Expr… | 8 hr 52 min<br>CVG–MAF | 2 stops<br>ORD, IAH | 324 kg CO2e | 🧳 $233 | ⌄ |
| ✈ | 6:00 AM – 4:11 PM<br>United · Operated by Mesa Airlines DBA United … | 11 hr 11 min<br>CVG–MAF | 2 stops<br>ORD, IAH | 330 kg CO2e | 🧳 $233 | ⌄ |
| ✈ | 7:15 AM – 4:11 PM<br>United · Operated by Mesa Airlines DBA United … | 9 hr 56 min<br>CVG–MAF | 2 stops<br>ORD, IAH | 354 kg CO2e | 🧳 $233 | ⌄ |
| ✈ | 6:11 AM – 5:46 PM<br>American · Operated by PSA Airlines as Americ… | 12 hr 35 min<br>CVG–MAF | 2 stops<br>DCA, DFW | 361 kg CO2e | $239 | ⌄ |

| | Time | Duration | Stops | CO2e | Price |
|---|---|---|---|---|---|
| American | 6:13 AM – 5:46 PM<br>American · Operated by Envoy Air as American … | 12 hr 33 min<br>CVG–MAF | 2 stops<br>CLT, DFW | 308 kg $CO_2e$ | $240 |
| American | 8:22 PM – 8:43 AM[+1]<br>American · Operated by SkyWest Airlines as A… | 13 hr 21 min<br>CVG–MAF | 2 stops ⚠<br>CLT, DFW | 317 kg $CO_2e$ | $244 |
| American | 8:22 PM – 9:39 AM[+1]<br>American · Operated by Envoy Air as American … | 14 hr 17 min<br>CVG–MAF | 2 stops ⚠<br>CLT, DFW | 297 kg $CO_2e$ | $244 |
| American | 8:22 PM – 11:54 AM[+1]<br>American · Operated by Envoy Air as American … | 16 hr 32 min<br>CVG–MAF | 2 stops ⚠<br>CLT, DFW | 297 kg $CO_2e$ | $244 |
| American | 8:22 PM – 1:58 PM[+1]<br>American · Operated by Envoy Air as American … | 18 hr 36 min<br>CVG–MAF | 2 stops ⚠<br>CLT, DFW | 297 kg $CO_2e$ | $244 |
| American | 12:26 PM – 5:46 PM<br>American · Operated by Envoy Air as American … | 6 hr 20 min<br>CVG–MAF | 1 stop<br>2 hr 47 min DFW | 219 kg $CO_2e$ | $249 |
| United | 11:20 AM – 11:19 PM<br>United · Operated by Republic Airways DBA Uni… | 12 hr 59 min<br>CVG–MAF | 2 stops<br>ORD, IAH | 339 kg $CO_2e$ | $252 |
| American | 6:13 AM – 1:58 PM<br>American · Operated by Envoy Air as American … | 8 hr 45 min<br>CVG–MAF | 2 stops<br>CLT, DFW | 308 kg $CO_2e$ | $254 |
| American | 6:13 AM – 3:35 PM<br>American · Operated by SkyWest Airlines as A… | 10 hr 22 min<br>CVG–MAF | 2 stops<br>CLT, DFW | 328 kg $CO_2e$ | $254 |

| | 7:00 AM – 3:35 PM American · Operated by Envoy Air as American … | 9 hr 35 min CVG–MAF | 2 stops ORD, DFW | 312 kg CO2e | $254 | |
|---|---|---|---|---|---|---|
| | 8:43 AM – 5:46 PM American · Operated by PSA Airlines as Americ… | 10 hr 3 min CVG–MAF | 2 stops CLT, DFW | 331 kg CO2e | $254 | ⌄ |
| | 8:43 AM – 5:46 PM American · Operated by PSA Airlines as Americ… | 10 hr 3 min CVG–MAF | 2 stops CLT, DFW | 331 kg CO2e | $254 | ⌄ |
| | 8:43 AM – 7:59 PM American · Operated by PSA Airlines as Americ… | 12 hr 16 min CVG–MAF | 2 stops CLT, DFW | 331 kg CO2e | $254 | ⌄ |
| | 10:55 AM – 5:46 PM American · Operated by Air Wisconsin as Ameri… | 7 hr 51 min CVG–MAF | 2 stops ORD, DFW | 349 kg CO2e | $254 | ⌄ |
| | 10:55 AM – 7:59 PM American · Operated by Air Wisconsin as Ameri… | 10 hr 4 min CVG–MAF | 2 stops ORD, DFW | 349 kg CO2e | $254 | ⌄ |
| | 6:00 AM – 11:57 PM American · Operated by Envoy Air as American … | 18 hr 57 min CVG–MAF | 1 stop 15 hr 23 min DFW | 219 kg CO2e | $260 | ⌄ |
| | 7:52 AM – 11:57 PM American · Operated by Envoy Air as American … | 17 hr 5 min CVG–MAF | 1 stop 13 hr 31 min DFW | 219 kg CO2e | $260 | ⌄ |
| | 12:26 PM – 11:57 PM American · Operated by Envoy Air as American … | 12 hr 31 min CVG–MAF | 1 stop 8 hr 59 min DFW | 219 kg CO2e | $260 | ⌄ |

