# EXHIBIT 50







Prices are currently **low** — $56 cheaper than usual for your search                    View price history

## Other flights

| | 4:55 PM – 11:19 PM | 7 hr 24 min | 1 stop | 314 kg CO2e | $143 |
|---|---|---|---|---|---|
| | United · Operated by Mesa Airlines DBA United … | CMH–MAF | 3 hr 2 min IAH | | |
| | 6:49 PM – 11:57 PM | 6 hr 8 min | 1 stop | 241 kg CO2e | $143 |
| | American · Operated by Envoy Air as American … | CMH–MAF | 2 hr 16 min DFW | | |
| | 6:00 AM – 11:52 AM | 6 hr 52 min | 2 stops | 299 kg CO2e | $148 |
| | Delta · Operated by SkyWest DBA Delta Connec… | CMH–MAF | ATL, AUS | | |
| | 6:21 AM – 5:09 PM | 11 hr 48 min | 2 stops | 357 kg CO2e | $148 |
| | Delta · Operated by SkyWest DBA Delta Connec… | CMH–MAF | MSP, AUS | | |
| | 7:15 AM – 5:09 PM | 10 hr 54 min | 2 stops | 299 kg CO2e | $148 |
| | Delta · Operated by SkyWest DBA Delta Connec… | CMH–MAF | ATL, AUS | | |
| | 8:20 AM – 5:09 PM | 9 hr 49 min | 2 stops | 297 kg CO2e | $148 |
| | Delta · Operated by SkyWest DBA Delta Connec… | CMH–MAF | ATL, AUS | | |
| | 10:29 AM – 5:09 PM | 7 hr 40 min | 2 stops | 314 kg CO2e | $148 |
| | Delta · Operated by Republic Airways Delta Con… | CMH–MAF | DTW, AUS | | |
| | 12:50 PM – 11:53 PM | 12 hr 3 min | 2 stops | 299 kg CO2e | $148 |

| | Time | Duration | Stops | CO2e | Price | |
|---|---|---|---|---|---|---|
| Delta | Delta · Operated by SkyWest DBA Delta Connec… | CMH–MAF | ATL, AUS | | | |
| United | 2:20 PM – 11:19 PM United · Operated by Mesa Airlines DBA United … | 9 hr 59 min CMH–MAF | 2 stops ORD, IAH | 350 kg CO2e | $148 | ˅ |
| Delta | 3:12 PM – 11:53 PM Delta · Operated by SkyWest DBA Delta Connec… | 9 hr 41 min CMH–MAF | 2 stops ATL, AUS | 297 kg CO2e | $148 | ˅ |
| Delta | 3:12 PM – 11:53 PM Delta · Operated by SkyWest DBA Delta Connec… | 9 hr 41 min CMH–MAF | 2 stops ATL, AUS | 297 kg CO2e | $148 | ˅ |
| Southwest | 12:45 PM – 8:05 PM Southwest | 8 hr 20 min CMH–MAF | 1 stop 4 hr 35 min DAL | 250 kg CO2e | $149 | ˅ |
| Southwest | 1:20 PM – 10:15 PM Southwest | 9 hr 55 min CMH–MAF | 1 stop 5 hr 45 min HOU | 299 kg CO2e | $149 | ˅ |
| American | 11:50 AM – 5:46 PM American · Operated by Envoy Air as American … | 6 hr 56 min CMH–MAF | 1 stop 3 hr 3 min DFW | 241 kg CO2e | $153 | ˅ |
| Southwest | 7:25 AM – 3:30 PM Southwest | 9 hr 5 min CMH–MAF | 1 stop 2 hr 40 min LAS | 332 kg CO2e | $153 | ˅ |
| United | 2:20 PM – 11:19 PM United · Operated by Mesa Airlines DBA United … | 9 hr 59 min CMH–MAF | 2 stops ORD, IAH | 327 kg CO2e | $169 | ˅ |
| American | 5:36 AM – 3:35 PM American · Operated by SkyWest Airlines as A… | 10 hr 59 min CMH–MAF | 1 stop 7 hr DFW | 275 kg CO2e | $169 | ˅ |
| | 11:50 AM – 8:43 AM+1 | 21 hr 53 min | 1 stop ⚠ | 261 kg CO2e | | ˅ |

