# EXHIBIT 53

JUDGE PROFILE

# David Counts



| Total Cases | Jury Trials |
|---|---|
| **89** | **0** |
| Bench Trials | Asserted Patents |
| **0** | **112** |
| Construed Terms | Filings |
| **0** | **3577** |

## DETERMINATIONS

## REMEDIES

| Agg. Damages/Awards | Perm. Injunctions |
|---|---|
| Largest Damages Award | Prel. Injunctions/TRO |

### CASES BY YEAR

Number of Cases vs Filing Date:
- 2015: 1
- 2016: 0
- 2017: 1
- 2018: 4
- 2019: 1
- 2020: 1
- 2021: 0
- 2022: 11
- 2023: 42
- 2024: 28

### PATENT TECHNOLOGY CENTERS

| Technology Center | Cases |
|---|---|
| Chemical and Materials Engineering | 3 |
| Computers, Communication, and e-commerce | 43 |
| Design | 1 |
| Mechanical Engineering, Manufacturing and Medical Devices/Processes | 2 |
| Networking, Multiplexing, Cable, and Security | 21 |
| Semiconductors/Memory, Circuits/Measuring and Testing, Optics/Photocopying, Printing/Measuring and Testing | 10 |
| Transportation, Construction, Electronic Commerce, Agriculture, National Security and License and Review | 17 |