# EXHIBIT 54





 The cheapest time to book is usually **now, until Jul 28**

 Prices are currently **typical**

View price history 

## Other flights

| | Time | Duration | Stops | Emissions | Bags | Price |
|---|---|---|---|---|---|---|
| Delta | 7:22 AM – 9:39 AM — Delta · Operated by SkyWest DBA Delta Connec… | 2 hr 17 min — SEA–SFO | Nonstop | 135 kg CO2e +8% emissions | 1 0 | $69 |
| United | 8:55 AM – 11:09 AM — United | 2 hr 14 min — SEA–SFO | Nonstop | 128 kg CO2e Avg emissions | 0 0 | $69 |
| United | 7:45 PM – 9:58 PM — United | 2 hr 13 min — SEA–SFO | Nonstop | 92 kg CO2e -26% emissions | 0 0 | $69 |
| Delta | 9:50 PM – 12:05 AM+1 — Delta | 2 hr 15 min — SEA–SFO | Nonstop | 123 kg CO2e Avg emissions | 1 0 | $69 |
| Frontier | 3:20 PM – 9:15 PM — Frontier | 5 hr 55 min — SEA–SFO | 1 stop 1 hr 41 min ONT | 168 kg CO2e +34% emissions | 0 0 | $70 |
| Frontier | 9:38 AM – 6:04 PM — Frontier | 8 hr 26 min — SEA–SFO | 1 stop 2 hr 49 min DEN | 229 kg CO2e +83% emissions | 0 0 | $72 |
| Frontier | 9:38 AM – 11:59 PM — Frontier | 14 hr 21 min — SEA–SFO | 1 stop 8 hr 47 min DEN | 252 kg CO2e +102% emissions | 0 0 | $78 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| United | 7:33 AM – 9:47 AM | 2 hr 14 min SEA–SFO | Nonstop | 128 kg CO2e Avg emissions | 0 · 0 | $79 | |
| United | 4:25 PM – 6:39 PM | 2 hr 14 min SEA–SFO | Nonstop | 128 kg CO2e Avg emissions | 0 · 0 | $79 | |
| Alaska | 4:30 PM – 9:45 PM | 5 hr 15 min SEA–SFO | 1 stop 2 hr 27 min PDX | 150 kg CO2e +20% emissions | 1 · 0 | $88 | |
| Alaska | 6:25 AM – 1:38 PM | 7 hr 13 min SEA–SFO | 1 stop 3 hr 1 min LAS | 213 kg CO2e +70% emissions | 1 · 0 | $91 | |
| Alaska · Operated by SkyWest Airlines as Alask… | 6:40 AM – 12:30 PM | 5 hr 50 min SEA–SFO | 1 stop 1 hr 46 min BUR | 227 kg CO2e +82% emissions | 1 · 0 | $91 | |
| Alaska | 8:20 AM – 1:38 PM | 5 hr 18 min SEA–SFO | 1 stop 1 hr 6 min LAS | 196 kg CO2e +57% emissions | 1 · 0 | $91 | |
| United | 12:55 PM – 3:09 PM | 2 hr 14 min SEA–SFO | Nonstop | 111 kg CO2e -11% emissions | 0 · 0 | $94 | |
| Delta · Operated by SkyWest DBA Delta Connec… | 1:38 PM – 3:56 PM | 2 hr 18 min SEA–SFO | Nonstop | 135 kg CO2e +8% emissions | 1 · 0 | $104 | |
| Alaska · Operated by Horizon Air as Alaska Hor… | 6:45 AM – 4:39 PM | 9 hr 54 min SEA–SFO | 1 stop 7 hr 8 min PDX | 202 kg CO2e +62% emissions | 1 · 0 | $107 | |

