# EXHIBIT 55



 Prices are currently low — $130 cheaper than usual for your search     View price history

## Other flights

| | Times | Airline | Duration | Route | Stops | Layover | Emissions | Baggage | Price |
|---|---|---|---|---|---|---|---|---|---|
| Delta | 5:30 AM – 5:09 PM | Delta · Operated by SkyWest DBA Delta Connec… | 9 hr 39 min | SEA–MAF | 2 stops | SLC, AUS | 368 kg CO2e +10% emissions | 1 ·0 | $113 |
| United | 7:45 PM – 8:52 AM+1 | United · Operated by SkyWest DBA United Expr… | 11 hr 7 min | SEA–MAF | 2 stops | SFO, IAH | 437 kg CO2e +30% emissions | 0 ·0 | $139 |
| American | 5:55 PM – 8:43 AM+1 | American · Operated by SkyWest Airlines as A… | 12 hr 48 min | SEA–MAF | 1 stop ⚠ | 7 hr 17 min DFW | 328 kg CO2e Avg emissions | 1 ·0 | $147 |
| American | 5:55 PM – 9:39 AM+1 | American · Operated by Envoy Air as American … | 13 hr 44 min | SEA–MAF | 1 stop ⚠ | 8 hr 20 min DFW | 308 kg CO2e -8% emissions | 1 ·0 | $147 |
| American | 5:55 PM – 11:54 AM+1 | American · Operated by Envoy Air as American … | 15 hr 59 min | SEA–MAF | 1 stop ⚠ | 10 hr 27 min DFW | 308 kg CO2e -8% emissions | 1 ·0 | $147 |
| American | 5:55 PM – 1:58 PM+1 | American · Operated by Envoy Air as American … | 18 hr 3 min | SEA–MAF | 1 stop ⚠ | 12 hr 38 min DFW | 308 kg CO2e -8% emissions | 1 ·0 | $147 |
| American | 5:55 PM – 4:39 PM+1 | American · Operated by Envoy Air as American … | 20 hr 44 min | SEA–MAF | 1 stop ⚠ | 15 hr 32 min DFW | 308 kg CO2e -8% emissions | 1 ·0 | $147 |
| American | 5:55 PM – 5:46 PM+1 | | 21 hr 51 min | | 1 stop ⚠ | | 308 kg CO2e | 1 ·0 | $147 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| ✈ | American · Operated by Envoy Air as American … | SEA–MAF | 16 hr 37 min DFW | | | | |
| ✈ | 10:45 PM – 8:43 AM+1<br>Alaska, American · Operated by SkyWest Airlin… | 7 hr 58 min<br>SEA–MAF | 1 stop ⚠<br>2 hr 47 min DFW | 314 kg CO2e<br>-7% emissions ⓘ | 1🧳 ·0🚫 | $163 | ⌄ |
| ✈ | 10:51 PM – 1:58 PM+1<br>American · Operated by Envoy Air as American … | 13 hr 7 min<br>SEA–MAF | 2 stops<br>ORD, DFW | 425 kg CO2e<br>+26% emissions ⓘ | 1🧳 ·0🚫 | $178 | ⌄ |
| ✈ | 11:49 PM – 8:52 AM+1<br>United · Operated by SkyWest DBA United Expr… | 7 hr 3 min<br>SEA–MAF | 1 stop<br>1 hr 16 min IAH | 324 kg CO2e<br>Avg emissions ⓘ | 0🚫 ·0🚫 | $183 | ⌄ |
| ✈ | 5:55 PM – 3:35 PM+1<br>American · Operated by SkyWest Airlines as A… | 19 hr 40 min<br>SEA–MAF | 1 stop ⚠<br>14 hr 18 min DFW | 328 kg CO2e<br>Avg emissions ⓘ | 1🧳 ·0🚫 | $183 | ⌄ |
| ✈ | 7:45 PM – 11:13 AM+1<br>United · Operated by Mesa Airlines DBA United … | 13 hr 28 min<br>SEA–MAF | 2 stops<br>SFO, IAH | 463 kg CO2e<br>+38% emissions ⓘ | 0🚫 ·0🚫 | $188 | ⌄ |
| ✈ | 4:25 PM – 8:52 AM+1<br>United · Operated by SkyWest DBA United Expr… | 14 hr 27 min<br>SEA–MAF | 2 stops<br>SFO, IAH | 474 kg CO2e<br>+41% emissions ⓘ | 0🚫 ·0🚫 | $188 | ⌄ |
| ✈ | 4:25 PM – 8:52 AM+1<br>United · Operated by SkyWest DBA United Expr… | 14 hr 27 min<br>SEA–MAF | 2 stops<br>SFO, IAH | 500 kg CO2e<br>+49% emissions ⓘ | 0🚫 ·0🚫 | $188 | ⌄ |
| ✈ | 8:55 AM – 11:19 PM<br>United · Operated by Mesa Airlines DBA United … | 12 hr 24 min<br>SEA–MAF | 2 stops<br>SFO, IAH | 474 kg CO2e<br>+41% emissions ⓘ | 0🚫 ·0🚫 | $199 | ⌄ |
| ✈ | 7:45 PM – 11:13 AM+1<br>United · Operated by Mesa Airlines DBA United … | 13 hr 28 min<br>SEA–MAF | 2 stops<br>SFO, IAH | 437 kg CO2e<br>+30% emissions ⓘ | 0🚫 ·0🚫 | $199 | ⌄ |
| ✈ | 6:45 AM – 11:19 PM | 14 hr 34 min | 2 stops | 453 kg CO2e | | | ⌄ |

