IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION

| | |
|---|---|
| VIRTAMOVE CORP., <br><br> Plaintiff, <br><br> v. <br><br> GOOGLE LLC, <br><br> Defendant. | Civil Action No.: 7:24-cv-00033-DC-DTG |

## INTERIM PROTECTIVE ORDER

It is hereby stipulated among the parties and **ORDERED** that:

If any document or information produced in this matter is deemed confidential by the producing party, until a further protective order is issued by the Court, the document shall be marked "confidential" or with some other confidential designation (such as "Confidential – Outside Attorneys' Eyes Only") by the disclosing party and disclosure of the designated document or information shall be limited to each party's outside attorney(s) of record and the employees of such outside attorney(s) only.

All materials disclosed by either party as part of discovery in this case shall be used solely for the purpose of prosecuting or defending this litigation, and shall not be used for any other purposes or any other proceedings.

The entry of this Interim Protective Order shall not require the production of any specific materials and the parties reserve all rights and objections in the discovery process.

SIGNED this 8th day of August, 2024.

DEREK T. GILLILAND
UNITED STATES MAGISTRATE JUDGE