**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**MIDLAND DIVISION**

VIRTAMOVE, CORP.

vs.                                                                        Case No.: 7:24-cv-00033-DC-DTG

GOOGLE LLC

# MOTION FOR ADMISSION PRO HAC VICE

TO THE HONORABLE JUDGE OF SAID COURT:

Comes now Mackenzie Paladino, applicant herein, and moves this Court to grant admission to the United States District Court for the Western District of Texas pro hac vice to represent VIRTAMOVE, CORP. in this case, and would respectfully show the Court as follows:

1. Applicant is an attorney and a member of the law firm (or practices under the name of) Russ August & Kabat with offices at:

   Mailing address: 12424 Wilshire Blvd, 12th Floor

   City, State, Zip Code: Los Angeles CA 90025

   Telephone: 3108267474                Facsimile: 3109798268

2. Since June 28, 2023, Applicant has been and presently is a member of and in good standing with the Bar of the State of New York. Applicant's bar license number is 6039366.

3. Applicant has been admitted to practice before the following courts:

   | Court: | Admission date: |
   |---|---|
   | USDC SD New York | 11/28/2023 |
   | USDC ND Illinois | 6/2/2023 |
   |  |  |

4. Applicant is presently a member in good standing of the bars of the courts listed above, except as provided below (list any court named in the preceding paragraph before which Applicant is no longer admitted to practice):

   N/A

5. I ☐ have ☒ have not previously applied to Appear Pro Hac Vice in this district court in Case[s]:

   Number: _____ on the \_\_\_\_\_ day of _____, \_\_\_\_\_.
   Number: _____ on the \_\_\_\_\_ day of _____, \_\_\_\_\_.
   Number: _____ on the \_\_\_\_\_ day of _____, \_\_\_\_\_.

6. Applicant has never been subject to grievance proceedings or involuntary removal proceedings while a member of the bar of any state or federal court, except as provided:

   N/A

7. Applicant has not been charged, arrested, or convicted of a criminal offense or offenses, except as provided below (omit minor traffic offenses):

   N/A

8. Applicant has read and is familiar with the Local Rules of the Western District of Texas and will comply with the standards of practice set out therein.

9. Applicant will file an Application for Admission to Practice before the United States District Court for the Western District of Texas, if so requested; or Applicant has co-counsel in this case who is admitted to practice before the United States District Court for the Western District of Texas.

Co-counsel: Peter Tong

Mailing address: Russ August & Kabat 12424 Wilshire Blvd, 12th Floor

City, State, Zip Code: Los Angeles, CA 90025

Telephone: 3108267474

Should the Court grant applicant's motion, Applicant shall tender the amount of $322.00 pro hac vice fee in compliance with Local Court Rule AT-l(f)(2) [checks made payable to: Clerk, U.S. District Court].

Wherefore, Applicant prays that this Court enter an order permitting the admission of Mackenzie Paladino to the Western District of Texas pro hac vice for this case only.

Respectfully submitted,

Mackenzie Paladino
[printed name of Applicant]

*Mackenzie Paladino*
[signature of Applicant]

# CERTIFICATE OF SERVICE

I hereby certify that I have served a true and correct copy of this motion upon each attorney of record and the original upon the Clerk of Court on this the 16 day of September, 2024.

Mackenzie Paladino
[printed name of Applicant]

*Mackenzie Paladino*
[signature of Applicant]

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS

MIDLAND DIVISION

VIRTAMOVE, CORP.

vs.  Case No.: 7:24-cv-00033-DC-DTG

GOOGLE LLC

# ORDER

BE IT REMEMBERED on this day, there was presented to the Court the Motion for Admission Pro Hac Vice filed by Mackenzie Paladino, counsel for VIRTAMOVE, CORP., and the Court, having reviewed the motion, enters the following order:

IT IS ORDERED that the Motion for Admission Pro Hac Vice is GRANTED, and Mackenzie Paladino may appear on behalf of VIRTAMOVE, CORP. in the above case.

IT IS FURTHER ORDERED that Mackenzie Paladino, if he/she has not already done so, shall immediately tender the amount of $100.00, made payable to: **Clerk, U.S. District Court**, in compliance with Local Court Rule AT-l(f)(2).

SIGNED this the _____ day of September _____, 20_____.

Please Choose Judge

Reset all fields    Print Form