IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION

| | |
|---|---|
| **VIRTAMOVE, CORP.,**<br><br>  Plaintiff,<br><br>  v.<br><br>**GOOGLE LLC**<br><br>  Defendant. | **CIVIL ACTION NO 7:24-CV-0033-DC-DTG**<br><br>JURY TRIAL DEMANDED |

### ORDER GRANTING JOINT MOTION TO EXTEND VENUE DISCOVERY DEADLINE

Before the Court is Defendant Google LLC and VirtaMove, Corp.'s Joint Motion to Extend Venue Discovery Deadline.  Having reviewed the motion, the Court is of the opinion that the motion is well taken and should be GRANTED.  Accordingly, the Court GRANTS Defendant Google LLC and VirtaMove, Corp.'s Joint Motion to Extend Venue Discovery Deadline.

The parties shall have up to and including September 20, 2024, to complete venue discovery in this case.

Signed this _____ day of September, 2024.

_____
DEREK T. GILLILAND
UNITED STATES MAGISTRATE JUDGE