# Exhibit 4

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# WACO DIVISION

TOUCHSTREAM TECHNOLOGIES, INC. §
§ CIVIL NO:
vs. § WA:21-CV-00569-ADA
§
GOOGLE LLC §

## LIST OF WITNESSES

| FOR PLAINTIFF | FOR DEFENDANT |
|---|---|
| 1. David Strober | 1. Majd Bakar |
| 2. Shanna Preve via video deposition | 2. Cory Robins |
| 3. Majd Bakar via video deposition | 3. Rajiv Lulla via video deposition |
| 4. Michael Rinzler via video deposition | 4. Matt Van Der Staay |
| 5. Matt Van Der Staay via video deposition | 5. Janos Levai via video deposition |
| 6. Michah Rupersburg via video deposition | 6. Ketan Mayer-Patel |
| 7. Herb Mitschele | 7. Christopher Martinez |
| 8. Amberish Kenghe via video deposition | |
| 9. Jack Weixel via video deposition | 9. |
| 10. Christopher Cooke via video deposition | 10. |
| 11. Kevin Almeroth | 11. |
| 12. George Bonanto via video deposition | 12. |

| | | |
|---|---|---|
| 13. | Michael Maigret via sealed video deposition | 13. |
| 14. | Corey Robins via video deposition | 14. |
| 15. | Mark Chandler | 15. |