# Exhibit 5

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION

| | |
|---|---|
| VIRTAMOVE, CORP., <br><br> Plaintiff, <br><br> v. <br><br> GOOGLE LLC, <br><br> Defendant. | Case No. 7:24-cv-00033-DC-DTG <br><br> **JURY TRIAL DEMANDED** |

**PLAINTIFF'S SUPPLEMENTAL OBJECTIONS AND RESPONSES TO DEFENDANT'S FIRST SET OF VENUE INTERROGATORIES (NOS. 1-4) AND RESPONSES TO DEFENDANT'S SECOND SET OF VENUE INTERROGATORIES (NO. 5)**

Pursuant to Rules 26 and 33 of the Federal Rules of Civil Procedure, Plaintiff VirtaMove Corp. ("VirtaMove") corrects and supplements its responses to Defendant Google LLC's ("Defendant" or "Google") First Set of Venue Requests for Interrogatories on as follows:

VirtaMove's responses are based on information known and available to it at the time of these responses. VirtaMove's investigation in this matter is ongoing. Further, because all information and documents that are possibly within the scope of the Interrogatories may have yet to be located and/or identified, the development of VirtaMove's contentions with respect to its claims and defenses is ongoing. VirtaMove reserves the right to assert additional objections to the Interrogatories and to modify and supplement its responses pursuant to Rule 26(e) of the Federal Rules of Civil Procedure.

VirtaMove's responses to these Interrogatories are not to be construed as admissions that any of the requested information exists or that any contention or assumption contained in the Interrogatories, whether implicit or explicit, is correct.

1

VM_GOOGLE_0001128; VM_GOOGLE_0001181; VM_GOOGLE_0001182-VM_GOOGLE_0001185.

**REQUEST NO. 2:**

Identify the following Persons, the city and state in which they reside (current or last known), their title, role, responsibilities, and location of workplace, and a description of their knowledge as it relates to this Action:

(a) All named inventors on the Asserted Patents and/or Related Patents;

(b) All Persons with knowledge of the prosecution of the Asserted Patents and/or Related Patents;

(c) All Persons with knowledge about the licensing of the Asserted Patents and/or Related Patents;

(d) All Persons that You consider to be a likely or anticipated witness in this Action (whether a VirtaMove employee, a Third Party, or otherwise); and

(e) All Persons with a financial interest in the outcome of this Action, and the type and amount of their financial interest, including but not limited to, any agreements reflecting such financial interest.

**RESPONSE TO REQUEST NO. 2:**

Incorporating the General Objections, above, VirtaMove additionally objects to this interrogatory as overbroad, unduly burdensome, irrelevant, and not proportional to the needs of the Google's motion. VirtaMove further objects to this Interrogatory as compound and containing multiple subparts. VirtaMove further objects to this interrogatory to the extent it seeks information in the possession of third parties and not VirtaMove. VirtaMove further objects to the extent this interrogatory seeks information protected from disclosure by the attorney-client privilege, work

8

product doctrine, common interest doctrine and/or any other applicable privilege. VirtaMove further objects that this interrogatory seeks information known to third parties outside of VirtaMove's possession, custody, or control. VirtaMove further objects that this request is overbroad and unduly burdensome because it seeks "All" Persons. VirtaMove objects that this request seeks attorney-client privileged information about its arrangement with counsel. VirtaMove objects that discovery into litigation funding, if it exists, is not discoverable.

Subject to and without waiving the foregoing objections, VirtaMove responds that the following individuals may have relevant knowledge to topics (a)-(e).

| Name | Last Known Location | Title/Relevance |
|---|---|---|
| Bill Cullen | Massachusetts | Former CTO |
| Donna Grare | New York | Former VP of Product Development |
| Giovanni Boschi | Massachusetts | Former CTO |
| Mohammed Ahmed-Mushin | Ontario, Canada | Former Software Developer |
| Robert Wang | Ontario, Canada | Former Software Developer |
| Mark Woodward | Ontario, Canada | Former VP Development |
| Donn Rochette | Iowa | Named inventor |
| Paul O'Leary | Ontario, Canada | Named inventor |
| Dean Huffman | Ontario, Canada | Named inventor |
| Craig MacDonald | Washington | Former Senior Developer |
| Greg O'Connor | East Coast | Former President & CEO |
| Chuck Colford | Ontario, Canada | Former CEO |
| Ron Warburton | Ontario, Canada | Former Interim CEO and Board Member |
| David Roth | Texas | Former CEO |
| Nigel Stokes | Ontario, Canada | VirtaMove CEO |
| Cedric Burgins | Ontario, Canada | VirtaMove Director of Technology |
| Emanuel Sousa | Ontario, Canada | VirtaMove Senior Technical Specialist |
| Susan Cameron | Ontario, Canada | VirtaMove Office Manager |
| Steven Antonie | Ontario, Canada | VirtaMove IT Manager |
| Rich Gold | Massachusetts | Director of Sales |
| Adine Deford | Florida | Vice President of Marketing |
| Ernesto Benedito | Texas | Software Development Team Lead |
| Greg Feldman | Las Vegas, Nevada | Customer Advocate |
| Jose Roy | New Hampshire | Director of Business Development |
| Tracy Riser | Washington | Director of Business Development |
| Robert DelSignore | Massachusetts | Director Field Engineering |

