# Exhibit 9

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION

| | |
|---|---|
| VIRTAMOVE, CORP.,<br><br>        Plaintiff,<br><br>        v.<br><br>AMAZON.COM, INC.; AMAZON.COM SERVICES LLC; AND AMAZON WEB SERVICES, INC.,<br><br>        Defendants. | Case No. 7:24-CV-00030-ADA-DTG<br><br>**JURY TRIAL DEMANDED** |

**DECLARATION OF CHUCK COLFORD
IN SUPPORT OF PLAINTIFF VIRTAMOVE, CORP.'S OPPOSITION TO
AMAZON'S MOTION TO TRANSFER VENUE**

I, Chuck Colford, declare and state as follows:

1. I submit this declaration in support of Plaintiffs Opposition to Amazon's Motion to Dismiss or Transfer Venue. I have personal knowledge of the facts set forth herein, and if called upon to testify, could and would testify competently thereto.

2. I currently work as President of Congruance IT, Inc.

3. I currently reside in Kanata, Ontario, Canada.

4. I am a former CEO and founder of Trigence Corp.

5. I am willing and expect to travel to Texas to testify in the above-captioned case. I do not personally find this inconvenient. I do find cross-continental travel to the NDCA to be inconvenient.

6. I am also willing and expect to travel to Texas in relation to Plaintiffs co-pending cases *VirtaMove, Corp. v. Google LLC*, No. 7:24-cv-33 (W.D. Tex); *VirtaMove, Corp. v. International Business Machines Corp.*, No. 2:24-cv-64 (E.D. Tex); and *VirtaMove, Corp. v. Hewlett Packard Enterprise Company*, No. 2:24-cv-96 (E.D. Tex). I expect to regularly travel to Texas to prepare for, attend hearings in, and testify in these cases, so I would not find travel for the Amazon case to be inconvenient if it takes place in Texas. I have no specific plans to travel to the Northern District of California.

7. I would prefer to travel to Midland, Texas for trial instead of to the Northern District of California because I believe it will be both less expensive and closer.

8. For expenses, I have estimated my per-diem rates using the GSA website, and San Francisco looks to be approximately 50% more expensive. Below are true and correct screenshots of the GSA estimated rates for Midland, Texas and San Francisco, CA from:

www.gsa.gov/travel/plan-book/per-diem-rates/per-diem-rates-results?action=

perdiems_report&fiscal_year=2024&state=CA&city=San%20Francisco, and

www.gsa.gov/travel/plan-book/per-diem-rates/per-diem-rates-results?action=

perdiems_report&fiscal_year=2024&state=TX&city= midland.





9. If I needed to travel a whole week for trial plus several days of preparation, then I estimate the resulting cost difference to be substantially less expensive in Midland, Texas.

10. I have used the website www.travelmath.com to estimate my straight-line flying times between Kanata, ON, Canada to both Midland, Texas and to San Francisco, California. The following are true and correct excerpts showing that the estimated travel times and travel distances are more convenient for Midland, Texas (3 hours, 21 minutes to travel 1,676 miles) as compared to San Francisco (4 hours, 52 minutes to travel 2,435 miles).



. . .



. . .

## Flying time from Kanata, Canada to Midland, TX

The total flight duration from Kanata, Canada to Midland, TX is **3 hours, 51 minutes**.

This assumes an average flight speed for a commercial airliner of 500 mph, which is equivalent to 805 km/h or 434 knots. It also adds an extra 30 minutes for take-off and landing. Your exact time may vary depending on wind speeds.

. . .

If you're planning a trip, remember to add more time for the plane to taxi between the gate and the airport runway. This measurement is only for the actual flying time. You should also factor in airport wait times and possible equipment or weather delays. If you're trying to figure out what time you'll arrive at the destination, you may want to see if there's a **time difference between Kanata, Canada and Midland, TX**.

The calculation of flight time is based on the straight line **distance from Kanata, Canada to Midland, TX** ("as the crow flies"), which is about **1,676 miles** or **2 697 kilometers**.

Your trip begins in Kanata, Canada.
It ends in Midland, Texas.

. . .



. . .

## Flight map from Kanata, Canada to SFO

Open this map directly on Google Maps.

. . .

## Flying time from Kanata, Canada to SFO

The total flight duration from Kanata, Canada to SFO is **5 hours, 22 minutes**.

This assumes an average flight speed for a commercial airliner of 500 mph, which is equivalent to 805 km/h or 434 knots. It also adds an extra 30 minutes for take-off and landing. Your exact time may vary depending on wind speeds.

If you're planning a trip, remember to add more time for the plane to taxi between the gate and the airport runway. This measurement is only for the actual flying time. You should also factor in airport wait times and possible equipment or weather delays. If you're trying to figure out what time you'll arrive at the destination, you may want to see if there's a **time difference between Kanata, Canada and SFO**.

. . .

The calculation of flight time is based on the straight line **distance** from Kanata, Canada to SFO ("as the crow flies"), which is about **2,435 miles** or **3 919 kilometers**.

Your trip begins in Kanata, Canada.
It ends at San Francisco International Airport in San Francisco, California.

Your flight direction from Kanata, Canada to SFO is **West** (-86 degrees from North).

The flight time calculator measures the average flight duration between points. It uses the great circle formula to compute the travel mileage.

11. Based on these estimates, I believe that my travel to Midland, Texas will be much more convenient than travel to San Francisco, California because my travel will be less expensive and shorter in distance. For these reasons, I am unwilling to travel to San Francisco, California for trial.

12. I declare under penalty of perjury pursuant to the laws of the United States that the foregoing is true and correct.

Executed on August 23, 2024 at Kanata, Ontario, Canada.

Chuck Colford