# Exhibit 11



