# Exhibit 18



