# Exhibit 19



