# Exhibit 20



✔ **Fly or drive** from Ottawa to Midland

Map of distance from Ottawa, Canada to Midland, TX

