# Exhibit 21



✔ **Fly or drive** from Ottawa to San Francisco

✔ **How far** is San Francisco from Ottawa?

Plan your trip at **trippy**

Map of distance from Ottawa, Canada to San Francisco, CA

