# Exhibit 24

     Home    My Network    Jobs    Messaging    Notifications    Me ▾    For Business ▾   Sales



Global Leader in Cybersecurity





**David Roth** ⓥ · 2nd

Technology Executive / Serial Entrepreneur / Investor / Advisor / Board Member

 Trend Micro

 University of Southern California

Dallas, Texas, United States · **Contact info**

https://www.forbes.com/sites/davidroth/

13,398 followers · 500+ connections

 Ernesto Benedito and Neil Teitelbaum are mutual connections

 + Follow    ➤ Message    More

## Highlights

## About

Presently:
COO CRO Cysiv

Responsible for all facets of Cysiv customer engagement and success, from sales through onboarding and service delivery

Cysiv is a SOC-as-a-Service company that extends and elevates your in-house security operations and capabilities, by combining a sophisticated next generation SOC Platform offered as a SaaS, powered by artificial intelligence and automation, backed by an elite Cysiv operations team.

2015 - 2020 VP, Trend Micro, Inc.
'09 - '15 CEO and Co-Founder AppFirst, Inc.
08-09 CEO DRE
'05-08 CEO, Trigence Software
'04 International Sales Manager w/ HP (Consera Acquisition February 2004)
'02 through '04 VP of Sales & Biz Dev for Consera
Late 90's through 2002 Founder of Stratis Group
Early to Mid 90's Microsoft
Late 80's NYNEX (Formerly IBM Business Centers)

Specialties: Sales (both direct & in-direct), Marketing and Business Development worldwide leadership. Successfully built both in-house & virtual teams that successfully drive the growth of innovative & business critical technology.

## Activity
13,398 followers

+ Follow

**Posts** | Comments | Videos | Images

---

David Roth posted this • 1d

 Trend Micro is the only vendor named a Leader in the 2023 Forrester Wave™ for Endpoint Security (including EDR) and Network Analysis and Visibility (NDA). Endpoint and network are the foundational  ...show more

 7

---

David Roth posted this • 1d

What has Greg Young, VP of Cybersecurity Trend Micro, observed about emerging #AI regulations? ...  ...show more



 6

---

David Roth posted this • 1d

With the goal of creating fast, evasive, and sophisticated #threats and campaigns, malicious actors are always on the prowl for new #technologies to abus  ...show more

 Pushing the Outer Limits: Trend Micro 2024 Midyear Cybersecurity T...
trendmicro.com

---

Show all posts →

## Experience

 **CRO, America Enterprise Sales**
Trend Micro · Full-time
Jun 2023 - Present · 1 yr 3 mos
Dallas, Texas, United States · Hybrid

---

 **Advisory Board Member**
PayGen · Full-time
Sep 2022 - Present · 2 yrs
United States · Remote

PayGen, the preeminent electronic bill presentment and payment solution for large billers who demand innovative, highly configurable, easily...

 

---

 **CRO COO**
Cysiv · Full-time
Dec 2020 - Jul 2022 · 1 yr 8 mos
United States

Responsible for all facets of Cysiv customer engagement and success, from sales through onboarding and service delivery....

---

 **Trend Micro**
5 yrs

- **Vice President, Business Development**
  Jan 2016 - Dec 2020 · 5 yrs
  101 Hudson Jersey City, NJ

  Responsible for driving and growing an ecosystem of strategic alliances and channel partners around Virtualization & Cloud Security, Advanced...

Case 7:24-cv-00033-DC-DTG   Document 56-24   Filed 10/03/24   Page 4 of 8

### Vice President
Jul 2016 - Nov 2020 · 4 yrs 5 mos
Jersey City, NJ

Regional leader with direct responsibility and oversight of B2B enterprise field and inside sales, engineering, marketing, and channel.


### CEO
AppFirst
Apr 2009 - Dec 2015 · 6 yrs 9 mos
Greater New York City Area

Only AppFirst's patented technology provides a solution for collecting every event across web-scale applications, regardless of the infrastructure type o…

**Show all 15 experiences →**

## Education


### University of Southern California
BA, Communications
1985 - 1988

Activities and societies: Trojan Knights

Great memories from my undergraduate years at USC! Ranging from playing Tuba in the USC Trojan Marching Band, was a member of the USC…


### University of Arizona
Music
1984 - 1985

Really enjoyed my time at University of Arizona. I studied music, was in the Marching Band, remember playing pickup basketball games at "Bear Down…

## Licenses & certifications


**DevOps Foundations: Your First Project**
LinkedIn
Issued Jun 2020

**Show credential** ↗

**DevOps Foundations**
LinkedIn
Issued May 2020

**Show credential** ↗

**Show all 12 licenses & certifications →**

## Skills

### Start-ups

 Endorsed by Jason Hoffman and 29 others who are highly skilled at this

 Endorsed by Neil Teitelbaum (mutual connection)

 99+ endorsements

### Cloud Computing

 Endorsed by David Linthicum and 40 others who are highly skilled at this

 Endorsed by Neil Teitelbaum (mutual connection)

Case 7:24-cv-00033-DC-DTG    Document 56-24    Filed 10/03/24    Page 5 of 8

99+ endorsements

Show all 50 skills →

## Recommendations

**Received**   Given



**Neil Rosenberg** · 3rd

Technology Strategist, Consultant & Speaker - Helping Clients Achieve Success & Optimize Value from their IT Investments

August 5, 2020, Neil worked with David but they were at different companies

I have known David Roth since the late 1990s and partnered with him through several companies (Stratis Group and AppFirst). In the time I know known him, I found David to be a highly insightful, strategic thinker and excellent communicator with a strong business sense, who understands technology at the right level for his role (leadership, sales) who is also an excellent relationship builder with clients and partners.

In 2000, I sought out a partnership with Stratis Group to round out QTS'...

**Patrick J. Weber** · 3rd

Sr. Engineering Manager

January 7, 2016, Patrick J. reported directly to David

David the most honest, open, trustworthy CEO I have worked for in my 30 years in the software industry. This trustworthiness and his positive attitude inspire others around him to give their all. It is a pleasure to work for him.

Show all 12 received →

## Publications

**http://www.forbes.com/sites/davidroth/**
Forbes

Show publication ↗

## Honors & awards

**http://smartceo.com/2015-new-york-future-50-appfirst/**
Issued by http://smartceo.com/2015-new-york-future-50-appfirst/ · Jun 2015

Associated with AppFirst

SmartCEO Future50 Award 2015
http://smartceo.com/2015-new-york-future-50-appfirst/

## Organizations

**SIIA**
Board Member · Jun 2010 - Present

## Interests

**Top Voices**   Companies   Groups   Newsletters   Schools



**Andrew Toy** · 3rd
Chief Executive Officer at Clover Health
17,418 followers

+ Follow





**Justin H.**
Analyst, Global Business Operations at Trend Micro

Connect

**Samuel Côté**
Software Developer

Connect

**Grazziela Wietholter**
Distribution Operations Specialist

Connect

**Tammy Allen**
Sales Manager - SMB/MSP at Trend Micro

Connect

Show all

### You might like
Pages for you



**KRP Properties**
Real Estate
1,196 followers

3 connections follow this page

Follow

**Shopify**
Software Development
866,061 followers

30 connections follow this page

Follow

Show all



Case 7:24-cv-00033-DC-DTG Document 56-24 Filed 10/03/24 Page 8 of 8