Exhibit 25

## Contact

www.linkedin.com/in/ernesto-
benedito (LinkedIn)

## Top Skills

Software Development
Management
Engineering Management

# Ernesto Benedito

Sr. Engineering Manager at Ziff Davis / J2 Global / Campaigner
Dallas-Fort Worth Metroplex

## Summary

20+ years of management experience in software development
and product support in companies of all sizes, both in local
and offshore setups. A passionate and empathetic leader with
excellent interpersonal skills able to effectively build, manage, and
motivate successful cross-functional engineering teams driving
development to completion. Able to interface with executive and
senior management and key internal/external stakeholders across
teams, regions and in a multicultural environment. I am a helper, I
am a doer!

* Living in Dallas/Texas.
* Legally authorized to work in the United States for any company
and do not require any future sponsorship

_____

## Experience

Ziff Davis
Sr. Engineering Manager
April 2023 - Present (1 year 6 months)
Dallas, Texas, United States

JSI
Software Development Manager
November 2021 - December 2022 (1 year 2 months)
Ottawa, Ontario, Canada

* Managed 4 agile teams (15-17 people) developing complex UIs and
microservices APIs.
* Handled development plans (releases, sprints, dependencies), project
backlogs, negotiation with product management, day to day escalation of
competing priorities, OKRs, and 24/7 support.
* Accountable for project strategy, content board approval, hot fixes content,
and championing the health and predictability of teams (velocity, plans,
capacity, etc) with Principal Corporate Project Manager.

* Line management responsibilities included: staff supervision, 1on1s, hiring, career path development,
performance reviews and salaries.
* Championed many areas (from processes to products) to unblock the company in their scaling process.
* Canadian Top Security and NATO Secret clearance.
* C#, ASP.NET & Core, WPF/WCF, Angular, REST APIs, Microservices, Kubernetes, Big data, Agile,
AzureDevOps, Confluence.
▪ Left company in January 2023 due to family relocation from Canada to Dallas, Texas, USA.

VirtaMove
Engineering Manager
November 2007 - October 2021 (14 years)
Ottawa, Canada Area

* Managed a team of ~12 people doing Software development, QA, consulting engineering, customer technical support, and training of the VirtaMove application virtualization and migration products.
* Lead daily tasks, priorities, escalation, release content, support. staff supervision, 1on1s, hiring, and career path development.
* Implemented best practices and enforced R&D processes. Analyzed and improved existing processes, enabling the company to scale.
* In depth knowledge and hands on experience in virtualization, containers and modernization of IT workflows
* Architected and coded the V-Maestro product from scratch. V-Maestro is a key/pivotal product that orchestrates and automates the migration process to data centers and clouds. This also allowed the company to offer application migrations as a SaaS product under the Amazon AWS and Azure Marketplaces. (https://www.virtamove.com/v-maestro/)
* Hired, managed and mentored over 150 students from UWaterloo and CarletonU during 8 years.
* Acted as Product Manager. Worked closely with CEO, VP, Field Engineering and Software Developers to define technical specifications, features, and product behavior. Managed product life cycle.
* Setup and managed an offshore 24x7 Technical Support (L1/L2) team in Vietnam (TMA Solutions) and
outsourcing of technical training to "Infront Consulting".

* Directed all aspects of pre/post-sales product training. Developed all training content and managed trainers.Personally trained over 400 companies/1000 people, including key accounts (Microsoft, HP, Dell, IBM).
* Delivered public webinars, some delivered in partnership with Sun Microsystems, acting as Trigence's
technology evangelist.
* C#, C++,C, Asm, ASP.NET Core, Blazor Server, SQL, JavaScript ,HTML, SASS, D3.js, Windows servers
2000 to 2019, Linux RedHat & Centos, Solaris, Virtualization, Kernel modules development, Containers, Enterprise Applications, Clouds: Amazon EC2 and MS Azure, Blockchain, Redmine, OEM Agile, SVN, Git

eStaffMatch Inc.
CTO, co-founder
November 2015 - November 2016 (1 year 1 month)

* Drove all engineering efforts leading to the award of the Techstars Metro Accelerator program in Germany (xcelentrepreneurs.com). Handled all technical and IT aspects of the startup.
* Designed and coded from scratch an online marketplace using Meteor.js, MongoDB and NodeJS for the web application, and Apache Cordova for the mobile application.
* Meteor.js, NoSql MongoDB, NodeJS, Bootstrap, JQuery, GeoJSON, Cordova, JavaScript, HTML, CSS, Bitbucket, Trello, Atlassian, Kanban.

