# Exhibit 29

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
### WACO DIVISION

| | | |
|---|---|---|
| FLYPSI, INC. | § | |
| | § | CIVIL NO: |
| vs. | § | WA:22-CV-00031-ADA |
| | § | |
| GOOGLE, LLC | § | |

## LIST OF WITNESSES

| FOR PLAINTIFF | FOR DEFENDANT |
|---|---|
| 1.     Peter Rinfret | 1.     Patrick Wynn |
| 2.     Anthony Jawad via video deposition | 2.     Craig Walker via video deposition |
| 3.     Sean Wang via video deposition | 3.     Anthony Jawad |
| 4.     Scott Nettles | 4.     Matthew Rilley |
| 5.     David Rosenthal via video deposition | 5.     Oded Gottesman |
| 6.     Justin Lewis | 6.     Christopher Martinez |
| 7.     Thomas Ford via video deposition | 7.     Peter Rinfret recalled for bench trial |
| 8.     Tom Conte | 8. |
| 9. | 9. |
| 10. | 10. |
| 11. | 11. |
| 12. | 12. |
| 13. | 13. |
| 14. | 14. |
| 15. | 15. |