# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# MIDLAND/ODESSA DIVISION

| | |
|---|---|
| VIRTAMOVE, CORP., <br><br> Plaintiff, <br><br> v. <br><br> GOOGLE LLC, <br><br> Defendant. | Civil Action No. 7:24-cv-00033-DC-DTG |

### UNOPPOSED MOTION TO EXTEND DEADLINE TO FILE REPLY IN SUPPORT OF DEFENDANT GOOGLE LLC'S MOTION TO TRANSFER VENUE

Defendant Google LLC ("Google") respectfully files this unopposed motion seeking to extend the date by which to file its Reply in Support of its Motion to Transfer Venue to the Northern District of California Under 28 U.S.C. § 1404(a) (the "Motion"). Google's Motion was filed on July 10, 2024. Dkt. 44. Plaintiff VirtaMove, Corp.'s Notice of Venue Discovery was filed on July 15, 2024. Plaintiff VirtaMove, Corp.'s Opposition to the Motion was filed on October 3, 2024 (Dkt. 55), making Google's reply due Thursday, October 10, 2024.

Google respectfully requests that the deadline to file its Reply in Support of Defendant Google's Motion to Dismiss Amended Complaint be extended by seven (7) days to October 17, 2024. This extension is warranted to allow Google additional time to prepare its reply including in light of the unavailability of Google's counsel. Plaintiff is not opposed to the seven-day extension of time.

DATED: October 7, 2024                              Respectfully submitted,

<u>/s/ David A. Perlson</u>
David A. Perlson (*admitted pro hac vice*)
davidperlson@quinnemanuel.com
Quinn Emanuel Urquhart & Sullivan, LLP
50 California Street, 22nd Floor
San Francisco, California 94111-4788
Telephone: (415) 875-6600
Fax: (415) 875-6700

Deepa Acharya
deepaacharya@quinnemanuel.com
1300 I Street NW, Suite 900
Quinn Emanuel Urquhart & Sullivan, LLP
Washington, District of Columbia 20005-3314
Telephone: (202) 538-8000
Fax: (202) 538-8100


<u>/s/ Katharine L. Carmona</u>
Katharine Lee Carmona
Texas State Bar No. 00787399
kcarmona@jw.com
Jackson Walker L.L.P.
100 Congress Avenue, Suite 1100
Austin, Texas 78701
(512) 236-2000
(512) 236-2002 (facsimile)

Nathaniel St. Clair, II
Texas State Bar No. 24071564
nstclair@jw.com
2323 Ross Avenue, Suite 600
Dallas, Texas 75201
(214) 953-6000
(214) 953-5822 (facsimile)

Erica Benites Giese
Texas State Bar No.  24036212
egiese@jw.com
1900 Broadway, Suite 1200
San Antonio, Texas 78215
(210) 978-7700
(210) 978-7790 (facsimile)

*Counsel for Defendant Google LLC*

## CERTIFICATE OF CONFERENCE

Defendant's counsel, Andrew Mather, conferred by email with opposing counsel, Peter Tong, on October 4, 2024, concerning this Motion, to which opposing counsel responded on October 6, 2024 that Plaintiff was not opposed to the request for additional time.

*/s/ Katharine L. Carmona*
Katharine Lee Carmona

## CERTIFICATE OF SERVICE

Pursuant to the Federal Rules of Civil Procedure and Local Rule CV-5, I hereby certify that, on October 7, 2024, I electronically filed the foregoing "UNOPPOSED MOTION TO EXTEND DEADLINE TO FILE REPLY IN SUPPORT OF DEFENDANT GOOGLE LLC'S MOTION TO TRANSFER VENUE" document using the CM/ECF system, which will send notification of such filing to counsel for all parties of record.

*/s/ Katharine L. Carmona*
Katherine Lee Carmona

42148254v.1