# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# MIDLAND/ODESSA DIVISION

| | |
|---|---|
| **VIRTAMOVE, CORP.,** | |
| Plaintiff, | |
| v. | **CIVIL ACTION NO 7:24-CV-0033-DC-DTG** |
| **GOOGLE LLC** | JURY TRIAL DEMANDED |
| Defendant. | |

## ORDER GRANTING MOTION TO EXTEND DEADLINE TO FILE REPLY IN SUPPORT OF DEFENDANT GOOGLE'S MOTION TO TRANSFER VENUE

Before the Court is Defendant Google LLC's Unopposed Motion to Extend Deadline to File Reply in Support of its Motion to Transfer Venue. Having reviewed the motion, the Court is of the opinion that the motion is well taken and should be GRANTED. Accordingly, the Court GRANTS Defendant Google LLC's Motion to Extend Deadline to File Reply in Support of its Motion to Transfer Venue.

Defendant Google LLC shall have up to and including October 17, 2024 to file its reply.

Signed this _____ day of _____, 2024.

_____
DEREK T. GILLILAND
UNITED STATES MAGISTRATE JUDGE

42148313v.1