IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION

| | |
|---|---|
| **VIRTAMOVE, CORP.,**<br><br>  Plaintiff,<br><br> v.<br><br>**GOOGLE LLC**<br><br>  Defendant. | **CIVIL ACTION NO 7:24-CV-0033-DC-DTG**<br><br>JURY TRIAL DEMANDED |

**ORDER GRANTING MOTION TO EXTEND DEADLINE TO FILE REPLY IN SUPPORT OF DEFENDANT GOOGLE'S MOTION TO TRANSFER VENUE**

Before the Court is Defendant Google LLC's Unopposed Motion to Extend Deadline to File Reply in Support of its Motion to Transfer Venue. Having reviewed the motion, the Court is of the opinion that the motion is well taken and should be **GRANTED**. Accordingly, the Court **GRANTS** Defendant Google LLC's Motion to Extend Deadline to File Reply in Support of its Motion to Transfer Venue.

Defendant Google LLC shall have up to and including October 17, 2024 to file its reply.

**SIGNED** this 8th day of October, 2024.

_____
DEREK T. GILLILAND
UNITED STATES MAGISTRATE JUDGE