# EXHIBIT 4



☰   **Google**     Skip to main content     Accessibility feedback     ⠿   **Sign in**

→ One way ▾   👤 1 ▾   Economy ▾

○ Newark EWR   ⇄   📍 San Francisco     📅 Wed, Jan 8   ‹   ›

All filters   Stops ▾   Airlines ▾   Bags ▾   Price ▾   Times ▾   Emissions ▾   Con...

📈 Track prices ⓘ   Jan 8 ⊚    Any dates ⊚    📅 Date grid    📈 Price graph

## Best flights

Ranked based on price and convenience ⓘ   Prices include required taxes + fees for 1 adult. Optional charges and bag fees may apply. Passenger assistance info.     Sort by: ⇅

| | | | |
|---|---|---|---|
| 🔵 | **8:45 AM** → **12:10 PM**<br>EWR    SFO<br>Nonstop · 6 hr 25 min · United | 🚫 **$119**<br>362 kg CO2e<br>Avg emissions ⓘ | ⌄ |
| 🔵 | **12:00 PM** → **3:17 PM**<br>EWR    SFO<br>Nonstop · 6 hr 17 min · United | 🔔 **$119**<br>362 kg CO2e<br>Avg emissions ⓘ | ⌄ |
| 🔵 | **2:00 PM** → **5:16 PM**<br>EWR    SFO<br>Nonstop · 6 hr 16 min · United | 🚫 **$119**<br>362 kg CO2e<br>Avg emissions ⓘ | ⌄ |

🌈 Prices are currently **typical**       View price history ⌄

## Other flights

| | | | |
|---|---|---|---|
| 🔺 | **6:00 AM** → **11:23 AM**<br>EWR    SFO<br>1 stop · 8 hr 23 min · Delta | **$128**<br>394 kg CO2e<br>+6% emissions ⓘ | ⌄ |





| | | |
|---|---|---|
| 1 stop · 8 hr 32 min · Delta | | 392 kg CO2e |
| | | Avg emissions |
| 6:00 AM ⟶ 12:52 PM<br>EWR          SFO<br>1 stop · 9 hr 52 min · Delta | $128 | 392 kg CO2e<br>Avg emissions |
| 6:24 AM ⟶ 12:27 PM<br>EWR          SFO<br>1 stop · 9 hr 3 min · American | $128 | 334 kg CO2e<br>-10% emissions |
| 7:00 AM ⟶ 3:28 PM<br>EWR          SFO<br>1 stop · 11 hr 28 min · American | $128 | 371 kg CO2e<br>Avg emissions |
| 10:20 AM ⟶ 4:11 PM<br>EWR          SFO<br>1 stop · 8 hr 51 min · American | $128 | 347 kg CO2e<br>-7% emissions |
| 12:10 PM ⟶ 5:44 PM<br>EWR          SFO<br>1 stop · 8 hr 34 min · United | $128 | 309 kg CO2e<br>-17% emissions |
| 1:00 PM ⟶ 6:44 PM<br>EWR          SFO<br>1 stop · 8 hr 44 min · Delta | $128 | 394 kg CO2e<br>+6% emissions |
| 1:00 PM ⟶ 8:58 PM<br>EWR          SFO<br>1 stop ⚠ · 10 hr 58 min · United · Operated by Gojet Airlines DBA United Express | $128 | 567 kg CO2e<br>+52% emissions |
| 1:40 PM ⟶ 7:06 PM<br>EWR          SFO<br>1 stop · 8 hr 26 min · American | $128 | 418 kg CO2e<br>+12% emissions |
| 1:40 PM ⟶ 9:11 PM<br>EWR          SFO<br>1 stop · 10 hr 31 min · American | $128 | 418 kg CO2e<br>+12% emissions |
| 5:57 AM ⟶ 4:11 PM<br>EWR          SFO | $133 | |



☰  Google                          Skip to main content        Accessibility feedback                  ⊞  Sign in

5:57 AM ⟶ 4:11 PM                                                                         $133
EWR            SFO
2 stops · 13 hr 14 min · American                         441 kg CO2e
                                                          +18% emissions ⓘ

8:09 AM ⟶ 4:11 PM                                                                         $133
EWR            SFO
2 stops · 11 hr 2 min · American                          456 kg CO2e
                                                          +22% emissions ⓘ

