# EXHIBIT 5



≡  Google                                                        ⊞  **Sign in**

Skip to main content          Accessibility feedback

→ One way ▾    👤 1 ▾    Economy ▾

◯ Newark EWR    ⇄    📍 Midland MAF    |    📅 Wed, Jan 8    ‹  ›

⇄ All filters    Stops ▾    Airlines ▾    Bags ▾    Price ▾    Times ▾    Emissions ▾    Con

〰 **Track prices** ⓘ  Jan 8 ⚪    Any dates ⚪    📅 **Date grid**    📈 **Price graph**

## Best flights

Ranked based on price and convenience ⓘ   Prices include required taxes + fees for 1 adult. Optional charges    Sort by: ⇅
and bag fees may apply. Passenger assistance info.

| | | | |
|---|---|---|---|
| 🔵 | **2:00 PM** → **9:52 PM**<br>EWR            MAF<br>2 stops · 8 hr 52 min · United · Operated by Gojet Airlines DBA United Express | 📵 **$123**<br>**567 kg CO2e**<br>+79% emissions ⓘ | ⌄ |
| 🔺 | **2:30 PM** → **11:45 PM**<br>EWR            MAF<br>2 stops · 10 hr 15 min · Delta · Operated by SkyWest DBA Delta Connection | **$123**<br>**349 kg CO2e**<br>+10% emissions ⓘ | ⌄ |
| 🔵 | **8:00 AM** → **4:21 PM**<br>EWR            MAF<br>2 stops · 9 hr 21 min · United · Operated by Republic Airways DBA United Express, … | 📵 **$152**<br>**488 kg CO2e**<br>+54% emissions ⓘ | ⌄ |
| 🔵 | **7:02 AM** → **2:11 PM**<br>EWR            MAF<br>1 stop · 8 hr 9 min · United · Operated by Mesa Airlines DBA United Express | 📵 **$230**<br>**328 kg CO2e**<br>Avg emissions ⓘ | ⌄ |
| 🔵🔴 | **12:41 PM** → **5:54 PM**<br>EWR            MAF<br>1 stop · 6 hr 13 min · American · Operated by Envoy Air as American Eagle | **$288**<br>**289 kg CO2e**<br>-9% emissions ⓘ | ⌄ |

 

☰  **Google**                                         ⠿  Sign in

**Skip to main content**      **Accessibility feedback**

## Other flights

| | 10:55 AM → 9:52 PM | | $123 | 🗲 |
|---|---|---|---|---|
| | EWR          MAF | | | |
| | 2 stops · 11 hr 57 min · United · Operated by Republic Airways DBA United Express | 418 kg CO2e | | |
| | | | +32% emissions ⓘ | ⌄ |

| | 10:55 AM → 11:44 PM | | $123 | 🗲 |
|---|---|---|---|---|
| | EWR          MAF | | | |
| | 2 stops · 13 hr 49 min · United · Operated by Republic Airways DBA United Express… | 436 kg CO2e | | |
| | | | +38% emissions ⓘ | ⌄ |

| | 1:00 PM → 9:52 PM | | $123 | 🗲 |
|---|---|---|---|---|
| | EWR          MAF | | | |
| | 2 stops · 9 hr 52 min · United · Operated by Gojet Airlines DBA United Express | 567 kg CO2e | | |
| | | | +79% emissions ⓘ | ⌄ |

| | 1:00 PM → 11:44 PM | | $123 | 🗲 |
|---|---|---|---|---|
| | EWR          MAF | | | |
| | 2 stops · 11 hr 44 min · United · Operated by Gojet Airlines DBA United Express, M… | 585 kg CO2e | | |
| | | | +85% emissions ⓘ | ⌄ |

| | 2:00 PM → 11:44 PM | | $123 | 🗲 |
|---|---|---|---|---|
| | EWR          MAF | | | |
| | 2 stops · 10 hr 44 min · United · Operated by Gojet Airlines DBA United Express, M… | 585 kg CO2e | | |
| | | | +85% emissions ⓘ | ⌄ |

| | 7:00 AM → 4:21 PM | | $152 | 🗲 |
|---|---|---|---|---|
| | EWR          MAF | | | |
| | 2 stops · 10 hr 21 min · United · Operated by Gojet Airlines DBA United Express, M… | 558 kg CO2e | | |
| | | | +77% emissions ⓘ | ⌄ |

| | 11:00 AM → 9:52 PM | | $152 | 🗲 |
|---|---|---|---|---|
| | EWR          MAF | | | |
| | 2 stops · 11 hr 52 min · United · Operated by Gojet Airlines DBA United Express | 583 kg CO2e | | |
| | | | +84% emissions ⓘ | ⌄ |

| | 7:00 AM → 11:44 PM | | $172 | 🗲 |
|---|---|---|---|---|
| | EWR          MAF | | | |
| | 2 stops · 17 hr 44 min · United · Operated by Mesa Airlines DBA United Express | 427 kg CO2e | | |
| | | | +35% emissions ⓘ | ⌄ |

| | 9:00 AM → 11:44 PM | | $172 | 🗲 |
|---|---|---|---|---|
| | EWR          MAF | | | |
| | 2 stops · 15 hr 44 min · United · Operated by Mesa Airlines DBA United Express | 427 kg CO2e | | |



