# EXHIBIT 6























  Google Sign in

Skip to main content Accessibility feedback

PIT SFO
2 stops · 12 hr 51 min · American
402 kg CO2e
+15% emissions

8:00 AM — 4:11 PM $173
PIT SFO
2 stops · 11 hr 11 min · American · Operated by Republic Airways as American Ea...
440 kg CO2e
+26% emissions

8:28 AM — 4:11 PM $173
PIT SFO
2 stops · 10 hr 43 min · American
456 kg CO2e
+30% emissions

9:54 AM — 8:30 PM $173
PIT SFO
2 stops · 13 hr 36 min · American
469 kg CO2e
+34% emissions

10:38 AM — 8:30 PM $173
PIT SFO
2 stops · 12 hr 52 min · American · Operated by PSA Airlines as American Eagle
486 kg CO2e
+39% emissions

11:07 AM — 8:30 PM $173
PIT SFO
2 stops · 12 hr 23 min · American · Operated by Envoy Air as American Eagle
444 kg CO2e
+27% emissions

11:07 AM — 8:30 PM $173
PIT SFO
2 stops · 12 hr 23 min · American · Operated by Envoy Air as American Eagle
444 kg CO2e
+27% emissions

11:07 AM — 8:30 PM $173
PIT SFO
2 stops · 12 hr 23 min · American · Operated by Envoy Air as American Eagle
444 kg CO2e
+27% emissions

6:00 AM — 11:23 AM $179
PIT SFO
1 stop · 8 hr 23 min · Delta · Operated by Endeavor Air DBA Delta Connection
382 kg CO2e
+9% emissions

6:00 AM — 12:10 PM $179
PIT SFO
1 stop · 9 hr 10 min · United · Operated by Republic Airways DBA United Express
529 kg CO2e
+51% emissions

Google Sign in

Skip to main content Accessibility feedback

PIT SFO
1 stop · 9 hr 44 min · Delta · Operated by Endeavor Air DBA Delta Connection
382 kg CO2e
+9% emissions

12:25 PM → 6:42 PM $179
PIT SFO
1 stop · 9 hr 17 min · Delta · Operated by Endeavor Air DBA Delta Connection
451 kg CO2e
+29% emissions

1:50 PM → 8:45 PM $179
PIT SFO
1 stop · 9 hr 55 min · Delta · Operated by Endeavor Air DBA Delta Connection
395 kg CO2e
+13% emissions

5:30 PM → 11:03 PM $179
PIT SFO
1 stop · 8 hr 33 min · Delta · Operated by Endeavor Air DBA Delta Connection
382 kg CO2e
+9% emissions

5:40 PM → 10:35 PM $179
PIT SFO
1 stop · 7 hr 55 min · Southwest
303 kg CO2e
-13% emissions

5:40 PM → 11:26 PM $179
PIT SFO
1 stop · 8 hr 46 min · Delta
348 kg CO2e
Avg emissions

12:00 PM → 9:25 PM $184
PIT SFO
2 stops · 12 hr 25 min · Southwest
518 kg CO2e
+48% emissions

9:15 AM → 5:40 PM $185
PIT SFO
1 stop · 11 hr 25 min · Southwest
382 kg CO2e
+9% emissions

1:10 PM → 10:15 PM $185
PIT SFO
1 stop · 12 hr 5 min · Southwest
349 kg CO2e
Avg emissions

6:00 AM → 12:05 PM $198
PIT SFO
1 stop · 9 hr 5 min · United
471 kg CO2e
+35% emissions

Google

Sign in

Skip to main content Accessibility feedback

7:28 PM — 3:35 PM $202
PIT SFO
1 stop · 23 hr 7 min · Alaska
365 kg CO2e
Avg emissions

8:10 AM — 1:23 PM $214
PIT SFO
1 stop · 8 hr 13 min · United
377 kg CO2e
+8% emissions

12:33 PM — 6:04 PM $218
PIT SFO
1 stop · 8 hr 31 min · American
360 kg CO2e
Avg emissions

1:00 PM — 7:27 PM $218
PIT SFO
1 stop · 9 hr 27 min · Delta
364 kg CO2e
Avg emissions

10:44 AM — 12:09 AM+1 $227
PIT SFO
2 stops · 16 hr 25 min · United · Operated by Mesa Airlines DBA United Express
467 kg CO2e
+33% emissions

11:00 AM — 12:09 AM+1 $227
PIT SFO
2 stops · 16 hr 9 min · United · Operated by Republic Airways DBA United Express
451 kg CO2e
+29% emissions

11:00 AM — 12:09 AM+1 $227
PIT SFO
2 stops · 16 hr 9 min · United · Operated by Republic Airways DBA United Express
447 kg CO2e
+28% emissions

4:25 PM — 7:28 AM+1 $237
PIT SFO
2 stops · 18 hr 3 min · United
389 kg CO2e
+11% emissions

7:12 PM — 10:46 AM+1 $239
PIT SFO
1 stop · 18 hr 34 min · American
430 kg CO2e
+23% emissions

4:13 PM — 11:24 AM+1 $241
PIT SFO
1 stop · 22 hr 11 min · American · Operated by Republic Airways as American Ea...
350 kg CO2e
Avg emissions

Google Sign in

Skip to main content Accessibility feedback

| Depart | Arrive | From | To | Stops | Duration | Airline | Price | Emissions | |
|---|---|---|---|---|---|---|---|---|---|
| | | PIT | SFO | 1 stop | 24 hr 43 min | United | | 391 kg CO2e | +12% emissions |
| 5:55 PM | 11:13 PM | PIT | SFO | 1 stop | 8 hr 18 min | United | $285 | 387 kg CO2e | +11% emissions |
| 4:25 PM | 7:46 AM+1 | PIT | SFO | 2 stops | 18 hr 21 min | United | $288 | 389 kg CO2e | +11% emissions |
| 11:00 AM | 12:09 AM+1 | PIT | SFO | 2 stops | 16 hr 9 min | United · Operated by Republic Airways DBA United Express | $291 | 420 kg CO2e | +20% emissions |
| 5:38 PM | 3:00 PM+1 | PIT | SFO | 1 stop | 24 hr 22 min | American | $293 | 373 kg CO2e | +7% emissions |
| 10:44 AM | 12:09 AM+1 | PIT | SFO | 2 stops | 16 hr 25 min | United · Operated by Mesa Airlines DBA United Express | $313 | 427 kg CO2e | +22% emissions |
| 3:10 PM | 9:27 AM+1 | PIT | SFO | 1 stop | 21 hr 17 min | American | $313 | 360 kg CO2e | Avg emissions |
| 5:38 PM | 9:27 AM+1 | PIT | SFO | 1 stop | 18 hr 49 min | American | $313 | 360 kg CO2e | Avg emissions |
| 5:38 PM | 1:35 PM+1 | PIT | SFO | 1 stop | 22 hr 57 min | American | $313 | 373 kg CO2e | +7% emissions |
| 6:28 PM | 9:50 AM+1 | PIT | SFO | 1 stop | 18 hr 22 min | American · Operated by Republic Airways as American… | $338 | 715 kg CO2e | +104% emissions |

Sign in

Skip to main content   Accessibility feedback