# EXHIBIT 7















Google Sign in

Skip to main content Accessibility feedback

1:00 PM — 11:45 PM $175
PIT MAF
2 stops · 11 hr 45 min · Delta · Operated by SkyWest DBA Delta Connection
331 kg CO2e
Avg emissions

11:00 AM — 9:52 PM $192
PIT MAF
2 stops · 11 hr 52 min · United · Operated by Republic Airways DBA United Express
408 kg CO2e
+30% emissions

11:00 AM — 9:52 PM $197
PIT MAF
2 stops · 11 hr 52 min · United · Operated by Republic Airways DBA United Express
386 kg CO2e
+23% emissions

11:00 AM — 11:44 PM $197
PIT MAF
2 stops · 13 hr 44 min · United · Operated by Republic Airways DBA United Express...
404 kg CO2e
+29% emissions

3:10 PM — 10:35 PM $203
PIT MAF
1 stop · 8 hr 25 min · American · Operated by Envoy Air as American Eagle
279 kg CO2e
-11% emissions

5:38 PM — 10:35 PM $203
PIT MAF
1 stop · 5 hr 57 min · American · Operated by Envoy Air as American Eagle
279 kg CO2e
-11% emissions

5:28 AM — 5:54 PM $208
PIT MAF
2 stops · 13 hr 26 min · American · Operated by Republic Airways as American Ea...
373 kg CO2e
+19% emissions

6:48 AM — 5:54 PM $208
PIT MAF
2 stops · 12 hr 6 min · American · Operated by Republic Airways as American Eagl...
458 kg CO2e
+46% emissions

7:18 AM — 5:54 PM $208
PIT MAF
2 stops · 11 hr 36 min · American · Operated by Republic Airways as American Ea...
390 kg CO2e
+24% emissions

7:18 AM — 7:56 PM $208
PIT MAF
2 stops · 13 hr 38 min · American · Operated by Republic Airways as American Ea...
390 kg CO2e
+24% emissions

Google Sign in

Skip to main content Accessibility feedback

2 stops · 10 hr 54 min · American · Operated by Republic Airways as American Ea... 373 kg CO2e
+19% emissions

8:00 AM — 5:54 PM $208
PIT MAF
2 stops · 10 hr 54 min · American · Operated by Republic Airways as American Ea... 373 kg CO2e
+19% emissions

8:00 AM — 5:54 PM $208
PIT MAF
2 stops · 10 hr 54 min · American · Operated by Republic Airways as American Ea... 373 kg CO2e
+19% emissions

8:00 AM — 7:56 PM $208
PIT MAF
2 stops · 12 hr 56 min · American · Operated by Republic Airways as American Ea... 373 kg CO2e
+19% emissions

8:00 AM — 7:56 PM $208
PIT MAF
2 stops · 12 hr 56 min · American · Operated by Republic Airways as American Ea... 373 kg CO2e
+19% emissions

9:54 AM — 9:25 PM $208
PIT MAF
2 stops · 12 hr 31 min · American · Operated by SkyWest Airlines as American Eagle 360 kg CO2e
+15% emissions

10:21 AM — 5:54 PM $208
PIT MAF
2 stops · 8 hr 33 min · American · Operated by PSA Airlines as American Eagle, En... 394 kg CO2e
+25% emissions

10:21 AM — 7:56 PM $208
PIT MAF
2 stops · 10 hr 35 min · American · Operated by PSA Airlines as American Eagle, E... 394 kg CO2e
+25% emissions

10:38 AM — 5:54 PM $208
PIT MAF
2 stops · 8 hr 16 min · American · Operated by PSA Airlines as American Eagle, En... 411 kg CO2e
+31% emissions

10:38 AM — 7:56 PM $208
PIT MAF
2 stops · 10 hr 18 min · American · Operated by PSA Airlines as American Eagle, E... 411 kg CO2e
+31% emissions

