# EXHIBIT 8





☰    **Google**      **Skip to main content**    **Accessibility feedback**      ⠿   Ⓐ

| | | |
|---|---|---|
| 2 stops · 12 hr 27 min · American · Operated by PSA Airlines as American Eagle | 480 kg CO2e | |
| | +84% emissions ⓘ | |

**11:03 AM → 7:06 PM**     **$148**
ATL          SFO
1 stop · 11 hr 3 min · American · Operated by PSA Airlines as American Eagle     429 kg CO2e
+64% emissions ⓘ

**12:14 PM → 7:10 PM**     **$148**
ATL          SFO
1 stop · 9 hr 56 min · American     334 kg CO2e
+28% emissions ⓘ

**1:25 PM → 9:11 PM**     **$148**
ATL          SFO
1 stop · 10 hr 46 min · American · Operated by PSA Airlines as American Eagle     429 kg CO2e
+64% emissions ⓘ

**4:08 PM → 9:36 PM**     **$156**
ATL          SFO
1 stop · 8 hr 28 min · Alaska     311 kg CO2e
+19% emissions ⓘ

**4:08 PM → 8:00 AM$^{+1}$**     **$162**
ATL          SFO
1 stop ⚠ · 18 hr 52 min · Alaska · Operated by SkyWest Airlines as Alaska SkyWe…     351 kg CO2e
+34% emissions ⓘ

**4:08 PM → 12:37 PM$^{+1}$**     **$162**
ATL          SFO
1 stop ⚠ · 23 hr 29 min · Alaska · Operated by Horizon Air as Alaska Horizon     351 kg CO2e
+34% emissions ⓘ

**7:00 AM → 3:17 PM**     🚫 **$170**
ATL          SFO
1 stop · 11 hr 17 min · United     509 kg CO2e
+95% emissions ⓘ

**2:38 PM → 8:58 PM**     🚫 **$170**
ATL          SFO
1 stop · 9 hr 20 min · United     501 kg CO2e
+92% emissions ⓘ

**10:51 AM → 7:29 PM**     **$171**
ATL          SFO
1 stop · 11 hr 38 min · JetBlue     663 kg CO2e
+154% emissions ⓘ

**10:51 AM → 9:48 PM**     **$177**
ATL          SFO



≡   Google     **Skip to main content**    **Accessibility feedback**      ⠿   Ⓐ

| | | |
|---|---|---|
| 10:15 AM → 11:13 PM | 🚫 $177 | |
| ATL    SFO | | |
| 1 stop · 15 hr 58 min · United | 366 kg CO2e | |
| | +40% emissions ⓘ | ⌄ |
| 1:30 PM → 11:13 PM | 🚫 $177 | |
| ATL    SFO | | |
| 1 stop · 12 hr 43 min · United | 404 kg CO2e | |
| | +55% emissions ⓘ | ⌄ |
| 6:55 AM → 11:25 AM | $178 | |
| ATL    SFO | | |
| 1 stop · 7 hr 30 min · Southwest | 360 kg CO2e | |
| | +38% emissions ⓘ | ⌄ |
| 9:15 AM → 2:50 PM | $178 | |
| ATL    SFO | | |
| 1 stop · 8 hr 35 min · Southwest | 292 kg CO2e | |
| | +12% emissions ⓘ | ⌄ |
| 11:55 AM → 5:40 PM | $178 | |
| ATL    SFO | | |
| 1 stop · 8 hr 45 min · Southwest | 341 kg CO2e | |
| | +31% emissions ⓘ | ⌄ |
| 4:10 PM → 10:15 PM | $178 | |
| ATL    SFO | | |
| 1 stop · 9 hr 5 min · Southwest | 287 kg CO2e | |
| | +10% emissions ⓘ | ⌄ |
| 6:20 PM → 10:35 PM | $178 | |
| ATL    SFO | | |
| 1 stop · 7 hr 15 min · Southwest | 311 kg CO2e | |
| | +19% emissions ⓘ | ⌄ |
| 11:35 AM → 9:25 PM | $183 | |
| ATL    SFO | | |
| 2 stops · 12 hr 50 min · Southwest | 545 kg CO2e | |
| | +109% emissions ⓘ | ⌄ |
| 12:20 PM → 7:10 PM | $183 | |
| ATL    SFO | | |
| 2 stops · 9 hr 50 min · Southwest | 486 kg CO2e | |
| | +86% emissions ⓘ | ⌄ |
| 12:20 PM → 9:25 PM | $183 | |
| ATL    SFO | | |
| 2 stops · 12 hr 5 min · Southwest | 486 kg CO2e | |
| | +86% emissions ⓘ | ⌄ |



