# EXHIBIT 9





Google
Skip to main content
Accessibility feedback
ATL MAF
1 stop · 7 hr 50 min · Southwest
230 kg CO2e
Avg emissions
7:00 AM — 2:11 PM
ATL MAF
1 stop · 8 hr 11 min · United · Operated by Mesa Airlines DBA United Express
$172
270 kg CO2e
+13% emissions
12:14 PM — 5:54 PM
ATL MAF
1 stop · 6 hr 40 min · American · Operated by Envoy Air as American Eagle
$178
226 kg CO2e
Avg emissions
11:03 AM — 9:25 PM
ATL MAF
2 stops · 11 hr 22 min · American · Operated by PSA Airlines as American Eagle, S...
$183
371 kg CO2e
+55% emissions
1:30 PM — 11:44 PM
ATL MAF
2 stops · 11 hr 14 min · United · Operated by Mesa Airlines DBA United Express
$188
407 kg CO2e
+70% emissions
2:45 PM — 10:05 PM
ATL MAF
1 stop · 8 hr 20 min · Southwest
$199
223 kg CO2e
-7% emissions
5:48 AM — 5:54 PM
ATL MAF
2 stops · 13 hr 6 min · American · Operated by Envoy Air as American Eagle, Envoy...
$218
445 kg CO2e
+86% emissions
9:05 AM — 5:54 PM
ATL MAF
2 stops · 9 hr 49 min · American · Operated by Envoy Air as American Eagle
$218
339 kg CO2e
+42% emissions
9:05 AM — 7:56 PM
ATL MAF
2 stops · 11 hr 51 min · American · Operated by Envoy Air as American Eagle
$218
339 kg CO2e
+42% emissions
10:09 AM — 5:54 PM
ATL MAF
2 stops · 8 hr 45 min · American · Operated by PSA Airlines as American Eagle, E...
$218
489 kg CO2e
+105% emissions

10/16/24, 11:23 PM Case 7:24-cv-00033-DC-DTG Document 61-9 Filed 10/17/24 Page 5 of 12
Atlanta to Midland | Google Flights

Google
Skip to main content
Accessibility feedback
2 stops · 10 hr 47 min · American · Operated by PSA Airlines as American Eagle, ...
489 kg CO2e
+105% emissions
11:03 AM 5:54 PM
ATL MAF
2 stops · 7 hr 51 min · American · Operated by PSA Airlines as American Eagle, En...
$218
350 kg CO2e
+46% emissions
11:03 AM 7:56 PM
ATL MAF
2 stops · 9 hr 53 min · American · Operated by PSA Airlines as American Eagle, En...
$218
350 kg CO2e
+46% emissions
11:03 AM 7:56 PM
ATL MAF
2 stops · 9 hr 53 min · American · Operated by PSA Airlines as American Eagle, En...
$218
350 kg CO2e
+46% emissions
1:25 PM 7:56 PM
ATL MAF
2 stops · 7 hr 31 min · American · Operated by PSA Airlines as American Eagle, En...
$218
350 kg CO2e
+46% emissions
1:25 PM 9:25 PM
ATL MAF
2 stops · 9 hr · American · Operated by PSA Airlines as American Eagle, SkyWest ...
$218
371 kg CO2e
+55% emissions
10:15 AM 9:52 PM
ATL MAF
2 stops · 12 hr 37 min · United
$222
373 kg CO2e
+56% emissions
1:30 PM 9:52 PM
ATL MAF
2 stops · 9 hr 22 min · United
$222
389 kg CO2e
+63% emissions
1:30 PM 11:44 PM
ATL MAF
2 stops · 11 hr 14 min · United · Operated by Mesa Airlines DBA United Express
$222
407 kg CO2e
+70% emissions
7:00 AM 4:21 PM
ATL MAF
1 stop · 10 hr 21 min · United · Operated by Mesa Airlines DBA United Express
$233
270 kg CO2e
+13% emissions
7:00 AM 9:52 PM
ATL MAF
$233

https://www.google.com/travel/flights/search?tfs=CBwQAhoeEgoyMDI1LTAxLTA4agcIARIDQVRMcgcIARIDTUFGQAFIAXABggELCP___________w... 4/11

