# EXHIBIT 10

Google
Sign in
Skip to main content
Accessibility feedback
One way
1
Economy
Charlotte CLT
San Francisco
Wed, Jan 8
All filters
Stops
Airlines
Bags
Price
Times
Emissions
Track prices
Jan 8
Any dates
Date grid
Price graph
Best flights
Ranked based on price and convenience
Prices include required taxes + fees for 1 adult. Optional charges and bag fees may apply. Passenger assistance info.
Sort by:
9:53 AM — 12:51 PM
CLT SFO
Nonstop · 5 hr 58 min · American
$199
323 kg CO2e
Avg emissions
4:15 PM — 7:06 PM
CLT SFO
Nonstop · 5 hr 51 min · American
$199
323 kg CO2e
Avg emissions
6:18 PM — 9:11 PM
CLT SFO
Nonstop · 5 hr 53 min · American
$199
323 kg CO2e
Avg emissions
8:15 PM — 11:07 PM
CLT SFO
Nonstop · 5 hr 52 min · American
$199
323 kg CO2e
Avg emissions
The cheapest time to book is usually later, Nov 9–Dec 25
Prices are currently typical
View price history
Other flights

10/16/24, 11:27 PM Case 7:24-cv-00033-DC-DTG Document 61-10 Filed 10/17/24 Page 3 of 12
Charlotte to San Francisco | Google Flights

Google
Sign in
Skip to main content
Accessibility feedback
1 stop · 19 hr 43 min · United
399 kg CO2e
+24% emissions
6:30 AM 5:44 PM
CLT SFO
2 stops · 14 hr 14 min · United
$182
458 kg CO2e
+42% emissions
7:00 AM 5:16 PM
CLT SFO
1 stop · 13 hr 16 min · United
$207
463 kg CO2e
+43% emissions
4:10 PM 7:50 AM+1
CLT SFO
1 stop · 18 hr 40 min · United
$207
385 kg CO2e
+19% emissions
4:10 PM 9:36 AM+1
CLT SFO
1 stop · 20 hr 26 min · United
$207
336 kg CO2e
Avg emissions
4:10 PM 10:56 AM+1
CLT SFO
1 stop · 21 hr 46 min · United
$207
336 kg CO2e
Avg emissions
4:10 PM 12:04 PM+1
CLT SFO
1 stop · 22 hr 54 min · United
$207
348 kg CO2e
+8% emissions
6:00 AM 10:41 AM
CLT SFO
1 stop · 7 hr 41 min · Delta
$208
337 kg CO2e
Avg emissions
6:00 AM 11:23 AM
CLT SFO
1 stop · 8 hr 23 min · Delta
$208
411 kg CO2e
+27% emissions
6:00 AM 12:36 PM
CLT SFO
1 stop · 9 hr 36 min · Delta · Operated by Endeavor Air DBA Delta Connection
$208
480 kg CO2e
+49% emissions
6:00 AM 1:48 PM
CLT SFO
$208

https://www.google.com/travel/flights/search?tfs=CBwQAhoeEgoyMDI1LTAxLTA4agcIARIDQ0xUcgcIARIDU0ZPQAFIAXABggELCP___________wG... 2/11

Google
Sign in
Skip to main content
Accessibility feedback
CLT SFO
1 stop · 12 hr 10 min · Delta · Operated by Endeavor Air DBA Delta Connection
435 kg CO2e
+35% emissions
6:20 AM — 11:32 AM
$208
CLT SFO
1 stop · 8 hr 12 min · Delta
441 kg CO2e
+37% emissions
6:20 AM — 12:52 PM
$208
CLT SFO
1 stop · 9 hr 32 min · Delta
441 kg CO2e
+37% emissions
6:30 AM — 11:33 AM
$208
CLT SFO
1 stop · 8 hr 3 min · United
399 kg CO2e
+24% emissions
7:00 AM — 3:17 PM
$208
CLT SFO
1 stop · 11 hr 17 min · United
463 kg CO2e
+43% emissions
7:10 AM — 1:48 PM
$208
CLT SFO
1 stop · 9 hr 38 min · Delta
331 kg CO2e
Avg emissions
7:12 AM — 1:35 PM
$208
CLT SFO
1 stop · 9 hr 23 min · American
353 kg CO2e
+9% emissions
7:12 AM — 3:00 PM
$208
CLT SFO
1 stop · 10 hr 48 min · American
353 kg CO2e
+9% emissions
7:30 AM — 12:27 PM
$208
CLT SFO
1 stop · 7 hr 57 min · American
342 kg CO2e
+6% emissions
8:25 AM — 1:48 PM
$208
CLT SFO
1 stop · 8 hr 23 min · Delta
331 kg CO2e
Avg emissions

