# EXHIBIT 11

Charlotte to Midland | Google Flights

≡  Google                                                    ⠿   **Sign in**

**Skip to main content**      **Accessibility feedback**

→ One way ▼     👤 1 ▼     Economy ▼

⊙ Charlotte    ⇄    📍 Midland          📅 Wed, Jan 8          ‹  ›

⇄ **All filters**    Stops ▼   Airlines ▼   Bags ▼   Price ▼   Times ▼   Emissions ▼   Con

〰️ **Track prices** ⓘ   **Jan 8** ⚪          🔢 **Date grid**  |  📈 **Price graph**

## Best flights

Ranked based on price and convenience ⓘ   Prices include required taxes + fees for 1 adult. Optional charges   **Sort by:** ⇅
and bag fees may apply. Passenger assistance info.

| | 3:28 PM ⟶ 9:25 PM | | $158 | ⌄ |
| | CLT        MAF | | |
| | 1 stop · 6 hr 57 min · American · Operated by SkyWest Airlines as American Eagle | 266 kg CO2e | |
| | | | Avg emissions ⓘ | |

| | 4:51 PM ⟶ 9:52 PM | | 🔕 $174 | ⌄ |
| | CLT        MAF | | |
| | 1 stop · 6 hr 1 min · United | 310 kg CO2e | |
| | | | +14% emissions ⓘ | |

| | 1:25 PM ⟶ 5:25 PM | | $178 | ⌄ |
| | CLT        MAF | | |
| | 1 stop · 5 hr · Southwest | 256 kg CO2e | |
| | **Avoids** as much CO2e as **1,035 trees absorb in a day** ⓘ | -6% emissions ⓘ | |

🔵🔴 Prices are currently **typical**          **View price history** ⌄

## Other flights

| | 6:00 AM ⟶ 11:54 AM | | $163 | ⌄ |
| | CLT        MAF | | |



≡  Google                                        Sign in

Skip to main content          Accessibility feedback

2:18 PM ⟶ 11:4? PM                                              $16?
CLT        MAF
2 stops · 10 hr 29 min · Delta · Operated by SkyWest DBA Delta Connection    298 kg CO2e
                                                                +9% emissions ⓘ

4:51 PM ⟶ 11:44 PM                                      ⊘  $174
CLT        MAF
1 stop · 7 hr 53 min · United · Operated by Mesa Airlines DBA United Express    328 kg CO2e
                                                                +20% emissions ⓘ

1:25 PM ⟶ 9:50 PM                                              $184
CLT        MAF
1 stop · 9 hr 25 min · Southwest                                270 kg CO2e
                                                                Avg emissions ⓘ

8:50 PM ⟶ 11:52 AM +1                                          $228
CLT        MAF
2 stops ⚠ · 16 hr 2 min · American · Operated by Envoy Air as American Eagle    289 kg CO2e
                                                                +6% emissions ⓘ

8:50 PM ⟶ 11:52 AM +1                                          $228
CLT        MAF
2 stops ⚠ · 16 hr 2 min · American · Operated by Envoy Air as American Eagle    289 kg CO2e
                                                                +6% emissions ⓘ

10:58 PM ⟶ 11:52 AM +1                                        $228
CLT        MAF
2 stops ⚠ · 13 hr 54 min · American · Operated by Envoy Air as American Eagle    285 kg CO2e
                                                                Avg emissions ⓘ

10:58 PM ⟶ 11:52 AM +1                                        $228
CLT        MAF
2 stops ⚠ · 13 hr 54 min · American · Operated by Envoy Air as American Eagle    285 kg CO2e
                                                                Avg emissions ⓘ

10:58 PM ⟶ 1:56 PM +1                                         $228
CLT        MAF
2 stops ⚠ · 15 hr 58 min · American · Operated by Envoy Air as American Eagle    300 kg CO2e
                                                                +10% emissions ⓘ

