# EXHIBIT 15

Case 7:24-cv-00033-DC-DTG   Document 61-15   Filed 10/17/24   Page 2 of 13

9/10/2024                VirtaMove Corp. v. Amazon.com, Inc., et al.              Donn Rochette

Page 1

IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF TEXAS

MIDLAND/ODESSA DIVISION

_____

VIRTAMOVE, CORP.,                         )
                                          ) CASE NO.
                         PLAINTIFF,       ) 7:24-CV-00030
                                          )
              v.                          )
                                          )
AMAZON.COM, INC.; AMAZON.COM              )
SERVICES LLC; AND AMAZON WEB              )
SERVICES, INC.,                           )
                                          )
                         DEFENDANTS.      )
_____    )


VIDEOTAPED DEPOSITION OF DONN ROCHETTE

TAKEN REMOTELY VIA ZOOM VIDEOCONFERENCE

TUESDAY, SEPTEMBER 10, 2024

11:04 A.M. CDT


REPORTED BY AUDRA E. CRAMER, CSR NO. 9901

_____

DIGITAL EVIDENCE GROUP

1730 M Street, NW, Suite 812

Washington, D.C. 20036

(202) 232-0646

Case 7:24-cv-00033-DC-DTG   Document 61-15   Filed 10/17/24   Page 3 of 13

9/10/2024          VirtaMove Corp. v. Amazon.com, Inc., et al.          Donn Rochette

Page 5

1  Corporation?

2         MR. ANAPOL:  Jeremy Anapol of Knobbe

3  Martens Olson & Bear on behalf of Defendants.

4

5                    DONN ROCHETTE,

6            having been first duly sworn, was

7            examined and testified as follows:

8

9         MR. ANAPOL:  Thank you.

10

11                    EXAMINATION

12  BY MR. ANAPOL:

13     Q.   Mr. Rochette, thank you again for being

14  here today, taking time out of your schedule to

15  help us collect some information that we hope

16  will be helpful in our case.

17         Have you ever been deposed before?

18     A.   No.

19     Q.   Okay.  So I'll cover some general

20  background with you just to help you understand

21  the process.

22         But before that, can we start by having

Case 7:24-cv-00033-DC-DTG   Document 61-15   Filed 10/17/24   Page 4 of 13

9/10/2024            VirtaMove Corp. v. Amazon.com, Inc., et al.            Donn Rochette

Page 54

1  Silicon Valley know that putting an application
2  in a container could prevent the application
3  from accessing files in another container?
4         MR. TONG:  Same objection.  Calls for a
5  legal conclusion.
6         I'm also objecting to this whole line
7  of questioning again as getting into fact
8  discovery that Mr. Donn Rochette is not
9  obligated to answer during venue discovery.
10 BY MR. ANAPOL:
11    Q.  Do you need me to repeat the question,
12 Mr. Rochette?
13    A.  Yes, please.
14    Q.  Sure.
15         By 2002 did software developers in
16 Silicon Valley know that putting an application
17 in a container could prevent the application
18 from accessing files in another container?
19         MR. TONG:  Same objections.
20         THE WITNESS:  Yes.  In the context of
21 Solaris zones, that is a true statement.
22

Case 7:24-cv-00033-DC-DTG   Document 61-15   Filed 10/17/24   Page 5 of 13

9/10/2024                VirtaMove Corp. v. Amazon.com, Inc., et al.              Donn Rochette

Page 55

1    BY MR. ANAPOL:

2         Q.    By 2002 did software developers in

3    Silicon Valley know that putting an application

4    in a container could prevent the application

5    from interfering with applications in another

6    container?

7              MR. TONG:  Same objections.  Calls for

8    speculation.  Foundation.  Calls for a legal

9    conclusion.  Not venue discovery.

10             THE WITNESS:  Again, in the context of

11   Solaris zones, that would be an accurate

12   statement.  At least in the context of Solaris

13   zones.

14   BY MR. ANAPOL:

15        Q.    What about in the context of OnCore

16   operating system?

