# EXHIBIT 16

Case 7:24-cv-00033-DC-DTG   Document 61-16   Filed 10/17/24   Page 2 of 9

10/7/2024      VirtaMove Corp. v. Amazon.com, Inc., et al.      Paul O'Leary

Page 1

UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF TEXAS

MIDLAND/ODESSA DIVISION

_____

VIRTAMOVE, CORP.,                  )
                     Plaintiff, )
                           ) Case No.
      v                           ) 7:24-CV-00030-DC-DTG
                           )
AMAZON.COM, INC.; AMAZON.COM      )
SERVICES LLC; AND AMAZON WEB      )
SERVICES, INC.,                    )
                          )
                   Defendants.)
_____)

VIDEOTAPED DEPOSITION OF PAUL O'LEARY

APPEARING REMOTELY

October 7, 2024

5:28 p.m.

Reported by: Eileen Mulvenna, CSR/RMR/CRR/RDR

_____

DIGITAL EVIDENCE GROUP

1730 M Street, NW, Suite 812

Washington, D.C. 20036

(202) 232-0646

Case 7:24-cv-00033-DC-DTG   Document 61-16   Filed 10/17/24   Page 3 of 9

10/7/2024            VirtaMove Corp. v. Amazon.com, Inc., et al.            Paul O'Leary

Page 5

1       THE VIDEOGRAPHER:  We are on the
2   record.
3       This is the remote video deposition of
4   Paul O'Leary in the matter of Verta
5   Corporation versus Amazon.Com, Incorporated,
6   et al., filed in the United States District
7   Court for the Western District of Texas,
8   Midland/Odessa Division.
9       My name is Billy Fahnert.  I am the
10  video technician today.  The court reporter
11  is Eileen Mulvenna.  We both represent
12  Digital Evidence Group.
13      Today's date is October 7, 2024.  The
14  time is 5:28 p.m., Eastern Daylight Time.
15      All parties have stipulated to the
16  witness being sworn in remotely.
17      Will counsel please identify
18  yourselves for the record and then the
19  witness will be sworn in.
20      MR. ANAPOL:  Jeremy Anapol, Knobbe
21  Martens on behalf of defendants.
22      MR. TONG:  Peter Tong from Russ August

Case 7:24-cv-00033-DC-DTG   Document 61-16   Filed 10/17/24   Page 4 of 9

10/7/2024            VirtaMove Corp. v. Amazon.com, Inc., et al.            Paul O'Leary

Page 6

1            Kabat on behalf of VirtaMove Corporation and
2            also representing the witness.
3    PAUL O'LEARY,
4            having been duly sworn by Eileen Mulvenna,
5            a Notary Public of the State of New York,
6            was examined and testified as follows:
7    EXAMINATION
8    BY MR. ANAPOL:
9            Q.    Good evening, Mr. O'Leary.
10           A.    Good evening.
11           Q.    You understand that you're under oath
12   just as if you were in a courtroom and so you're
13   obligated by law to tell the truth in all of your
14   answers; correct?
15           A.    Yes, I do.
16           Q.    Please state your full name for the
17   record.
18           A.    My full name is Paul Robert O'Leary.
19           Q.    And you are not a VirtaMove employee;
20   correct?
21           A.    That is correct, I'm not a VirtaMove
22   employee.

Case 7:24-cv-00033-DC-DTG   Document 61-16   Filed 10/17/24   Page 5 of 9

10/7/2024             VirtaMove Corp. v. Amazon.com, Inc., et al.             Paul O'Leary

Page 28

1        signature that Midland, Texas is far more
2        convenient -- or far less inconvenient for me
3        than going to Northern California.  That's
4        all I believe we're talking about today.
5    BY MR. ANAPOL:
6        Q.    I'm asking you, are you willing to go
7    to Northern California if the trial for this case is
8    in Northern California and Russ August asks you to
9    go?
10              MR. TONG:  Objection, form, asked and
11       answered.
12              THE WITNESS:  I'll come back to my
13       previous answer.  That's not what I believe
14       we're here -- we're here to go through the --
15   BY MR. ANAPOL:
16       Q.    Mr. O'Leary, I don't --
17       A.    -- declaration.
18       Q.    I don't need your --
19              MR. TONG:  Jeremy --
20       Q.    -- legal understanding -- I don't need
21   your legal understanding of what we're here to
22   discuss.  If Mr. Tong believes I'm going outside the

Case 7:24-cv-00033-DC-DTG   Document 61-16   Filed 10/17/24   Page 6 of 9

10/7/2024          VirtaMove Corp. v. Amazon.com, Inc., et al.          Paul O'Leary

