# EXHIBIT 17

# Andrew Mather

| | |
|---|---|
| **From:** | Peter Tong <ptong@raklaw.com> |
| **Sent:** | Monday, October 14, 2024 1:49 PM |
| **To:** | Jeremy Anapol |
| **Cc:** | rak_virtamove@raklaw.com; Amazon-VirtaMove; Harper Estes |
| **Subject:** | Re: VirtaMove v. Amazon - Stipulation Regarding Venue Depositions |
| | |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Flagged |

Hi Jeremy,

==More clearly, in the interest of simplifying the proceeding and conserving the resources of both parties, for purposes of the venue motion only, Mr. O'Leary's deposition is representative for any common venue declarations issue for Woodward, Huffman, and Colford.==  With this agreement, Amazon is waiving the right to take the depositions of Woodward, Huffman, and Colford, and VirtaMove may still rely on the venue declarations of Woodward, Huffman, and Colford.

**Peter Tong**
**Russ, August & Kabat**
4925 Greenville Avenue, Suite 200 | Dallas, Texas 75206
Main +1 310 826 7474 | ptong@raklaw.com | www.raklaw.com

**From:** Jeremy Anapol <Jeremy.Anapol@knobbe.com>
**Date:** Monday, October 14, 2024 at 12:33 PM
**To:** "ptong@raklaw.com" <ptong@raklaw.com>
**Cc:** "rak_virtamove@raklaw.com" <rak_virtamove@raklaw.com>, Amazon-VirtaMove <Amazon-VirtaMove@knobbe.com>, Harper Estes <hestes@lcalawfirm.com>
**Subject:** VirtaMove v. Amazon - Stipulation Regarding Venue Depositions

Peter,

Please confirm that VirtaMove agrees to the following stipulation:

> Mr. O'Leary's deposition, which occurred on October 7, 2024, is representative for O'Leary, Woodward, Huffman, and Colford on issues pertaining to their venue declarations only.

Thanks,
Jeremy

**Jeremy Anapol**
Partner

949-721-2806  **Direct**

**Knobbe Martens**

NOTICE: This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.