# EXHIBIT 21

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION

| | |
|---|---|
| VIRTAMOVE, CORP.,<br>   Plaintiff,<br><br>   v.<br><br>AMAZON.COM, INC.;<br>AMAZON.COM SERVICES LLC; AND<br>AMAZON WEB SERVICES, INC.,<br><br>   Defendants. | Case No. 7:24-CV-00030-ADA-DTG |

## AMAZON'S INITIAL PROPOSED CLAIM CONSTRUCTIONS

Pursuant to the Court's Second Amended Scheduling Order (Dkt. 59), Defendants Amazon.com, Inc., Amazon.com Services LLC, and Amazon Web Services, Inc. provide their preliminary list of proposed claim constructions.

Defendants reserve the right to amend this list. Defendants' list is based on Plaintiff's infringement contentions and Defendants' analysis and investigation to date. Defendants reserve the right to amend their list in response to: the parties' discussions, including those required under the Court's scheduling order; any other positions taken by Plaintiff regarding the construction or meaning of claim terms; any additional relevant information learned through discovery, including any additional information about Plaintiff's infringement theories; any supplementation of or amendments to Plaintiff's infringement contentions; any relevant proceedings before the Patent and Trademark Office; any proceedings in Plaintiff's other pending cases; and any orders of the Court.

1

To the extent the claim language identified below includes terms appropriate to be construed or considered for indefiniteness separately, such terms are deemed part of this disclosed list. Similarly, to the extent it is appropriate to consider terms listed below in the context of additional claim language, such additional language is deemed part of this disclosure. Some of the entries identified below may be grouped together for purposes of claim construction and briefing. To the extent the same claim language appears in other claims not expressly listed in the table below, such claims are deemed part of this list.

Amazon preliminarily identifies the following constructions:

| Claim Language | Patent Claims | Construction |
|---|---|---|
| "shared library" | '058 patent, claims 1, 2, 10 | An application library code space shared among all user mode applications. The code space is different than that occupied by the kernel and its associated files. The shared library files are placed in an address space that is accessible to multiple applications. |
| "critical system elements" | '058 patent, claim 1 | Indefinite |
| "functional replicas" | '058 patent, claim 1 | Indefinite |
| "forms a part of the … software applications" | '058 patent, claim 1 | resides in the same address space as the application code |
| "disparate computing environments" | '814 patent, claim 1 | Indefinite |
| "processor" | '814 patent, claim 1 | processing hardware |
| "container" | '814 patent, claims 1, 2, 4, 6, 8, 9, 10, 13, 14 | An aggregate of files required to successfully execute a set of software applications on a computing platform is referred to as a container. Each container for use on a server is mutually exclusive of the other containers, such that read/write files within a container cannot be shared with other containers. The term |

2

| | | |
|---|---|---|
| | | "within a container", used within this specification, is to mean "associated with a container". |

| | |
|---|---|
| October 3, 2024 | By:  /s/ Jeremy A. Anapol |
| | Joseph R. Re (Pro Hac Vice)<br>Jeremy A. Anapol (Pro Hac Vice)<br>KNOBBE MARTENS OLSON & BEAR LLP<br>2040 Main Street, 14th Floor<br>Irvine, CA 92614<br>Telephone: 949-760-0404<br>Facsimile:  949-760-9502<br>joe.re@knobbe.com<br>jeremy.anapol@knobbe.com<br><br>Colin B. Heidman (Pro Hac Vice)<br>Christie R.W. Matthaei (Pro Hac Vice)<br>Logan P. Young (Pro Hac Vice)<br>KNOBBE MARTENS OLSON & BEAR LLP<br>925 4th Ave, Ste 2500<br>Seattle, WA 98104<br>Telephone: 206-405-2000<br>Facsimile:  206-405-2001<br>colin.heideman@knobbe.com<br>christie.matthaei@knobbe.com<br>logan.young@knobbe.com<br><br>Harper Estes<br>Texas Bar No.  00000083<br>hestes@lcalawfirm.com<br>LYNCH, CHAPPELL & ALSUP<br>A Professional Corporation<br>Suite 700<br>300 N. Marienfeld,<br>Midland, Texas 79701<br>Telephone: 432-683-3351<br>Telecopier: 432-683-2587<br><br>*Counsel for Defendants Amazon.com, Inc., Amazon.com Services, LLC and Amazon Web Services, Inc.* |

## CERTIFICATE OF SERVICE

I hereby certify that, on October 3, 2024, a true and correct copy of the foregoing was served via email on the following counsel of record:

> Amy Hayden
> Christian W. Conkle
> Jonathan Ma
> Marc A. Fenster
> Neil A. Rubin
> Daniel B Kolko
> Jacob R. Buczko
> James Milkey
> James S. Tsuei
> Qi (Peter) Tong
> Reza Mirzaie
>
> RUSS AUGUST & KABAT
> 12424 Wilshire Blvd. Floor 12
> Los Angeles, CA 90025
> Tel: 310-826-7474
> Fax: 310-826-6991
>
> ahayden@raklaw.com
> cconkle@raklaw.com
> jma@raklaw.com
> mafenster@raklaw.com
> nrubin@raklaw.com
> dkolko@raklaw.com
> jbuczko@raklaw.com
> jmilkey@raklaw.com
> jtsuei@raklaw.com
> ptong@raklaw.com
> rmirzaie@raklaw.com
>
> rak_virtamove@raklaw.com

Louis Martinez