# EXHIBIT 24

Query   Reports▼   Utilities▼   Help   Log Out

JRG2,JURY,LEAD,PATENT/TRADEMARK,PROTECTIVE-ORDER

# U.S. District Court
## Eastern District of TEXAS [LIVE] (Marshall)
### CIVIL DOCKET FOR CASE #: 2:24-cv-00093-JRG

VirtaMove, Corp. v. Hewlett Packard Enterprise Company  
Assigned to: District Judge Rodney Gilstrap  
Cause: 35:271 Patent Infringement

Date Filed: 02/09/2024  
Jury Demand: Both  
Nature of Suit: 830 Patent  
Jurisdiction: Federal Question

| Date Filed | # | Docket Text |
|---|---|---|
| 10/14/2024 | 87 | OPPOSED SEALED MOTION *TO TRANSFER VENUE PURSUANT TO 28 U.S.C. SECTION 1404* by Hewlett Packard Enterprise Company. (Attachments: # 1 Exhibit OO, # 2 Exhibit PP, # 3 Exhibit QQ, # 4 Exhibit RR, # 5 Exhibit SS, # 6 Exhibit TT, # 7 Exhibit UU, # 8 Exhibit VV, # 9 Exhibit WW, # 10 Exhibit XX, # 11 Exhibit YY, # 12 Exhibit ZZ, # 13 Exhibit AAA, # 14 Exhibit BBB, # 15 Exhibit CCC, # 16 Exhibit DDD, # 17 Exhibit EEE, # 18 Exhibit FFF, # 19 Exhibit GGG, # 20 Exhibit HHH, # 21 Exhibit III, # 22 Proposed Order)(Burke, Katharine) (Entered: 10/14/2024) |

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 10/17/2024 00:44:23 | | | |
| **PACER Login:** | andrewmather | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 2:24-cv-00093-JRG Starting with document: 87 Ending with document: 87 |
| **Billable Pages:** | 1 | **Cost:** | 0.10 |