IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION

| | |
|---|---|
| VIRTAMOVE CORP., <br><br> Plaintiff, <br><br> v. <br><br> GOOGLE LLC, <br><br> Defendant. | Civil Action No.: 7:24-cv-00033-DC-DTG |

### APPENDIX A: PARTIES' AGREED TERMS

| Term | Claim(s) | Agreed Construction |
|---|---|---|
| processor | '814 patent, claim 1; '058 patent, claim 1 | physical computer processor |
| kernel mode | '058 patent, claim 1 | The context in which the kernel portion of an operating system executes. Application code cannot run in kernel mode. |
| user mode | '058 patent, claim 1 | the context in which applications execute |
| a kernel module | '058 patent, claim 5 | a set of functions that reside and execute in kernel mode as extensions to the operating system kernel |
| within a container | '814 patent, claim 1 | associated with a container |
| it forms a part of the one or more of the plurality of software applications | '058 patent, claim 1 | it is linked to one or more of the plurality of software applications |
| a kernel a set of associated local system files [sic] | '814 patent, claim 1 | A kernel and a set of associated local system files |

1

## Appendix A: Parties' Agreed Terms

| Term | Claim(s) | Agreed Construction |
|---|---|---|
| whether the preamble is limiting | '814 patent, claim 1; '058 patent, claim 1 | The preambles are limiting |
| a processor / the processor | '814 patent, claim 1 | For each listed term, the term and its antecedent refer to the same entity. |
| a plurality of servers / the servers | '814 patent, claim 1 | |
| one of the servers / the server | '814 patent, claim 1 | |
| operating systems / the operating systems | '814 patent, claim 1, 10 | |
| a plurality of different operating systems / the plurality of different operating systems | '814 patent, claim 1 | |
| one or more of the executable applications / the one or more of the executable applications | '814 patent, claim 1 | |
| a plurality of secure containers of application software / the containers of application software / the plurality of secure containers of application software / the containers | '814 patent, claims 1, 6, 9 | |
| a plurality of software applications / the plurality of software applications | '058 patent, claims 1, 4, 10 | |
| a processor / said processor | '058 patent, claim 1 | |
| an operating system / the operating system | '058 patent, claims 1, 2 | |
| a shared library / the shared library | '058 patent, claims 1, 2, 10 | |
| OS critical system elements (OSCSEs) / OSCSEs | '058 patent, claim 1, 3, 18 | |
| shared library critical system elements (SLCSEs) / the SLCSEs | '058 patent, claims 1, 3, 4, 10, 18 | |

2

**Appendix A: Parties' Agreed Terms**

| Term | Claim(s) | Agreed Construction |
|---|---|---|
| one or more of the plurality of software applications / the one or more of the plurality of software applications | '058 patent, claims 1, 4, 10 | |
| a first of the plurality of software applications / the first of the plurality of software applications / at least first of the plurality of software applications | '058 patent, claim 1 | |
| a second of the plurality of software applications / the second of the plurality of software applications | '058 patent, claim 1 | |
| a SLCSE related to a predetermined function / a first instance of the SLCSE | '058 patent, claim 1 | |
| a SLCSE for performing a same function / a second instance of the SLCSE | '058 patent, claim 1 | |