| | Time | Duration | Stops | CO2e | Price |
|---|---|---|---|---|---|
| American | 7:00 AM – 5:46 PM<br>American · Operated by Envoy Air as American … | 11 hr 46 min<br>CVG–MAF | 2 stops<br>ORD, DFW | 293 kg CO2e | $269 |
| American | 9:15 PM – 1:58 PM+1<br>American · Operated by Republic Airways as A… | 17 hr 43 min<br>CVG–MAF | 2 stops ⚠<br>RDU, DFW | 344 kg CO2e | $272 |
| American | 6:00 AM – 5:46 PM<br>American · Operated by Envoy Air as American … | 12 hr 46 min<br>CVG–MAF | 1 stop<br>9 hr 11 min DFW | 219 kg CO2e | $281 |
| American | 6:00 AM – 7:59 PM<br>American · Operated by Envoy Air as American … | 14 hr 59 min<br>CVG–MAF | 1 stop<br>11 hr 26 min DFW | 219 kg CO2e | $281 |
| American | 7:52 AM – 7:59 PM<br>American · Operated by Envoy Air as American … | 13 hr 7 min<br>CVG–MAF | 1 stop<br>9 hr 34 min DFW | 219 kg CO2e | $281 |
| American | 12:26 PM – 7:59 PM<br>American · Operated by Envoy Air as American … | 8 hr 33 min<br>CVG–MAF | 1 stop<br>5 hr 2 min DFW | 219 kg CO2e | $281 |
| American | 8:22 PM – 1:58 PM+1<br>American · Operated by Envoy Air as American … | 18 hr 36 min<br>CVG–MAF | 2 stops ⚠<br>CLT, DFW | 322 kg CO2e | $281 |
| United | 7:00 AM – 11:13 AM<br>United · Operated by Mesa Airlines DBA United … | 5 hr 13 min<br>CVG–MAF | 1 stop<br>1 hr 2 min IAH | 313 kg CO2e | 🚫 $292 |
| American | 7:00 AM – 1:58 PM<br>American · Operated by Envoy Air as American … | 7 hr 58 min<br>CVG–MAF | 2 stops<br>ORD, DFW | 293 kg CO2e | $318 |

| | 5:24 PM – 11:57 PM | 7 hr 33 min | 2 stops | 305 kg CO2e | | $318 | |
|---|---|---|---|---|---|---|---|
| | American · Operated by Envoy Air as American … | CVG–MAF | ORD, DFW | | | | |
| | 5:05 PM – 8:52 AM+1 | 16 hr 47 min | 1 stop ⚠ | 318 kg CO2e | | $332 | |
| | United · Operated by Mesa Airlines DBA United … | CVG–MAF | 12 hr 30 min IAH | | | | |
| | 5:05 PM – 1:52 PM+1 | 21 hr 47 min | 1 stop ⚠ | 318 kg CO2e | | $332 | |
| | United · Operated by Mesa Airlines DBA United … | CVG–MAF | 17 hr 25 min IAH | | | | |
| | 5:05 PM – 4:11 PM+1 | 24 hr 6 min | 1 stop ⚠ | 318 kg CO2e | | $332 | |
| | United · Operated by Mesa Airlines DBA United … | CVG–MAF | 19 hr 45 min IAH | | | | |
| | 5:05 PM – 5:56 PM+1 | 25 hr 51 min | 1 stop ⚠ | 318 kg CO2e | | $332 | |
| | United · Operated by Mesa Airlines DBA United … | CVG–MAF | 21 hr 30 min IAH | | | | |
| | 9:03 AM – 9:58 PM | 13 hr 55 min | 1 stop | 366 kg CO2e | | $347 | |
| | United · Operated by SkyWest DBA United Expr… | CVG–MAF | 9 hr 2 min DEN | | | | |
| | 9:03 AM – 4:24 PM | 8 hr 21 min | 1 stop | 366 kg CO2e | | $352 | |
| | United · Operated by SkyWest DBA United Expr… | CVG–MAF | 3 hr 32 min DEN | | | | |
| | 7:52 AM – 10:33 PM | 15 hr 41 min | 1 stop | 219 kg CO2e | | $387 | |
| | American · Operated by Envoy Air as American … | CVG–MAF | 12 hr 4 min DFW | | | | |
| | 12:26 PM – 10:33 PM | 11 hr 7 min | 1 stop | 219 kg CO2e | | $387 | |
| | American · Operated by Envoy Air as American … | CVG–MAF | 7 hr 32 min DFW | | | | |

| | 7:00 AM – 5:56 PM<br>United · Operated by Mesa Airlines DBA United … | 11 hr 56 min<br>CVG–MAF | 1 stop<br>7 hr 45 min IAH | 313 kg CO2e | $403 |
|---|---|---|---|---|---|
| | 7:00 AM – 4:11 PM<br>United · Operated by Mesa Airlines DBA United … | 10 hr 11 min<br>CVG–MAF | 1 stop<br>6 hr IAH | 313 kg CO2e | $468 |
| | 6:00 AM – 10:33 PM<br>American · Operated by Envoy Air as American … | 17 hr 33 min<br>CVG–MAF | 1 stop<br>13 hr 56 min DFW | 219 kg CO2e | $494 |

Hide 105 flights

Language · English (United States)    Location · United States    Currency · USD

About    Privacy    Terms    Join user studies    Feedback    Help Center

Displayed currencies may differ from the currencies used to purchase flights. Learn more