| | | | | | | |
|---|---|---|---|---|---|---|
| | American · Operated by SkyWest Airlines as A… | CMH–MAF | 17 hr 43 min DFW | | $169 | |
| | 11:50 AM – 9:39 AM+1<br>American · Operated by Envoy Air as American … | 22 hr 49 min<br>CMH–MAF | 1 stop ⚠️<br>18 hr 46 min DFW | 241 kg CO2e | $169 | ⌄ |
| | 11:50 AM – 11:54 AM+1<br>American · Operated by Envoy Air as American … | 25 hr 4 min<br>CMH–MAF | 1 stop ⚠️<br>20 hr 53 min DFW | 241 kg CO2e | $169 | ⌄ |
| | 6:49 PM – 8:43 AM+1<br>American · Operated by SkyWest Airlines as A… | 14 hr 54 min<br>CMH–MAF | 1 stop ⚠️<br>10 hr 44 min DFW | 261 kg CO2e | $169 | ⌄ |
| | 6:49 PM – 9:39 AM+1<br>American · Operated by Envoy Air as American … | 15 hr 50 min<br>CMH–MAF | 1 stop ⚠️<br>11 hr 47 min DFW | 241 kg CO2e | $169 | ⌄ |
| | 6:49 PM – 11:54 AM+1<br>American · Operated by Envoy Air as American … | 18 hr 5 min<br>CMH–MAF | 1 stop ⚠️<br>13 hr 54 min DFW | 241 kg CO2e | $169 | ⌄ |
| | 6:49 PM – 1:58 PM+1<br>American · Operated by Envoy Air as American … | 20 hr 9 min<br>CMH–MAF | 1 stop ⚠️<br>16 hr 5 min DFW | 241 kg CO2e | $169 | ⌄ |
| | 6:49 PM – 4:39 PM+1<br>American · Operated by Envoy Air as American … | 22 hr 50 min<br>CMH–MAF | 1 stop ⚠️<br>18 hr 59 min DFW | 241 kg CO2e | $169 | ⌄ |
| | 6:49 PM – 5:46 PM+1<br>American · Operated by Envoy Air as American … | 23 hr 57 min<br>CMH–MAF | 1 stop ⚠️<br>20 hr 4 min DFW | 241 kg CO2e | $169 | ⌄ |
| | 1:20 PM – 5:05 PM<br>Southwest | 4 hr 45 min<br>CMH–MAF | 1 stop<br>40 min HOU | 299 kg CO2e | $179 | ⌄ |

| | | | | | | |
|---|---|---|---|---|---|---|
| | 6:35 PM – 9:39 AM[+1]<br>American · Operated by Envoy Air as American … | 16 hr 4 min<br>CMH–MAF | 2 stops ⚠<br>PHL, DFW | 389 kg CO2e | $183 | ⌄ |
| | 6:26 AM – 11:57 PM<br>American · Operated by Republic Airways as A… | 18 hr 31 min<br>CMH–MAF | 2 stops<br>DCA, DFW | 354 kg CO2e | $187 | ⌄ |
| | 6:26 AM – 11:57 PM<br>American · Operated by Republic Airways as A… | 18 hr 31 min<br>CMH–MAF | 2 stops<br>DCA, DFW | 343 kg CO2e | $187 | ⌄ |
| | 4:08 PM – 9:39 AM[+1]<br>American · Operated by Envoy Air as American … | 18 hr 31 min<br>CMH–MAF | 2 stops ⚠<br>DCA, DFW | 372 kg CO2e | $187 | ⌄ |
| | 6:56 PM – 9:39 AM[+1]<br>American · Operated by Republic Airways as A… | 15 hr 43 min<br>CMH–MAF | 2 stops ⚠<br>DCA, DFW | 372 kg CO2e | $187 | ⌄ |
| | 6:56 PM – 11:54 AM[+1]<br>American · Operated by Republic Airways as A… | 17 hr 58 min<br>CMH–MAF | 2 stops ⚠<br>DCA, DFW | 372 kg CO2e | $187 | ⌄ |
| | 6:56 PM – 11:54 AM[+1]<br>American · Operated by Republic Airways as A… | 17 hr 58 min<br>CMH–MAF | 2 stops ⚠<br>DCA, DFW | 372 kg CO2e | $187 | ⌄ |
| | 7:08 PM – 9:39 AM[+1]<br>American · Operated by Envoy Air as American … | 15 hr 31 min<br>CMH–MAF | 2 stops ⚠<br>MIA, DFW | 431 kg CO2e | $189 | ⌄ |
| | 3:40 PM – 9:58 PM<br>United · Operated by SkyWest DBA United Expr… | 7 hr 18 min<br>CMH–MAF | 1 stop<br>2 hr 10 min DEN | 372 kg CO2e | $193 | ⌄ |