| | Time | Duration | Stops | Emissions | Bags | Price |
|---|---|---|---|---|---|---|
| | 6:45 AM – 9:45 PM<br>Alaska · Operated by Horizon Air as Alaska Hor… | 15 hr<br>SEA–SFO | 1 stop<br>12 hr 13 min PDX | 164 kg CO2e<br>+31% emissions | 1 · 0 | $107 |
| | 7:15 AM – 4:39 PM<br>Alaska · Operated by Horizon Air as Alaska Hor… | 9 hr 24 min<br>SEA–SFO | 1 stop<br>6 hr 38 min PDX | 202 kg CO2e<br>+62% emissions | 1 · 0 | $107 |
| | 7:15 AM – 9:45 PM<br>Alaska · Operated by Horizon Air as Alaska Hor… | 14 hr 30 min<br>SEA–SFO | 1 stop<br>11 hr 43 min PDX | 164 kg CO2e<br>+31% emissions | 1 · 0 | $107 |
| | 7:45 AM – 4:39 PM<br>Alaska · Operated by Horizon Air as Alaska Hor… | 8 hr 54 min<br>SEA–SFO | 1 stop<br>6 hr 8 min PDX | 202 kg CO2e<br>+62% emissions | 1 · 0 | $107 |
| | 7:45 AM – 9:45 PM<br>Alaska · Operated by Horizon Air as Alaska Hor… | 14 hr<br>SEA–SFO | 1 stop<br>11 hr 13 min PDX | 164 kg CO2e<br>+31% emissions | 1 · 0 | $107 |
| | 8:45 AM – 4:39 PM<br>Alaska · Operated by Horizon Air as Alaska Hor… | 7 hr 54 min<br>SEA–SFO | 1 stop<br>5 hr 8 min PDX | 202 kg CO2e<br>+62% emissions | 1 · 0 | $107 |
| | 8:45 AM – 9:45 PM<br>Alaska · Operated by Horizon Air as Alaska Hor… | 13 hr<br>SEA–SFO | 1 stop<br>10 hr 13 min PDX | 164 kg CO2e<br>+31% emissions | 1 · 0 | $107 |
| | 4:30 PM – 8:51 AM+1<br>Alaska | 16 hr 21 min<br>SEA–SFO | 1 stop ⚠<br>13 hr 32 min PDX | 169 kg CO2e<br>+35% emissions | 1 · 0 | $107 |
| | 7:45 PM – 8:51 AM+1<br>Alaska | 13 hr 6 min<br>SEA–SFO | 1 stop ⚠<br>10 hr 17 min PDX | 168 kg CO2e<br>+34% emissions | 1 · 0 | $107 |

| | | | | | |
|---|---|---|---|---|---|
| Alaska | 8:45 PM – 8:51 AM[+1] | 12 hr 6 min  SEA–SFO | 1 stop ⚠  9 hr 17 min PDX | 169 kg $CO_2e$  +35% emissions ⓘ | 1🧳 ·0🚫  $107 |
| Alaska | 9:45 PM – 8:51 AM[+1] | 11 hr 6 min  SEA–SFO | 1 stop ⚠  8 hr 17 min PDX | 164 kg $CO_2e$  +31% emissions ⓘ | 1🧳 ·0🚫  $107 |
| Alaska · Operated by SkyWest Airlines as Alask… | 9:45 PM – 6:00 PM[+1] | 20 hr 15 min  SEA–SFO | 1 stop ⚠  17 hr 31 min PDX | 183 kg $CO_2e$  +46% emissions ⓘ | 1🧳 ·0🚫  $107 |
| Alaska | 10:49 PM – 8:51 AM[+1] | 10 hr 2 min  SEA–SFO | 1 stop ⚠  7 hr 16 min PDX | 157 kg $CO_2e$  +26% emissions ⓘ | 1🧳 ·0🚫  $107 |
| Alaska · Operated by SkyWest Airlines as Alask… | 10:49 PM – 6:00 PM[+1] | 19 hr 11 min  SEA–SFO | 1 stop ⚠  16 hr 30 min PDX | 175 kg $CO_2e$  +40% emissions ⓘ | 1🧳 ·0🚫  $107 |
| Delta | 7:00 AM – 1:29 PM | 6 hr 29 min  SEA–SFO | 1 stop  2 hr 21 min LAX | 218 kg $CO_2e$  +74% emissions ⓘ | 1🧳 ·0🚫  $108 |
| Delta | 5:30 PM – 11:49 PM | 6 hr 19 min  SEA–SFO | 1 stop  2 hr 10 min LAX | 210 kg $CO_2e$  +68% emissions ⓘ | 1🧳 ·0🚫  $108 |
| Alaska · American | 7:00 AM – 9:14 AM | 2 hr 14 min  SEA–SFO | Nonstop | 114 kg $CO_2e$  -9% emissions ⓘ | 1🧳 ·0🚫  $109 |
| Alaska · American | 9:16 AM – 11:30 AM | 2 hr 14 min  SEA–SFO | Nonstop | 114 kg $CO_2e$  -9% emissions ⓘ | 1🧳 ·0🚫  $109 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 7:56 PM – 10:06 PM  Alaska · American | 2 hr 10 min  SEA–SFO | Nonstop | 114 kg CO2e  -9% emissions | 1 · 0 | $109 | |
| 7:12 PM – 7:59 AM+1  Alaska · Operated by SkyWest Airlines as Alask… | 12 hr 47 min  SEA–SFO | 1 stop ⚠  8 hr 36 min LAX | 246 kg CO2e  +97% emissions | 1 · 0 | $117 | ⌄ |
| 9:15 PM – 7:59 AM+1  Alaska · Operated by SkyWest Airlines as Alask… | 10 hr 44 min  SEA–SFO | 1 stop ⚠  6 hr 34 min LAX | 221 kg CO2e  +77% emissions | 1 · 0 | $117 | ⌄ |
| 6:45 AM – 5:27 PM  United | 10 hr 42 min  SEA–SFO | 1 stop  6 hr 32 min LAX | 204 kg CO2e  +63% emissions | 0 · 0 | $117 | ⌄ |
| 6:45 AM – 7:29 PM  United | 12 hr 44 min  SEA–SFO | 1 stop  8 hr 34 min LAX | 212 kg CO2e  +70% emissions | 0 · 0 | $117 | ⌄ |
| 6:45 AM – 8:29 PM  United | 13 hr 44 min  SEA–SFO | 1 stop  9 hr 34 min LAX | 212 kg CO2e  +70% emissions | 0 · 0 | $117 | ⌄ |
| 6:45 AM – 11:59 PM  United | 17 hr 14 min  SEA–SFO | 1 stop  13 hr 4 min LAX | 217 kg CO2e  +74% emissions | 0 · 0 | $117 | ⌄ |
| 7:00 AM – 1:40 PM  American · Operated by SkyWest Airlines as A… | 6 hr 40 min  SEA–SFO | 1 stop  2 hr 16 min LAX | 329 kg CO2e  +163% emissions | 1 · 0 | $118 | ⌄ |
| 1:16 PM – 7:18 PM  Alaska · Operated by SkyWest Airlines as Alask… | 6 hr 2 min  SEA–SFO | 1 stop  1 hr 45 min LAS | 219 kg CO2e  +75% emissions | 1 · 0 | $121 | ⌄ |