| | Time | Duration | Stops | Emissions | Route | Bags | Price |
|---|---|---|---|---|---|---|---|
| United | | | | SEA–MAF | LAX, IAH | +35% emissions | 0 0 $203 |
| Delta | 12:35 AM – 5:09 PM  Delta · Operated by SkyWest DBA Delta Connec… | 14 hr 34 min  SEA–MAF | 2 stops  MSP, AUS | 429 kg $CO_2e$  +28% emissions | | 1 0 | $204 |
| Delta | 9:15 PM – 11:52 AM[+1]  Delta · Operated by SkyWest DBA Delta Connec… | 12 hr 37 min  SEA–MAF | 2 stops  ATL, AUS | 446 kg $CO_2e$  +33% emissions | | 1 0 | $204 |
| American | 7:00 AM – 10:45 PM  American · Operated by SkyWest Airlines as A… | 13 hr 45 min  SEA–MAF | 2 stops  LAX, PHX | 479 kg $CO_2e$  +43% emissions | | 1 0 | $208 |
| American | 7:00 AM – 10:45 PM  American · Operated by SkyWest Airlines as A… | 13 hr 45 min  SEA–MAF | 2 stops  LAX, PHX | 479 kg $CO_2e$  +43% emissions | | 1 0 | $208 |
| United | 6:45 AM – 9:56 PM  United · Operated by Mesa Airlines DBA United … | 13 hr 11 min  SEA–MAF | 2 stops  LAX, IAH | 453 kg $CO_2e$  +35% emissions | | 0 0 | $223 |
| United | 6:45 AM – 9:58 PM  United · Operated by SkyWest DBA United Expr… | 13 hr 13 min  SEA–MAF | 2 stops  LAX, DEN | 503 kg $CO_2e$  +50% emissions | | 0 0 | $223 |
| United | 8:55 AM – 9:58 PM  United · Operated by SkyWest DBA United Expr… | 11 hr 3 min  SEA–MAF | 2 stops  SFO, DEN | 486 kg $CO_2e$  +45% emissions | | 0 0 | $223 |
| American | 10:51 PM – 11:54 AM[+1]  American · Operated by Envoy Air as American … | 11 hr 3 min  SEA–MAF | 2 stops  ORD, DFW | 418 kg $CO_2e$  +24% emissions | | 1 0 | $224 |
| American | 10:51 PM – 11:54 AM[+1]  American · Operated by Envoy Air as American … | 11 hr 3 min  SEA–MAF | 2 stops  ORD, DFW | 425 kg $CO_2e$  +26% emissions | | 1 0 | $224 |

| Airline | Times | Duration | Stops | Emissions | Bags | Price |
|---|---|---|---|---|---|---|
| American | 10:51 PM – 1:58 PM +1  American · Operated by Envoy Air as American … | 13 hr 7 min  SEA–MAF | 2 stops  ORD, DFW | 418 kg $CO_2e$  +24% emissions | 1 · 0 | $224 |
| United | 3:25 PM – 8:52 AM +1  United · Operated by SkyWest DBA United Expr… | 15 hr 27 min  SEA–MAF | 1 stop ⚠  9 hr 35 min IAH | 319 kg $CO_2e$  Avg emissions | 0 · 0 | $226 |
| United | 3:25 PM – 1:52 PM +1  United · Operated by SkyWest DBA United Expr… | 20 hr 27 min  SEA–MAF | 1 stop ⚠  14 hr 30 min IAH | 319 kg $CO_2e$  Avg emissions | 0 · 0 | $226 |
| United | 3:25 PM – 4:11 PM +1  United · Operated by Mesa Airlines DBA United … | 22 hr 46 min  SEA–MAF | 1 stop ⚠  16 hr 50 min IAH | 319 kg $CO_2e$  Avg emissions | 0 · 0 | $226 |
| United | 11:49 PM – 1:52 PM +1  United · Operated by SkyWest DBA United Expr… | 12 hr 3 min  SEA–MAF | 1 stop  6 hr 11 min IAH | 324 kg $CO_2e$  Avg emissions | 0 · 0 | $226 |
| United | 11:49 PM – 4:11 PM +1  United · Operated by Mesa Airlines DBA United … | 14 hr 22 min  SEA–MAF | 1 stop  8 hr 31 min IAH | 324 kg $CO_2e$  Avg emissions | 0 · 0 | $226 |
| United | 11:49 PM – 5:56 PM +1  United · Operated by Mesa Airlines DBA United … | 16 hr 7 min  SEA–MAF | 1 stop  10 hr 16 min IAH | 324 kg $CO_2e$  Avg emissions | 0 · 0 | $226 |
| United | 11:49 PM – 9:56 PM +1  United · Operated by Mesa Airlines DBA United … | 20 hr 7 min  SEA–MAF | 1 stop  14 hr 11 min IAH | 324 kg $CO_2e$  Avg emissions | 0 · 0 | $226 |
| United | 11:49 PM – 11:19 PM +1  United · Operated by Mesa Airlines DBA United … | 21 hr 30 min  SEA–MAF | 1 stop  15 hr 41 min IAH | 324 kg $CO_2e$  Avg emissions | 0 · 0 | $226 |