| Ronnie Taylor | San Luis, CA | Software Developer |

**FIRST SUPPLEMENTAL RESPONSE TO REQUEST NO. 2 (SEPTEMBER 20, 2024):**

| Name | Last Known Location | Title/Relevance |
|---|---|---|
| Bill Cullen | Cambridge, Massachusetts | Former[1] CTO; knowledge of past technology |
| Donna Grare | New York City Metropolitan Area, New York | Former VP of product development; knowledge of past product development, relevant to pre-suit marking dispute |
| Giovanni Boschi | Pepperell, Massachusetts | Former CTO; knowledge of past technical information of product, relevant to pre-suit marking dispute |
| Mohammed Ahmed-Mushin | Ottawa, Ontario, Canada | Former Software Developer; knowledge of past software operation of product, relevant to pre-suit marking dispute |
| Robert Wang | Ottawa, Ontario, Canada | Former Software Developer; knowledge of past software operation of product, relevant to pre-suit marking dispute |
| Mark Woodward | Kingston, Ontario, Canada | Former VP of Product Engineering; knowledge of past engineering of product, relevant to pre-suit marking dispute |
| Donn Rochette | Dayton Metropolitan Area, Ohio | Named inventor |
| Paul O'Leary | Ottawa, Ontario, Canada | Named inventor |
| Dean Huffman | Ottawa, Ontario, Canada | Named inventor |
| Craig MacDonald | Redmond, Washington | Former Senior Developer, knowledge of past development of product, related to pre-suit marking dispute |
| Greg O'Connor | Primarily Chilmark, Massachusetts with vacation home near Lake Tahoe, CA | Former President, general knowledge of company history. |
| Chuck Colford | Ottawa, Ontario, Canada | Former CEO, general knowledge of company history. |
| Ron Warburton | Ottawa, Ontario, Canada | Former Member of Board, general knowledge of company history. |

---

[1] Former may refer to work at VirtaMove or its predecessors AppZero and Trigence.

10

| | | |
|---|---|---|
| David Roth | Dallas, Texas | Former CEO, general knowledge of company history. |
| Nigel Stokes | Toronto, Ontario, Canada | VirtaMove CEO, general knowledge of information related to VirtaMove |
| Cedric Burgins | Ottawa, Ontario, Canada | VirtaMove Director of Technology, potential technical related to the operation of VirtaMove product, relevant to pre-suit marking dispute |
| Emanuel Sousa | Arnprior, Ontario, Canada | VirtaMove Senior Technical Specialist, potential technical related to the operation of VirtaMove product, relevant to pre-suit marking dispute |
| Susan Cameron | Ottawa, Ontario, Canada | VirtaMove manager, document custodian, topics related to business records |
| Steven Antoine | Ottawa, Ontario, Canada | VirtaMove IT Manager, topics related to business records. |
| Samantha Clarke | Freemont, CA | Former sales |
| Ernesto Benedito | Dallas/Fort Worth Metro, Texas | Former Software Development Team Lead |
| Greg Feldman | Henderson, Nevada | Former Customer Advocate |
| Rich Gold | Brookline, Massachusetts | Former Director of Sales |
| Adine Deford | Naples, Florida | Former Vice President of Marketing |
| Jose Roy | Greater Boston, Massachusetts | Former Director of Business Development |
| Tracy Riser | Greater Seattle Area, Washington | Former Director of Business Development |
| Robert DelSignore | Westwood, Massachusetts | Former Director Field Engineering |
| Ronnie Taylor | Pismo Beach, California | Former Software Developer |
| Teitelbaum & MacLean | Ottawa, Ontario, Canada | Knowledge of the Asserted or Related Patents |
| MBM Intellectual Property | Ottawa, Ontario, Canada | Knowledge of the Asserted or Related Patents |
| Alex Topitsch | Ajax, Ontario, Canada | Former VP Sales |

VirtaMove further incorporates under Rule 33(d) Dkt. 78-30 from the IBM case 2:24-cv-00093 (E.D. Tex.), but VirtaMove contends that none of the Board members aside from Nigel Stokes are likely to attend trial. VirtaMove further incorporates under Rule 33(d) the asserted patents and

11

their file history that identify any other firms with knowledge of the Asserted Patents and Related Patents. VirtaMove further incorporates under Rule 33(d) the venue declarations of Colford, Estes, Huffman, O'Leary, Woodward, and O'Connor. VirtaMove further incorporates under Rule 33(d) the testimony and declaration of Vasetsky. According to TravelMath.com, the straight-line flight distance from Israel is shorter to Midland, Texas than to San Francisco, California.

**REQUEST NO. 3:**

Identify and describe all facts pertaining to the alleged connection between this Action and the Western District of Texas and/or the Northern District of California, if any, and all facts upon which You intend to rely in Your Response to Defendant's Motion to Transfer Venue to the Northern District of California Under 28 U.S.C. 1404 (Dkts. 44-1, 48) or any re-filed motion to transfer venue, including any facts pertaining to whether it is easier for any individual You identified in response to Interrogatory No. 2 to travel to the Midland/Odessa Division compared to the Northern District of California.

**RESPONSE TO REQUEST NO. 3 (CORRECTED SEPT. 20, 2024):**

VirtaMove incorporates its General Objections, above. VirtaMove additionally objects to this interrogatory as overbroad, unduly burdensome, irrelevant, and not proportional to the needs of the case. VirtaMove further objects to this Interrogatory to the extent it is a premature contention interrogatory that purports to require VirtaMove to identify all facts or evidence with respect to a particular topic or issue in advance of the deadline set forth in the Scheduling Order. VirtaMove further objects to this Interrogatory as compound and containing multiple subparts. VirtaMove further objects to the extent this interrogatory seeks information protected from disclosure by the attorney-client privilege, work product doctrine, common interest doctrine and/or any other applicable privilege.

## **CERTIFICATE OF SERVICE**

The undersigned certifies that on September 20, 2024 all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via electronic mail.

*/s/ Reza Mirzaie*
Reza Mirzaie