Mitel
Software Development Lead/Manager
2001 - 2007 (6 years)
Ottawa, Canada

Software Development Manager (2002 – 2007)
Senior Software Engineer Team lead (2001 – 2002)

* Managed a Software Development team in the Applications Department. Management responsibilities included: product development (analysis of requirements, sizing, software implementation, tracking and reporting), staff supervision, hiring, career path development and performance reviews.
* Managed offshore development subcontractors in India (Trivium-Icope and Telesoftnet).
* R&D prime for software development and architectural guidance, negotiation of requirements with
PLM/Marketing, project sizing and liaison with all downstream groups.

* R&D representative for Product Support during product "market entry" and UR releases (service packs).
* Responsible for software development of:
1)-Messaging Applications: Speak@Ease v3.6,6000,IM1.0, NuPoint Messenger v7.1 to 10.1.
2)-NuPoint Unified Messaging for Exchange servers for a large customer (Deloitte and Touche).
3)-QNX to Linux porting of the NuPoint product.
4)-Complete IP integration of the NuPoint, coded the SIP integration for Nupoint(QNX and Linux).
5)-Unified Messaging project for SME with 6000 MLS (Mitel Linux Server) and IP PBX3100 (VxWorks).
* C++, C, Java, Qnx, Linux, SIP, RTP, Nuance Speech Recognition, Waterfall, ClearQuest-ClearCase, Perforce, SVN, VxWorks/Tornado

Nokia IP Voice Networks
Software Development Manager
1998 - 2001 (3 years)
Ottawa, Canada

Software Development Manager  (2000-2001)
Senior Software Engineer Team Lead (1998-2000)

* Managed a Software Development team of 9 people. Responsible for all aspects of software development: requirements analysis, planning, scheduling, documenting, tracking, reporting progress, and resource management (people, space, equipment). Managed product life cycle.
* In charge of all the signaling aspects of the Softswitch program (development of the protocol stacks: SIP, MGCP, SS7, Q931), and several releases of the VoIP Call Processing Server, the system integration of the IVC VoIP card in the IP Router Gateway (IPRG), and the RTP automated test suites
* Liaison with Product and Program Management, QA, other global R&D groups and Senior Management.
* Group line management responsibilities included staff supervision, interviewing and hiring, career path
development, training, performance reviews & salary increases.
* Wrote functional specifications, designed and implemented features and functionality, tracked bugs, provided status reports to the PRB (problem report board), assigned workload to members of the team. Design prime and code review chairman.

* C, C++, VoIP (SIP / MGCP/ SS7 / Q931 / RTP), Solaris, Catapult, Rational
Rose

Soft Reality
Software Developer (Independent Contractor)
December 1996 - September 1998 (1 year 10 months)
Port Orange, Florida

* Developed all software and performed system integration of a health system
(Tele-radiology & Video Network System) for a group of hospitals in Daytona
Beach and Port Orange, FL. Only developer working on this project.
* Evaluated new hardware, performed system beta and final test. Installed
hardware/software and performed calibration. Provided technical support.
Wrote documentation.
* C++, MFC, Windows, TCI/TKL, ISDN

Grupo Magnasafe Intl.
Vice-president
1994 - 1996 (2 years)
Caracas, Venezuela

* Founded and established a company specializing in project design, service
and maintenance of safety systems (access control, CCTV, fire alarm systems
and burglar systems).
* Responsible for site surveys, system design, customer offers, project
management, supervision of technical personnel at installation areas, pre-sale
and post-sale technical support.
* Pivoted the company into manufacturing of electronic equipment.
* Designed and developed a Networked Access Control System and an
Electronic Water Level Meter for residential and industrial use, including the
hardware design, firmware development, PCB layouts using OrCAD, design
of metal boxes and silk screens, prototype assembly, simulation and test, final
product release, marketing and installation.

Centralarm C.A.
Head of Laboratory
1993 - 1994 (1 year)
Caracas, Venezuela

* Designed, troubleshooted, repaired and maintained analog and digital
boards (at component level) of security equipment. Mentored new members,
supervised lab personnel and equipment assembly lines.

* Designed a micro controlled burglar system and a high-speed telephone communicator from initial product conception and specification to product release, including hardware design, assembler code, debugging, PCB design using OrCAD, prototype assembly & testing, design of metal boxes and silk screens.

———

## Education

### Universidad Simón Bolívar

Electronic Engineer, Bachelor of Engineer (5 year program) · (1987 - 1993)