9:47 AM ⟶ 8:30 PM                                                                         $133
EWR            SFO
2 stops · 13 hr 43 min · American                         469 kg CO2e
                                                          +26% emissions ⓘ

7:00 AM ⟶ 1:48 PM                                                                         $148
EWR            SFO
1 stop · 9 hr 48 min · Delta                               382 kg CO2e
                                                          Avg emissions

8:00 AM ⟶ 1:48 PM                                                                         $148
EWR            SFO
1 stop · 8 hr 48 min · Delta                               382 kg CO2e
                                                          Avg emissions ⓘ

10:25 AM ⟶ 5:26 PM                                                                        $148
EWR            SFO
1 stop · 10 hr 1 min · Delta                               382 kg CO2e
                                                          Avg emissions ⓘ

6:10 AM ⟶ 12:04 PM                                                                        $154
EWR            SFO
1 stop · 8 hr 54 min · United                             450 kg CO2e
                                                          +21% emissions ⓘ

7:05 PM ⟶ 12:06 PM+1                                                                      $158
EWR            SFO
1 stop ⚠ · 20 hr 1 min · United                           418 kg CO2e
                                                          +12% emissions ⓘ

8:45 PM ⟶ 12:06 PM+1                                                                      $158
EWR            SFO
1 stop ⚠ · 18 hr 21 min · United                          496 kg CO2e
                                                          +33% emissions ⓘ

10:00 AM ⟶ 1:15 PM                                                                        $164
EWR            SFO
Nonstop · 6 hr 15 min · United                            267 kg CO2e
                                                          -28% emissions ⓘ



Newark to San Francisco | Google Flights

☰    **Google**    Skip to main content    Accessibility feedback    ⊞⊞    **Sign in**

| | | |
|---|---|---|
| Nonstop · 6 hr 19 min · United | | 362 kg $CO_2$e <br> Avg emissions ⓘ |
| **8:00 PM ⟶ 11:34 PM** <br> EWR    SFO <br> Nonstop · 6 hr 34 min · United | 🏷 **$164** | 447 kg $CO_2$e <br> +20% emissions ⓘ |
| **2:45 PM ⟶ 9:24 AM⁺¹** <br> EWR    SFO <br> 1 stop ⚠ · 21 hr 39 min · United | 🏷 **$168** | 302 kg $CO_2$e <br> -19% emissions ⓘ |
| **7:58 PM ⟶ 9:24 AM⁺¹** <br> EWR    SFO <br> 1 stop ⚠ · 16 hr 26 min · United | 🏷 **$168** | 315 kg $CO_2$e <br> -16% emissions ⓘ |
| **7:58 PM ⟶ 11:33 AM⁺¹** <br> EWR    SFO <br> 1 stop ⚠ · 18 hr 35 min · United | 🏷 **$168** | 382 kg $CO_2$e <br> Avg emissions ⓘ |
| **7:58 PM ⟶ 1:48 PM⁺¹** <br> EWR    SFO <br> 1 stop ⚠ · 20 hr 50 min · United | 🏷 **$168** | 315 kg $CO_2$e <br> -16% emissions ⓘ |
| **7:58 PM ⟶ 3:38 PM⁺¹** <br> EWR    SFO <br> 1 stop ⚠ · 22 hr 40 min · United | 🏷 **$168** | 386 kg $CO_2$e <br> Avg emissions ⓘ |
| **8:44 PM ⟶ 9:44 AM⁺¹** <br> EWR    SFO <br> 1 stop ⚠ · 16 hr · United | 🏷 **$168** | 402 kg $CO_2$e <br> +8% emissions ⓘ |
| **9:25 PM ⟶ 9:24 AM⁺¹** <br> EWR    SFO <br> 1 stop ⚠ · 14 hr 59 min · United | 🏷 **$168** | 360 kg $CO_2$e <br> Avg emissions ⓘ |
| **9:25 PM ⟶ 11:33 AM⁺¹** <br> EWR    SFO <br> 1 stop ⚠ · 17 hr 8 min · United | 🏷 **$168** | 427 kg $CO_2$e <br> +14% emissions ⓘ |
| **9:25 PM ⟶ 1:48 PM⁺¹** <br> EWR    SFO | 🏷 **$168** | |