≡   **Google**     **Skip to main content**    **Accessibility feedback**      ⦂⦂⦂   **Sign in**

| | | | |
|---|---|---|---|
| | 2 stops · 15 hr 57 min · United | 381 kg CO2e<br>+21% emissions ⓘ | |
| 6:55 AM ⟶ 9:52 PM<br>EWR   MAF<br>2 stops · 15 hr 57 min · United | | 📵 $177<br>367 kg CO2e<br>+16% emissions ⓘ | ⌄ |
| 6:55 AM ⟶ 11:44 PM<br>EWR   MAF<br>2 stops · 17 hr 49 min · United · Operated by Mesa Airlines DBA United Express | | 📵 $177<br>385 kg CO2e<br>+22% emissions ⓘ | ⌄ |
| 6:55 AM ⟶ 11:44 PM<br>EWR   MAF<br>2 stops · 17 hr 49 min · United · Operated by Mesa Airlines DBA United Express | | 📵 $177<br>409 kg CO2e<br>+29% emissions ⓘ | ⌄ |
| 6:35 PM ⟶ 8:59 AM+1<br>EWR   MAF<br>2 stops ⚠ · 15 hr 24 min · United · Operated by Mesa Airlines DBA United Express | | 📵 $177<br>415 kg CO2e<br>+31% emissions ⓘ | ⌄ |
| 6:35 PM ⟶ 11:21 AM+1<br>EWR   MAF<br>2 stops ⚠ · 17 hr 46 min · United · Operated by Mesa Airlines DBA United Express | | 📵 $177<br>426 kg CO2e<br>+35% emissions ⓘ | ⌄ |
| 6:35 PM ⟶ 11:21 AM+1<br>EWR   MAF<br>2 stops ⚠ · 17 hr 46 min · United · Operated by Mesa Airlines DBA United Express | | 📵 $177<br>415 kg CO2e<br>+31% emissions ⓘ | ⌄ |
| 8:26 PM ⟶ 8:59 AM+1<br>EWR   MAF<br>2 stops ⚠ · 13 hr 33 min · United · Operated by Mesa Airlines DBA United Express | | 📵 $177<br>388 kg CO2e<br>+23% emissions ⓘ | ⌄ |
| 8:26 PM ⟶ 11:21 AM+1<br>EWR   MAF<br>2 stops ⚠ · 15 hr 55 min · United · Operated by Mesa Airlines DBA United Express | | 📵 $177<br>399 kg CO2e<br>+26% emissions ⓘ | ⌄ |
| 8:26 PM ⟶ 11:21 AM+1<br>EWR   MAF<br>2 stops ⚠ · 15 hr 55 min · United · Operated by Mesa Airlines DBA United Express | | 📵 $177<br>388 kg CO2e<br>+23% emissions ⓘ | ⌄ |
| 8:44 PM ⟶ 11:21 AM+1 | | 📵 $183 | ⌄ |



☰  Google                                                          ⠿  Sign in

Skip to main content          Accessibility feedback

| | 7:30 AM ⟶ 9:52 PM | | 🚫 $183 |
|---|---|---|---|
| | EWR          MAF | | |
| | 2 stops · 15 hr 22 min · United | | 347 kg CO2e |
| | | | +10% emissions ⓘ |

| | 7:30 AM ⟶ 11:44 PM | | 🚫 $183 |
|---|---|---|---|
| | EWR          MAF | | |
| | 2 stops · 17 hr 14 min · United · Operated by Mesa Airlines DBA United Express | | 397 kg CO2e |
| | | | +26% emissions ⓘ |

| | 12:05 PM ⟶ 11:45 PM | | $184 |
|---|---|---|---|
| | EWR          MAF | | |
| | 2 stops · 12 hr 40 min · Delta · Operated by SkyWest DBA Delta Connection | | 349 kg CO2e |
| | | | +10% emissions ⓘ |