10:38 AM — 9:25 PM $208
PIT MAF

Google — Sign in — Skip to main content — Accessibility feedback

| Flight | Route | Stops / Duration | Airline | Price | Emissions |
|---|---|---|---|---|---|
| 11:09 AM → 7:25 PM | PIT → MAF | 2 stops · 11 hr 16 min | American · Operated by Republic Airways as American Ea… | $208 | 479 kg CO2e · +53% emissions |
| 8:10 PM → 11:52 AM+1 | PIT → MAF | 2 stops · 16 hr 42 min | American · Operated by PSA Airlines as American Eagl… | $229 | 366 kg CO2e · +17% emissions |
| 8:10 PM → 11:52 AM+1 | PIT → MAF | 2 stops · 16 hr 42 min | American · Operated by PSA Airlines as American Eagl… | $229 | 368 kg CO2e · +17% emissions |
| 8:10 PM → 1:56 PM+1 | PIT → MAF | 2 stops · 18 hr 46 min | American · Operated by PSA Airlines as American Eagl… | $229 | 408 kg CO2e · +30% emissions |
| 8:10 PM → 1:56 PM+1 | PIT → MAF | 2 stops · 18 hr 46 min | American · Operated by PSA Airlines as American Eagl… | $229 | 380 kg CO2e · +21% emissions |
| 8:10 PM → 1:56 PM+1 | PIT → MAF | 2 stops · 18 hr 46 min | American · Operated by PSA Airlines as American Eagl… | $229 | 408 kg CO2e · +30% emissions |
| 8:10 PM → 4:01 PM+1 | PIT → MAF | 2 stops · 20 hr 51 min | American · Operated by PSA Airlines as American Eagl… | $229 | 394 kg CO2e · +25% emissions |
| 8:10 PM → 4:01 PM+1 | PIT → MAF | 2 stops · 20 hr 51 min | American · Operated by PSA Airlines as American Eagl… | $229 | 394 kg CO2e · +25% emissions |
| 8:10 PM → 5:54 PM+1 | PIT → MAF | 2 stops · 22 hr 44 min | American · Operated by PSA Airlines as American Eagl… | $229 | 394 kg CO2e · +25% emissions |
| 8:10 PM → 5:54 PM+1 | PIT → MAF | 2 stops · 22 hr 44 min | American · Operated by PSA Airlines as American Eagl… | $229 | 394 kg CO2e · +25% emissions |





Google
Sign in

Skip to main content Accessibility feedback

PIT MAF
2 stops · 13 hr 26 min · American · Operated by Republic Airways as American Ea...
373 kg CO2e
+19% emissions

5:28 AM — 7:56 PM
$294
PIT MAF
2 stops · 15 hr 28 min · American · Operated by Republic Airways as American Ea...
373 kg CO2e
+19% emissions

5:28 AM — 7:56 PM
$294
PIT MAF
2 stops · 15 hr 28 min · American · Operated by Republic Airways as American Ea...
373 kg CO2e
+19% emissions

6:00 AM — 11:21 AM
$296
PIT MAF
1 stop · 6 hr 21 min · United · Operated by Mesa Airlines DBA United Express
374 kg CO2e
+19% emissions

11:00 AM — 11:15 PM
$301
PIT MAF
2 stops · 13 hr 15 min · United · Operated by Republic Airways DBA United Express...
515 kg CO2e
+64% emissions

6:20 AM — 9:25 PM
$303
PIT MAF
1 stop · 16 hr 5 min · American · Operated by SkyWest Airlines as American Eagle
286 kg CO2e
-9% emissions

6:20 AM — 8:40 AM+1
$303
PIT MAF
1 stop · 27 hr 20 min · American · Operated by SkyWest Airlines as American Ea...
286 kg CO2e
-9% emissions

12:33 PM — 9:25 PM
$303
PIT MAF
1 stop · 9 hr 52 min · American · Operated by SkyWest Airlines as American Eagle
286 kg CO2e
-9% emissions

12:33 PM — 8:40 AM+1
$303
PIT MAF
1 stop · 21 hr 7 min · American · Operated by SkyWest Airlines as American Eagle
286 kg CO2e
-9% emissions

12:33 PM — 11:52 AM+1
$303
PIT MAF
1 stop · 24 hr 19 min · American · Operated by Envoy Air as American Eagle
265 kg CO2e
-16% emissions

Skip to main content     Accessibility feedback

Google   Sign in

| Flight | Times | Route | Details | Price |
|---|---|---|---|---|
| | | | 1 stop ⚠ · 26 hr 23 min · American · Operated by Envoy Air as American Eagle | 279 kg CO2e  -11% emissions |
| American | 12:33 PM → 4:01 PM +1 | PIT → MAF | | $303 |
| | | | 1 stop ⚠ · 28 hr 28 min · American · Operated by Envoy Air as American Eagle | 265 kg CO2e  -16% emissions |
| American | 3:10 PM → 8:40 AM +1 | PIT → MAF | | $303 |
| | | | 1 stop ⚠ · 18 hr 30 min · American · Operated by SkyWest Airlines as American Ea… | 286 kg CO2e  -9% emissions |
| American | 3:10 PM → 11:52 AM +1 | PIT → MAF | | $303 |
| | | | 1 stop ⚠ · 21 hr 42 min · American · Operated by Envoy Air as American Eagle | 265 kg CO2e  -16% emissions |
| American | 3:10 PM → 1:56 PM +1 | PIT → MAF | | $303 |
| | | | 1 stop ⚠ · 23 hr 46 min · American · Operated by Envoy Air as American Eagle | 279 kg CO2e  -11% emissions |
| American | 3:10 PM → 4:01 PM +1 | PIT → MAF | | $303 |
| | | | 1 stop ⚠ · 25 hr 51 min · American · Operated by Envoy Air as American Eagle | 265 kg CO2e  -16% emissions |
| American | 3:10 PM → 5:54 PM +1 | PIT → MAF | | $303 |
| | | | 1 stop ⚠ · 27 hr 44 min · American · Operated by Envoy Air as American Eagle | 265 kg CO2e  -16% emissions |
| American | 5:38 PM → 8:40 AM +1 | PIT → MAF | | $303 |
| | | | 1 stop ⚠ · 16 hr 2 min · American · Operated by SkyWest Airlines as American Eagle | 286 kg CO2e  -9% emissions |
| American | 5:38 PM → 11:52 AM +1 | PIT → MAF | | $303 |
| | | | 1 stop ⚠ · 19 hr 14 min · American · Operated by Envoy Air as American Eagle | 265 kg CO2e  -16% emissions |
| American | 5:38 PM → 1:56 PM +1 | PIT → MAF | | $303 |
| | | | 1 stop ⚠ · 21 hr 18 min · American · Operated by Envoy Air as American Eagle | 279 kg CO2e  -11% emissions |
| American | 5:38 PM → 4:01 PM +1 | PIT → MAF | | $303 |