☰   Google                    Skip to main content    Accessibility feedback                    ⦙⦙⦙   A

|  | | | |
|---|---|---|---|
| | 1 stop · 12 hr 15 min · Southwest | 360 kg CO2e +38% emissions ⓘ | |
| | **9:15 AM ⟶ 5:35 PM** ATL    SFO 1 stop · 11 hr 20 min · Southwest | **$184** 292 kg CO2e +12% emissions ⓘ | ⌄ |
| | **9:15 AM ⟶ 5:40 PM** ATL    SFO 1 stop · 11 hr 25 min · Southwest | **$184** 355 kg CO2e +36% emissions ⓘ | ⌄ |
| | **4:08 PM ⟶ 9:45 AM+1** ATL    SFO 1 stop ⚠ · 20 hr 37 min · Alaska · Operated by SkyWest Airlines as Alaska SkyWe… | **$187** 351 kg CO2e +34% emissions ⓘ | ⌄ |
| jetBlue | **6:45 AM ⟶ 2:09 PM** ATL    SFO 1 stop · 10 hr 24 min · JetBlue | **$187** 598 kg CO2e +129% emissions ⓘ | ⌄ |
| | **7:00 AM ⟶ 5:16 PM** ATL    SFO 1 stop · 13 hr 16 min · United | 🖱 **$187** 509 kg CO2e +95% emissions ⓘ | ⌄ |
| | **10:15 AM ⟶ 3:38 PM** ATL    SFO 1 stop · 8 hr 23 min · United | 🖱 **$188** 370 kg CO2e +42% emissions ⓘ | ⌄ |
| | **10:15 AM ⟶ 5:30 PM** ATL    SFO 1 stop · 10 hr 15 min · United | 🖱 **$188** 299 kg CO2e +15% emissions ⓘ | ⌄ |
| | **7:00 AM ⟶ 12:05 PM** ATL    SFO 1 stop · 8 hr 5 min · United | 🖱 **$188** 367 kg CO2e +41% emissions ⓘ | ⌄ |
| | **7:00 AM ⟶ 1:15 PM** ATL    SFO 1 stop · 9 hr 15 min · United | 🖱 **$188** 414 kg CO2e +59% emissions ⓘ | ⌄ |
| | **7:28 AM ⟶ 1:35 PM** ATL    SFO | **$188** | ⌄ |



≡    Google                          Skip to main content        Accessibility feedback

**7:28 AM → 5:00 PM**                                          $188
ATL          SFO
1 stop · 10 hr 32 min · American                          334 kg CO2e
                                                          +28% emissions ⓘ

**12:14 PM → 6:04 PM**                                        $188
ATL          SFO
1 stop · 8 hr 50 min · American                           321 kg CO2e
                                                          +23% emissions ⓘ

**12:40 PM → 7:49 PM**                                        $188
ATL          SFO
1 stop · 10 hr 9 min · United                             509 kg CO2e
                                                          +95% emissions ⓘ

**1:25 PM → 7:06 PM**                                         $188
ATL          SFO
1 stop · 8 hr 41 min · American · Operated by PSA Airlines as American Eagle    429 kg CO2e
                                                          +64% emissions ⓘ

**2:12 PM → 7:10 PM**                                         $188
ATL          SFO
1 stop · 7 hr 58 min · American                           327 kg CO2e
                                                          +25% emissions ⓘ

**12:14 PM → 8:30 PM**                                        $193
ATL          SFO
2 stops · 11 hr 16 min · American                         390 kg CO2e
                                                          +49% emissions ⓘ

**12:45 PM → 7:50 AM⁺¹**                                      $197
ATL          SFO
1 stop ⚠ · 22 hr 5 min · United                           385 kg CO2e
                                                          +48% emissions ⓘ

**9:25 AM → 3:42 PM**                                         $199
ATL          SFO
1 stop · 9 hr 17 min · United                             386 kg CO2e
                                                          +48% emissions ⓘ

**2:15 PM → 10:35 PM**                                        $204
ATL          SFO
1 stop · 11 hr 20 min · Southwest                         333 kg CO2e
                                                          +28% emissions ⓘ

**6:45 AM → 3:37 PM**                                         $204
ATL          SFO
1 stop · 11 hr 52 min · JetBlue                            600 kg CO2e
                                                          +130% emissions ⓘ



≡   **Google**

Skip to main content          Accessibility feedback

⊞   A

---

1 stop · 12 hr 49 min · JetBlue                                    600 kg CO2e
                                                         +130% emissions  ⓘ

3:45 PM ⟶ 9:24 AM+1                          🔇  $213
ATL          SFO
1 stop ⚠ · 20 hr 39 min · United                   345 kg CO2e    ⌄
                                                         +32% emissions  ⓘ