Google
Skip to main content
Accessibility feedback
7:00 AM 11:44 PM $255
ATL MAF
1 stop · 17 hr 44 min · United · Operated by Mesa Airlines DBA United Express
281 kg CO2e
+18% emissions
8:30 AM 4:33 PM $256
ATL MAF
1 stop · 9 hr 3 min · United · Operated by SkyWest DBA United Express
420 kg CO2e
+76% emissions
7:28 AM 5:54 PM $256
ATL MAF
1 stop · 11 hr 26 min · American · Operated by Envoy Air as American Eagle
226 kg CO2e
Avg emissions
7:28 AM 9:25 PM $256
ATL MAF
1 stop · 14 hr 57 min · American · Operated by SkyWest Airlines as American Eagle
247 kg CO2e
Avg emissions
10:59 AM 9:25 PM $256
ATL MAF
1 stop · 11 hr 26 min · American · Operated by SkyWest Airlines as American Eagle
240 kg CO2e
Avg emissions
10:59 AM 8:40 AM+1 $256
ATL MAF
1 stop · 22 hr 41 min · American · Operated by SkyWest Airlines as American Ea...
240 kg CO2e
Avg emissions
12:14 PM 7:56 PM $256
ATL MAF
1 stop · 8 hr 42 min · American · Operated by Envoy Air as American Eagle
226 kg CO2e
Avg emissions
12:14 PM 9:25 PM $256
ATL MAF
1 stop · 10 hr 11 min · American · Operated by SkyWest Airlines as American Eagle
247 kg CO2e
Avg emissions
12:14 PM 10:35 PM $256
ATL MAF
1 stop · 11 hr 21 min · American · Operated by Envoy Air as American Eagle
240 kg CO2e
Avg emissions
12:14 PM 8:40 AM+1 $256
ATL MAF
1 stop · 21 hr 26 min · American · Operated by SkyWest Airlines as American Ea...
247 kg CO2e
Avg emissions

Google
Skip to main content
Accessibility feedback
1 stop · 8 hr 13 min · American · Operated by SkyWest Airlines as American Eagle
240 kg CO2e
Avg emissions
2:12 PM — 8:40 AM+1
ATL MAF
1 stop · 19 hr 28 min · American · Operated by SkyWest Airlines as American Ea...
$256
240 kg CO2e
Avg emissions
2:12 PM — 11:52 AM+1
ATL MAF
1 stop · 22 hr 40 min · American · Operated by Envoy Air as American Eagle
$256
219 kg CO2e
-8% emissions
4:23 PM — 8:40 AM+1
ATL MAF
1 stop · 17 hr 17 min · American · Operated by SkyWest Airlines as American Ea...
$256
247 kg CO2e
Avg emissions
4:23 PM — 11:52 AM+1
ATL MAF
1 stop · 20 hr 29 min · American · Operated by Envoy Air as American Eagle
$256
226 kg CO2e
Avg emissions
4:23 PM — 1:56 PM+1
ATL MAF
1 stop · 22 hr 33 min · American · Operated by Envoy Air as American Eagle
$256
240 kg CO2e
Avg emissions
10:15 AM — 11:44 PM
ATL MAF
2 stops · 14 hr 29 min · United · Operated by Mesa Airlines DBA United Express
$257
369 kg CO2e
+54% emissions
5:48 AM — 5:54 PM
ATL MAF
2 stops · 13 hr 6 min · American · Operated by Envoy Air as American Eagle, Envoy...
$261
445 kg CO2e
+86% emissions
5:48 AM — 7:56 PM
ATL MAF
2 stops · 15 hr 8 min · American · Operated by Envoy Air as American Eagle, Envoy...
$261
445 kg CO2e
+86% emissions
5:48 AM — 7:56 PM
ATL MAF
2 stops · 15 hr 8 min · American · Operated by Envoy Air as American Eagle, Envoy...
$261
445 kg CO2e
+86% emissions
9:05 AM — 9:25 PM
ATL MAF
$261