Google
Sign in
Skip to main content
Accessibility feedback
1 stop · 9 hr 8 min · American
342 kg CO2e
+6% emissions
9:25 AM — 3:00 PM
CLT SFO
1 stop · 8 hr 35 min · American
$208
353 kg CO2e
+9% emissions
9:35 AM — 4:11 PM
CLT SFO
1 stop · 9 hr 36 min · American
$208
361 kg CO2e
+12% emissions
10:07 AM — 5:26 PM
CLT SFO
1 stop · 10 hr 19 min · Delta
$208
331 kg CO2e
Avg emissions
10:55 AM — 6:42 PM
CLT SFO
1 stop · 10 hr 47 min · Delta · Operated by Endeavor Air DBA Delta Connection
$208
480 kg CO2e
+49% emissions
11:05 AM — 5:16 PM
CLT SFO
1 stop · 9 hr 11 min · United · Operated by Republic Airways DBA United Express
$208
507 kg CO2e
+57% emissions
11:10 AM — 4:11 PM
CLT SFO
1 stop · 8 hr 1 min · American
$208
361 kg CO2e
+12% emissions
11:35 AM — 7:10 PM
CLT SFO
1 stop · 10 hr 35 min · American
$208
353 kg CO2e
+9% emissions
11:59 AM — 5:26 PM
CLT SFO
1 stop · 8 hr 27 min · Delta
$208
331 kg CO2e
Avg emissions
11:59 AM — 7:27 PM
CLT SFO
1 stop · 10 hr 28 min · Delta
$208
331 kg CO2e
Avg emissions
12:59 PM — 6:44 PM
CLT SFO
$208

Google
Sign in
Skip to main content
Accessibility feedback
CLT SFO
1 stop · 8 hr 35 min · American
353 kg CO2e
+9% emissions
1:35 PM 8:58 PM
$208
CLT SFO
1 stop · 10 hr 23 min · American
353 kg CO2e
+9% emissions
2:16 PM 7:27 PM
$208
CLT SFO
1 stop · 8 hr 11 min · Delta
331 kg CO2e
Avg emissions
3:05 PM 8:30 PM
$208
CLT SFO
1 stop · 8 hr 25 min · American
374 kg CO2e
+16% emissions
3:28 PM 8:58 PM
$208
CLT SFO
1 stop · 8 hr 30 min · American
353 kg CO2e
+9% emissions
4:45 PM 11:03 PM
$208
CLT SFO
1 stop · 9 hr 18 min · Delta
411 kg CO2e
+27% emissions
6:15 PM 11:03 PM
$208
CLT SFO
1 stop · 7 hr 48 min · Delta
411 kg CO2e
+27% emissions
7:55 AM 12:30 PM
$208
CLT SFO
1 stop · 7 hr 35 min · Southwest
399 kg CO2e
+24% emissions
7:55 AM 2:50 PM
$208
CLT SFO
1 stop · 9 hr 55 min · Southwest
360 kg CO2e
+11% emissions
9:35 AM 8:30 PM
$213
CLT SFO
2 stops · 13 hr 55 min · American
405 kg CO2e
+25% emissions

Google
Sign in
Skip to main content
Accessibility feedback
2 stops · 12 hr 20 min · American
405 kg CO2e
+25% emissions
7:55 AM — 5:35 PM
CLT SFO
1 stop · 12 hr 40 min · Southwest
$214
360 kg CO2e
+11% emissions
6:25 AM — 12:05 PM
CLT SFO
1 stop · 8 hr 40 min · United
$228
391 kg CO2e
+21% emissions
8:08 AM — 1:23 PM
CLT SFO
1 stop · 8 hr 15 min · United
$228
400 kg CO2e
+24% emissions
9:55 AM — 3:42 PM
CLT SFO
1 stop · 8 hr 47 min · United · Operated by Republic Airways DBA United Express
$228
364 kg CO2e
+13% emissions
3:28 PM — 10:45 PM
CLT SFO
1 stop · 10 hr 17 min · American
$228
353 kg CO2e
+9% emissions
4:10 PM — 10:56 PM
CLT SFO
1 stop · 9 hr 46 min · United
$228
307 kg CO2e
Avg emissions
6:05 PM — 12:27 PM+1
CLT SFO
1 stop · 21 hr 22 min · American
$229
342 kg CO2e
+6% emissions
8:33 PM — 12:27 PM+1
CLT SFO
1 stop · 18 hr 54 min · American
$229
293 kg CO2e
-9% emissions
8:33 PM — 4:11 PM+1
CLT SFO
1 stop · 22 hr 38 min · American
$229
312 kg CO2e
Avg emissions
10:56 PM — 3:28 PM+1
CLT SFO
$236