8:08 AM ⟶ 4:33 PM                                       ⊘  $239
CLT        MAF
1 stop · 9 hr 25 min · United · Operated by SkyWest DBA United Express    436 kg CO2e
                                                                +60% emissions ⓘ

6:25 AM ⟶ 4:21 PM                                       ⊘  $243
CLT        MAF
1 stop · 10 hr 56 min · United · Operated by Mesa Airlines DBA United Express    294 kg CO2e
                                                                +8% emissions ⓘ



≡  Google

Skip to main content    Accessibility feedback

⊞⊞    Sign in

---

1 stop · 16 hr 27 min · United
288 kg CO2e
Avg emissions ⓘ

---

6:25 AM ⟶ 11:44 PM                                    🚫 $243
CLT            MAF
1 stop · 18 hr 19 min · United · Operated by Mesa Airlines DBA United Express
306 kg CO2e
+12% emissions ⓘ
⌄

---

11:35 AM ⟶ 5:54 PM                                       $243
CLT            MAF
1 stop · 7 hr 19 min · American · Operated by Envoy Air as American Eagle
245 kg CO2e
-10% emissions ⓘ
⌄

---

1:35 PM ⟶ 5:54 PM                                        $243
CLT            MAF
1 stop · 5 hr 19 min · American · Operated by Envoy Air as American Eagle
245 kg CO2e
-10% emissions ⓘ
⌄

---

1:35 PM ⟶ 7:56 PM                                        $243
CLT            MAF
1 stop · 7 hr 21 min · American · Operated by Envoy Air as American Eagle
245 kg CO2e
-10% emissions ⓘ
⌄

---

3:28 PM ⟶ 7:56 PM                                        $243
CLT            MAF
1 stop · 5 hr 28 min · American · Operated by Envoy Air as American Eagle
245 kg CO2e
-10% emissions ⓘ
⌄

---

3:28 PM ⟶ 10:35 PM                                       $243
CLT            MAF
1 stop · 8 hr 7 min · American · Operated by Envoy Air as American Eagle
259 kg CO2e
Avg emissions ⓘ
⌄

---

4:41 PM ⟶ 9:25 PM                                        $243
CLT            MAF
1 stop · 5 hr 44 min · American · Operated by SkyWest Airlines as American Eagle
235 kg CO2e
-14% emissions ⓘ
⌄

---

6:30 AM ⟶ 4:21 PM                                    🚫 $244
CLT            MAF
2 stops · 10 hr 51 min · United · Operated by Mesa Airlines DBA United Express
413 kg CO2e
+51% emissions ⓘ
⌄

---

6:30 AM ⟶ 4:21 PM                                    🚫 $244
CLT            MAF
2 stops · 10 hr 51 min · United · Operated by Mesa Airlines DBA United Express
413 kg CO2e
+51% emissions ⓘ
⌄

---

7:10 AM ⟶ 5:54 PM                                        $248
CLT            MAF
⌄

---



≡  Google                                               ⊞   **Sign in**

**Skip to main content**        **Accessibility feedback**

| 7:10 AM ⟶ 5:54 PM | | $248 |
| CLT          MAF | | |
| 2 stops · 11 hr 44 min · American · Operated by Envoy Air as American Eagle | 358 kg CO2e | ⌄ |
| | +31% emissions ⓘ | |

| 7:10 AM ⟶ 7:56 PM | | $248 |
| CLT          MAF | | |
| 2 stops · 13 hr 46 min · American · Operated by Envoy Air as American Eagle | 358 kg CO2e | ⌄ |
| | +31% emissions ⓘ | |

| 8:10 AM ⟶ 5:54 PM | | $248 |
| CLT          MAF | | |
| 2 stops · 10 hr 44 min · American · Operated by Envoy Air as American Eagle | 358 kg CO2e | ⌄ |
| | +31% emissions ⓘ | |

| 8:10 AM ⟶ 5:54 PM | | $248 |
| CLT          MAF | | |
| 2 stops · 10 hr 44 min · American · Operated by Envoy Air as American Eagle | 358 kg CO2e | ⌄ |
| | +31% emissions ⓘ | |