17        A.    Yes.

18             MR. TONG:  Same objections.

19             THE WITNESS:  Well, no, not in OnCore.

20   In Trigence.  Excuse me.

21   BY MR. ANAPOL:

22        Q.    So did the OnCore containers not

Case 7:24-cv-00033-DC-DTG   Document 61-15   Filed 10/17/24   Page 6 of 13

9/10/2024      VirtaMove Corp. v. Amazon.com, Inc., et al.      Donn Rochette

Page 56

 1   confine the applications in the container?
 2         MR. TONG:  Objection.  Calls for legal
 3   conclusions.
 4         THE WITNESS:  Yeah, it's difficult to
 5   answer.
 6         The Unix applications running with Unix
 7   were not separated and could affect each other.
 8   Embedded applications were separated.
 9   BY MR. ANAPOL:
10      Q.   So, in other words, you could have
11   multiple applications in one container?
12         MR. TONG:  Objection.  Vague.
13         THE WITNESS:  In a Unix context, yes.
14   BY MR. ANAPOL:
15      Q.   And the applications running in the
16   Unix context on top of OnCore would be prevented
17   from interfering with the applications running
18   on the real-time portion of the operating
19   system; correct?
20      A.   Yes.
21         MR. TONG:  Objection.  Calls for a
22   legal conclusion.

Case 7:24-cv-00033-DC-DTG   Document 61-15   Filed 10/17/24   Page 7 of 13

9/10/2024            VirtaMove Corp. v. Amazon.com, Inc., et al.            Donn Rochette

Page 75

 1     A.    Yes.
 2     Q.    So you're not employed in any state
 3     outside of Iowa; is that right?
 4     A.    That is right.
 5     Q.    And are there any states outside of
 6     Iowa that you regularly travel to for business?
 7     A.    Not for business.  Only for personal.
 8     Q.    And before you retired, you worked for
 9     Cribl; right?
10     A.    That is correct.
11     Q.    Which was based in San Francisco?
12     A.    Yes.
13     Q.    And sorry if you already answered this.
14     I can't recall.
15           How often did you visit San Francisco
16     when you worked for Cribl?
17     A.    About once a year.  Not frequently.
18           The company was remote.  So we had
19     people in Europe and all across the United
20     States, and we all worked remotely.
21     Q.    Okay.  I just want to get back to
22     Docker --

Case 7:24-cv-00033-DC-DTG   Document 61-15   Filed 10/17/24   Page 8 of 13

9/10/2024          VirtaMove Corp. v. Amazon.com, Inc., et al.          Donn Rochette

Page 76

1    A.   Okay.

2    Q.   -- and then hopefully we'll be able to

3 wrap up here.

4         So Docker, based on your experience --

5 I'm sorry.  I didn't mean Docker.  I meant

6 Solaris zones.

7    A.   Okay.

8    Q.   So Solaris zones, based on your

9 experience, can operate in disparate computing

10 environments?

11   A.   Yes.

12        MR. TONG:  Objection.  Calls for a

13 legal conclusion.  Daubert.

14 BY MR. ANAPOL:

15   Q.   And Solaris zones was capable on

16 running of on a plurality of servers, meaning

17 multiple servers?

18   A.   Yes.

19   Q.   And those servers would include a

20 processor; right?

21   A.   Yes.

22   Q.   And an operating system; right?

Case 7:24-cv-00033-DC-DTG   Document 61-15   Filed 10/17/24   Page 9 of 13

9/10/2024          VirtaMove Corp. v. Amazon.com, Inc., et al.          Donn Rochette

Page 77

1     A.    Yes.

2     Q.    And a kernel; right?

3     A.    Yes.

4     Q.    And local system files compatible with
5  the processor?

6     A.    Yes.

7     Q.    And the server could provide executable
8  applications related to a service?

9           MR. TONG:  Objection.  Calls for legal
10 conclusions.  Daubert.

11          THE WITNESS:  Yes.

12 BY MR. ANAPOL:

13    Q.    And Solaris zones allowed applications
14 to be executed in a secure environment?

15    A.    Correct.

16          MR. TONG:  Same objections.  And
17 leading.

18          THE WITNESS:  Yes.

19 BY MR. ANAPOL:

20    Q.    I will rephrase the last question.

21          Could a server running Solaris zones
22 provide executable applications relating to a

Case 7:24-cv-00033-DC-DTG   Document 61-15   Filed 10/17/24   Page 10 of 13

9/10/2024                VirtaMove Corp. v. Amazon.com, Inc., et al.           Donn Rochette

Page 78

1   service?