Page 29

1   scope of what we're permitted to discuss, he can
2   call Judge Gilliam who will stop me; but I'm
3   entitled to cross-examine you on your declaration
4   which means to probe how seriously the court should
5   take what you're saying here.  Okay?  So listen
6   carefully to my question and I would like an answer
7   to this question.
8              If the trial for this case is in
9   Northern California and Russ August asks you to go
10  to trial, would you go?
11             MR. TONG:  Objection to form, asked
12        and answered.  And also, the witness was cut
13        off by Mr. Anapol interrupting the answer.
14  BY MR. ANAPOL:
15       Q.   Go ahead, Mr. O'Leary.
16       A.   I would have to take it under
17  consideration, and I can't answer that question for
18  you right now because the question hasn't been
19  asked.
20       Q.   So you would consider going to
21  Northern California, but you're not willing --
22       A.   No --

Case 7:24-cv-00033-DC-DTG   Document 61-16   Filed 10/17/24   Page 7 of 9

10/7/2024            VirtaMove Corp. v. Amazon.com, Inc., et al.            Paul O'Leary

Page 30

1      Q.      -- to commit right now?
2      A.      -- I would say -- I said I would have
3  to consider -- I would say I would have to take the
4  question being asked under consideration.  I making
5  no statement right now about how I potentially would
6  or wouldn't answer that question.
7      Q.      So you're not willing to take a
8  position right now on whether you would or would not
9  be willing to go to Northern California if Russ
10 August asks you to do it for this case?
11     A.      Yes.  I would have to -- I would make
12 that decision at the time should those circumstances
13 happen, but I'm not willing to make a decision right
14 now.
15     Q.      And is there anything Russ August
16 would have to do to convince you to go to Northern
17 California?
18             MR. TONG:  Objection, form.
19             THE WITNESS:  I believe -- I think I
20     already answered that I wouldn't -- I would
21     have to consider the question at the time it
22     was asked if it was asked.  But right now, I

Case 7:24-cv-00033-DC-DTG   Document 61-16   Filed 10/17/24   Page 8 of 9

10/7/2024            VirtaMove Corp. v. Amazon.com, Inc., et al.            Paul O'Leary

Page 31

 1          can't tell you how I would answer the
 2          question.  I would have to give it
 3          consideration at the time.
 4     BY MR. ANAPOL:
 5          Q.     And -- but you're willing to say right
 6     now that you would go to Midland?
 7          A.     Yes, I'm willing to say that right
 8     now.  That's what it says in the -- that is more --
 9     that is less inconvenient for me.
10          Q.     Because of what?
11          A.     Because of the distance that I have to
12     travel.
13          Q.     But we established earlier that you
14     cannot fly directly from your home in Canada to
15     Midland; correct?
16          A.     Yes.  You established that correctly,
17     yes.  However --
18          Q.     You don't know how long it would take
19     to actually get to Midland from your home; correct?
20              MR. TONG:  Objection,
21          mischaracterizes.  And also, the question
22          interrupted the answer.

Case 7:24-cv-00033-DC-DTG   Document 61-16   Filed 10/17/24   Page 9 of 9

10/7/2024                VirtaMove Corp. v. Amazon.com, Inc., et al.                Paul O'Leary

Page 38

```
 1   STATE OF NEW YORK                )
 2                                    ss:
 3   COUNTY OF WESTCHESTER            )
 4              I, EILEEN MULVENNA, CSR/RMR/CRR, a
 5   Certified Court Reporter, Registered Merit Reporter,
 6   Certified Realtime Reporter, and Notary Public in
 7   and for the State of New York, do hereby certify:
 8              That I reported the taking of the
 9   deposition of the witness, PAUL O'LEARY,
     commencing on the 7th day of October, 2024, at the
10   hour of 5:28 p.m.
                That prior to being examined, the witness
11   was duly sworn by me to testify to the truth, the
     whole truth, and nothing but the truth.
12              That I thereafter transcribed my said
     shorthand notes into typewriting and that the
13   typewritten transcript of said deposition is a
     complete, true and accurate transcription of my
14   said shorthand notes taken down at said time, and
     that a request has been made to review the
15   transcript.
                I further certify that I am not a relative
16   or employee of an attorney or counsel of any of the
     parties, nor a relative or employee of any attorney
17   or counsel involved in said action, nor a person
     financially interested in the action.
18              IN WITNESS WHEREOF, I have hereunto
     set my signature this 9th day of October, 2024.
19
20
21
22        EILEEN MULVENNA, CSR/RMR/CRR/RDR
```