| | Time | Duration | Stops | CO2e | Price |
|---|---|---|---|---|---|
| United | 11:05 AM – 9:56 PM<br>United · Operated by Mesa Airlines DBA United … | 11 hr 51 min<br>CMH–MAF | 2 stops<br>ORD, IAH | 312 kg CO2e | $198 |
| United | 2:20 PM – 9:56 PM<br>United · Operated by Mesa Airlines DBA United … | 8 hr 36 min<br>CMH–MAF | 2 stops<br>ORD, IAH | 327 kg CO2e | $198 |
| United | 2:20 PM – 9:58 PM<br>United · Operated by SkyWest DBA United Expr… | 8 hr 38 min<br>CMH–MAF | 2 stops<br>ORD, DEN | 439 kg CO2e | $198 |
| American | 6:26 AM – 5:46 PM<br>American · Operated by Republic Airways as A… | 12 hr 20 min<br>CMH–MAF | 2 stops<br>DCA, DFW | 343 kg CO2e | $203 |
| United | 7:00 AM – 1:52 PM<br>United · Operated by SkyWest DBA United Expr… | 7 hr 52 min<br>CMH–MAF | 1 stop<br>3 hr 29 min IAH | 303 kg CO2e | $204 |
| American | 6:49 PM – 3:35 PM+1<br>American · Operated by SkyWest Airlines as A… | 21 hr 46 min<br>CMH–MAF | 1 stop ⚠<br>17 hr 45 min DFW | 261 kg CO2e | $205 |
| American | 9:59 AM – 11:57 PM<br>American · Operated by Republic Airways as A… | 14 hr 58 min<br>CMH–MAF | 2 stops<br>BOS, DFW | 399 kg CO2e | $218 |
| United | 7:00 AM – 11:19 PM<br>United · Operated by Mesa Airlines DBA United … | 17 hr 19 min<br>CMH–MAF | 1 stop<br>12 hr 59 min IAH | 303 kg CO2e | $226 |
| United | 4:55 PM – 8:52 AM+1<br>United · Operated by SkyWest DBA United Expr… | 16 hr 57 min<br>CMH–MAF | 1 stop ⚠<br>12 hr 37 min IAH | 314 kg CO2e | $226 |

| | 4:55 PM – 1:52 PM+1<br>United · Operated by SkyWest DBA United Expr… | 21 hr 57 min<br>CMH–MAF | 1 stop ⚠️<br>17 hr 32 min IAH | 314 kg CO2e | $226 | |
| --- | --- | --- | --- | --- | --- | --- |
| | 4:55 PM – 4:11 PM+1<br>United · Operated by Mesa Airlines DBA United … | 24 hr 16 min<br>CMH–MAF | 1 stop ⚠️<br>19 hr 52 min IAH | 314 kg CO2e | $226 | ˅ |
| | 7:15 AM – 11:19 PM<br>United · Operated by Mesa Airlines DBA United … | 17 hr 4 min<br>CMH–MAF | 2 stops<br>ORD, IAH | 326 kg CO2e | $231 | ˅ |
| | 7:15 AM – 11:19 PM<br>United · Operated by Mesa Airlines DBA United … | 17 hr 4 min<br>CMH–MAF | 2 stops<br>ORD, IAH | 350 kg CO2e | $231 | ˅ |
| | 9:00 AM – 11:19 PM<br>United · Operated by Republic Airways DBA Uni… | 15 hr 19 min<br>CMH–MAF | 2 stops<br>ORD, IAH | 342 kg CO2e | $231 | ˅ |
| | 9:00 AM – 11:19 PM<br>United · Operated by Republic Airways DBA Uni… | 15 hr 19 min<br>CMH–MAF | 2 stops<br>ORD, IAH | 361 kg CO2e | $231 | ˅ |
| | 10:30 AM – 11:19 PM<br>United · Operated by Mesa Airlines DBA United … | 13 hr 49 min<br>CMH–MAF | 2 stops<br>IAD, IAH | 371 kg CO2e | $231 | ˅ |
| | 11:05 AM – 11:19 PM<br>United · Operated by Mesa Airlines DBA United … | 13 hr 14 min<br>CMH–MAF | 2 stops<br>ORD, IAH | 312 kg CO2e | $231 | ˅ |
| | 11:05 AM – 11:19 PM<br>United · Operated by Mesa Airlines DBA United … | 13 hr 14 min<br>CMH–MAF | 2 stops<br>ORD, IAH | 329 kg CO2e | $231 | ˅ |