| | | | | | | |
|---|---|---|---|---|---|---|
| | 8:20 AM – 7:18 PM<br>Alaska · Operated by SkyWest Airlines as Alask… | 10 hr 58 min<br>SEA–SFO | 1 stop<br>6 hr 41 min LAS | 219 kg CO2e<br>+75% emissions | 1 · 0 | $127 |
| | 10:31 AM – 7:18 PM<br>Alaska · Operated by SkyWest Airlines as Alask… | 8 hr 47 min<br>SEA–SFO | 1 stop<br>4 hr 30 min LAS | 235 kg CO2e<br>+88% emissions | 1 · 0 | $127 |
| | 7:50 PM – 1:38 PM+1<br>Alaska | 17 hr 48 min<br>SEA–SFO | 1 stop ⚠<br>13 hr 39 min LAS | 219 kg CO2e<br>+75% emissions | 1 · 0 | $127 |
| | 7:59 PM – 7:58 AM+1<br>Alaska · Operated by SkyWest Airlines as Alask… | 11 hr 59 min<br>SEA–SFO | 1 stop ⚠<br>7 hr 34 min SAN | 259 kg CO2e<br>+107% emissions | 1 · 0 | $127 |
| | 9:00 PM – 7:58 AM+1<br>Alaska · Operated by SkyWest Airlines as Alask… | 10 hr 58 min<br>SEA–SFO | 1 stop ⚠<br>6 hr 36 min SAN | 259 kg CO2e<br>+107% emissions | 1 · 0 | $127 |
| | 9:28 PM – 1:38 PM+1<br>Alaska | 16 hr 10 min<br>SEA–SFO | 1 stop ⚠<br>12 hr 1 min LAS | 202 kg CO2e<br>+62% emissions | 1 · 0 | $127 |
| | 11:33 AM – 1:47 PM<br>Alaska | 2 hr 14 min<br>SEA–SFO | Nonstop | 114 kg CO2e<br>-9% emissions | 1 · 0 | $129 |
| | 1:30 PM – 3:44 PM<br>Alaska | 2 hr 14 min<br>SEA–SFO | Nonstop | 114 kg CO2e<br>-9% emissions | 1 · 0 | $129 |
| | 2:30 PM – 4:40 PM<br>Alaska | 2 hr 10 min<br>SEA–SFO | Nonstop | 146 kg CO2e<br>+17% emissions | 1 · 0 | $129 |