| Airline | Time | Duration | Stops | Emissions | Bags | Price |
|---|---|---|---|---|---|---|
| United | 6:45 AM – 11:19 PM<br>United · Operated by Mesa Airlines DBA United … | 14 hr 34 min<br>SEA–MAF | 2 stops<br>LAX, IAH | 453 kg CO2e<br>+35% emissions | 0, 0 | $231 |
| United | 7:45 PM – 1:52 PM+1<br>United · Operated by SkyWest DBA United Expr… | 16 hr 7 min<br>SEA–MAF | 2 stops<br>SFO, IAH | 437 kg CO2e<br>+30% emissions | 0, 0 | $231 |
| United | 7:45 PM – 1:52 PM+1<br>United · Operated by SkyWest DBA United Expr… | 16 hr 7 min<br>SEA–MAF | 2 stops<br>SFO, IAH | 463 kg CO2e<br>+38% emissions | 0, 0 | $231 |
| American | 10:51 PM – 1:58 PM+1<br>American · Operated by Envoy Air as American … | 13 hr 7 min<br>SEA–MAF | 2 stops<br>ORD, DFW | 418 kg CO2e<br>+24% emissions | 1, 0 | $231 |
| American | 10:51 PM – 4:39 PM+1<br>American · Operated by Envoy Air as American … | 15 hr 48 min<br>SEA–MAF | 2 stops<br>ORD, DFW | 418 kg CO2e<br>+24% emissions | 1, 0 | $231 |
| American | 10:51 PM – 4:39 PM+1<br>American · Operated by Envoy Air as American … | 15 hr 48 min<br>SEA–MAF | 2 stops<br>ORD, DFW | 418 kg CO2e<br>+24% emissions | 1, 0 | $231 |
| American | 10:51 PM – 4:39 PM+1<br>American · Operated by Envoy Air as American … | 15 hr 48 min<br>SEA–MAF | 2 stops<br>ORD, DFW | 425 kg CO2e<br>+26% emissions | 1, 0 | $231 |
| United | 11:49 PM – 11:13 AM+1<br>United · Operated by Mesa Airlines DBA United … | 9 hr 24 min<br>SEA–MAF | 1 stop<br>3 hr 33 min IAH | 324 kg CO2e<br>Avg emissions | 0, 0 | $233 |
| American | 5:55 PM – 7:59 PM+1<br>American · Operated by Envoy Air as American … | 24 hr 4 min<br>SEA–MAF | 1 stop ⚠<br>18 hr 52 min DFW | 308 kg CO2e<br>-8% emissions | 1, 0 | $234 |

| | | | | | | |
|---|---|---|---|---|---|---|
| American | 7:00 AM – 11:57 PM<br>American · Operated by SkyWest Airlines as A… | 14 hr 57 min<br>SEA–MAF | 2 stops<br>LAX, DFW | 502 kg CO2e<br>+49% emissions ⓘ | 1 🧳 ·0 🚫 | $247 |
| United | 6:45 AM – 9:58 PM<br>United · Operated by SkyWest DBA United Expr… | 13 hr 13 min<br>SEA–MAF | 2 stops<br>LAX, DEN | 493 kg CO2e<br>+47% emissions ⓘ | 0 🚫 ·0 🚫 | $253 |
| Delta | 7:15 AM – 11:53 PM<br>Delta · Operated by SkyWest DBA Delta Connec… | 14 hr 38 min<br>SEA–MAF | 2 stops<br>ATL, AUS | 508 kg CO2e<br>+51% emissions ⓘ | 1 🧳 ·0 🚫 | $254 |
| Delta | 1:30 PM – 11:53 PM<br>Delta · Operated by SkyWest DBA Delta Connec… | 8 hr 23 min<br>SEA–MAF | 2 stops<br>SLC, AUS | 336 kg CO2e<br>Avg emissions ⓘ | 1 🧳 ·0 🚫 | $254 |
| American | 7:20 AM – 8:43 AM+1<br>American · Operated by SkyWest Airlines as A… | 23 hr 23 min<br>SEA–MAF | 1 stop ⚠<br>17 hr 45 min DFW | 290 kg CO2e<br>-14% emissions ⓘ | 1 🧳 ·0 🚫 | $257 |
| American | 10:18 AM – 8:43 AM+1<br>American · Operated by SkyWest Airlines as A… | 20 hr 25 min<br>SEA–MAF | 1 stop ⚠<br>14 hr 58 min DFW | 328 kg CO2e<br>Avg emissions ⓘ | 1 🧳 ·0 🚫 | $257 |
| American | 10:18 AM – 9:39 AM+1<br>American · Operated by Envoy Air as American … | 21 hr 21 min<br>SEA–MAF | 1 stop ⚠<br>16 hr 1 min DFW | 308 kg CO2e<br>-8% emissions ⓘ | 1 🧳 ·0 🚫 | $257 |
| American | 10:18 AM – 11:54 AM+1<br>American · Operated by Envoy Air as American … | 23 hr 36 min<br>SEA–MAF | 1 stop ⚠<br>18 hr 8 min DFW | 308 kg CO2e<br>-8% emissions ⓘ | 1 🧳 ·0 🚫 | $257 |
| American | 1:38 PM – 8:43 AM+1<br>American · Operated by SkyWest Airlines as A… | 17 hr 5 min<br>SEA–MAF | 1 stop ⚠<br>11 hr 34 min DFW | 328 kg CO2e<br>Avg emissions ⓘ | 1 🧳 ·0 🚫 | $257 |