☰  Google        Skip to main content        Accessibility feedback        ⠿  Sign in

| | | |
|---|---|---|
| 9:25 PM ⟶ 5:38 PM | | $168 |
| EWR  SFO | | 431 kg CO2e |
| 1 stop ⚠  21 hr 13 min · United | | +16% emissions ⓘ |
| 9:25 PM ⟶ 5:30 PM+1 | | $168 |
| EWR  SFO | | 360 kg CO2e |
| 1 stop ⚠  23 hr 5 min · United | | Avg emissions ⓘ |
| 12:10 PM ⟶ 7:34 PM | | $170 |
| EWR  SFO | | 309 kg CO2e |
| 1 stop · 10 hr 24 min · United | | -17% emissions ⓘ |
| 6:00 AM ⟶ 11:59 AM | | $171 |
| EWR  SFO | | 502 kg CO2e |
| 1 stop · 8 hr 59 min · United | | +35% emissions ⓘ |
| 6:00 AM ⟶ 1:29 PM | | $171 |
| EWR  SFO | | 485 kg CO2e |
| 1 stop · 10 hr 29 min · United | | +30% emissions ⓘ |
| 5:57 AM ⟶ 12:51 PM | | $173 |
| EWR  SFO | | 403 kg CO2e |
| 1 stop · 9 hr 54 min · American | | +8% emissions ⓘ |
| 7:08 AM ⟶ 5:43 PM | | $177 |
| EWR  SFO | | 522 kg CO2e |
| 1 stop · 13 hr 35 min · United | | +40% emissions ⓘ |
| 7:08 AM ⟶ 8:15 PM | | $177 |
| EWR  SFO | | 507 kg CO2e |
| 1 stop · 16 hr 7 min · United | | +36% emissions ⓘ |
| 7:08 AM ⟶ 9:30 PM | | $177 |
| EWR  SFO | | 522 kg CO2e |
| 1 stop · 17 hr 22 min · United | | +40% emissions ⓘ |
| 9:08 AM ⟶ 8:15 PM | | $177 |
| EWR  SFO | | 382 kg CO2e |
| 1 stop · 14 hr 7 min · United | | Avg emissions ⓘ |



≡ Google    **Skip to main content**    **Accessibility feedback**    ⠿   Sign in

1 stop · 15 hr 22 min · United                                          397 kg CO2e
                                                                        +6% emissions ⓘ

12:10 PM ⟶ 12:09 AM[+1]                                                 $177
EWR          SFO                                                        297 kg CO2e
1 stop · 14 hr 59 min · United                                          -20% emissions ⓘ

12:55 PM ⟶ 12:09 AM[+1]                                                 $177
EWR          SFO                                                        631 kg CO2e
2 stops · 14 hr 14 min · United                                         +69% emissions ⓘ

6:35 PM ⟶ 10:46 AM[+1]                                                  $178
EWR          SFO                                                        410 kg CO2e
1 stop ⚠ · 19 hr 11 min · American                                     +10% emissions ⓘ

8:09 AM ⟶ 7:10 PM                                                       $178
EWR          SFO                                                        447 kg CO2e
2 stops · 14 hr 1 min · American                                        +20% emissions ⓘ

9:47 AM ⟶ 7:10 PM                                                       $178
EWR          SFO                                                        447 kg CO2e
2 stops · 12 hr 23 min · American                                       +20% emissions ⓘ

9:00 AM ⟶ 11:13 PM                                                      $182
EWR          SFO                                                        382 kg CO2e
1 stop · 17 hr 13 min · United                                          Avg emissions ⓘ

10:00 AM ⟶ 11:13 PM                                                     $182
EWR          SFO                                                        382 kg CO2e
1 stop · 16 hr 13 min · United                                          Avg emissions ⓘ

11:32 AM ⟶ 11:13 PM                                                     $182
EWR          SFO                                                        369 kg CO2e
1 stop · 14 hr 41 min · United                                          Avg emissions ⓘ

11:32 AM ⟶ 12:09 AM[+1]                                                 $182
EWR          SFO                                                        419 kg CO2e
2 stops · 15 hr 37 min · United                                         +12% emissions ⓘ

1:05 PM ⟶ 11:13 PM                                                      $182
EWR          SFO



☰ **Google**

Skip to main content     Accessibility feedback

▦   Sign in

---

1 stop · 10 hr 19 min · United     297 kg CO2e

-20% emissions ⓘ

---

**1:00 PM ⟶ 9:14 PM**     🔇 **$194**

EWR   SFO

1 stop · 11 hr 14 min · United · Operated by Gojet Airlines DBA United Express     491 kg CO2e