| | 8:25 PM ⟶ 11:21 AM +1 | | 🚫 $192 |
|---|---|---|---|
| | EWR          MAF | | |
| | 2 stops ⚠ · 15 hr 56 min · United · Operated by Mesa Airlines DBA United Express | | 405 kg CO2e |
| | | | +28% emissions ⓘ |

| | 7:00 AM ⟶ 6:13 PM | | 🚫 $206 |
|---|---|---|---|
| | EWR          MAF | | |
| | 2 stops · 12 hr 13 min · United · Operated by Gojet Airlines DBA United Express, M... | | 569 kg CO2e |
| | | | +80% emissions ⓘ |

| | 8:00 AM ⟶ 6:13 PM | | 🚫 $206 |
|---|---|---|---|
| | EWR          MAF | | |
| | 2 stops · 11 hr 13 min · United · Operated by Republic Airways DBA United Express... | | 500 kg CO2e |
| | | | +58% emissions ⓘ |

| | 9:59 PM ⟶ 11:21 AM +1 | | 🚫 $207 |
|---|---|---|---|
| | EWR          MAF | | |
| | 2 stops ⚠ · 14 hr 22 min · United · Operated by Mesa Airlines DBA United Express | | 366 kg CO2e |
| | | | +16% emissions ⓘ |

| | 7:30 AM ⟶ 9:52 PM | | 🚫 $208 |
|---|---|---|---|
| | EWR          MAF | | |
| | 2 stops · 15 hr 22 min · United | | 366 kg CO2e |
| | | | +16% emissions ⓘ |

| | 7:30 AM ⟶ 11:44 PM | | 🚫 $208 |
|---|---|---|---|
| | EWR          MAF | | |
| | 2 stops · 17 hr 14 min · United · Operated by Mesa Airlines DBA United Express | | 384 kg CO2e |
| | | | +22% emissions ⓘ |

| | 10:55 AM ⟶ 11:44 PM | | 🚫 $212 |
|---|---|---|---|
| | EWR          MAF | | |
| | 2 stops · 13 hr 49 min · United · Operated by Mesa Airlines DBA United Express | | 452 kg CO2e |
| | | | +43% emissions ⓘ |



☰  **Google**                                           ⊞⊞  **Sign in**

**Skip to main content**     **Accessibility feedback**

---

2 stops · 11 hr 54 min · American · Operated by Envoy Air as American Eagle    344 kg CO2e
+9% emissions  ⓘ

---

7:00 AM ⟶ 5:54 PM                                        $224      ⌄
EWR        MAF
2 stops · 11 hr 54 min · American · Operated by Envoy Air as American Eagle    344 kg CO2e
+9% emissions  ⓘ

---

8:09 AM ⟶ 5:54 PM                                        $224      ⌄
EWR        MAF
2 stops · 10 hr 45 min · American · Operated by Envoy Air as American Eagle    339 kg CO2e
+7% emissions  ⓘ

---

8:09 AM ⟶ 7:56 PM                                        $224      ⌄
EWR        MAF
2 stops · 12 hr 47 min · American · Operated by Envoy Air as American Eagle    339 kg CO2e
+7% emissions  ⓘ

---

9:47 AM ⟶ 5:54 PM                                        $224      ⌄
EWR        MAF
2 stops · 9 hr 7 min · American · Operated by Envoy Air as American Eagle    339 kg CO2e
+7% emissions  ⓘ

---

9:47 AM ⟶ 7:56 PM                                        $224      ⌄
EWR        MAF
2 stops · 11 hr 9 min · American · Operated by Envoy Air as American Eagle    339 kg CO2e
+7% emissions  ⓘ

---

9:47 AM ⟶ 7:56 PM                                        $224      ⌄
EWR        MAF
2 stops · 11 hr 9 min · American · Operated by Envoy Air as American Eagle    339 kg CO2e
+7% emissions  ⓘ

---

9:47 AM ⟶ 9:25 PM                                        $224      ⌄
EWR        MAF
2 stops · 12 hr 38 min · American · Operated by SkyWest Airlines as American Eagle    360 kg CO2e
+14% emissions  ⓘ

---

9:47 AM ⟶ 10:35 PM                                       $224      ⌄
EWR        MAF
2 stops · 13 hr 48 min · American · Operated by Envoy Air as American Eagle    353 kg CO2e
+12% emissions  ⓘ

---

6:07 PM ⟶ 11:21 AM+1                                     🛇 $232    ⌄
EWR        MAF
2 stops ⚠ · 18 hr 14 min · United · Operated by Republic Airways DBA United Exp...    522 kg CO2e
+65% emissions  ⓘ