Google

Sign in

Skip to main content Accessibility feedback

5:38 PM → 5:54 PM $303
PIT MAF
1 stop · 25 hr 16 min · American · Operated by Envoy Air as American Eagle
265 kg CO2e
-16% emissions

5:38 PM → 9:25 PM+1 $303
PIT MAF
1 stop · 28 hr 47 min · American · Operated by SkyWest Airlines as American Ea...
286 kg CO2e
-9% emissions

7:12 PM → 1:56 PM+1 $304
PIT MAF
2 stops · 19 hr 44 min · American · Operated by Envoy Air as American Eagle
452 kg CO2e
+44% emissions

4:13 PM → 11:52 AM+1 $306
PIT MAF
2 stops · 20 hr 39 min · American · Operated by Republic Airways as American...
362 kg CO2e
+15% emissions

8:28 AM → 9:25 PM $308
PIT MAF
2 stops · 13 hr 57 min · American · Operated by SkyWest Airlines as American Eagle
360 kg CO2e
+15% emissions

8:28 AM → 9:25 PM $308
PIT MAF
2 stops · 13 hr 57 min · American · Operated by SkyWest Airlines as American Eagle
360 kg CO2e
+15% emissions

9:54 AM → 9:25 PM $308
PIT MAF
2 stops · 12 hr 31 min · American · Operated by SkyWest Airlines as American Eagle
360 kg CO2e
+15% emissions

10:21 AM → 9:25 PM $308
PIT MAF
2 stops · 12 hr 4 min · American · Operated by PSA Airlines as American Eagle, Sk...
415 kg CO2e
+32% emissions

10:38 AM → 9:25 PM $308
PIT MAF
2 stops · 11 hr 47 min · American · Operated by PSA Airlines as American Eagle, S...
432 kg CO2e
+38% emissions

11:07 AM → 9:25 PM $308
PIT MAF
2 stops · 11 hr 18 min · American · Operated by Envoy Air as American Eagle, Sky...
383 kg CO2e
+22% emissions

Skip to main content    Accessibility feedback

Google    Sign in

| | | |
|---|---|---|
| 6:00 AM → 4:21 PM  PIT — MAF  1 stop · 11 hr 21 min · United · Operated by Mesa Airlines DBA United Express | $341  374 kg CO2e  +19% emissions | |
| 6:00 AM → 9:52 PM  PIT — MAF  1 stop · 16 hr 52 min · United | $341  368 kg CO2e  +17% emissions | |
| 6:00 AM → 11:44 PM  PIT — MAF  1 stop · 18 hr 44 min · United · Operated by Mesa Airlines DBA United Express | $341  386 kg CO2e  +23% emissions | |
| 6:20 AM → 5:54 PM  PIT — MAF  1 stop · 12 hr 34 min · American · Operated by Envoy Air as American Eagle | $355  265 kg CO2e  -16% emissions | |
| 6:20 AM → 7:56 PM  PIT — MAF  1 stop · 14 hr 36 min · American · Operated by Envoy Air as American Eagle | $355  265 kg CO2e  -16% emissions | |
| 6:20 AM → 10:35 PM  PIT — MAF  1 stop · 17 hr 15 min · American · Operated by Envoy Air as American Eagle | $355  279 kg CO2e  -11% emissions | |
| 12:33 PM → 10:35 PM  PIT — MAF  1 stop · 11 hr 2 min · American · Operated by Envoy Air as American Eagle | $355  279 kg CO2e  -11% emissions | |
| 6:05 AM → 1:56 PM  PIT — MAF  2 stops · 8 hr 51 min · American · Operated by Envoy Air as American Eagle | $358  342 kg CO2e  +9% emissions | |
| 11:07 AM → 10:35 PM  PIT — MAF  2 stops · 12 hr 28 min · American · Operated by Envoy Air as American Eagle, Envo… | $360  376 kg CO2e  +20% emissions | |
| 6:15 AM → 2:11 PM  PIT — MAF  2 stops · 8 hr 56 min · United · Operated by Republic Airways DBA United Express, … | $368  456 kg CO2e  +45% emissions | |