1:30 PM ⟶ 12:09 AM+1                          🔇  $228
ATL          SFO
2 stops · 13 hr 39 min · United                    454 kg CO2e    ⌄
                                                         +74% emissions  ⓘ

7:36 PM ⟶ 9:40 AM+1                           🔇  $237
ATL          SFO
1 stop ⚠ · 17 hr 4 min · United                    404 kg CO2e    ⌄
                                                         +55% emissions  ⓘ

7:36 PM ⟶ 11:29 AM+1                          🔇  $237
ATL          SFO
1 stop ⚠ · 18 hr 53 min · United                   453 kg CO2e    ⌄
                                                         +74% emissions  ⓘ

8:30 AM ⟶ 1:23 PM                            🔇  $256
ATL          SFO
1 stop · 7 hr 53 min · United                      385 kg CO2e    ⌄
                                                         +48% emissions  ⓘ

2:12 PM ⟶ 8:58 PM                                $258
ATL          SFO
1 stop · 9 hr 46 min · American                    327 kg CO2e    ⌄
                                                         +25% emissions  ⓘ

4:23 PM ⟶ 8:58 PM                                $258
ATL          SFO
1 stop · 7 hr 35 min · American                    334 kg CO2e    ⌄
                                                         +28% emissions  ⓘ

6:12 PM ⟶ 11:07 PM                               $258
ATL          SFO
1 stop · 7 hr 55 min · American · Operated by PSA Airlines as American Eagle
                                                   429 kg CO2e    ⌄
                                                         +64% emissions  ⓘ

6:10 PM ⟶ 12:27 PM+1                              $264
ATL          SFO
1 stop ⚠ · 21 hr 17 min · American                 348 kg CO2e    ⌄
                                                         +33% emissions  ⓘ

2:12 PM ⟶ 9:27 AM+1                               $266
ATL          SFO

---



| | | |
|---|---|---|
| 4:23 PM → 9:27 AM | | $288 |
| ATL    SFO | | 321 kg CO2e |
| 1 stop ⚠    20 hr 4 min · American | | +23% emissions ⓘ |
| 12:45 PM → 12:09 AM⁺¹ | | $269 |
| ATL    SFO | | 397 kg CO2e |
| 2 stops · 14 hr 24 min · United | | +52% emissions ⓘ |
| 6:26 PM → 3:00 PM⁺¹ | | $281 |
| ATL    SFO | | 327 kg CO2e |
| 1 stop ⚠    23 hr 34 min · American | | +25% emissions ⓘ |
| 1:30 PM → 6:57 PM | | $289 |
| ATL    SFO | | 337 kg CO2e |
| 1 stop · 8 hr 27 min · United | | +29% emissions ⓘ |
| 6:26 PM → 9:27 AM⁺¹ | | $301 |
| ATL    SFO | | 314 kg CO2e |
| 1 stop ⚠    18 hr 1 min · American | | +20% emissions ⓘ |
| 6:26 PM → 1:35 PM⁺¹ | | $301 |
| ATL    SFO | | 327 kg CO2e |
| 1 stop ⚠    22 hr 9 min · American | | +25% emissions ⓘ |
| 5:00 PM → 10:54 AM⁺¹ | | $303 |
| ATL    SFO | | 368 kg CO2e |
| 1 stop ⚠    20 hr 54 min · American · Operated by SkyWest Airlines as American E… | | +41% emissions ⓘ |
| 6:10 PM → 9:41 AM⁺¹ | | $303 |
| ATL    SFO | | 397 kg CO2e |
| 1 stop ⚠    18 hr 31 min · American · Operated by SkyWest Airlines as American E… | | +52% emissions ⓘ |
| 12:45 PM → 5:50 PM | | $310 |
| ATL    SFO | | 329 kg CO2e |
| 1 stop · 8 hr 5 min · United | | +26% emissions ⓘ |
| 12:45 PM → 12:09 AM⁺¹ | | $312 |
| ATL    SFO | | 397 kg CO2e |
| 2 stops · 14 hr 24 min · United | | +52% emissions ⓘ |



≡  **Google**

Skip to main content     Accessibility feedback

⠿   A

---

1 stop  ⚠  ·  19 hr 59 min  ·  United                          518 kg CO2e
                                                              +98% emissions  ⓘ

---

5:35 PM ⟶ 9:11 AM⁺¹                                           $322
ATL          SFO
1 stop  ⚠  ·  18 hr 36 min  ·  Alaska · Operated by SkyWest Airlines as Alaska SkyWe...   405 kg CO2e
                                                              +55% emissions  ⓘ      ⌄