Google
Skip to main content
Accessibility feedback
ATL MAF
2 stops · 13 hr 20 min · American · Operated by SkyWest Airlines as American Eagle
360 kg CO2e
+51% emissions
10:09 AM 9:25 PM $261
ATL MAF
2 stops · 12 hr 16 min · American · Operated by PSA Airlines as American Eagle, ...
510 kg CO2e
+113% emissions
11:03 AM 9:25 PM $261
ATL MAF
2 stops · 11 hr 22 min · American · Operated by PSA Airlines as American Eagle, S...
371 kg CO2e
+55% emissions
10:59 AM 5:54 PM $269
ATL MAF
1 stop · 7 hr 55 min · American · Operated by Envoy Air as American Eagle
219 kg CO2e
-8% emissions
2:12 PM 5:54 PM $269
ATL MAF
1 stop · 4 hr 42 min · American · Operated by Envoy Air as American Eagle
219 kg CO2e
-8% emissions
2:12 PM 7:56 PM $269
ATL MAF
1 stop · 6 hr 44 min · American · Operated by Envoy Air as American Eagle
219 kg CO2e
-8% emissions
4:23 PM 9:25 PM $269
ATL MAF
1 stop · 6 hr 2 min · American · Operated by SkyWest Airlines as American Eagle
247 kg CO2e
Avg emissions
5:48 AM 1:56 PM $274
ATL MAF
2 stops · 9 hr 8 min · American · Operated by Envoy Air as American Eagle, Envoy ...
460 kg CO2e
+92% emissions
8:34 AM 9:25 PM $281
ATL MAF
2 stops · 13 hr 51 min · American · Operated by SkyWest Airlines as American Eagle
356 kg CO2e
+49% emissions
7:00 AM 11:21 AM $286
ATL MAF
1 stop · 5 hr 21 min · United · Operated by Mesa Airlines DBA United Express
270 kg CO2e
+13% emissions

Google

Skip to main content Accessibility feedback

1 stop · 15 hr 14 min · American · Operated by SkyWest Airlines as American Ea... 240 kg CO2e
Avg emissions

6:26 PM — 11:52 AM+1 $291
ATL MAF
1 stop · 18 hr 26 min · American · Operated by Envoy Air as American Eagle 219 kg CO2e
-8% emissions

6:26 PM — 1:56 PM+1 $291
ATL MAF
1 stop · 20 hr 30 min · American · Operated by Envoy Air as American Eagle 233 kg CO2e
Avg emissions

6:26 PM — 4:01 PM+1 $291
ATL MAF
1 stop · 22 hr 35 min · American · Operated by Envoy Air as American Eagle 219 kg CO2e
-8% emissions

6:26 PM — 5:54 PM+1 $291
ATL MAF
1 stop · 24 hr 28 min · American · Operated by Envoy Air as American Eagle 219 kg CO2e
-8% emissions

5:48 AM — 5:54 PM $294
ATL MAF
2 stops · 13 hr 6 min · American · Operated by Envoy Air as American Eagle, Envoy... 445 kg CO2e
+86% emissions

5:48 AM — 5:54 PM $294
ATL MAF
2 stops · 13 hr 6 min · American · Operated by Envoy Air as American Eagle, Envoy... 445 kg CO2e
+86% emissions

5:48 AM — 7:56 PM $294
ATL MAF
2 stops · 15 hr 8 min · American · Operated by Envoy Air as American Eagle, Envoy... 445 kg CO2e
+86% emissions

5:48 AM — 7:56 PM $294
ATL MAF
2 stops · 15 hr 8 min · American · Operated by Envoy Air as American Eagle, Envoy... 445 kg CO2e
+86% emissions

10:59 AM — 7:56 PM $296
ATL MAF
1 stop · 9 hr 57 min · American · Operated by Envoy Air as American Eagle 219 kg CO2e
-8% emissions