Google
Sign in
Skip to main content
Accessibility feedback
1:10 PM — 7:49 PM $248
CLT SFO
1 stop · 9 hr 39 min · United
502 kg CO2e
+55% emissions
4:45 PM — 11:24 AM+1 $250
CLT SFO
1 stop · 21 hr 39 min · American
320 kg CO2e
Avg emissions
6:14 PM — 11:24 AM+1 $250
CLT SFO
1 stop · 20 hr 10 min · American
326 kg CO2e
Avg emissions
10:56 PM — 11:24 AM+1 $250
CLT SFO
1 stop · 15 hr 28 min · American
320 kg CO2e
Avg emissions
1:10 PM — 11:34 PM $252
CLT SFO
1 stop · 13 hr 24 min · United
587 kg CO2e
+82% emissions
4:10 PM — 12:09 AM+1 $253
CLT SFO
2 stops · 10 hr 59 min · United
397 kg CO2e
+23% emissions
8:55 AM — 3:17 PM $258
CLT SFO
1 stop · 9 hr 22 min · American, Alaska · Operated by American Airlines, SkyWest ...
405 kg CO2e
+25% emissions
2:36 PM — 8:53 PM $258
CLT SFO
1 stop · 9 hr 17 min · American, Alaska · Operated by American Airlines
435 kg CO2e
+35% emissions
2:52 PM — 8:58 PM $258
CLT SFO
1 stop · 9 hr 6 min · United · Operated by Mesa Airlines DBA United Express
453 kg CO2e
+40% emissions
8:40 PM — 3:44 PM+1 $267
CLT SFO
1 stop · 22 hr 4 min · American · Operated by SkyWest Airlines as American Eagle
336 kg CO2e
Avg emissions

Google Sign in

Skip to main content Accessibility feedback

| Departure | Arrival | From | To | Stops | Duration | Airline | Price | Emissions | |
|---|---|---|---|---|---|---|---|---|---|
| 5:39 PM | 9:27 AM | CLT | SFO | 1 stop | 18 hr 28 min | American | $318 | 340 kg CO2e | Avg emissions |
| 7:30 PM | 9:27 AM+1 | CLT | SFO | 1 stop | 16 hr 57 min | American | $318 | 340 kg CO2e | Avg emissions |
| 7:30 PM | 1:35 PM+1 | CLT | SFO | 1 stop | 21 hr 5 min | American | $318 | 353 kg CO2e | +9% emissions |
| 8:35 PM | 9:27 AM+1 | CLT | SFO | 1 stop | 15 hr 52 min | American | $318 | 340 kg CO2e | Avg emissions |
| 8:35 PM | 1:35 PM+1 | CLT | SFO | 1 stop | 20 hr | American | $318 | 353 kg CO2e | +9% emissions |
| 10:52 PM | 9:27 AM+1 | CLT | SFO | 1 stop | 13 hr 35 min | American | $318 | 340 kg CO2e | Avg emissions |
| 10:52 PM | 1:35 PM+1 | CLT | SFO | 1 stop | 17 hr 43 min | American | $318 | 353 kg CO2e | +9% emissions |
| 10:52 PM | 5:40 PM+1 | CLT | SFO | 1 stop | 21 hr 48 min | American | $318 | 340 kg CO2e | Avg emissions |
| 8:40 PM | 10:54 AM+1 | CLT | SFO | 1 stop | 17 hr 14 min | American · Operated by SkyWest Airlines as American Ea… | $337 | 336 kg CO2e | Avg emissions |
| 8:08 PM | 9:50 AM+1 | CLT | SFO | 1 stop | 16 hr 42 min | American | $348 | 728 kg CO2e | +125% emissions |