| 8:10 AM ⟶ 5:54 PM | | $248 |
| CLT          MAF | | |
| 2 stops · 10 hr 44 min · American · Operated by Envoy Air as American Eagle | 358 kg CO2e | ⌄ |
| | +31% emissions ⓘ | |

| 8:10 AM ⟶ 7:56 PM | | $248 |
| CLT          MAF | | |
| 2 stops · 12 hr 46 min · American · Operated by Envoy Air as American Eagle | 358 kg CO2e | ⌄ |
| | +31% emissions ⓘ | |

| 8:10 AM ⟶ 7:56 PM | | $248 |
| CLT          MAF | | |
| 2 stops · 12 hr 46 min · American · Operated by Envoy Air as American Eagle | 358 kg CO2e | ⌄ |
| | +31% emissions ⓘ | |

| 9:30 AM ⟶ 5:54 PM | | $248 |
| CLT          MAF | | |
| 2 stops · 9 hr 24 min · American · Operated by Envoy Air as American Eagle | 349 kg CO2e | ⌄ |
| | +28% emissions ⓘ | |

| 9:30 AM ⟶ 5:54 PM | | $248 |
| CLT          MAF | | |
| 2 stops · 9 hr 24 min · American · Operated by Envoy Air as American Eagle | 349 kg CO2e | ⌄ |
| | +28% emissions ⓘ | |

| 9:30 AM ⟶ 7:56 PM | | $248 |
| CLT          MAF | | |
| 2 stops · 11 hr 26 min · American · Operated by Envoy Air as American Eagle | 349 kg CO2e | ⌄ |
| | +28% emissions ⓘ | |



Charlotte to Midland | Google Flights

≡  Google                                          ⚏⚏  Sign in

Skip to main content        Accessibility feedback

2 stops · 11 hr 26 min · American · Operated by Envoy Air as American Eagle                349 kg CO2e
                                                                                            +28% emissions ⓘ

9:40 PM ⟶ 11:52 AM +1                                                              $249
CLT              MAF
2 stops · 15 hr 12 min · American · Operated by Envoy Air as American Eagle                319 kg CO2e
                                                                                            +17% emissions ⓘ

10:07 AM ⟶ 9:25 PM                                                                 $263
CLT              MAF
2 stops · 12 hr 18 min · American · Operated by SkyWest Airlines as American Eagle          352 kg CO2e
                                                                                            +29% emissions ⓘ

4:10 PM ⟶ 11:15 PM                                                              🚫 $265
CLT              MAF
1 stop · 8 hr 5 min · United · Operated by SkyWest DBA United Express                       421 kg CO2e
                                                                                            +54% emissions ⓘ

6:25 AM ⟶ 11:21 AM                                                              🚫 $266
CLT              MAF
1 stop · 5 hr 56 min · United · Operated by Mesa Airlines DBA United Express                294 kg CO2e
                                                                                            +8% emissions ⓘ

8:55 AM ⟶ 9:25 PM                                                                  $271
CLT              MAF
2 stops · 13 hr 30 min · American · Operated by SkyWest Airlines as American Eagle          349 kg CO2e
                                                                                            +28% emissions ⓘ

10:07 AM ⟶ 7:56 PM                                                                 $274
CLT              MAF
2 stops · 10 hr 49 min · American · Operated by Envoy Air as American Eagle                 331 kg CO2e
                                                                                            +21% emissions ⓘ

10:07 AM ⟶ 9:25 PM                                                                 $274
CLT              MAF
2 stops · 12 hr 18 min · American · Operated by SkyWest Airlines as American Eagle          352 kg CO2e
                                                                                            +29% emissions ⓘ

10:07 AM ⟶ 10:35 PM                                                                $274
CLT              MAF
2 stops · 13 hr 28 min · American · Operated by Envoy Air as American Eagle                 345 kg CO2e
                                                                                            +26% emissions ⓘ