2           MR. TONG:   Same objections.

3           THE WITNESS:   Yes.

4   BY MR. ANAPOL:

5       Q.   And could a server running Solaris
6   zones execute applications in a secure
7   environment?

8           MR. TONG:   Same objections.

9           THE WITNESS:   Yes.

10  BY MR. ANAPOL:

11      Q.   And could a server running Solaris
12  zones store multiple secure containers in
13  memory?

14          MR. TONG:   Same objections.

15          THE WITNESS:   Yes.

16  BY MR. ANAPOL:

17      Q.   And could those multiple containers
18  have applications and system files in them?

19          MR. TONG:   Same objections.

20          THE WITNESS:   Yes.

21  BY MR. ANAPOL:

22      Q.   And would those containers use the

Case 7:24-cv-00033-DC-DTG   Document 61-15   Filed 10/17/24   Page 11 of 13

9/10/2024                VirtaMove Corp. v. Amazon.com, Inc., et al.                Donn Rochette

Page 79

1    kernel from the operating system hosted on the
2    server?
3                MR. TONG:   Same objections.
4                THE WITNESS:   Yes.
5    BY MR. ANAPOL:
6         Q.   And that kernel would be on the server
7    regardless of whether it was running any
8    containers; right?
9                MR. TONG:   Same objections.
10               THE WITNESS:   Yes.
11   BY MR. ANAPOL:
12        Q.   Would the kernel be running on the
13   operating system regardless of whether the
14   server was running any containers?
15               MR. TONG:   Same objections.
16               THE WITNESS:   Yes.  The kernel would
17   run first and foremost, yes, in all instances.
18   BY MR. ANAPOL:
19        Q.   And would the system files in the
20   containers be compatible with the kernel?
21               MR. TONG:  Same objections.
22               THE WITNESS:   That is a major

Case 7:24-cv-00033-DC-DTG   Document 61-15   Filed 10/17/24   Page 12 of 13

9/10/2024           VirtaMove Corp. v. Amazon.com, Inc., et al.           Donn Rochette

Page 80

1  difference.  In zones they would have to be
2  compatible with the kernel and the version of
3  the kernel being used, yes.
4  BY MR. ANAPOL:
5     Q.  And did each container have its own
6  kernel or did they share a kernel?
7     A.  No --
8        MR. TONG:  Same objections.
9        THE WITNESS:  -- one kernel shared
10 by -- oh, I'm sorry.
11        One kernel shared by all applications.
12 BY MR. ANAPOL:
13    Q.  And could a container contain system
14 files that were also present outside of the
15 container?
16       MR. TONG:  Same objections.
17       THE WITNESS:  I'm sorry.  Could you
18 clarify that.
19 BY MR. ANAPOL:
20    Q.  Yeah.  So imagine you have a service
21 running outside of the container, like, you
22 know, you have an instance of Apache, for

Case 7:24-cv-00033-DC-DTG   Document 61-15   Filed 10/17/24   Page 13 of 13

9/10/2024                VirtaMove Corp. v. Amazon.com, Inc., et al.                Donn Rochette

Page 160

1  STATE OF CALIFORNIA         )

2  COUNTY OF LOS ANGELES       )  SS.

3

4       I, AUDRA E. CRAMER, CSR No. 9901, in and for the

5  State of California, do hereby certify:

6       That, prior to being examined, the witness named

7  in the foregoing deposition was by me duly sworn to

8  testify the truth, the whole truth and nothing but the

9  truth;

10      That said deposition was taken down by me in

11 shorthand at the time and place therein named, and

12 thereafter reduced to typewriting under my direction,

13 and the same is a true, correct and complete transcript

14 of said proceedings;

15      I further certify that I am not interested in the

16 event of the action.

17      Witness my hand this 18 day of September,

18 2024.

19

20

21

                              Certified Shorthand
                              Reporter for the
                              State of California
22