| | Time | Duration | Stops | CO2e | Price |
|---|---|---|---|---|---|
| United | 7:00 AM – 9:56 PM<br>United · Operated by Mesa Airlines DBA United … | 15 hr 56 min<br>CMH–MAF | 1 stop<br>11 hr 29 min IAH | 303 kg CO2e | $237 |
| American | 5:36 AM – 11:54 AM<br>American · Operated by Envoy Air as American … | 7 hr 18 min<br>CMH–MAF | 1 stop<br>3 hr 9 min DFW | 255 kg CO2e | $239 |
| American | 3:13 PM – 7:59 PM<br>American · Operated by Envoy Air as American … | 5 hr 46 min<br>CMH–MAF | 1 stop<br>1 hr 55 min DFW | 241 kg CO2e | $239 |
| American | 6:49 PM – 10:33 PM<br>American · Operated by Envoy Air as American … | 4 hr 44 min<br>CMH–MAF | 1 stop<br>49 min DFW | 241 kg CO2e | $239 |
| United | 11:05 AM – 9:56 PM<br>United · Operated by Mesa Airlines DBA United … | 11 hr 51 min<br>CMH–MAF | 2 stops<br>ORD, IAH | 329 kg CO2e | $242 |
| American | 3:13 PM – 8:43 AM+1<br>American · Operated by SkyWest Airlines as A… | 18 hr 30 min<br>CMH–MAF | 1 stop ⚠️<br>14 hr 20 min DFW | 261 kg CO2e | $242 |
| American | 3:13 PM – 9:39 AM+1<br>American · Operated by Envoy Air as American … | 19 hr 26 min<br>CMH–MAF | 1 stop ⚠️<br>15 hr 23 min DFW | 241 kg CO2e | $242 |
| American | 3:13 PM – 1:58 PM+1<br>American · Operated by Envoy Air as American … | 23 hr 45 min<br>CMH–MAF | 1 stop ⚠️<br>19 hr 41 min DFW | 241 kg CO2e | $242 |
| American | 3:13 PM – 4:39 PM+1<br>American · Operated by Envoy Air as American … | 26 hr 26 min<br>CMH–MAF | 1 stop ⚠️<br>22 hr 35 min DFW | 241 kg CO2e | $242 |

| | | | | | |
|---|---|---|---|---|---|
| ✈ | 5:03 PM – 8:43 AM+1<br>American · Operated by Envoy Air as American ... | 16 hr 40 min<br>CMH–MAF | 1 stop ⚠<br>12 hr 30 min DFW | 303 kg CO2e | $242 |
| ✈ | 5:03 PM – 9:39 AM+1<br>American · Operated by Envoy Air as American ... | 17 hr 36 min<br>CMH–MAF | 1 stop ⚠<br>13 hr 33 min DFW | 283 kg CO2e | $242 |
| ✈ | 5:03 PM – 11:54 AM+1<br>American · Operated by Envoy Air as American ... | 19 hr 51 min<br>CMH–MAF | 1 stop ⚠<br>15 hr 40 min DFW | 283 kg CO2e | $242 |
| ✈ | 5:03 PM – 1:58 PM+1<br>American · Operated by Envoy Air as American ... | 21 hr 55 min<br>CMH–MAF | 1 stop ⚠<br>17 hr 51 min DFW | 283 kg CO2e | $242 |
| ✈ | 5:03 PM – 4:39 PM+1<br>American · Operated by Envoy Air as American ... | 24 hr 36 min<br>CMH–MAF | 1 stop ⚠<br>20 hr 45 min DFW | 283 kg CO2e | $242 |
| ✈ | 5:03 PM – 5:46 PM+1<br>American · Operated by Envoy Air as American ... | 25 hr 43 min<br>CMH–MAF | 1 stop ⚠<br>21 hr 50 min DFW | 283 kg CO2e | $242 |
| ✈ | 6:00 AM – 1:52 PM<br>United · Operated by Republic Airways DBA Uni... | 8 hr 52 min<br>CMH–MAF | 2 stops<br>ORD, IAH | 361 kg CO2e | $244 |
| ✈ | 4:19 PM – 11:57 PM<br>American · Operated by Envoy Air as American ... | 8 hr 38 min<br>CMH–MAF | 2 stops<br>ORD, DFW | 279 kg CO2e | $244 |
| ✈ | 5:36 AM – 11:57 PM<br>American · Operated by Envoy Air as American ... | 19 hr 21 min<br>CMH–MAF | 1 stop<br>15 hr 31 min DFW | 255 kg CO2e | $256 |