| Time | Airline | Duration | Route | Stops | Emissions | | Bags | Price |
|---|---|---|---|---|---|---|---|---|
| 3:40 PM – 5:50 PM | Alaska | 2 hr 10 min | SEA–SFO | Nonstop | 114 kg CO2e | -9% emissions | 1 · 0 | $129 |
| 6:45 AM – 12:14 PM | Alaska · Operated by Horizon Air as Alaska Hor… | 5 hr 29 min | SEA–SFO | 1 stop, 2 hr 43 min PDX | 202 kg CO2e | +62% emissions | 1 · 0 | $131 |
| 7:15 AM – 12:14 PM | Alaska · Operated by Horizon Air as Alaska Hor… | 4 hr 59 min | SEA–SFO | 1 stop, 2 hr 13 min PDX | 202 kg CO2e | +62% emissions | 1 · 0 | $131 |
| 7:45 AM – 12:14 PM | Alaska · Operated by Horizon Air as Alaska Hor… | 4 hr 29 min | SEA–SFO | 1 stop, 1 hr 43 min PDX | 202 kg CO2e | +62% emissions | 1 · 0 | $131 |
| 7:45 AM – 2:19 PM | Alaska · Operated by Horizon Air as Alaska Hor… | 6 hr 34 min | SEA–SFO | 1 stop, 3 hr 48 min PDX | 202 kg CO2e | +62% emissions | 1 · 0 | $131 |
| 8:45 AM – 12:14 PM | Alaska · Operated by Horizon Air as Alaska Hor… | 3 hr 29 min | SEA–SFO | 1 stop, 43 min PDX | 202 kg CO2e | +62% emissions | 1 · 0 | $131 |
| 8:45 AM – 2:19 PM | Alaska · Operated by Horizon Air as Alaska Hor… | 5 hr 34 min | SEA–SFO | 1 stop, 2 hr 48 min PDX | 202 kg CO2e | +62% emissions | 1 · 0 | $131 |
| 9:45 PM – 10:38 AM+1 | Alaska · Operated by SkyWest Airlines as Alask… | 12 hr 53 min | SEA–SFO | 2 stops, PDX, BOI | 276 kg CO2e | +121% emissions | 1 · 0 | $132 |
| 10:49 PM – 10:38 AM+1 | Alaska · Operated by SkyWest Airlines as Alask… | 11 hr 49 min | SEA–SFO | 2 stops, PDX, BOI | 268 kg CO2e | +114% emissions | 1 · 0 | $132 |