| | Time | Duration | Stops | Emissions | Bags | Price |
|---|---|---|---|---|---|---|
| American | 1:38 PM – 9:39 AM+1  <br>American · Operated by Envoy Air as American … | 18 hr 1 min  <br>SEA–MAF | 1 stop ⚠  <br>12 hr 37 min DFW | 308 kg CO2e  <br>-8% emissions | 1 🧳 · 0 🚫 | $257 |
| American | 1:38 PM – 11:54 AM+1  <br>American · Operated by Envoy Air as American … | 20 hr 16 min  <br>SEA–MAF | 1 stop ⚠  <br>14 hr 44 min DFW | 308 kg CO2e  <br>-8% emissions | 1 🧳 · 0 🚫 | $257 |
| American | 1:38 PM – 1:58 PM+1  <br>American · Operated by Envoy Air as American … | 22 hr 20 min  <br>SEA–MAF | 1 stop ⚠  <br>16 hr 55 min DFW | 308 kg CO2e  <br>-8% emissions | 1 🧳 · 0 🚫 | $257 |
| American | 1:10 AM – 11:57 PM  <br>American · Operated by Envoy Air as American … | 20 hr 47 min  <br>SEA–MAF | 1 stop  <br>15 hr 37 min DFW | 308 kg CO2e  <br>-8% emissions | 1 🧳 · 0 🚫 | $264 |
| American | 5:29 AM – 11:57 PM  <br>American · Operated by Envoy Air as American … | 16 hr 28 min  <br>SEA–MAF | 1 stop  <br>11 hr 17 min DFW | 308 kg CO2e  <br>-8% emissions | 1 🧳 · 0 🚫 | $264 |
| United | 3:25 PM – 11:13 AM+1  <br>United · Operated by Mesa Airlines DBA United … | 17 hr 48 min  <br>SEA–MAF | 1 stop ⚠  <br>11 hr 52 min IAH | 319 kg CO2e  <br>Avg emissions | 0 🚫 · 0 🚫 | $267 |
| American | 12:21 AM – 9:39 AM  <br>American · Operated by Envoy Air as American … | 7 hr 18 min  <br>SEA–MAF | 1 stop  <br>1 hr 58 min DFW | 308 kg CO2e  <br>-8% emissions | 1 🧳 · 0 🚫 | $268 |
| American | 1:10 AM – 9:39 AM  <br>American · Operated by Envoy Air as American … | 6 hr 29 min  <br>SEA–MAF | 1 stop  <br>1 hr 8 min DFW | 308 kg CO2e  <br>-8% emissions | 1 🧳 · 0 🚫 | $268 |
| American | 1:10 AM – 11:54 AM  <br>American · Operated by Envoy Air as American … | 8 hr 44 min  <br>SEA–MAF | 1 stop  <br>3 hr 15 min DFW | 308 kg CO2e  <br>-8% emissions | 1 🧳 · 0 🚫 | $268 |