+32% emissions ⓘ   ⌄

---

**8:00 AM ⟶ 3:00 PM**     **$198**

EWR   SFO

1 stop · 10 hr · American     385 kg CO2e

Avg emissions ⓘ   ⌄

---

**12:41 PM ⟶ 7:10 PM**     **$198**

EWR   SFO

1 stop · 9 hr 29 min · American     398 kg CO2e

+7% emissions ⓘ   ⌄

---

**5:13 PM ⟶ 11:07 PM**     **$198**

EWR   SFO

1 stop · 8 hr 54 min · American     418 kg CO2e

+12% emissions ⓘ   ⌄

---

**6:00 AM ⟶ 9:40 AM**     🔇 **$199**

EWR   SFO

Nonstop · 6 hr 40 min · United     447 kg CO2e

+20% emissions ⓘ   ⌄

---

**3:30 PM ⟶ 7:03 PM**     🔇 **$199**

EWR   SFO

Nonstop · 6 hr 33 min · United     447 kg CO2e

+20% emissions ⓘ   ⌄

---

**3:59 PM ⟶ 9:44 AM**[+1]     🔇 **$199**

EWR   SFO

1 stop ⚠ · 20 hr 45 min · United     407 kg CO2e

+9% emissions ⓘ   ⌄

---

**6:15 PM ⟶ 9:44 AM**[+1]     🔇 **$199**

EWR   SFO

1 stop ⚠ · 18 hr 29 min · United     425 kg CO2e

+14% emissions ⓘ   ⌄

---

**10:00 AM ⟶ 3:38 PM**     🔇 **$209**

EWR   SFO

1 stop · 8 hr 38 min · United     386 kg CO2e

Avg emissions ⓘ   ⌄

---

**10:00 AM ⟶ 5:30 PM**     🔇 **$209**

EWR   SFO   ⌄



≡  Google                    **Skip to main content      Accessibility feedback**                  ⠿  Sign in

5:20 PM ⟶ 8:00 AM                                                                              $217
EWR          SFO
1 stop ⚠ · 17 hr 40 min · United                                          416 kg CO2e
                                                                          +12% emissions ⓘ                                                    ⌄

6:00 AM ⟶ 12:09 AM⁺¹                                                                           $222
EWR          SFO
1 stop · 21 hr 9 min · United                                             485 kg CO2e
                                                                          +30% emissions ⓘ                                                    ⌄

8:30 AM ⟶ 12:09 AM⁺¹                                                                           $222
EWR          SFO
1 stop · 18 hr 39 min · United                                            297 kg CO2e
                                                                          -20% emissions ⓘ                                                     ⌄

8:26 PM ⟶ 9:18 AM⁺¹                                                                            $227
EWR          SFO
1 stop ⚠ · 15 hr 52 min · United                                          409 kg CO2e
                                                                          +10% emissions ⓘ                                                    ⌄

8:26 PM ⟶ 11:36 AM⁺¹                                                                           $227
EWR          SFO
1 stop ⚠ · 18 hr 10 min · United                                          388 kg CO2e
                                                                          Avg emissions ⓘ                                                      ⌄

11:32 AM ⟶ 12:09 AM⁺¹                                                                          $232
EWR          SFO
2 stops · 15 hr 37 min · United                                           388 kg CO2e
                                                                          Avg emissions ⓘ                                                      ⌄

4:50 PM ⟶ 7:28 AM⁺¹                                                                            $232
EWR          SFO
1 stop ⚠ · 17 hr 38 min · United                                          313 kg CO2e
                                                                          -16% emissions ⓘ                                                     ⌄

8:35 PM ⟶ 7:28 AM⁺¹                                                                            $232
EWR          SFO
1 stop ⚠ · 13 hr 53 min · United                                          502 kg CO2e
                                                                          +35% emissions ⓘ                                                    ⌄

8:35 PM ⟶ 9:39 AM⁺¹                                                                            $232
EWR          SFO
1 stop ⚠ · 16 hr 4 min · United                                           497 kg CO2e
                                                                          +33% emissions ⓘ                                                    ⌄

8:35 PM ⟶ 1:29 PM⁺¹                                                                            $232
EWR          SFO
1 stop ⚠ · 19 hr 54 min · United                                          485 kg CO2e
                                                                          +30% emissions ⓘ