---

6:15 PM ⟶ 11:21 AM+1                                     🛇 $237    ⌄
EWR        MAF



☰  Google                    Skip to main content    Accessibility feedback    ⊞⊞    Sign in

7:02 AM ⟶ 4:21 PM                                                            📵 $238
EWR              MAF
1 stop · 10 hr 19 min · United · Operated by Mesa Airlines DBA United Express   328 kg CO2e
                                                                            Avg emissions  ⓘ    ⌄

7:02 AM ⟶ 9:52 PM                                                            📵 $238
EWR              MAF
1 stop · 15 hr 50 min · United                                               322 kg CO2e
                                                                            Avg emissions  ⓘ    ⌄

7:02 AM ⟶ 11:44 PM                                                           📵 $238
EWR              MAF
1 stop · 17 hr 42 min · United · Operated by Mesa Airlines DBA United Express   340 kg CO2e
                                                                            +8% emissions  ⓘ    ⌄

8:50 PM ⟶ 8:59 AM[+1]                                                        📵 $238
EWR              MAF
1 stop ⚠ · 13 hr 9 min · United · Operated by Mesa Airlines DBA United Express   404 kg CO2e
                                                                            +28% emissions  ⓘ    ⌄

8:50 PM ⟶ 11:21 AM[+1]                                                       📵 $238
EWR              MAF
1 stop ⚠ · 15 hr 31 min · United · Operated by Mesa Airlines DBA United Express  416 kg CO2e
                                                                            +32% emissions  ⓘ    ⌄

8:50 PM ⟶ 2:11 PM[+1]                                                        📵 $238
EWR              MAF
1 stop ⚠ · 18 hr 21 min · United · Operated by Mesa Airlines DBA United Express  404 kg CO2e
                                                                            +28% emissions  ⓘ    ⌄

8:50 PM ⟶ 4:21 PM[+1]                                                        📵 $238
EWR              MAF
1 stop ⚠ · 20 hr 31 min · United · Operated by Mesa Airlines DBA United Express  404 kg CO2e
                                                                            +28% emissions  ⓘ    ⌄

8:50 PM ⟶ 6:13 PM[+1]                                                        📵 $238
EWR              MAF
1 stop ⚠ · 22 hr 23 min · United · Operated by Mesa Airlines DBA United Express  416 kg CO2e
                                                                            +32% emissions  ⓘ    ⌄

7:05 PM ⟶ 11:21 AM[+1]                                                       📵 $241
EWR              MAF
2 stops ⚠ · 17 hr 16 min · United · Operated by Mesa Airlines DBA United Express  432 kg CO2e
                                                                            +37% emissions  ⓘ    ⌄

7:58 PM ⟶ 11:21 AM[+1]                                                       📵 $247
EWR              MAF
2 stops ⚠ · 16 hr 23 min · United · Operated by Mesa Airlines DBA United Express  407 kg CO2e
                                                                            +29% emissions  ⓘ    ⌄



≡    Google                                    ⠿    Sign in

**Skip to main content**    **Accessibility feedback**

2 stops ⚠ · 16 hr 24 min · United · Operated by SkyWest DBA United Express    542 kg CO2e
                                                                              +72% emissions ⓘ

9:25 PM → 2:11 PM +1                                                           $247
EWR        MAF
2 stops ⚠ · 17 hr 46 min · United · Operated by Mesa Airlines DBA United Express    419 kg CO2e
                                                                              +33% emissions ⓘ

9:25 PM → 2:11 PM +1                                                           $247
EWR        MAF
2 stops ⚠ · 17 hr 46 min · United · Operated by Mesa Airlines DBA United Express    441 kg CO2e
                                                                              +40% emissions ⓘ

6:30 PM → 11:21 AM +1                                                          $252
EWR        MAF
2 stops ⚠ · 17 hr 51 min · United · Operated by Mesa Airlines DBA United Express    428 kg CO2e
                                                                              +35% emissions ⓘ

2:45 PM → 11:44 PM                                                             $253
EWR        MAF
2 stops · 9 hr 59 min · United · Operated by Mesa Airlines DBA United Express    372 kg CO2e
                                                                              +18% emissions ⓘ

6:58 PM → 11:21 AM +1                                                          $262
EWR        MAF
2 stops ⚠ · 17 hr 23 min · United · Operated by Mesa Airlines DBA United Express    402 kg CO2e
                                                                              +27% emissions ⓘ

7:30 AM → 6:13 PM                                                              $267
EWR        MAF
2 stops · 11 hr 43 min · United · Operated by Mesa Airlines DBA United Express    380 kg CO2e
                                                                              +20% emissions ⓘ