---

5:35 PM ⟶ 10:24 AM⁺¹                                          $322
ATL          SFO
1 stop  ⚠  ·  19 hr 49 min  ·  Alaska                         381 kg CO2e
                                                              +46% emissions  ⓘ      ⌄

---

5:35 PM ⟶ 1:47 PM⁺¹                                           $322
ATL          SFO
1 stop  ⚠  ·  23 hr 12 min  ·  Alaska                         354 kg CO2e
                                                              +36% emissions  ⓘ      ⌄

---

7:36 PM ⟶ 9:39 AM⁺¹                                           📵 $342
ATL          SFO
1 stop  ⚠  ·  17 hr 3 min  ·  United                          423 kg CO2e
                                                              +62% emissions  ⓘ      ⌄

---

8:59 PM ⟶ 11:29 PM                                            $349
ATL          SFO
Nonstop  ·  5 hr 30 min  ·  Delta                             257 kg CO2e
                                                              Avg emissions  ⓘ       ⌄

---

4:36 PM ⟶ 10:56 PM                                            📵 $350
ATL          SFO
1 stop  ·  9 hr 20 min  ·  United                             293 kg CO2e
                                                              +12% emissions  ⓘ      ⌄

---

6:12 PM ⟶ 12:51 PM⁺¹                                          $353
ATL          SFO
1 stop  ⚠  ·  21 hr 39 min  ·  American · Operated by PSA Airlines as American Eagle  429 kg CO2e
                                                              +64% emissions  ⓘ      ⌄

---

4:36 PM ⟶ 7:50 AM⁺¹                                           $353
ATL          SFO
1 stop  ⚠  ·  18 hr 14 min  ·  United                         371 kg CO2e
                                                              +42% emissions  ⓘ      ⌄

---

4:36 PM ⟶ 12:04 PM⁺¹                                          $353
ATL          SFO
1 stop  ⚠  ·  22 hr 28 min  ·  United                         334 kg CO2e
                                                              +28% emissions  ⓘ      ⌄

---

4:23 PM ⟶ 10:45 PM                                            $358
ATL          SFO

---

Flights to San Francisco | Google Flights

≡  **Google**

Skip to main content      Accessibility feedback

⊞  A

| | | |
|---|---|---|
| 6:26 PM → 10:45 PM | | $398 |
| ATL → SFO | | |
| 1 stop · 7 hr 19 min · American | | 327 kg CO2e |
| | | +25% emissions ⓘ |

| | | |
|---|---|---|
| 7:26 AM → 2:23 PM | | $364 |
| ATL → SFO | | |
| 1 stop · 9 hr 57 min · Frontier | | 234 kg CO2e |
| | | -10% emissions ⓘ |

| | | |
|---|---|---|
| 11:20 AM → 1:48 PM | | $369 |
| ATL → SFO | | |
| Nonstop · 5 hr 28 min · Delta | | 257 kg CO2e |
| | | Avg emissions ⓘ |

| | | |
|---|---|---|
| 2:55 PM → 5:26 PM | | $369 |
| ATL → SFO | | |
| Nonstop · 5 hr 31 min · Delta | | 257 kg CO2e |
| | | Avg emissions ⓘ |

| | | |
|---|---|---|
| 4:55 PM → 7:27 PM | | $369 |
| ATL → SFO | | |
| Nonstop · 5 hr 32 min · Delta | | 257 kg CO2e |
| | | Avg emissions ⓘ |

| | | |
|---|---|---|
| 7:26 AM → 6:02 PM | | $370 |
| ATL → SFO | | |
| 1 stop · 13 hr 36 min · Frontier | | 244 kg CO2e |
| | | -7% emissions ⓘ |

| | | |
|---|---|---|
| 7:26 AM → 7:16 AM+1 | | $370 |
| ATL → SFO | | |
| 1 stop ⚠ · 26 hr 50 min · Frontier | | |

| | | |
|---|---|---|
| 9:00 AM → 12:09 AM+1 | | $370 |
| ATL → SFO | | |
| 1 stop · 18 hr 9 min · Frontier | | 278 kg CO2e |
| | | +7% emissions ⓘ |

| | | |
|---|---|---|
| 4:08 PM → 9:30 PM | | $376 |
| ATL → SFO | | |
| 1 stop · 8 hr 22 min · Alaska, United | | 325 kg CO2e |
| | | +25% emissions ⓘ |

| | | |
|---|---|---|
| 4:08 PM → 12:09 AM+1 | | $381 |
| ATL → SFO | | |
| 2 stops · 11 hr 1 min · Alaska, United · Operated by SkyWest DBA United Express | | 354 kg CO2e |
| | | +36% emissions ⓘ |