2:12 PM — 10:35 PM $296
ATL MAF

Google
Skip to main content
Accessibility feedback
ATL MAF
2 stops · 15 hr 28 min · American · Operated by PSA Airlines as American Eagl...
371 kg CO2e
+55% emissions
7:28 AM — 1:56 PM $299
ATL MAF
1 stop · 7 hr 28 min · American · Operated by Envoy Air as American Eagle
240 kg CO2e
Avg emissions
4:23 PM — 10:35 PM $299
ATL MAF
1 stop · 7 hr 12 min · American · Operated by Envoy Air as American Eagle
240 kg CO2e
Avg emissions
9:05 AM — 7:56 PM $301
ATL MAF
2 stops · 11 hr 51 min · American · Operated by Envoy Air as American Eagle
339 kg CO2e
+42% emissions
8:24 PM — 8:40 AM+1 $301
ATL MAF
2 stops · 13 hr 16 min · American · Operated by PSA Airlines as American Eagl...
371 kg CO2e
+55% emissions
7:28 AM — 7:56 PM $308
ATL MAF
1 stop · 13 hr 28 min · American · Operated by Envoy Air as American Eagle
226 kg CO2e
Avg emissions
7:28 AM — 10:35 PM $308
ATL MAF
1 stop · 16 hr 7 min · American · Operated by Envoy Air as American Eagle
240 kg CO2e
Avg emissions
10:59 AM — 10:35 PM $308
ATL MAF
1 stop · 12 hr 36 min · American · Operated by Envoy Air as American Eagle
233 kg CO2e
Avg emissions
8:24 PM — 11:52 AM+1 $346
ATL MAF
2 stops · 16 hr 28 min · American · Operated by PSA Airlines as American Eagl...
350 kg CO2e
+46% emissions
12:45 PM — 8:25 PM $355
ATL MAF
1 stop · 8 hr 40 min · United · Operated by SkyWest DBA United Express
420 kg CO2e
+76% emissions

Google

Skip to main content Accessibility feedback

1 stop · 5 hr 18 min · United
263 kg CO2e
+10% emissions

5:34 PM — 11:44 PM
ATL MAF
1 stop · 7 hr 10 min · United · Operated by Mesa Airlines DBA United Express
$355
281 kg CO2e
+18% emissions

7:28 AM — 11:52 AM
ATL MAF
1 stop · 5 hr 24 min · American · Operated by Envoy Air as American Eagle
$363
226 kg CO2e
Avg emissions

6:26 PM — 10:35 PM
ATL MAF
1 stop · 5 hr 9 min · American · Operated by Envoy Air as American Eagle
$363
233 kg CO2e
Avg emissions

4:36 PM — 12:49 PM+1
ATL MAF
1 stop · 21 hr 13 min · United · Operated by SkyWest DBA United Express
$370
406 kg CO2e
+70% emissions

8:24 PM — 11:52 AM+1
ATL MAF
2 stops · 16 hr 28 min · American · Operated by PSA Airlines as American Eagl...
$427
350 kg CO2e
+46% emissions

8:24 PM — 11:52 AM+1
ATL MAF
2 stops · 16 hr 28 min · American · Operated by PSA Airlines as American Eagl...
$427
350 kg CO2e
+46% emissions

4:36 PM — 11:15 PM
ATL MAF
1 stop · 7 hr 39 min · United · Operated by SkyWest DBA United Express
$498
406 kg CO2e
+70% emissions

5:34 PM — 2:11 PM+1
ATL MAF
1 stop · 21 hr 37 min · United · Operated by Mesa Airlines DBA United Express
$573
270 kg CO2e
+13% emissions

5:34 PM — 4:21 PM+1
ATL MAF
1 stop · 23 hr 47 min · United · Operated by Mesa Airlines DBA United Express
$573
270 kg CO2e
+13% emissions

5:34 PM — 8:59 AM+1
ATL MAF
$848

Language · English (United States) Location · United States Currency · USD

About Privacy Terms Join user studies Feedback Help Center

Displayed currencies may differ from the currencies used to purchase flights. Learn more