4:10 PM ⟶ 12:49 PM +1                                                              $284
CLT              MAF
1 stop · 21 hr 39 min · United · Operated by SkyWest DBA United Express                     421 kg CO2e
                                                                                            +54% emissions ⓘ

6:25 AM ⟶ 2:11 PM                                                               🚫 $287
CLT              MAF



≡    **Google**    Skip to main content    Accessibility feedback    ⠿    Sign in

8:25 AM ⟶ 6:13 PM                                                                                      $287
CLT          MAF
1 stop · 12 hr 48 min · United · Operated by Mesa Airlines DBA United Express    306 kg $CO_2$e
                                                                                 +12% emissions ⓘ

10:26 PM ⟶ 11:52 AM +1                                                                                $288
CLT          MAF
2 stops ⚠ · 14 hr 26 min · American · Operated by Envoy Air as American Eagle    332 kg $CO_2$e
                                                                                 +22% emissions ⓘ

10:26 PM ⟶ 11:52 AM +1                                                                                $288
CLT          MAF
2 stops ⚠ · 14 hr 26 min · American · Operated by Envoy Air as American Eagle    330 kg $CO_2$e
                                                                                 +21% emissions ⓘ

6:27 PM ⟶ 8:40 AM +1                                                                                  $291
CLT          MAF
2 stops ⚠ · 15 hr 13 min · American · Operated by SkyWest Airlines as American …    364 kg $CO_2$e
                                                                                 +33% emissions ⓘ

4:41 PM ⟶ 10:35 PM                                                                                    $293
CLT          MAF
1 stop · 6 hr 54 min · American · Operated by Envoy Air as American Eagle    228 kg $CO_2$e
                                                                            -16% emissions ⓘ

12:10 PM ⟶ 10:35 PM                                                                                   $299
CLT          MAF
2 stops · 11 hr 25 min · American · Operated by Envoy Air as American Eagle, Envo…    326 kg $CO_2$e
                                                                                 +19% emissions ⓘ

10:58 PM ⟶ 11:52 AM +1                                                                                $299
CLT          MAF
2 stops ⚠ · 13 hr 54 min · American · Operated by Envoy Air as American Eagle    291 kg $CO_2$e
                                                                                 +7% emissions ⓘ

10:58 PM ⟶ 1:56 PM +1                                                                                 $299
CLT          MAF
2 stops ⚠ · 15 hr 58 min · American · Operated by Envoy Air as American Eagle    306 kg $CO_2$e
                                                                                 +12% emissions ⓘ

10:40 PM ⟶ 11:52 AM +1                                                                                $302
CLT          MAF
2 stops ⚠ · 14 hr 12 min · American · Operated by Envoy Air as American Eagle    327 kg $CO_2$e
                                                                                 +20% emissions ⓘ

10:40 PM ⟶ 11:52 AM +1                                                                                $302
CLT          MAF
2 stops ⚠ · 14 hr 12 min · American · Operated by Envoy Air as American Eagle    306 kg $CO_2$e
                                                                                 +12% emissions ⓘ



☰ **Google**                                                              ⚏ **Sign in**

**Skip to main content**    **Accessibility feedback**

2 stops ⚠ · 16 hr 16 min · American · Operated by Envoy Air as American Eagle    321 kg CO2e
                                                                                  +18% emissions ⓘ

**10:40 PM** → **4:01 PM**+1                                                      **$302**
CLT            MAF
2 stops ⚠ · 18 hr 21 min · American · Operated by Envoy Air as American Eagle    306 kg CO2e
                                                                                  +12% emissions ⓘ

**4:51 PM** → **8:59 AM**+1                                                       📵 **$308**
CLT            MAF
1 stop ⚠ · 17 hr 8 min · United · Operated by Mesa Airlines DBA United Express   316 kg CO2e
                                                                                  +16% emissions ⓘ

**4:51 PM** → **11:21 AM**+1                                                      📵 **$308**
CLT            MAF
1 stop ⚠ · 19 hr 30 min · United · Operated by Mesa Airlines DBA United Express  328 kg CO2e
                                                                                  +20% emissions ⓘ