| | | | | | | |
|---|---|---|---|---|---|---|
| ✈ | 11:50 AM – 11:57 PM<br>American · Operated by Envoy Air as American … | 13 hr 7 min<br>CMH–MAF | 1 stop<br>9 hr 15 min DFW | 241 kg CO2e | $256 | |
| ✈ | 6:49 PM – 7:59 PM+1<br>American · Operated by Envoy Air as American … | 26 hr 10 min<br>CMH–MAF | 1 stop ⚠<br>22 hr 19 min DFW | 241 kg CO2e | $256 | ⌄ |
| ✈ | 6:26 AM – 11:57 PM<br>American · Operated by Republic Airways as A… | 18 hr 31 min<br>CMH–MAF | 2 stops<br>DCA, DFW | 354 kg CO2e | $263 | ⌄ |
| ✈ | 6:26 AM – 11:57 PM<br>American · Operated by Republic Airways as A… | 18 hr 31 min<br>CMH–MAF | 2 stops<br>DCA, DFW | 343 kg CO2e | $263 | ⌄ |
| ✈ | 7:15 AM – 11:54 AM<br>American · Operated by Envoy Air as American … | 5 hr 39 min<br>CMH–MAF | 1 stop<br>1 hr 28 min DFW | 283 kg CO2e | $269 | ⌄ |
| ✈ | 7:15 AM – 1:58 PM<br>American · Operated by Envoy Air as American … | 7 hr 43 min<br>CMH–MAF | 1 stop<br>3 hr 39 min DFW | 283 kg CO2e | $269 | ⌄ |
| ✈ | 5:03 PM – 10:33 PM<br>American · Operated by Envoy Air as American … | 6 hr 30 min<br>CMH–MAF | 1 stop<br>2 hr 35 min DFW | 283 kg CO2e | $269 | ⌄ |
| ✈ | 11:12 AM – 5:46 PM<br>American · Operated by Envoy Air as American … | 7 hr 34 min<br>CMH–MAF | 2 stops<br>ORD, DFW | 311 kg CO2e | $274 | ⌄ |
| ✈ | 5:36 AM – 1:58 PM<br>American · Operated by Envoy Air as American … | 9 hr 22 min<br>CMH–MAF | 1 stop<br>5 hr 20 min DFW | 255 kg CO2e | $277 | ⌄ |

| | | | | | |
|---|---|---|---|---|---|
| 5:36 AM – 5:46 PM<br>American · Operated by Envoy Air as American … | 13 hr 10 min<br>CMH–MAF | 1 stop<br>9 hr 19 min DFW | 255 kg CO2e | | $277 |
| 5:36 AM – 7:59 PM<br>American · Operated by Envoy Air as American … | 15 hr 23 min<br>CMH–MAF | 1 stop<br>11 hr 34 min DFW | 255 kg CO2e | | $277 |
| 11:50 AM – 7:59 PM<br>American · Operated by Envoy Air as American … | 9 hr 9 min<br>CMH–MAF | 1 stop<br>5 hr 18 min DFW | 241 kg CO2e | | $277 |
| 6:00 AM – 5:46 PM<br>American · Operated by Republic Airways as A… | 12 hr 46 min<br>CMH–MAF | 2 stops<br>PHL, DFW | 395 kg CO2e | | $278 |
| 3:13 PM – 3:35 PM+1<br>American · Operated by SkyWest Airlines as A… | 25 hr 22 min<br>CMH–MAF | 1 stop ⚠<br>21 hr 21 min DFW | 261 kg CO2e | | $278 |
| 5:03 PM – 3:35 PM+1<br>American · Operated by Envoy Air as American … | 23 hr 32 min<br>CMH–MAF | 1 stop ⚠<br>19 hr 31 min DFW | 303 kg CO2e | | $278 |
| 7:00 AM – 11:13 AM<br>United · Operated by Mesa Airlines DBA United … | 5 hr 13 min<br>CMH–MAF | 1 stop<br>51 min IAH | 303 kg CO2e | 🚫 | $279 |
| 9:00 AM – 4:24 PM<br>United · Operated by SkyWest DBA United Expr… | 8 hr 24 min<br>CMH–MAF | 1 stop<br>3 hr 21 min DEN | 366 kg CO2e | 🚫 | $279 |
| 6:26 AM – 7:59 PM<br>American · Operated by Republic Airways as A… | 14 hr 33 min<br>CMH–MAF | 2 stops<br>DCA, DFW | 343 kg CO2e | | $282 |