| | 6:45 AM – 9:49 PM  United | 15 hr 4 min  SEA–SFO | 1 stop  10 hr 54 min LAX | 217 kg CO2e  +74% emissions | 0 · 0 | $134 |
|---|---|---|---|---|---|---|
| | 2:25 PM – 10:38 AM[+1]  Alaska · Operated by Horizon Air as Alaska Hor… | 20 hr 13 min  SEA–SFO | 1 stop ⚠  17 hr 3 min BOI | 243 kg CO2e  +94% emissions | 1 · 0 | $137 |
| | 3:50 PM – 10:38 AM[+1]  Alaska · Operated by Horizon Air as Alaska Hor… | 18 hr 48 min  SEA–SFO | 1 stop ⚠  15 hr 38 min BOI | 243 kg CO2e  +94% emissions | 1 · 0 | $137 |
| | 5:54 PM – 10:38 AM[+1]  Alaska · Operated by SkyWest Airlines as Alask… | 16 hr 44 min  SEA–SFO | 1 stop ⚠  13 hr 33 min BOI | 243 kg CO2e  +94% emissions | 1 · 0 | $137 |
| | 7:12 PM – 10:06 AM[+1]  Alaska · Operated by SkyWest Airlines as Alask… | 14 hr 54 min  SEA–SFO | 1 stop ⚠  10 hr 43 min LAX | 246 kg CO2e  +97% emissions | 1 · 0 | $137 |
| | 9:15 PM – 10:06 AM[+1]  Alaska · Operated by SkyWest Airlines as Alask… | 12 hr 51 min  SEA–SFO | 1 stop ⚠  8 hr 41 min LAX | 221 kg CO2e  +77% emissions | 1 · 0 | $137 |
| | 9:15 PM – 3:26 PM[+1]  Alaska · Operated by SkyWest Airlines as Alask… | 18 hr 11 min  SEA–SFO | 1 stop ⚠  14 hr 1 min LAX | 221 kg CO2e  +77% emissions | 1 · 0 | $137 |
| | 9:21 PM – 10:38 AM[+1]  Alaska · Operated by Horizon Air as Alaska Hor… | 13 hr 17 min  SEA–SFO | 1 stop ⚠  10 hr 7 min BOI | 243 kg CO2e  +94% emissions | 1 · 0 | $137 |
| | 7:45 PM – 12:14 PM[+1]  Alaska · Operated by Horizon Air as Alaska Hor… | 16 hr 29 min  SEA–SFO | 1 stop ⚠  13 hr 42 min PDX | 186 kg CO2e  +49% emissions | 1 · 0 | $137 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | 7:45 PM – 4:39 PM[+1]<br>Alaska · Operated by SkyWest Airlines as Alask… | 20 hr 54 min<br>SEA–SFO | 1 stop ⚠<br>18 hr 7 min PDX | 186 kg CO2e<br>+49% emissions ⓘ | 1 🧳 · 0 🚫 | $137 |
| | 8:45 PM – 12:14 PM[+1]<br>Alaska · Operated by Horizon Air as Alaska Hor… | 15 hr 29 min<br>SEA–SFO | 1 stop ⚠<br>12 hr 42 min PDX | 188 kg CO2e<br>+50% emissions ⓘ | 1 🧳 · 0 🚫 | $137 ⌄ |
| | 8:45 PM – 2:19 PM[+1]<br>Alaska · Operated by Horizon Air as Alaska Hor… | 17 hr 34 min<br>SEA–SFO | 1 stop ⚠<br>14 hr 47 min PDX | 188 kg CO2e<br>+50% emissions ⓘ | 1 🧳 · 0 🚫 | $137 ⌄ |
| | 8:45 PM – 4:39 PM[+1]<br>Alaska · Operated by SkyWest Airlines as Alask… | 19 hr 54 min<br>SEA–SFO | 1 stop ⚠<br>17 hr 7 min PDX | 188 kg CO2e<br>+50% emissions ⓘ | 1 🧳 · 0 🚫 | $137 ⌄ |
| | 9:45 PM – 12:14 PM[+1]<br>Alaska · Operated by Horizon Air as Alaska Hor… | 14 hr 29 min<br>SEA–SFO | 1 stop ⚠<br>11 hr 42 min PDX | 183 kg CO2e<br>+46% emissions ⓘ | 1 🧳 · 0 🚫 | $137 ⌄ |
| | 9:45 PM – 2:19 PM[+1]<br>Alaska · Operated by Horizon Air as Alaska Hor… | 16 hr 34 min<br>SEA–SFO | 1 stop ⚠<br>13 hr 47 min PDX | 183 kg CO2e<br>+46% emissions ⓘ | 1 🧳 · 0 🚫 | $137 ⌄ |
| | 9:45 PM – 4:39 PM[+1]<br>Alaska · Operated by SkyWest Airlines as Alask… | 18 hr 54 min<br>SEA–SFO | 1 stop ⚠<br>16 hr 7 min PDX | 183 kg CO2e<br>+46% emissions ⓘ | 1 🧳 · 0 🚫 | $137 ⌄ |
| | 10:49 PM – 12:14 PM[+1]<br>Alaska · Operated by Horizon Air as Alaska Hor… | 13 hr 25 min<br>SEA–SFO | 1 stop ⚠<br>10 hr 41 min PDX | 175 kg CO2e<br>+40% emissions ⓘ | 1 🧳 · 0 🚫 | $137 ⌄ |
| | 10:49 PM – 2:19 PM[+1]<br>Alaska · Operated by Horizon Air as Alaska Hor… | 15 hr 30 min<br>SEA–SFO | 1 stop ⚠<br>12 hr 46 min PDX | 175 kg CO2e<br>+40% emissions ⓘ | 1 🧳 · 0 🚫 | $137 ⌄ |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | 10:49 PM – 4:39 PM[+1]<br>Alaska · Operated by SkyWest Airlines as Alask… | 17 hr 50 min<br>SEA–SFO | 1 stop ⚠<br>15 hr 6 min PDX | 175 kg CO2e<br>+40% emissions ⓘ | | 1 🧳 ·0 🚫 | $137 |
| | 4:43 PM – 7:23 AM[+1]<br>United | 14 hr 40 min<br>SEA–SFO | 1 stop ⚠<br>10 hr 34 min LAX | 212 kg CO2e<br>+70% emissions ⓘ | 0 🚫 ·0 🚫 | $137 | ⌄ |
| | 2:10 PM – 8:15 PM<br>Delta | 6 hr 5 min<br>SEA–SFO | 1 stop<br>1 hr 56 min LAX | 216 kg CO2e<br>+73% emissions ⓘ | 1 🧳 ·0 🚫 | $138 | ⌄ |
| | 11:30 AM – 4:44 PM<br>Delta | 5 hr 14 min<br>SEA–SFO | 1 stop<br>57 min LAX | 196 kg CO2e<br>+57% emissions ⓘ | 1 🧳 ·0 🚫 | $146 | ⌄ |
| | 7:59 PM – 9:45 AM[+1]<br>Alaska · Operated by SkyWest Airlines as Alask… | 13 hr 46 min<br>SEA–SFO | 1 stop ⚠<br>9 hr 21 min SAN | 259 kg CO2e<br>+107% emissions ⓘ | 1 🧳 ·0 🚫 | $147 | ⌄ |
| | 9:00 PM – 9:45 AM[+1]<br>Alaska · Operated by SkyWest Airlines as Alask… | 12 hr 45 min<br>SEA–SFO | 1 stop ⚠<br>8 hr 23 min SAN | 259 kg CO2e<br>+107% emissions ⓘ | 1 🧳 ·0 🚫 | $147 | ⌄ |
| | 9:00 PM – 1:18 PM[+1]<br>Alaska · Operated by SkyWest Airlines as Alask… | 16 hr 18 min<br>SEA–SFO | 1 stop ⚠<br>11 hr 56 min SAN | 259 kg CO2e<br>+107% emissions ⓘ | 1 🧳 ·0 🚫 | $147 | ⌄ |
| | 1:45 PM – 7:59 AM[+1]<br>Alaska · Operated by SkyWest Airlines as Alask… | 18 hr 14 min<br>SEA–SFO | 1 stop ⚠<br>13 hr 58 min LAX | 239 kg CO2e<br>+91% emissions ⓘ | 1 🧳 ·0 🚫 | $147 | ⌄ |
| | 5:42 PM – 7:59 AM[+1]<br>Alaska · Operated by SkyWest Airlines as Alask… | 14 hr 17 min<br>SEA–SFO | 1 stop ⚠<br>10 hr 6 min LAX | 239 kg CO2e<br>+91% emissions ⓘ | 1 🧳 ·0 🚫 | $147 | ⌄ |