| | 5:29 AM – 1:58 PM<br>American · Operated by Envoy Air as American … | 6 hr 29 min<br>SEA–MAF | 1 stop<br>1 hr 6 min DFW | 308 kg CO2e<br>-8% emissions | 1 · 0 | $268 |
| --- | --- | --- | --- | --- | --- | --- |
| | 5:29 AM – 3:35 PM<br>American · Operated by SkyWest Airlines as A… | 8 hr 6 min<br>SEA–MAF | 1 stop<br>2 hr 46 min DFW | 328 kg CO2e<br>Avg emissions | 1 · 0 | $268 |
| | 7:10 AM – 11:19 PM<br>United · Operated by Mesa Airlines DBA United … | 14 hr 9 min<br>SEA–MAF | 1 stop<br>8 hr 17 min IAH | 353 kg CO2e<br>Avg emissions | 0 · 0 | $271 |
| | 3:20 PM – 8:52 AM+1<br>United · Operated by SkyWest DBA United Expr… | 15 hr 32 min<br>SEA–MAF | 2 stops ⚠<br>DEN, IAH | 370 kg CO2e<br>+10% emissions | 0 · 0 | $276 |
| | 7:00 AM – 11:57 PM<br>American · Operated by SkyWest Airlines as A… | 14 hr 57 min<br>SEA–MAF | 2 stops<br>LAX, DFW | 471 kg CO2e<br>+40% emissions | 1 · 0 | $282 |
| | 7:10 AM – 9:56 PM<br>United · Operated by Mesa Airlines DBA United … | 12 hr 46 min<br>SEA–MAF | 1 stop<br>6 hr 47 min IAH | 353 kg CO2e<br>Avg emissions | 0 · 0 | $282 |
| | 10:51 PM – 4:39 PM+1<br>American · Operated by Envoy Air as American … | 15 hr 48 min<br>SEA–MAF | 2 stops<br>ORD, DFW | 418 kg CO2e<br>+24% emissions | 1 · 0 | $283 |
| | 12:21 AM – 11:57 PM<br>American · Operated by Envoy Air as American … | 21 hr 36 min<br>SEA–MAF | 1 stop<br>16 hr 27 min DFW | 308 kg CO2e<br>-8% emissions | 1 · 0 | $284 |
| | 1:10 AM – 1:58 PM<br>American · Operated by Envoy Air as American … | 10 hr 48 min<br>SEA–MAF | 1 stop<br>5 hr 26 min DFW | 308 kg CO2e<br>-8% emissions | 1 · 0 | $285 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| ✈ | 1:10 AM – 3:35 PM<br>American · Operated by SkyWest Airlines as A… | 12 hr 25 min<br>SEA–MAF | 1 stop<br>7 hr 6 min DFW | 328 kg CO2e<br>Avg emissions ⓘ | | 1 🧳 · 0 🚫 | $285 |
| ✈ | 1:10 AM – 5:46 PM<br>American · Operated by Envoy Air as American … | 14 hr 36 min<br>SEA–MAF | 1 stop<br>9 hr 25 min DFW | 308 kg CO2e<br>-8% emissions ⓘ | | 1 🧳 · 0 🚫 | $285 ⌄ |
| ✈ | 1:10 AM – 7:59 PM<br>American · Operated by Envoy Air as American … | 16 hr 49 min<br>SEA–MAF | 1 stop<br>11 hr 40 min DFW | 308 kg CO2e<br>-8% emissions ⓘ | | 1 🧳 · 0 🚫 | $285 ⌄ |
| ✈ | 5:29 AM – 5:46 PM<br>American · Operated by Envoy Air as American … | 10 hr 17 min<br>SEA–MAF | 1 stop<br>5 hr 5 min DFW | 308 kg CO2e<br>-8% emissions ⓘ | | 1 🧳 · 0 🚫 | $285 ⌄ |
| ✈ | 5:29 AM – 7:59 PM<br>American · Operated by Envoy Air as American … | 12 hr 30 min<br>SEA–MAF | 1 stop<br>7 hr 20 min DFW | 308 kg CO2e<br>-8% emissions ⓘ | | 1 🧳 · 0 🚫 | $285 ⌄ |
| ✈ | 1:38 PM – 11:57 PM<br>American · Operated by Envoy Air as American … | 8 hr 19 min<br>SEA–MAF | 1 stop<br>3 hr 6 min DFW | 308 kg CO2e<br>-8% emissions ⓘ | | 1 🧳 · 0 🚫 | $288 ⌄ |
| ✈ | 1:38 PM – 3:35 PM +1<br>American · Operated by SkyWest Airlines as A… | 23 hr 57 min<br>SEA–MAF | 1 stop ⚠<br>18 hr 35 min DFW | 328 kg CO2e<br>Avg emissions ⓘ | | 1 🧳 · 0 🚫 | $293 ⌄ |
| ✈ | 5:00 AM – 5:46 PM<br>American · Operated by Envoy Air as American … | 10 hr 46 min<br>SEA–MAF | 2 stops<br>PHX, DFW | 431 kg CO2e<br>+28% emissions ⓘ | | 1 🧳 · 0 🚫 | $293 ⌄ |
| ✈ | 8:55 AM – 11:19 PM<br>United · Operated by Mesa Airlines DBA United … | 12 hr 24 min<br>SEA–MAF | 2 stops<br>SFO, IAH | 446 kg CO2e<br>+33% emissions ⓘ | | 0 🚫 · 0 🚫 | $294 ⌄ |