≡  **Google**                    Skip to main content    Accessibility feedback          ⊞⊞    Sign in

1 stop ⚠ · 21 hr 47 min · United                                                      502 kg CO2e
                                                                                       +35% emissions ⓘ

6:43 PM ⟶ 1:48 PM +1                                                                   🚫 $233
EWR          SFO
1 stop ⚠ · 22 hr 5 min · United                                                       302 kg CO2e
                                                                                       -19% emissions ⓘ

5:00 PM ⟶ 11:03 PM                                                                     $238
EWR          SFO
1 stop · 9 hr 3 min · Delta                                                            394 kg CO2e
                                                                                       +6% emissions ⓘ

6:29 PM ⟶ 10:09 PM                                                                     $239
EWR          SFO
Nonstop · 6 hr 40 min · Alaska                                                         295 kg CO2e
                                                                                       -21% emissions ⓘ

6:00 AM ⟶ 11:33 AM                                                                     🚫 $245
EWR          SFO
1 stop · 8 hr 33 min · United                                                          427 kg CO2e
                                                                                       +14% emissions ⓘ

9:00 AM ⟶ 3:38 PM                                                                      🚫 $245
EWR          SFO
1 stop · 9 hr 38 min · United                                                          386 kg CO2e
                                                                                       Avg emissions ⓘ

11:32 AM ⟶ 5:30 PM                                                                     🚫 $245
EWR          SFO
1 stop · 8 hr 58 min · United                                                          302 kg CO2e
                                                                                       -19% emissions ⓘ

4:39 PM ⟶ 7:30 AM +1                                                                   $254
EWR          SFO
1 stop ⚠ · 17 hr 51 min · Alaska · Operated by Horizon Air as Alaska Horizon           371 kg CO2e
                                                                                       Avg emissions ⓘ

4:39 PM ⟶ 9:57 AM +1                                                                   $254
EWR          SFO
1 stop ⚠ · 20 hr 18 min · Alaska · Operated by SkyWest Airlines as Alaska SkyWest      371 kg CO2e
                                                                                       Avg emissions ⓘ

4:39 PM ⟶ 11:43 AM +1                                                                  $254
EWR          SFO
1 stop ⚠ · 22 hr 4 min · Alaska · Operated by Horizon Air as Alaska Horizon            371 kg CO2e
                                                                                       Avg emissions ⓘ

3:04 PM ⟶ 8:58 PM                                                                      🚫 $254
EWR          SFO



| ☰ | Google | **Skip to main content**    **Accessibility feedback** | ⚏ | **Sign in** |

| | 9:00 PM → 7:40 AM | | $258 |
| | EWR   SFO | | |
| | 1 stop ⚠ · 15 hr 40 min · United | 331 kg CO2e | |
| | | -11% emissions ⓘ | |

3:00 PM → 9:14 PM   $263
EWR   SFO
1 stop · 9 hr 14 min · United · Operated by Gojet Airlines DBA United Express
491 kg CO2e
+32% emissions ⓘ

10:00 AM → 12:09 AM+1   $267
EWR   SFO
1 stop · 17 hr 9 min · United
485 kg CO2e
+30% emissions ⓘ

6:59 PM → 7:50 AM+1   $267
EWR   SFO
2 stops ⚠ · 15 hr 51 min · United
444 kg CO2e
+19% emissions ⓘ

5:30 PM → 8:45 PM   $282
EWR   SFO
Nonstop · 6 hr 15 min · United
267 kg CO2e
-28% emissions ⓘ

4:50 PM → 7:46 AM+1   $283
EWR   SFO
1 stop ⚠ · 17 hr 56 min · United
323 kg CO2e
-13% emissions ⓘ

8:35 PM → 7:46 AM+1   $283
EWR   SFO
1 stop ⚠ · 14 hr 11 min · United
512 kg CO2e
+37% emissions ⓘ

8:35 PM → 12:20 PM+1   $283
EWR   SFO
1 stop ⚠ · 18 hr 45 min · United · Operated by SkyWest DBA United Express
539 kg CO2e
+45% emissions ⓘ

10:00 AM → 3:22 PM   $285
EWR   SFO
1 stop · 8 hr 22 min · United
485 kg CO2e
+30% emissions ⓘ

5:08 PM → 11:13 PM   $293
EWR   SFO
1 stop · 9 hr 5 min · United
382 kg CO2e
Avg emissions ⓘ