8:55 PM → 2:11 PM +1                                                           $272
EWR        MAF
2 stops ⚠ · 18 hr 16 min · United · Operated by Republic Airways DBA United Exp...    535 kg CO2e
                                                                              +69% emissions ⓘ

5:35 AM → 2:11 PM                                                              $275
EWR        MAF
1 stop · 9 hr 36 min · United · Operated by Mesa Airlines DBA United Express    299 kg CO2e
                                                                              Avg emissions ⓘ

2:12 PM → 9:52 PM                                                              $275
EWR        MAF
1 stop · 8 hr 40 min · United                                                 298 kg CO2e
                                                                              -6% emissions ⓘ

5:29 PM → 11:44 PM                                                             $275
EWR        MAF



| | 8:00 AM ⟶ 8:13 PM | | | $280 |
|---|---|---|---|---|
| | EWR | MAF | | |
| | 2 stops · 11 hr 13 min · United · Operated by Republic Airways DBA United Express… | | 516 kg CO2e | |
| | | | +63% emissions | ⌄ |

| | 1:05 PM ⟶ 11:44 PM | | | $280 |
|---|---|---|---|---|
| | EWR | MAF | | |
| | 2 stops · 11 hr 39 min · United · Operated by Mesa Airlines DBA United Express | | 385 kg CO2e | |
| | | | +22% emissions | ⌄ |

| | 7:00 AM ⟶ 5:54 PM | | | $282 |
|---|---|---|---|---|
| | EWR | MAF | | |
| | 2 stops · 11 hr 54 min · American · Operated by Envoy Air as American Eagle | | 344 kg CO2e | |
| | | | +9% emissions | ⌄ |

| | 7:00 AM ⟶ 7:56 PM | | | $282 |
|---|---|---|---|---|
| | EWR | MAF | | |
| | 2 stops · 13 hr 56 min · American · Operated by Envoy Air as American Eagle | | 344 kg CO2e | |
| | | | +9% emissions | ⌄ |

| | 7:02 AM ⟶ 6:13 PM | | | $282 |
|---|---|---|---|---|
| | EWR | MAF | | |
| | 1 stop · 12 hr 11 min · United · Operated by Mesa Airlines DBA United Express | | 340 kg CO2e | |
| | | | +8% emissions | ⌄ |

| | 1:05 PM ⟶ 9:52 PM | | | $285 |
|---|---|---|---|---|
| | EWR | MAF | | |
| | 2 stops · 9 hr 47 min · United | | 367 kg CO2e | |
| | | | +16% emissions | ⌄ |

| | 2:16 PM ⟶ 9:52 PM | | | $285 |
|---|---|---|---|---|
| | EWR | MAF | | |
| | 2 stops · 8 hr 36 min · United · Operated by Republic Airways DBA United Express | | 418 kg CO2e | |
| | | | +32% emissions | ⌄ |

| | 2:16 PM ⟶ 11:44 PM | | | $285 |
|---|---|---|---|---|
| | EWR | MAF | | |
| | 2 stops · 10 hr 28 min · United · Operated by Republic Airways DBA United Express… | | 436 kg CO2e | |
| | | | +38% emissions | ⌄ |

| | 9:00 PM ⟶ 2:11 PM +1 | | | $288 |
|---|---|---|---|---|
| | EWR | MAF | | |
| | 2 stops ⚠ · 18 hr 11 min · United · Operated by Mesa Airlines DBA United Express | | 399 kg CO2e | |
| | | | +26% emissions | ⌄ |

| | 9:00 PM ⟶ 2:11 PM +1 | | | $288 |
|---|---|---|---|---|
| | EWR | MAF | | |
| | 2 stops ⚠ · 18 hr 11 min · United · Operated by Mesa Airlines DBA United Express | | 390 kg CO2e | |
| | | | +23% emissions | ⌄ |

≡  **Google**                    ⊞⊞  **Sign in**

**Skip to main content**     **Accessibility feedback**

1 stop · 8 hr 15 min · American · Operated by Envoy Air as American Eagle · 289 kg CO2e · -9% emissions ⓘ

| | | |
|---|---|---|
| 5:35 AM ⟶ 4:21 PM | | 🔖 $289 |
| EWR MAF | | 299 kg CO2e |
| 1 stop · 11 hr 46 min · United · Operated by Mesa Airlines DBA United Express | | Avg emissions ⓘ |

| | | |
|---|---|---|
| 5:35 AM ⟶ 9:52 PM | | 🔖 $289 |
| EWR MAF | | 292 kg CO2e |
| 1 stop · 17 hr 17 min · United | | -8% emissions ⓘ |