**4:51 PM** → **2:11 PM**+1                                                       📵 **$308**
CLT            MAF
1 stop ⚠ · 22 hr 20 min · United · Operated by Mesa Airlines DBA United Express  316 kg CO2e
                                                                                  +16% emissions ⓘ

**4:51 PM** → **4:21 PM**+1                                                       📵 **$308**
CLT            MAF
1 stop ⚠ · 24 hr 30 min · United · Operated by Mesa Airlines DBA United Express  316 kg CO2e
                                                                                  +16% emissions ⓘ

**5:25 AM** → **9:25 PM**                                                         **$308**
CLT            MAF
1 stop · 17 hr · American · Operated by SkyWest Airlines as American Eagle       266 kg CO2e
                                                                                  Avg emissions ⓘ

**7:12 AM** → **9:25 PM**                                                         **$308**
CLT            MAF
1 stop · 15 hr 13 min · American · Operated by SkyWest Airlines as American Eagle 266 kg CO2e
                                                                                  Avg emissions ⓘ

**9:25 AM** → **9:25 PM**                                                         **$308**
CLT            MAF
1 stop · 13 hr · American · Operated by SkyWest Airlines as American Eagle       266 kg CO2e
                                                                                  Avg emissions ⓘ

**11:35 AM** → **9:25 PM**                                                        **$308**
CLT            MAF
1 stop · 10 hr 50 min · American · Operated by SkyWest Airlines as American Eagle 266 kg CO2e
                                                                                  Avg emissions ⓘ

**1:35 PM** → **9:25 PM**                                                         **$308**
CLT            MAF



3:2? PM ⟶ 8:40 AM                                                    $308
CLT          MAF
1 stop ⚠ · 18 hr 12 min · American · Operated by SkyWest Airlines as American Ea...    266 kg CO2e
                                                                    Avg emissions ⓘ

3:28 PM ⟶ 1:56 PM +1                                                 $308
CLT          MAF
1 stop ⚠ · 23 hr 28 min · American · Operated by Envoy Air as American Eagle    259 kg CO2e
                                                                    Avg emissions ⓘ

3:28 PM ⟶ 4:01 PM +1                                                 $308
CLT          MAF
1 stop ⚠ · 25 hr 33 min · American · Operated by Envoy Air as American Eagle    245 kg CO2e
                                                                    -10% emissions ⓘ

4:41 PM ⟶ 8:40 AM +1                                                 $308
CLT          MAF
1 stop ⚠ · 16 hr 59 min · American · Operated by SkyWest Airlines as American E...    235 kg CO2e
                                                                    -14% emissions ⓘ

4:41 PM ⟶ 1:56 PM +1                                                 $308
CLT          MAF
1 stop ⚠ · 22 hr 15 min · American · Operated by Envoy Air as American Eagle    228 kg CO2e
                                                                    -16% emissions ⓘ

4:41 PM ⟶ 4:01 PM +1                                                 $308
CLT          MAF
1 stop ⚠ · 24 hr 20 min · American · Operated by Envoy Air as American Eagle    214 kg CO2e
                                                                    -22% emissions ⓘ

5:59 PM ⟶ 8:40 AM +1                                                 $308
CLT          MAF
1 stop ⚠ · 15 hr 41 min · American · Operated by SkyWest Airlines as American Ea...    266 kg CO2e
                                                                    Avg emissions ⓘ

5:59 PM ⟶ 11:52 AM +1                                                $308
CLT          MAF
1 stop ⚠ · 18 hr 53 min · American · Operated by Envoy Air as American Eagle    245 kg CO2e
                                                                    -10% emissions ⓘ

5:59 PM ⟶ 1:56 PM +1                                                 $308
CLT          MAF
1 stop ⚠ · 20 hr 57 min · American · Operated by Envoy Air as American Eagle    259 kg CO2e
                                                                    Avg emissions ⓘ