| | Flight | Duration | Stops | CO2e | Price |
|---|---|---|---|---|---|
| American | 6:26 AM – 7:59 PM<br>American · Operated by Republic Airways as A… | 14 hr 33 min<br>CMH–MAF | 2 stops<br>DCA, DFW | 354 kg $CO_2$e | $282 |
| United | 6:00 AM – 1:52 PM<br>United · Operated by Republic Airways DBA Uni… | 8 hr 52 min<br>CMH–MAF | 2 stops<br>IAD, IAH | 377 kg $CO_2$e | $284 |
| United | 9:00 AM – 4:11 PM<br>United · Operated by Republic Airways DBA Uni… | 8 hr 11 min<br>CMH–MAF | 2 stops<br>ORD, IAH | 342 kg $CO_2$e | $284 |
| United | 11:05 AM – 5:56 PM<br>United · Operated by Mesa Airlines DBA United … | 7 hr 51 min<br>CMH–MAF | 2 stops<br>ORD, IAH | 329 kg $CO_2$e | $284 |
| United | 7:00 AM – 5:56 PM<br>United · Operated by Mesa Airlines DBA United … | 11 hr 56 min<br>CMH–MAF | 1 stop<br>7 hr 34 min IAH | 303 kg $CO_2$e | $297 |
| American | 7:15 AM – 3:35 PM<br>American · Operated by Envoy Air as American … | 9 hr 20 min<br>CMH–MAF | 1 stop<br>5 hr 19 min DFW | 303 kg $CO_2$e | $329 |
| American | 7:15 AM – 5:46 PM<br>American · Operated by Envoy Air as American … | 11 hr 31 min<br>CMH–MAF | 1 stop<br>7 hr 38 min DFW | 283 kg $CO_2$e | $329 |
| American | 7:15 AM – 11:57 PM<br>American · Operated by Envoy Air as American … | 17 hr 42 min<br>CMH–MAF | 1 stop<br>13 hr 50 min DFW | 283 kg $CO_2$e | $329 |
| American | 11:50 AM – 10:33 PM<br>American · Operated by Envoy Air as American … | 11 hr 43 min<br>CMH–MAF | 1 stop<br>7 hr 48 min DFW | 241 kg $CO_2$e | $329 |

| | 3:13 PM – 10:33 PM<br>American · Operated by Envoy Air as American … | 8 hr 20 min<br>CMH–MAF | 1 stop<br>4 hr 25 min DFW | 241 kg CO2e | $329 | |
| --- | --- | --- | --- | --- | --- | --- |
| | 3:13 PM – 11:57 PM<br>American · Operated by Envoy Air as American … | 9 hr 44 min<br>CMH–MAF | 1 stop<br>5 hr 52 min DFW | 241 kg CO2e | $329 | ˅ |
| | 5:03 PM – 11:57 PM<br>American · Operated by Envoy Air as American … | 7 hr 54 min<br>CMH–MAF | 1 stop<br>4 hr 2 min DFW | 283 kg CO2e | $329 | ˅ |
| | 7:15 AM – 7:59 PM<br>American · Operated by Envoy Air as American … | 13 hr 44 min<br>CMH–MAF | 1 stop<br>9 hr 53 min DFW | 283 kg CO2e | $350 | ˅ |
| | 7:00 AM – 4:11 PM<br>United · Operated by Mesa Airlines DBA United … | 10 hr 11 min<br>CMH–MAF | 1 stop<br>5 hr 49 min IAH | 303 kg CO2e | $367 | ˅ |
| | 6:26 AM – 1:58 PM<br>American · Operated by Republic Airways as A… | 8 hr 32 min<br>CMH–MAF | 2 stops<br>DCA, DFW | 343 kg CO2e | $522 | ˅ |

^ Hide 98 flights

Language · English (United States)     Location · United States     Currency · USD

About     Privacy     Terms     Join user studies     Feedback     Help Center

Displayed currencies may differ from the currencies used to purchase flights. Learn more