| | Time | Duration | Stops | Emissions | Bags | Price |
|---|---|---|---|---|---|---|
| Alaska | 7:26 PM – 10:15 AM+1<br>Alaska · Operated by SkyWest Airlines as Alask… | 14 hr 49 min<br>SEA–SFO | 1 stop ⚠️<br>10 hr 48 min BUR | 265 kg CO2e<br>+112% emissions ⓘ | 1 · 0 | $147 |
| Alaska | 5:55 PM – 8:05 PM<br>Alaska · American | 2 hr 10 min<br>SEA–SFO | Nonstop | 99 kg CO2e<br>-21% emissions ⓘ | 1 · 0 | $149 |
| Alaska | 1:05 PM – 7:31 PM<br>Alaska · Operated by SkyWest Airlines as Alask… | 6 hr 26 min<br>SEA–SFO | 1 stop<br>1 hr 58 min SAN | 266 kg CO2e<br>+113% emissions ⓘ | 1 · 0 | $151 |
| Southwest | 2:55 PM – 10:15 PM<br>Southwest | 7 hr 20 min<br>SEA–SFO | 1 stop<br>2 hr 30 min PHX | 242 kg CO2e<br>+94% emissions ⓘ | 1 · 2 | $153 |
| Alaska | 1:05 PM – 7:58 AM+1<br>Alaska · Operated by SkyWest Airlines as Alask… | 18 hr 53 min<br>SEA–SFO | 1 stop ⚠️<br>14 hr 23 min SAN | 266 kg CO2e<br>+113% emissions ⓘ | 1 · 0 | $157 |
| Alaska | 2:55 PM – 7:58 AM+1<br>Alaska · Operated by SkyWest Airlines as Alask… | 17 hr 3 min<br>SEA–SFO | 1 stop ⚠️<br>12 hr 38 min SAN | 266 kg CO2e<br>+113% emissions ⓘ | 1 · 0 | $157 |
| United | 4:43 PM – 7:47 AM+1<br>United | 15 hr 4 min<br>SEA–SFO | 1 stop ⚠️<br>Change of airport | 237 kg CO2e<br>+90% emissions ⓘ | 0 · 0 | $157 |
| Southwest | 8:20 AM – 6:55 PM<br>Southwest | 10 hr 35 min<br>SEA–SFO | 2 stops<br>SMF, LAX | 311 kg CO2e<br>+149% emissions ⓘ | 1 · 2 | $164 |
| American | 7:00 AM – 5:40 PM<br>American · Operated by SkyWest Airlines as A… | 10 hr 40 min<br>SEA–SFO | 1 stop<br>6 hr 18 min LAX | 334 kg CO2e<br>+167% emissions ⓘ | 1 · 0 | $167 |