| | Time | Duration | Stops | Emissions | Bags | Price |
|---|---|---|---|---|---|---|
| ✈ | 10:51 PM – 3:35 PM+1<br>American · Operated by SkyWest Airlines as A… | 14 hr 44 min<br>SEA–MAF | 2 stops<br>ORD, DFW | 438 kg $CO_2e$<br>+30% emissions ⓘ | 1 🧳 ·0 🎒 | $297 |
| ✈ | 10:51 PM – 3:35 PM+1<br>American · Operated by SkyWest Airlines as A… | 14 hr 44 min<br>SEA–MAF | 2 stops<br>ORD, DFW | 445 kg $CO_2e$<br>+32% emissions ⓘ | 1 🧳 ·0 🎒 | $297 |
| ✈ | 12:21 AM – 11:54 AM<br>American · Operated by Envoy Air as American … | 9 hr 33 min<br>SEA–MAF | 1 stop<br>4 hr 5 min DFW | 308 kg $CO_2e$<br>-8% emissions ⓘ | 1 🧳 ·0 🎒 | $305 |
| ✈ | 12:21 AM – 1:58 PM<br>American · Operated by Envoy Air as American … | 11 hr 37 min<br>SEA–MAF | 1 stop<br>6 hr 16 min DFW | 308 kg $CO_2e$<br>-8% emissions ⓘ | 1 🧳 ·0 🎒 | $305 |
| ✈ | 12:21 AM – 3:35 PM<br>American · Operated by SkyWest Airlines as A… | 13 hr 14 min<br>SEA–MAF | 1 stop<br>7 hr 56 min DFW | 328 kg $CO_2e$<br>Avg emissions ⓘ | 1 🧳 ·0 🎒 | $305 |
| ✈ | 12:21 AM – 5:46 PM<br>American · Operated by Envoy Air as American … | 15 hr 25 min<br>SEA–MAF | 1 stop<br>10 hr 15 min DFW | 308 kg $CO_2e$<br>-8% emissions ⓘ | 1 🧳 ·0 🎒 | $305 |
| ✈ | 12:21 AM – 7:59 PM<br>American · Operated by Envoy Air as American … | 17 hr 38 min<br>SEA–MAF | 1 stop<br>12 hr 30 min DFW | 308 kg $CO_2e$<br>-8% emissions ⓘ | 1 🧳 ·0 🎒 | $305 |
| ✈ | 3:46 PM – 8:43 AM+1<br>American · Operated by SkyWest Airlines as A… | 14 hr 57 min<br>SEA–MAF | 1 stop ⚠<br>9 hr 29 min DFW | 328 kg $CO_2e$<br>Avg emissions ⓘ | 1 🧳 ·0 🎒 | $316 |
| ✈ | 3:46 PM – 9:39 AM+1<br>American · Operated by Envoy Air as American … | 15 hr 53 min<br>SEA–MAF | 1 stop ⚠<br>10 hr 32 min DFW | 308 kg $CO_2e$<br>-8% emissions ⓘ | 1 🧳 ·0 🎒 | $316 |

| | Time | Duration | Stops | Emissions | Bags | Price |
|---|---|---|---|---|---|---|
| American | 3:46 PM – 1:58 PM+1<br>American · Operated by Envoy Air as American ... | 20 hr 12 min<br>SEA–MAF | 1 stop ⚠<br>14 hr 50 min DFW | 308 kg CO2e<br>-8% emissions | 1 · 0 | $316 |
| United | 8:55 AM – 9:56 PM<br>United · Operated by Mesa Airlines DBA United ... | 11 hr 1 min<br>SEA–MAF | 2 stops<br>SFO, IAH | 446 kg CO2e<br>+33% emissions | 0 · 0 | $322 |
| American | 10:18 AM – 11:57 PM<br>American · Operated by Envoy Air as American ... | 11 hr 39 min<br>SEA–MAF | 1 stop<br>6 hr 30 min DFW | 308 kg CO2e<br>-8% emissions | 1 · 0 | $330 |
| United | 7:10 AM – 5:56 PM<br>United · Operated by Mesa Airlines DBA United ... | 8 hr 46 min<br>SEA–MAF | 1 stop<br>2 hr 52 min IAH | 353 kg CO2e<br>Avg emissions | 0 · 0 | $331 |
| American | 7:20 AM – 5:46 PM<br>American · Operated by Envoy Air as American ... | 8 hr 26 min<br>SEA–MAF | 1 stop<br>3 hr 5 min DFW | 270 kg CO2e<br>-20% emissions | 1 · 0 | $338 |
| American | 10:18 AM – 7:59 PM<br>American · Operated by Envoy Air as American ... | 7 hr 41 min<br>SEA–MAF | 1 stop<br>2 hr 33 min DFW | 308 kg CO2e<br>-8% emissions | 1 · 0 | $338 |
| American | 3:46 PM – 11:57 PM<br>American · Operated by Envoy Air as American ... | 6 hr 11 min<br>SEA–MAF | 1 stop<br>1 hr 1 min DFW | 308 kg CO2e<br>-8% emissions | 1 · 0 | $338 |
| United | 7:10 AM – 4:11 PM<br>United · Operated by Mesa Airlines DBA United ... | 7 hr 1 min<br>SEA–MAF | 1 stop<br>1 hr 7 min IAH | 353 kg CO2e<br>Avg emissions | 0 · 0 | $342 |
| American | 11:00 AM – 11:57 PM<br>American · Operated by SkyWest Airlines as A... | 10 hr 57 min<br>SEA–MAF | 2 stops<br>PHX, DFW | 462 kg CO2e<br>+38% emissions | 1 · 0 | $343 |