≡  **Google**                        Skip to main content    Accessibility feedback         ⠿   **Sign in**

1 stop ⚠ · 15 hr 13 min · United · Operated by Republic Airways DBA United Expr...    491 kg CO2e
                                                                                      +32% emissions ⓘ

8:50 PM ⟶ 12:05 PM⁺¹                                                              📵 $308
EWR          SFO
1 stop ⚠ · 18 hr 15 min · United                                                  501 kg CO2e
                                                                                  +34% emissions ⓘ

1:15 PM ⟶ 12:09 AM⁺¹                                                              📵 $312
EWR          SFO
2 stops · 13 hr 54 min · United                                                   410 kg CO2e
                                                                                  +10% emissions ⓘ

5:30 PM ⟶ 9:11 AM⁺¹                                                                  $322
EWR          SFO
1 stop ⚠ · 18 hr 41 min · Alaska · Operated by SkyWest Airlines as Alaska SkyWest  406 kg CO2e
                                                                                  +9% emissions ⓘ

5:30 PM ⟶ 10:24 AM⁺¹                                                                 $322
EWR          SFO
1 stop ⚠ · 19 hr 54 min · Alaska                                                  382 kg CO2e
                                                                                  Avg emissions ⓘ

7:59 PM ⟶ 7:50 AM⁺¹                                                                  $327
EWR          SFO
1 stop ⚠ · 14 hr 51 min · United                                                  369 kg CO2e
                                                                                  Avg emissions ⓘ

4:00 PM ⟶ 9:14 PM                                                                 📵 $348
EWR          SFO
1 stop ⚠ · 8 hr 14 min · United · Operated by Gojet Airlines DBA United Express   491 kg CO2e
                                                                                  +32% emissions ⓘ

12:16 PM ⟶ 7:50 AM⁺¹                                                                 $357
EWR          SFO
1 stop ⚠ · 22 hr 34 min · United                                                  401 kg CO2e
                                                                                  +8% emissions ⓘ

2:15 PM ⟶ 7:50 AM⁺¹                                                                  $357
EWR          SFO
1 stop ⚠ · 20 hr 35 min · United                                                  369 kg CO2e
                                                                                  Avg emissions ⓘ

3:25 PM ⟶ 7:50 AM⁺¹                                                                  $357
EWR          SFO
1 stop ⚠ · 19 hr 25 min · United                                                  487 kg CO2e
                                                                                  +31% emissions ⓘ

6:35 PM ⟶ 12:09 AM⁺¹                                                              📵 $363
EWR          SFO



7:4▯ PM ⟶ 7:▯6 AM    $5▯5
EWR    SFO
1 stop ⚠ · 15 hr 1 min · United · Operated by SkyWest DBA United Express    478 kg CO2e
+28% emissions ⓘ

2:45 PM ⟶ 12:09 AM⁺¹    🚫 $407
EWR    SFO
1 stop · 12 hr 24 min · United    485 kg CO2e
+30% emissions ⓘ

5:14 PM ⟶ 7:50 AM⁺¹    $407
EWR    SFO
1 stop ⚠ · 17 hr 36 min · United    401 kg CO2e
+8% emissions ⓘ

6:35 PM ⟶ 7:28 AM⁺¹    🚫 $417
EWR    SFO
1 stop ⚠ · 15 hr 53 min · United    502 kg CO2e
+35% emissions ⓘ

4:39 PM ⟶ 12:09 AM⁺¹    $459
EWR    SFO
1 stop · 10 hr 30 min · Alaska, United    332 kg CO2e
-11% emissions ⓘ

6:30 AM ⟶ 11:45 AM    🚫 $477
EWR    SFO
1 stop · 8 hr 15 min · United    506 kg CO2e
+36% emissions ⓘ

6:15 AM ⟶ 11:43 AM    $491
EWR    SFO
1 stop · 8 hr 28 min · United, Alaska    470 kg CO2e
+26% emissions ⓘ

6:15 AM ⟶ 11:55 AM    🚫 $548
EWR    SFO
1 stop · 8 hr 40 min · United    481 kg CO2e
+29% emissions ⓘ

⌃ Hide 116 flights

🌐 Language · English (United States)    📍 Location · United States    💳 Currency · USD

About    Privacy    Terms    Join user studies    Feedback    Help Center

 

Skip to main content    Accessibility feedback    Sign in