| | | |
|---|---|---|
| 5:35 AM ⟶ 11:44 PM | | 🔖 $289 |
| EWR MAF | | 310 kg CO2e |
| 1 stop · 19 hr 9 min · United · Operated by Mesa Airlines DBA United Express | | Avg emissions ⓘ |

| | | |
|---|---|---|
| 12:25 PM ⟶ 9:52 PM | | 🔖 $289 |
| EWR MAF | | 298 kg CO2e |
| 1 stop · 10 hr 27 min · United | | -6% emissions ⓘ |

| | | |
|---|---|---|
| 12:25 PM ⟶ 11:44 PM | | 🔖 $289 |
| EWR MAF | | 316 kg CO2e |
| 1 stop · 12 hr 19 min · United · Operated by Mesa Airlines DBA United Express | | Avg emissions ⓘ |

| | | |
|---|---|---|
| 12:25 PM ⟶ 8:59 AM +1 | | 🔖 $289 |
| EWR MAF | | 305 kg CO2e |
| 1 stop ⚠ · 21 hr 34 min · United · Operated by Mesa Airlines DBA United Express | | Avg emissions ⓘ |

| | | |
|---|---|---|
| 12:25 PM ⟶ 11:21 AM +1 | | 🔖 $289 |
| EWR MAF | | 316 kg CO2e |
| 1 stop ⚠ · 23 hr 56 min · United · Operated by Mesa Airlines DBA United Express | | Avg emissions ⓘ |

| | | |
|---|---|---|
| 8:00 AM ⟶ 1:56 PM | | $299 |
| EWR MAF | | 291 kg CO2e |
| 1 stop · 6 hr 56 min · American · Operated by Envoy Air as American Eagle | | -8% emissions ⓘ |

| | | |
|---|---|---|
| 6:24 AM ⟶ 10:47 PM | | $302 |
| EWR MAF | | 402 kg CO2e |
| 1 stop · 17 hr 23 min · American · Operated by SkyWest Airlines as American Eagle | | +27% emissions ⓘ |

| | | |
|---|---|---|
| 10:20 AM ⟶ 10:47 PM | | $302 |
| EWR MAF | | |





Google Sign in

Skip to main content Accessibility feedback

8:00 AM — 7:25 PM $304
EWR MAF
1 stop · 14 hr 25 min · American · Operated by SkyWest Airlines as American Eagle
298 kg CO2e
-6% emissions

8:00 AM — 8:40 AM+1 $304
EWR MAF
1 stop · 25 hr 40 min · American · Operated by SkyWest Airlines as American Ea...
298 kg CO2e
-6% emissions

12:41 PM — 9:25 PM $304
EWR MAF
1 stop · 9 hr 44 min · American · Operated by SkyWest Airlines as American Eagle
310 kg CO2e
Avg emissions

12:41 PM — 8:40 AM+1 $304
EWR MAF
1 stop · 20 hr 59 min · American · Operated by SkyWest Airlines as American Ea...
310 kg CO2e
Avg emissions

12:41 PM — 11:52 AM+1 $304
EWR MAF
1 stop · 24 hr 11 min · American · Operated by Envoy Air as American Eagle
289 kg CO2e
-9% emissions

5:42 PM — 8:40 AM+1 $304
EWR MAF
1 stop · 15 hr 58 min · American · Operated by SkyWest Airlines as American Ea...
310 kg CO2e
Avg emissions

5:42 PM — 11:52 AM+1 $304
EWR MAF
1 stop · 19 hr 10 min · American · Operated by Envoy Air as American Eagle
289 kg CO2e
-9% emissions

5:42 PM — 1:56 PM+1 $304
EWR MAF
1 stop · 21 hr 14 min · American · Operated by Envoy Air as American Eagle
304 kg CO2e
Avg emissions

5:42 PM — 4:01 PM+1 $304
EWR MAF
1 stop · 23 hr 19 min · American · Operated by Envoy Air as American Eagle
289 kg CO2e
-9% emissions

5:42 PM — 5:54 PM+1 $304
EWR MAF
1 stop · 25 hr 12 min · American · Operated by Envoy Air as American Eagle
289 kg CO2e
-9% emissions

☰  Google                                      ⊞⊞  Sign in

Skip to main content      Accessibility feedback

1 stop · 6 hr 48 min · United · Operated by Mesa Airlines DBA United Express    316 kg CO2e
                                                                                 Avg emissions ⓘ

3:50 PM ⟶ 9:52 PM                                                        🔖 $313
EWR        MAF
1 stop · 7 hr 2 min · United                                             292 kg CO2e
                                                                         -8% emissions ⓘ