5:59 PM ⟶ 4:01 PM +1                                                 $308
CLT          MAF
1 stop ⚠ · 23 hr 2 min · American · Operated by Envoy Air as American Eagle    245 kg CO2e
                                                                    -10% emissions ⓘ



☰   **Google**                          Skip to main content        Accessibility feedback        ⊞    Sign in



10:50 PM ⟶ 11:52 AM                    $308
CLT              MAF
2 stops ⚠ · 14 hr 2 min · American · Operated by Envoy Air as American Eagle          310 kg CO2e
                                       +14% emissions ⓘ

10:50 PM ⟶ 11:52 AM +1                 $308
CLT              MAF
2 stops ⚠ · 14 hr 2 min · American · Operated by Envoy Air as American Eagle          317 kg CO2e
                                       +16% emissions ⓘ

10:50 PM ⟶ 1:56 PM +1                  $308
CLT              MAF
2 stops ⚠ · 16 hr 6 min · American · Operated by Envoy Air as American Eagle          331 kg CO2e
                                       +21% emissions ⓘ

10:52 PM ⟶ 8:40 AM +1                  $308
CLT              MAF
1 stop ⚠ · 10 hr 48 min · American · Operated by SkyWest Airlines as American Ea…     266 kg CO2e
                                       Avg emissions ⓘ

10:52 PM ⟶ 11:52 AM +1                 $308
CLT              MAF
1 stop ⚠ · 14 hr · American · Operated by Envoy Air as American Eagle                 245 kg CO2e
                                       -10% emissions ⓘ

10:52 PM ⟶ 1:56 PM +1                  $308
CLT              MAF
1 stop ⚠ · 16 hr 4 min · American · Operated by Envoy Air as American Eagle           259 kg CO2e
                                       Avg emissions ⓘ

10:52 PM ⟶ 4:01 PM +1                  $308
CLT              MAF
1 stop ⚠ · 18 hr 9 min · American · Operated by Envoy Air as American Eagle           245 kg CO2e
                                       -10% emissions ⓘ

10:52 PM ⟶ 5:54 PM +1                  $308
CLT              MAF
1 stop ⚠ · 20 hr 2 min · American · Operated by Envoy Air as American Eagle           245 kg CO2e
                                       -10% emissions ⓘ

10:52 PM ⟶ 9:25 PM +1                  $308
CLT              MAF
1 stop ⚠ · 23 hr 33 min · American · Operated by SkyWest Airlines as American Ea…     266 kg CO2e
                                       Avg emissions ⓘ

10:52 PM ⟶ 10:35 PM +1                 $308
CLT              MAF
1 stop ⚠ · 24 hr 43 min · American · Operated by Envoy Air as American Eagle          259 kg CO2e
                                       Avg emissions ⓘ



2 stops · 10 hr 15 min · American · Operated by Envoy Air as American Eagle, Sky...    350 kg CO2e
+28% emissions ⓘ

11:34 AM ⟶ 4:21 PM    🔕 $317
CLT    MAF
1 stop · 5 hr 47 min · United · Operated by Mesa Airlines DBA United Express, Mes...    344 kg CO2e
+26% emissions ⓘ

7:12 AM ⟶ 1:56 PM    $323
CLT    MAF
1 stop · 7 hr 44 min · American · Operated by Envoy Air as American Eagle    259 kg CO2e
Avg emissions ⓘ

9:25 AM ⟶ 1:56 PM    $323
CLT    MAF
1 stop · 5 hr 31 min · American · Operated by Envoy Air as American Eagle    259 kg CO2e
Avg emissions ⓘ

5:59 PM ⟶ 10:35 PM    $323
CLT    MAF
1 stop · 5 hr 36 min · American · Operated by Envoy Air as American Eagle    259 kg CO2e
Avg emissions ⓘ

11:10 AM ⟶ 10:47 PM    $333
CLT    MAF
1 stop · 12 hr 37 min · American · Operated by SkyWest Airlines as American Eagle    411 kg CO2e
+51% emissions ⓘ