| | 10:20 AM – 12:34 PM<br>Alaska · Operated by SkyWest Airlines as Alask… | 2 hr 14 min<br>SEA–SFO | Nonstop | 143 kg CO2e<br>+14% emissions ⓘ | 1 🧳 · 0 🚫 | $169 | |
|---|---|---|---|---|---|---|---|
| | 9:52 AM – 12:13 PM<br>Delta | 2 hr 21 min<br>SEA–SFO | Nonstop | 120 kg CO2e<br>Avg emissions ⓘ | 1 🧳 · 0 🚫 | $169 | ⌄ |
| | 9:15 PM – 12:26 PM+1<br>Alaska · Operated by SkyWest Airlines as Alask… | 15 hr 11 min<br>SEA–SFO | 1 stop ⚠️<br>11 hr 1 min LAX | 221 kg CO2e<br>+77% emissions ⓘ | 1 🧳 · 0 🚫 | $182 | ⌄ |
| | 1:45 PM – 7:04 PM<br>Alaska · Operated by SkyWest Airlines as Alask… | 5 hr 19 min<br>SEA–SFO | 1 stop<br>1 hr 5 min LAX | 239 kg CO2e<br>+91% emissions ⓘ | 1 🧳 · 0 🚫 | $186 | ⌄ |
| | 5:45 PM – 9:45 PM<br>Alaska · Operated by Horizon Air as Alaska Hor… | 4 hr<br>SEA–SFO | 1 stop<br>1 hr 17 min PDX | 164 kg CO2e<br>+31% emissions ⓘ | 1 🧳 · 0 🚫 | $191 | ⌄ |
| | 7:45 PM – 7:59 AM+1<br>Alaska · Operated by SkyWest Airlines as Alask… | 12 hr 14 min<br>SEA–SFO | 1 stop ⚠️<br>Change of airport | 242 kg CO2e<br>+94% emissions ⓘ | 1 🧳 · 0 🚫 | $207 | ⌄ |
| | 6:45 AM – 11:54 AM<br>United | 5 hr 9 min<br>SEA–SFO | 1 stop<br>54 min LAX | 204 kg CO2e<br>+63% emissions ⓘ | 0 🚫 · 0 🚫 | $208 | ⌄ |
| | 8:59 AM – 2:33 PM<br>Separate tickets booked together · Alaska, Wes… | 5 hr 34 min<br>SEA–SFO | 1 stop<br>2 hr YVR | 178 kg CO2e<br>+42% emissions ⓘ | 1 🧳 · 0 🚫 | $216 | ⌄ |
| | 5:00 AM – 11:40 AM<br>Southwest | 6 hr 40 min<br>SEA–SFO | 1 stop<br>1 hr 25 min DEN | 234 kg CO2e<br>+87% emissions ⓘ | 1 🧳 · 2 🧳 | $223 | ⌄ |