| | Times | Duration | Stops | Emissions | Bags | Price |
|---|---|---|---|---|---|---|
| American | 7:20 AM – 11:57 PM<br>American · Operated by Envoy Air as American … | 14 hr 37 min<br>SEA–MAF | 1 stop<br>9 hr 17 min DFW | 270 kg $CO_2e$<br>-20% emissions | 1 · 0 | $344 |
| Alaska | 6:00 AM – 3:35 PM<br>Alaska, American · Operated by SkyWest Airlin… | 7 hr 35 min<br>SEA–MAF | 1 stop<br>2 hr 23 min DFW | 314 kg $CO_2e$<br>-7% emissions | 1 · 0 | $363 |
| Alaska | 8:44 AM – 5:46 PM<br>Alaska, American · Operated by Envoy Air as A… | 7 hr 2 min<br>SEA–MAF | 1 stop<br>1 hr 55 min DFW | 303 kg $CO_2e$<br>-10% emissions | 1 · 0 | $363 |
| Alaska | 10:09 AM – 7:59 PM<br>Alaska, American · Operated by Envoy Air as A… | 7 hr 50 min<br>SEA–MAF | 1 stop<br>2 hr 47 min DFW | 294 kg $CO_2e$<br>-13% emissions | 1 · 0 | $363 |
| Alaska | 8:19 PM – 4:24 PM[+1]<br>Alaska, United · Operated by SkyWest DBA Unit… | 18 hr 5 min<br>SEA–MAF | 1 stop ⚠<br>13 hr 37 min DEN | 354 kg $CO_2e$<br>Avg emissions | 1 · 0 | $365 |
| American | 7:20 AM – 7:59 PM<br>American · Operated by Envoy Air as American … | 10 hr 39 min<br>SEA–MAF | 1 stop<br>5 hr 20 min DFW | 270 kg $CO_2e$<br>-20% emissions | 1 · 0 | $365 |
| United | 11:03 AM – 9:56 PM<br>United · Operated by Mesa Airlines DBA United … | 8 hr 53 min<br>SEA–MAF | 1 stop<br>2 hr 52 min IAH | 375 kg $CO_2e$<br>+12% emissions | 0 · 0 | $374 |
| United | 12:40 PM – 9:58 PM<br>United · Operated by SkyWest DBA United Expr… | 7 hr 18 min<br>SEA–MAF | 1 stop<br>2 hr 41 min DEN | 349 kg $CO_2e$<br>Avg emissions | 0 · 0 | $374 |
| United | 11:03 AM – 11:19 PM<br>United · Operated by Mesa Airlines DBA United … | 10 hr 16 min<br>SEA–MAF | 1 stop<br>4 hr 22 min IAH | 375 kg $CO_2e$<br>+12% emissions | 0 · 0 | $376 |

| Flight | Times | Duration | Stops | Emissions | Bags | Price |
|---|---|---|---|---|---|---|
| Alaska/United | 11:59 PM – 8:52 AM+1, Alaska, United · Operated by SkyWest DBA Unit... | 6 hr 53 min, SEA–MAF | 1 stop, 1 hr 5 min IAH | 340 kg CO2e, Avg emissions | 1 · 0 | $378 |
| Alaska/United | 5:47 PM – 8:52 AM+1, Alaska, United · Operated by SkyWest DBA Unit... | 13 hr 5 min, SEA–MAF | 1 stop ⚠, 7 hr 21 min IAH | 371 kg CO2e, +10% emissions | 1 · 0 | $384 |
| Alaska/United | 5:47 PM – 1:52 PM+1, Alaska, United · Operated by SkyWest DBA Unit... | 18 hr 5 min, SEA–MAF | 1 stop ⚠, 12 hr 16 min IAH | 371 kg CO2e, +10% emissions | 1 · 0 | $384 |
| Alaska/United | 11:59 PM – 1:52 PM+1, Alaska, United · Operated by SkyWest DBA Unit... | 11 hr 53 min, SEA–MAF | 1 stop, 6 hr IAH | 340 kg CO2e, Avg emissions | 1 · 0 | $384 |
| Alaska/United | 11:59 PM – 4:11 PM+1, Alaska, United · Operated by Mesa Airlines DBA... | 14 hr 12 min, SEA–MAF | 1 stop, 8 hr 20 min IAH | 340 kg CO2e, Avg emissions | 1 · 0 | $384 |
| Alaska/United | 11:59 PM – 5:56 PM+1, Alaska, United · Operated by Mesa Airlines DBA... | 15 hr 57 min, SEA–MAF | 1 stop, 10 hr 5 min IAH | 340 kg CO2e, Avg emissions | 1 · 0 | $384 |
| American | 1:38 PM – 10:33 PM, American · Operated by Envoy Air as American ... | 6 hr 55 min, SEA–MAF | 1 stop, 1 hr 39 min DFW | 308 kg CO2e, -8% emissions | 1 · 0 | $398 |
| Alaska/American | 12:52 PM – 10:33 PM, Alaska, American · Operated by Envoy Air as A... | 7 hr 41 min, SEA–MAF | 1 stop, 2 hr 35 min DFW | 294 kg CO2e, -13% emissions | 1 · 0 | $428 |
| United | 8:53 AM – 9:58 PM, United · Operated by SkyWest DBA United Expr... | 11 hr 5 min, SEA–MAF | 1 stop, 6 hr 28 min DEN | 375 kg CO2e, +12% emissions | 1 · 0 | $437 |