3:50 PM ⟶ 11:44 PM                                                       🔖 $313
EWR        MAF
1 stop · 8 hr 54 min · United · Operated by Mesa Airlines DBA United Express    310 kg CO2e
                                                                                 Avg emissions ⓘ

9:32 PM ⟶ 2:11 PM+1                                                      🔖 $316
EWR        MAF
2 stops ⚠ · 17 hr 39 min · United · Operated by Republic Airways DBA United Exp...    487 kg CO2e
                                                                                       +54% emissions ⓘ

7:30 PM ⟶ 8:59 AM+1                                                      🔖 $328
EWR        MAF
1 stop ⚠ · 14 hr 29 min · United · Operated by Mesa Airlines DBA United Express    299 kg CO2e
                                                                                   Avg emissions ⓘ

7:30 PM ⟶ 11:21 AM+1                                                     🔖 $328
EWR        MAF
1 stop ⚠ · 16 hr 51 min · United · Operated by Mesa Airlines DBA United Express    310 kg CO2e
                                                                                   Avg emissions ⓘ

7:30 PM ⟶ 2:11 PM+1                                                      🔖 $328
EWR        MAF
1 stop ⚠ · 19 hr 41 min · United · Operated by Mesa Airlines DBA United Express    299 kg CO2e
                                                                                   Avg emissions ⓘ

7:30 PM ⟶ 4:21 PM+1                                                      🔖 $328
EWR        MAF
1 stop ⚠ · 21 hr 51 min · United · Operated by Mesa Airlines DBA United Express    299 kg CO2e
                                                                                   Avg emissions ⓘ

7:30 PM ⟶ 6:13 PM+1                                                      🔖 $328
EWR        MAF
1 stop ⚠ · 23 hr 43 min · United · Operated by Mesa Airlines DBA United Express    310 kg CO2e
                                                                                   Avg emissions ⓘ

1:05 PM ⟶ 11:44 PM                                                          $330
EWR        MAF
2 stops · 11 hr 39 min · United · Operated by Mesa Airlines DBA United Express    385 kg CO2e
                                                                                  +22% emissions ⓘ

5:35 AM ⟶ 6:13 PM                                                        🔖 $333
EWR        MAF



≡  Google                    **Skip to main content**     **Accessibility feedback**          ⠿     **Sign in**

| | | | |
|---|---|---|---|
| 7:51 PM ⟶ 12:41 PM | | | $344 ⌄ |
| EWR | MAF | | |
| 1 stop ⚠ · 17 hr 50 min · United · Operated by SkyWest DBA United Express | | 404 kg CO2e<br>+28% emissions ⓘ | |
| 7:59 PM ⟶ 4:33 PM⁺¹ | | | $344 ⌄ |
| EWR | MAF | | |
| 1 stop ⚠ · 21 hr 34 min · United · Operated by SkyWest DBA United Express | | 404 kg CO2e<br>+28% emissions ⓘ | |
| 5:57 AM ⟶ 1:56 PM | | | $354 ⌄ |
| EWR | MAF | | |
| 2 stops · 8 hr 59 min · American · Operated by Envoy Air as American Eagle | | 338 kg CO2e<br>+7% emissions ⓘ | |
| 8:00 AM ⟶ 5:54 PM | | | $356 ⌄ |
| EWR | MAF | | |
| 1 stop · 10 hr 54 min · American · Operated by Envoy Air as American Eagle | | 277 kg CO2e<br>-12% emissions ⓘ | |
| 8:00 AM ⟶ 7:56 PM | | | $356 ⌄ |
| EWR | MAF | | |
| 1 stop · 12 hr 56 min · American · Operated by Envoy Air as American Eagle | | 277 kg CO2e<br>-12% emissions ⓘ | |
| 8:00 AM ⟶ 10:35 PM | | | $356 ⌄ |
| EWR | MAF | | |
| 1 stop · 15 hr 35 min · American · Operated by Envoy Air as American Eagle | | 291 kg CO2e<br>-8% emissions ⓘ | |
| 12:41 PM ⟶ 10:35 PM | | | $356 ⌄ |
| EWR | MAF | | |
| 1 stop · 10 hr 54 min · American · Operated by Envoy Air as American Eagle | | 304 kg CO2e<br>Avg emissions ⓘ | |
| 8:00 AM ⟶ 6:13 PM | | | 🚫 $372 ⌄ |
| EWR | MAF | | |
| 1 stop · 11 hr 13 min · United · Operated by Mesa Airlines DBA United Express | | 316 kg CO2e<br>Avg emissions ⓘ | |
| 3:25 PM ⟶ 12:49 PM⁺¹ | | | $374 ⌄ |
| EWR | MAF | | |
| 1 stop ⚠ · 22 hr 24 min · United · Operated by SkyWest DBA United Express | | 522 kg CO2e<br>+65% emissions ⓘ | |
| 8:00 AM ⟶ 2:11 PM | | | $399 ⌄ |
| EWR | MAF | | |
| 1 stop · 7 hr 11 min · United · Operated by Mesa Airlines DBA United Express | | 305 kg CO2e<br>Avg emissions ⓘ | |