1:10 PM ⟶ 10:47 PM    $333
CLT    MAF
1 stop · 10 hr 37 min · American · Operated by SkyWest Airlines as American Eagle    411 kg CO2e
+51% emissions ⓘ

11:34 AM ⟶ 9:52 PM    📵 $343
CLT    MAF
1 stop · 11 hr 18 min · United · Operated by Mesa Airlines DBA United Express    337 kg CO2e
+23% emissions ⓘ

11:34 AM ⟶ 6:13 PM    $360
CLT    MAF
1 stop · 7 hr 39 min · United · Operated by Mesa Airlines DBA United Express, Mes...    355 kg CO2e
+30% emissions ⓘ

5:25 AM ⟶ 1:56 PM    $360
CLT    MAF
1 stop · 9 hr 31 min · American · Operated by Envoy Air as American Eagle    259 kg CO2e
Avg emissions ⓘ

5:25 AM ⟶ 5:54 PM    $360
CLT    MAF

≡    **Google**                                     ⊞    **Sign in**

**Skip to main content**       **Accessibility feedback**

| | | |
|---|---|---|
| 5:25 AM ⟶ 7:56 PM | | $360 |
| CLT      MAF | | |
| 1 stop · 15 hr 31 min · American · Operated by Envoy Air as American Eagle | | 245 kg CO2e |
| | | -10% emissions ⓘ |

| | | |
|---|---|---|
| 7:12 AM ⟶ 5:54 PM | | $360 |
| CLT      MAF | | |
| 1 stop · 11 hr 42 min · American · Operated by Envoy Air as American Eagle | | 245 kg CO2e |
| | | -10% emissions ⓘ |

| | | |
|---|---|---|
| 7:12 AM ⟶ 7:56 PM | | $360 |
| CLT      MAF | | |
| 1 stop · 13 hr 44 min · American · Operated by Envoy Air as American Eagle | | 245 kg CO2e |
| | | -10% emissions ⓘ |

| | | |
|---|---|---|
| 7:12 AM ⟶ 10:35 PM | | $360 |
| CLT      MAF | | |
| 1 stop · 16 hr 23 min · American · Operated by Envoy Air as American Eagle | | 259 kg CO2e |
| | | Avg emissions ⓘ |

| | | |
|---|---|---|
| 9:25 AM ⟶ 5:54 PM | | $360 |
| CLT      MAF | | |
| 1 stop · 9 hr 29 min · American · Operated by Envoy Air as American Eagle | | 245 kg CO2e |
| | | -10% emissions ⓘ |

| | | |
|---|---|---|
| 9:25 AM ⟶ 7:56 PM | | $360 |
| CLT      MAF | | |
| 1 stop · 11 hr 31 min · American · Operated by Envoy Air as American Eagle | | 245 kg CO2e |
| | | -10% emissions ⓘ |

| | | |
|---|---|---|
| 9:25 AM ⟶ 10:35 PM | | $360 |
| CLT      MAF | | |
| 1 stop · 14 hr 10 min · American · Operated by Envoy Air as American Eagle | | 259 kg CO2e |
| | | Avg emissions ⓘ |

| | | |
|---|---|---|
| 11:35 AM ⟶ 7:56 PM | | $360 |
| CLT      MAF | | |
| 1 stop · 9 hr 21 min · American · Operated by Envoy Air as American Eagle | | 245 kg CO2e |
| | | -10% emissions ⓘ |

| | | |
|---|---|---|
| 11:35 AM ⟶ 10:35 PM | | $360 |
| CLT      MAF | | |
| 1 stop · 12 hr · American · Operated by Envoy Air as American Eagle | | 259 kg CO2e |
| | | Avg emissions ⓘ |

| | | |
|---|---|---|
| 1:35 PM ⟶ 10:35 PM | | $360 |
| CLT      MAF | | |
| 1 stop · 10 hr · American · Operated by Envoy Air as American Eagle | | 259 kg CO2e |
| | | Avg emissions ⓘ |