| | | | | | | |
|---|---|---|---|---|---|---|
| Southwest | 9:30 AM – 5:10 PM | 7 hr 40 min SEA–SFO | 1 stop 3 hr 25 min LAS | 232 kg CO2e +86% emissions | 1 · 2 | $223 |
| Southwest | 5:00 AM – 3:45 PM | 10 hr 45 min SEA–SFO | 1 stop 5 hr 35 min DEN | 234 kg CO2e +87% emissions | 1 · 2 | $229 |
| Southwest | 2:10 PM – 10:20 PM | 8 hr 10 min SEA–SFO | 1 stop 2 hr 40 min DEN | 234 kg CO2e +87% emissions | 1 · 2 | $237 |
| American | 12:21 AM – 12:29 PM | 12 hr 8 min SEA–SFO | 1 stop 4 hr 10 min DFW | 420 kg CO2e +236% emissions | 1 · 0 | $243 |
| United | 11:49 PM – 12:12 PM+1 | 12 hr 23 min SEA–SFO | 1 stop 4 hr 6 min IAH | 432 kg CO2e +246% emissions | 0 · 0 | $243 |
| American | 1:10 AM – 2:50 PM | 13 hr 40 min SEA–SFO | 1 stop 5 hr 55 min DFW | 420 kg CO2e +236% emissions | 1 · 0 | $247 |
| American | 10:18 AM – 12:25 AM+1 | 14 hr 7 min SEA–SFO | 1 stop 6 hr 28 min DFW | 420 kg CO2e +236% emissions | 1 · 0 | $267 |
| Southwest | 2:25 PM – 9:50 PM | 7 hr 25 min SEA–SFO | 1 stop 3 hr 5 min LAS | 243 kg CO2e +94% emissions | 1 · 2 | $273 |
| American | 12:21 AM – 2:50 PM | 14 hr 29 min SEA–SFO | 1 stop 6 hr 45 min DFW | 420 kg CO2e +236% emissions | 1 · 0 | $292 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Delta | 12:20 PM – 12:04 AM[+1] Delta · Operated by SkyWest DBA Delta Connec… | 11 hr 44 min SEA–SFO | 2 stops PDX, SLC | 286 kg CO2e +129% emissions | 1 · 0 | $308 | |
| | 10:51 PM – 7:50 AM[+1] Alaska, United · Operated by Horizon Air as Ala… | 8 hr 59 min SEA–SFO | 1 stop ⚠ 6 hr 20 min EUG | 184 kg CO2e +47% emissions | 1 · 0 | $334 | ⌄ |
| | 10:59 PM – 7:45 AM[+1] Alaska, United · Operated by Horizon Air as Ala… | 8 hr 46 min SEA–SFO | 1 stop ⚠ 6 hr 1 min RDM | 189 kg CO2e +51% emissions | 1 · 0 | $347 | ⌄ |
| | 10:05 PM – 7:14 AM[+1] Alaska, United | 9 hr 9 min SEA–SFO | 1 stop ⚠ 6 hr 2 min RNO | 166 kg CO2e +33% emissions | 1 · 0 | $353 | ⌄ |
| American | 11:48 AM – 12:25 AM[+1] American | 12 hr 37 min SEA–SFO | 1 stop 4 hr 55 min DFW | 382 kg CO2e +206% emissions | 1 · 0 | $433 | ⌄ |
| American | 12:21 AM – 8:45 AM American | 8 hr 24 min SEA–SFO | 1 stop 40 min DFW | 420 kg CO2e +236% emissions | 1 · 0 | $473 | ⌄ |
| American | 12:21 AM – 10:01 AM American | 9 hr 40 min SEA–SFO | 1 stop 1 hr 56 min DFW | 420 kg CO2e +236% emissions | 1 · 0 | $473 | ⌄ |
| American | 1:10 AM – 10:01 AM American | 8 hr 51 min SEA–SFO | 1 stop 1 hr 6 min DFW | 420 kg CO2e +236% emissions | 1 · 0 | $473 | ⌄ |
| American | 1:10 AM – 12:29 PM American | 11 hr 19 min SEA–SFO | 1 stop 3 hr 20 min DFW | 420 kg CO2e +236% emissions | 1 · 0 | $473 | ⌄ |

| | 1:38 PM – 12:25 AM[+1] American | 10 hr 47 min SEA–SFO | 1 stop 3 hr 4 min DFW | 420 kg CO2e +236% emissions | 1 · 0 | $473 |
|---|---|---|---|---|---|---|
| | 3:46 PM – 12:25 AM[+1] American | 8 hr 39 min SEA–SFO | 1 stop 59 min DFW | 420 kg CO2e +236% emissions | 1 · 0 | $473 |
| | 1:39 PM – 12:04 AM[+1] Delta · Operated by SkyWest DBA Delta Connec… | 10 hr 25 min SEA–SFO | 2 stops PDX, SLC | 286 kg CO2e +129% emissions | 1 · 0 | $498 |
| | 5:15 PM – 12:04 AM[+1] Delta | 6 hr 49 min SEA–SFO | 1 stop 2 hr 44 min SLC | 231 kg CO2e +85% emissions | 1 · 0 | $702 |

Hide 110 flights

Language · English (United States)    Location · United States    Currency · USD

About    Privacy    Terms    Join user studies    Feedback    Help Center

Displayed currencies may differ from the currencies used to purchase flights. Learn more