| | Time | Duration | Stops | Emissions | Bags | Price |
|---|---|---|---|---|---|---|
| United | 11:05 AM – 9:58 PM<br>United · Operated by SkyWest DBA United Expr… | 8 hr 53 min<br>SEA–MAF | 1 stop<br>4 hr 17 min DEN | 355 kg CO2e<br>+6% emissions | 1 · 0 | $437 |
| American | 5:00 AM – 5:46 PM<br>American · Operated by Envoy Air as American … | 10 hr 46 min<br>SEA–MAF | 2 stops<br>PHX, DFW | 423 kg CO2e<br>+26% emissions | 1 · 1 | $448 |
| American | 5:00 AM – 7:59 PM<br>American · Operated by Envoy Air as American … | 12 hr 59 min<br>SEA–MAF | 2 stops<br>PHX, DFW | 431 kg CO2e<br>+28% emissions | 1 · 1 | $448 |
| American | 6:00 AM – 5:46 PM<br>American · Operated by Envoy Air as American … | 9 hr 46 min<br>SEA–MAF | 2 stops<br>ORD, DFW | 418 kg CO2e<br>+24% emissions | 1 · 1 | $448 |
| American | 7:00 AM – 7:59 PM<br>American · Operated by SkyWest Airlines as A… | 10 hr 59 min<br>SEA–MAF | 2 stops<br>LAX, DFW | 502 kg CO2e<br>+49% emissions | 1 · 1 | $448 |
| American | 11:00 AM – 10:45 PM<br>American · Operated by SkyWest Airlines as A… | 9 hr 45 min<br>SEA–MAF | 1 stop<br>4 hr 49 min PHX | 416 kg CO2e<br>+24% emissions | 1 · 0 | $456 |
| American | 11:48 AM – 11:57 PM<br>American · Operated by Envoy Air as American … | 10 hr 9 min<br>SEA–MAF | 1 stop<br>4 hr 57 min DFW | 270 kg CO2e<br>-20% emissions | 1 · 0 | $474 |
| American | 11:48 AM – 7:59 PM<br>American · Operated by Envoy Air as American … | 6 hr 11 min<br>SEA–MAF | 1 stop<br>1 hr DFW | 270 kg CO2e<br>-20% emissions | 1 · 0 | $488 |
| American | 11:48 AM – 10:33 PM<br>American · Operated by Envoy Air as American … | 8 hr 45 min<br>SEA–MAF | 1 stop<br>3 hr 30 min DFW | 270 kg CO2e<br>-20% emissions | 1 · 0 | $488 |

| | Time | Duration | Stops | Emissions | Bags | Price |
|---|---|---|---|---|---|---|
| United | 8:53 AM – 4:24 PM<br>United · Operated by SkyWest DBA United Expr… | 5 hr 31 min<br>SEA–MAF | 1 stop<br>58 min DEN | 375 kg $CO_2e$<br>+12% emissions | 1 · 0 | $493 |
| American | 10:51 PM – 4:39 PM[+1]<br>American · Operated by Envoy Air as American … | 15 hr 48 min<br>SEA–MAF | 2 stops<br>ORD, DFW | 418 kg $CO_2e$<br>+24% emissions | 1 · 1 | $499 |
| American | 1:10 AM – 10:33 PM<br>American · Operated by Envoy Air as American … | 19 hr 23 min<br>SEA–MAF | 1 stop<br>14 hr 10 min DFW | 308 kg $CO_2e$<br>-8% emissions | 1 · 1 | $503 |
| Alaska | 2:31 PM – 9:58 PM<br>Alaska, United · Operated by SkyWest DBA Unit… | 5 hr 27 min<br>SEA–MAF | 1 stop<br>55 min DEN | 361 kg $CO_2e$<br>+7% emissions | 1 · 0 | $621 |
| American | 10:18 AM – 10:33 PM<br>American · Operated by Envoy Air as American … | 10 hr 15 min<br>SEA–MAF | 1 stop<br>5 hr 3 min DFW | 308 kg $CO_2e$<br>-8% emissions | 1 · 1 | $642 |

Hide 122 flights

Language · English (United States)    Location · United States    Currency · USD

About    Privacy    Terms    Join user studies    Feedback    Help Center

Displayed currencies may differ from the currencies used to purchase flights. Learn more