☰  Google                                          Sign in

Skip to main content    Accessibility feedback

1 stop · 9 hr 21 min · United · Operated by Mesa Airlines DBA United Express    305 kg CO2e
                                                                                 Avg emissions

10:20 AM ⟶ 4:21 PM                                                 $399
EWR          MAF
1 stop · 7 hr 1 min · United · Operated by Mesa Airlines DBA United Express    404 kg CO2e
                                                                                +28% emissions

2:12 PM ⟶ 11:44 PM                                                $412
EWR          MAF
1 stop · 10 hr 32 min · United · Operated by Mesa Airlines DBA United Express    316 kg CO2e
                                                                                 Avg emissions

5:29 PM ⟶ 8:59 AM +1                                              $412
EWR          MAF
1 stop ⚠ · 16 hr 30 min · United · Operated by Mesa Airlines DBA United Express   305 kg CO2e
                                                                                 Avg emissions

5:29 PM ⟶ 2:11 PM +1                                              $412
EWR          MAF
1 stop ⚠ · 21 hr 42 min · United · Operated by Mesa Airlines DBA United Express   305 kg CO2e
                                                                                 Avg emissions

5:29 PM ⟶ 4:21 PM +1                                              $412
EWR          MAF
1 stop ⚠ · 23 hr 52 min · United · Operated by Mesa Airlines DBA United Express   305 kg CO2e
                                                                                 Avg emissions

9:30 AM ⟶ 4:33 PM                                                 $415
EWR          MAF
1 stop · 8 hr 3 min · United · Operated by SkyWest DBA United Express    410 kg CO2e
                                                                         +30% emissions

10:20 AM ⟶ 6:13 PM                                                $415
EWR          MAF
1 stop · 8 hr 53 min · United · Operated by Mesa Airlines DBA United Express    416 kg CO2e
                                                                                +32% emissions

5:14 PM ⟶ 12:49 PM +1                                             $424
EWR          MAF
1 stop ⚠ · 20 hr 35 min · United · Operated by SkyWest DBA United Express    437 kg CO2e
                                                                             +38% emissions

5:14 PM ⟶ 4:33 PM +1                                              $424
EWR          MAF
1 stop ⚠ · 24 hr 19 min · United · Operated by SkyWest DBA United Express    437 kg CO2e
                                                                             +38% emissions

6:10 AM ⟶ 12:49 PM                                                $427
EWR          MAF



≡  **Google**

Skip to main content    Accessibility feedback

⊞    **Sign in**

---

EWR  →  MAF
1 stop · 11 hr 23 min · United · Operated by SkyWest DBA United Express
$427
522 kg CO2e
+65% emissions ⓘ

6:00 AM  →  2:11 PM
EWR             MAF
2 stops · 9 hr 11 min · United · Operated by Mesa Airlines DBA United Express
📵 $472
399 kg CO2e
+26% emissions ⓘ

9:59 PM  →  4:21 PM +1
EWR             MAF
2 stops ⚠ · 19 hr 22 min · United · Operated by Mesa Airlines DBA United Express
📵 $493
487 kg CO2e
+54% emissions ⓘ

7:59 AM  →  4:33 PM
EWR             MAF
1 stop · 9 hr 34 min · United · Operated by SkyWest DBA United Express
$502
522 kg CO2e
+65% emissions ⓘ

5:14 PM  →  11:15 PM
EWR             MAF
1 stop · 7 hr 1 min · United · Operated by SkyWest DBA United Express
$502
437 kg CO2e
+38% emissions ⓘ

5:35 AM  →  11:21 AM
EWR             MAF
1 stop · 6 hr 46 min · United · Operated by Mesa Airlines DBA United Express
$544
299 kg CO2e
Avg emissions ⓘ

5:15 AM  →  1:56 PM
EWR             MAF
2 stops · 9 hr 41 min · American · Operated by Envoy Air as American Eagle
$597
433 kg CO2e
+37% emissions ⓘ

∧  Hide 128 flights

---

🌐 Language · English (United States)    📍 Location · United States    💳 Currency · USD

About    Privacy    Terms    Join user studies    Feedback    Help Center

Displayed currencies may differ from the currencies used to purchase flights. Learn more