# EXHIBIT F

Case 7:24-cv-00033-DC-DTG   Document 63-7   Filed 10/22/24   Page 2 of 6

# The New Webster's Dictionary of the English Language

of the English Language



International Edition

COPYRIGHT © 2004 BY LEXICON PUBLICATIONS, INC.

Main dictionary section © 1972 Librairie Larousse as *The Larousse Illustrated International Encyclopedia and Dictionary*. Revised and updated 1994.

*All rights reserved. No part of this book may be reproduced or transmitted in any form by any means electronic, mechanical, or otherwise, whether now or hereafter devised, including photocopying, recording, or by any information storage and retrieval system without express written prior permission from the Publisher.*

*We have reason to believe that a number of words entered in this dictionary constitute trademarks, and we have designated them as such. However, neither the presence nor the absence of such designation should be regarded as affecting the legal status of any trademark.*

PRINTED AND MANUFACTURED IN THE UNITED STATES OF AMERICA

ISBN 0-7172-4692-2

prohibited from making secret contracts with nongovernment institutions. Restraints were also instituted on such intrusive surveillance methods as wiretapping and opening mail. Fears arose, however, that restrictions had reduced the CIA's effectiveness and Pres. Reagan pledged to bolster its ability to ensure U.S. security (1981)

**cen·tral·i·ty** (sentrǽliti:) *pl.* **cen·tral·i·ties** *n.* the quality or state of being central ‖ a central position or tendency

**cen·tral·i·za·tion** (sentrəlizéiʃən) *n.* a centralizing or being centralized

**cen·tral·ize** (séntrəlaiz) *pres. part.* **cen·tral·iz·ing** *past* and *past part.* **cen·tral·ized** *v.i.* to concentrate at one central point ‖ *v.t.* to bring (the administration of a country, institution etc.) under central control

**central limit theorem** (*math.*) any of several theorems of probability based on the premise that distribution of n random finite variables tends to normal distribution as N tends to infinity. This is applied as justification for population sampling, with accuracy increasing as the sampling increases

**Central Massif** (séntrəlmǽsif) *MASSIF CENTRAL

**central nervous system** the portion of the vertebrate nervous system consisting of the brain and spinal cord, which transmits motor impulses and receives sensory impulses (cf. NERVOUS SYSTEM, cf. AUTONOMIC NERVOUS SYSTEM)

**Central Powers** (*hist.*, 1st world war) Germany, Austria-Hungary, Bulgaria and Turkey

**central processing unit** (*computer*) the device in a computer that contains logic, arithmetic, and control circuits, and sometimes input and memory units. *abbr.* CPU. *syn* mainframe computer

**Central Provinces and Be·rar** (beirár) *MADHYA PRADESH

**Central standard time** (*abbr.* C.S.T.) Central time

**Central time** (*abbr.* C.T.) one of the four standard time divisions of the U.S.A., six hours behind Greenwich time, one hour behind Eastern standard time

**Central Treaty Organization** (*abbr.* CENTO, known until 1959 as the Baghdad Pact) a mutual defense pact signed (1955) by Turkey, Iraq, the U.K., Pakistan and Iran. Iraq withdrew (1959). The organization was dissolved in 1979

**centre** *CENTER

**centre bit** *CENTER BIT

**centreboard** *CENTERBOARD

**centre of gravity** *CENTER OF GRAVITY

**centre of mass** *CENTER OF MASS

**centrepiece** *CENTERPIECE

**cen·tric** (séntrik) *adj.* placed in or at the center, central ‖ (*physiol.*) originating at a nerve center **cén·tri·cal** *adj.* **cen·tric·i·ty** (sentrísiti:) *n.* [fr. Gk *kentrikos* fr. *kentron*, center]

**cen·trif·u·gal** (sentrífjug'l, *Br.* also séntrifju:g'l) *adj.* acting, moving or tending to move away from a center (opp. CENTRIPETAL) ‖ (*anat.*) of nerves transmitting impulses away from a nerve center (cf. EFFERENT) ‖ (*bot.*, of flowering) beginning at the summit and gradually extending downwards along a stem [fr. Mod. L. *centrifugus* fr. *centrum*, center+*fugere*, to fly from]

**centrifugal force** (*phys.*) a force generally considered to act on a body moving along a curved path and to be equal in magnitude but opposite in direction to the centripetal force. It is often invoked to show that an object moving under the influence of a constant centripetal force must be acted upon by a centrifugal force to keep it in its orbit

**cen·tri·fuge** (séntrifju:dʒ) *n.* a machine that, by rotating a liquid containing a finely divided or a dispersed liquid at high speeds, increases the rate of sedimentation of the suspended material. This effect is due to the variation of the force acting on a suspended particle as it moves out from the center of rotation [F.]

**cen·trip·e·tal** (sentrípit'l) *adj.* (*phys.*) acting, moving or tending to move towards a center (opp. CENTRIFUGAL) ‖ (*anat.*) of nerves transmitting impulses to a nerve center (cf. AFFERENT) [fr. Mod. L. *centripetus* fr. *centrum*, center+*petere*, to seek]

**centripetal acceleration** (*phys.*) the acceleration of a body moving under the influence of a centripetal force

**centripetal force** (*phys.*) the net force acting on a body that moves along a curved path. It is directed toward the center of curvature of the path and remains perpendicular to the velocity vector of the body. In the case of a constant centripetal force the path is a circle

**cen·trism** (séntrizəm) *n.* judicious or noncommittal stance in politics

**cen·tro·some** (séntrəsoum) *n.* a structure found in the cytoplasm or nucleus in cells undergoing mitosis [fr. Gk *kentron*, center+*sōma*, body]

**cen·tro·sphere** (séntrəsfiər) *n.* the core of the earth ‖ (*biol.*) the part of a cell in organic matter which includes the aster and the centrosome [fr. L. *centrum*, center+SPHERE]

**cen·tu·ple** (séntup'l) 1. *adj.* one hundred times as much or as many 2. *v.t. pres. part.* **cen·tu·pling** *past* and *past part.* **cen·tu·pled** to multiply by a hundred [F.]

**cen·tu·pli·cate** (sentú:plikeit, sentjú:plikeit) *pres. part.* **cen·tu·pli·cat·ing** *past* and *past part.* **cen·tu·pli·cat·ed** *v.t.* to centuple [fr. L. *centuplicare* (*centuplicatus*)] **cen·tu·ri·on** (sentúəri:ən, sentjúəri:ən) *n.* (*hist.*) an officer commanding a century in the Roman army [fr. L. *centurio* (*centurionis*)]

**Centurion Main Battle Tank** (*mil.*) British tank with a 105-mm gun

**cen·tu·ry** (séntʃuri:) *pl.* **cen·tu·ries** *n.* a period of a hundred years ‖ a period of a hundred years counting from a particular point of time, e.g. the assumed birth of Christ, *the 1st century B.C.* (=100–1 B.C.), *the 1st century A.D.* (=1–100 A.D.), *the 17th century* (=1601–1700) ‖ a hundred of anything, esp. a hundred runs scored by one batsman in one inning at cricket ‖ (*hist.*) a company in the Roman army, forming the smallest unit of a legion, orig. a hundred men [fr. L. *centuria* fr. *centum*, a hundred]

**century plant** a member of genus *Agave*, esp. *A. americana*, fam. *Amaryllidaceae*, the American aloe, pita or maguey, a showy plant native to Mexico which flowers once after many years and then dies

**CEO** (*acronym*) for chief executive officer

**ce·phal·ic** (səfǽlik, *Br.* also kefǽlik) *adj.* pertaining to the head ‖ in or near the head [F. *céphalique*]

**cephalic index** a number indicating whether the cranium is brachycephalic or dolichocephalic. It is found by dividing the head breadth by the length and multiplying by 100

**ceph·a·lom·e·ter** (sefəlómətər) *n.* instrument for measuring the head, esp. used in facial reconstruction. —**cephalometry** *n.*

**Ceph·a·lo·ni·a** (sefəlóuni:ə, sefəlóunjə) (*Gk* Kephallinia) the largest island (area 277 sq. miles, pop. 36,742) of the Ionian Is

**ceph·a·lo·pod** (séfələpod) *n.* a member of *Cephalopoda*, the most highly organized class of mollusks, containing the octopus, squid and cuttlefish. They are among the largest invertebrates and are strictly marine. They have a group of elongated muscular tentacles equipped with grasping hooks or suckers, a beaked mouth, and complex, well developed eyes. The higher forms propel themselves by ejecting a jet of water [Mod. L. fr. Gk *kephalē*, head+*pous* (*podos*), foot]

**ceph·a·lor·i·dine** $[C_{19}H_{17}N_3O_4S_2]$ (sefəlɔ́ridi:n) *n.* (*pharm.*) broad-spectrum semisynthetic antibiotic, used in treatment of gonorrhea; marketed as Loridine

**ceph·a·lo·spor·in** (sefəlouspɔ́rin) *n.* (*pharm.*) any of various antibiotics produced by the fungus *Cephalosporium*, similar to penicillin in structure, with moderate effectiveness against bacteria. —**cephalosporiosis** *n.* (*med.*) infection caused by the fungus

**ceph·a·lo·thin** $[C_{16}H_{15}N_2NaO_6S_2]$ (sefələθin) *n.* (*pharm.*) broad-spectrum antibiotic similar to cephalosporin used to combat penicillin-resistant staphylococci

**ceph·a·lo·tho·rax** (sefəlouθɔ́ræks, sefəlouθóuræks) *n.* the united head and thorax found in arachnids and crustaceans [fr. Gk *kephalē*, head+THORAX]

**ce·phe·id** (sí:fi:id) *n.* a variable giant star having a short-period variation of luminosity over about two magnitudes. The variation is thought to be due to a cyclical expansion and contraction of the stellar material [fr. L. *Cepheus*, a northern constellation, fr. *Cepheus*, mythical king of Ethiopia]

**CEQ** (*acronym*) for Council on Environmental Quality

**ce·ra·ceous** (səréiʃəs) *adj.* waxy [fr. L. *cera*, wax]

**Ce·ram** (si:rǽm, seirám) an island (area 6,621 sq. miles, pop. 100,000) in the Moluccas, Indonesia

**ce·ram·ic** (sərǽmik) *adj.* of or having to do with pottery **ce·rám·ics** *pl. n.* the art of pottery **cer·a·mist** (sérəmist) *n.* a potter ‖ someone with expert knowledge of pottery [fr. Gk *keramos*, potter's clay]

**ce·ram·o·plas·tic** (serǽməplæstik) *n.* a bond of glass and mica used for insulation under high temperatures

**ce·ras·tes** (sərǽsti:z) *pl.* **ce·ras·tes** *n.* the horned viper [L. fr. Gk *kerastēs* fr. *keras*, horn]

**ce·rate** (síəreit) *n.* an ointment made basically from wax and oil ‖ a compound having an anion containing tetravalent cerium [fr. L. *cerare* (*ceratus*), to wax]

**cer·a·tin** (sérətin) *n.* keratin

**ce·rat·o·dus** (sərǽtədəs) *pl.* **ce·rat·o·des** (sərǽtədi:z) *n.* a member of *Ceratodus*, a genus of Queensland mudfishes of subclass *Dipnoi* (double breathers), related to *Lepidosiren* and *Protopterus* [fr. L. *cera*, wax+Gk *odous*, tooth]

**cer·a·tose** (sérətous) *n.* keratose

**Cer·ber·us** (sə́:rbərəs) (*Gk mythol.*) a three-headed, monstrous dog that guarded Hades (*HERACLES)

**cer·car·i·a** (sərkéəri:ə) *pl.* **cer·car·i·ae** (sərkéəri:i:) *n.* the tailed larva of the liver fluke **cer·cár·i·al** *adj.* [Mod. L. fr. Gk *kerkos*, tail]

**cer·co·pith·e·cus** (sə:rkoupíθikəs) *n.* a member of *Cercopithecus*, a genus of longtailed African monkeys, including the baboon, mandrill, macaque, rhesus etc., having cheek pouches and callosities on the buttocks [L. fr. Gk *kerkos*, tail+*pithēkos*, ape]

**cere** (siər) *n.* a swollen fleshy patch at the proximal end of a bird's bill [F. *cire*, wax]

**ce·re·al** (síəri:əl) 1. *n.* any of several plants of fam. *Graminaceae* (wheat, barley, oats, corn, millet, rice etc.), whose seed (grain) is cultivated for human food and for feeding livestock ‖ (*loosely*) any of various other plant orders incl. beans, peas, buckwheat etc. ‖ breakfast food made from grain 2. *adj.* pertaining to grain used for food [fr. L. *cerealis*, pertaining to Ceres, the goddess of grain]

**cereal leaf beetle** small chrysomelid beetle from Europe with brown-black head. It feeds on cereal grasses

**cer·e·bel·lum** (serəbéləm) *pl.* **cer·e·bel·lums**, **cer·e·bel·la** (serəbélə) *n.* a dorsal three-lobed outgrowth of the anterior end of the vertebrate brain (*BRAIN) [L., dim. of *cerebrum*, brain]

**cer·e·bral** (sérəbrəl, sərí:brəl) *adj.* pertaining to the brain ‖ relating to the cerebrum, *the cerebral hemispheres* ‖ marked by intellectual rather than passionate qualities, *cerebral music* [F. *cérébral*]

**cerebral death** *BRAIN DEATH

**cerebral palsy** a malfunction of the motor centers of the brain due to damage to the tissue (usually before or during birth) that results in a lack of muscular coordination e.g. in movement, speech etc.

**cer·e·bra·tion** (serəbréiʃən) *n.* the working of the brain, the process of thought [fr. L. *cerebrum*, brain]

**cer·e·bro·spi·nal** (serəbrouspáin'l, serí:brouspáin'l) *adj.* pertaining to that part of the nervous system including the brain, spinal cord and the cranial and spinal nerves, which transmits impulses from a sense organ to voluntary muscles (cf. AUTONOMIC NERVOUS SYSTEM) [fr. L. *cerebrum*, brain+SPINAL]

**cerebrospinal fluid** a colorless liquid supplied by the blood, circulating between the meninges and throughout the neurocoele of the body. It primarily maintains uniform pressure within the brain and spinal cord

**cerebrospinal meningitis** a bacterial infection of the meninges which produces a high fever and is often fatal (*MENINGOCOCCUS)

**cer·e·brum** (sérəbrəm, sərí:brəm) *pl.* **cer·e·brums**, **cer·e·bra** (sérəbrə, sərí:brə) *n.* the enlarged dorsal part of the brain [L.]

**cere·cloth** (síərklɔθ, síərklɒθ) *pl.* **cere·cloths** (síərklɔðz, síərklɒðz, síərklɔθs, síərklɒθs) *n.* a waxed cloth used esp. for wrapping corpses [fr. older *cered cloth* fr. L. *cera*, wax]

**cere·ment** (síərmənt, sérəmənt) *n.* (usually *pl.*) a shroud or winding-sheet, usually treated with wax for the dead [F. *cirement* fr. *cirer*, to wax]

**cer·e·mo·ni·al** (serəmóuni:əl) 1. *n.* ritual ‖ formalities observed on certain occasions, esp. public ceremonies, often symbolic and picturesque ‖ (*eccles.*) a book of ritual 2. *adj.* pertain-

mid-14th c. had become a public department and had been replaced by the signet. It was abolished (1884), but the office of lord privy seal remains **Privy Seal** the lord privy seal ‖ his office

**prize** (praiz) **1.** *n.* something of value or satisfaction received in recognition of distinction ‖ such a thing offered to the winner of a competition, to the drawer of a lucky lottery ticket etc. ‖ something of value or satisfaction that is gained or worth gaining by an effort **2.** *adj.* awarded or worthy of receiving a prize, *a prize bull* ‖ awarded as a prize, *prize money* [M.E. *pris, prise*, price fr. O.F.]

**prize** *pres. part.* **priz·ing** *past* and *past part.* **prized** *v.t.* to value highly [M.E. fr. O.F. *prisier*, F. *priser*, to regard as worth (something)]

**prize 1.** *n.* (also **prise**) leverage, *to get a prize on a weight to be lifted* ‖ a vessel or property captured at sea in wartime **2.** *v.t. pres. part.* **priz·ing** *past* and *past part.* **prized** to capture (a ship) as prize ‖ (also **prise** *pres. part.* **pris·ing** *past* and *past part.* **prised**) to leverage, to pry, force open or lift with or as if with a lever [M.E. *prise*, a taking hold fr. O.F.]

**prize court** (*law*) a court which assesses and distributes the value of a prize taken at sea during wartime

**prize·fight** (práizfait) *n.* a professional boxing match [back-formation fr. PRIZEFIGHTER]

**prize·fight·er** (práizfaitər) *n.* a professional boxer, esp. one taking part in a prizefight

**prize·fight·ing** *n.* professional boxing

**prize money** money from the proceeds of a prize captured at sea, formerly distributed among the officers and crew of the vessel that had made the capture ‖ any money offered as a prize

**prize ring** the roped enclosure within which a boxing match takes place ‖ prizefighting

**Pro** (prɔ), Miguel Agustín (1891–1927), Mexican Jesuit priest. He was accused of an attempted assassination of President Álvaro Obregón, and was executed

**pro** (prou) *PRO AND CON [L.=for]

**pro** *n.* (*pop.*) a professional, esp. a professional athlete or coach

**pro-** *prefix* favoring or advocating ‖ taking the place of ‖ forward, to the front of ‖ before, in advance [L.]

**P.R.O.** (*abbr.*) public relations officer

**pro·a** (próuə) *n.* prau [fr. Malay *prau, prao*]

**pro·ac·tive** (prouæktiv) *adj.* (*psych.*) of the dominance of material learned early in life, before the current process of change

**pro·am** (próuæm) *adj.* (*sports*) of competition including both professionals and amateurs

**pro and con** *adv.* for and against **pros and cons** *pl. n.* the arguments for and against ‖ those persons who are, respectively, in favor of or opposed to a proposal or proposition ‖ their respective affirmative and negative votes [L. *pro*, for+*contra*, against]

**prob·a·bi·lism** (próbəb'lizəm) *n.* (*theol.*) the doctrine that where there is reasonable doubt in a matter of conscience, it is lawful to act as one thinks best, esp. when there seems to be some authority for acting thus ‖ (*philos.*) the doctrine that knowledge is uncertain and that probability is a sufficient basis for action [fr. L. *probabilis*, probable]

**prob·a·bil·i·ty** (prɒbəbíliti:) *pl.* **prob·a·bil·i·ties** *n.* the state or quality of being probable ‖ (*math.*) the likelihood of an event, based on the ratio between its occurrence and the average number of cases favorable to its occurrence, taken over an indefinitely extended series of such cases ‖ something regarded as probable, based on the experience that of two or more possible effects one tends to predominate **in all probability** quite probably [fr. F. *probabilité*]

**probability distribution** or **probability function** (*math.*) a frequency function, where the function values $f(x)$ are interpreted as probabilities that a quantity will take the value $x$

**prob·a·ble** (próbəb'l) **1.** *adj.* likely though not certain to occur or to be true, *rain is probable today, it is probable that he was murdered* **2.** *n.* a person, horse etc. likely to participate in a race ‖ a person likely to be selected as a member of a team, or to participate in a competition, or to be a candidate in an election or examination [F. or fr. L. *probabilis*]

**probable cause** (*law*) reasonable grounds for supposing guilt in a person charged with a crime

**prob·a·bly** (próbəbli:) *adv.* very likely, with probability

**pro·bate** (próubeit) **1.** *n.* (*law*) the official establishing of the legal validity of a will ‖ (*law*) a copy of a will certified to be legally valid **2.** *v.t. pres. part.* **pro·bat·ing** *past* and *past part.* **pro·bat·ed** (*law*) to prove (a will) ‖ to put on probation [fr. L. *probatum*, something proved]

**probate court** a court for submitting wills to probate and administering estates

**pro·ba·tion** (proubéiʃən) *n.* a critical testing. esp. to discover a person's suitability for a job, membership of an organization or institution etc. ‖ a period of such testing ‖ the suspension of the sentence of a convicted offender, allowing him his freedom subject to regular supervision by a probation officer ‖ a period of such supervision **on probation** in the condition of being a probationer **pro·ba·tion·ar·y** *adj.* of or relating to probation ‖ undergoing probation **pro·ba·tion·er** *n.* a person undergoing probation [O. F. *probacion*]

**probation officer** an official who supervises a convicted offender on probation

**pro·ba·tive** (próubətiv, próbətiv) *adj.* proving, or tending to prove, *probative evidence* ‖ serving to test [fr. L. *probativus*]

**probe** (proub) **1.** *n.* a blunt surgical instrument used to explore and examine wounds or cavities in the body ‖ a device, e.g. a space satellite, used for scientific exploration and investigation ‖ an investigation **2.** *v. pres. part.* **prob·ing** *past* and *past part.* **probed** *v.t.* to investigate thoroughly ‖ to examine with a surgical probe ‖ *v.i.* to make a thorough investigation ‖ to make an examination with a surgical probe [fr. L.L. *proba*, proof]

**Prob·eye** (próubai) *n.* trademark of infrared viewer that creates pictures by sensing heat radiated by objects, e.g., used to locate energy losses

**pro·bi·ty** (próubiti:, próbiti:) *n.* scrupulous honesty [fr. L. *probitas*]

**prob·lem** (próbləm) **1.** *n.* a question whose answer is doubtful or difficult to find ‖ a question for discussion or consideration ‖ a matter that causes worry or perplexity ‖ (*math.*) a statement of what has to be done ‖ (*chess*) an arrangement of chessmen on a chessboard, in which a given result is to be achieved under given conditions, usually a certain number of moves **2.** *adj.* (of a play, novel etc.) presenting or dealing with a human or social problem ‖ that constitutes a problem or is difficult to deal with, *a problem child* [F. *problème*]

**prob·lem·at·ic** (prɒbləmǽtik) *adj.* constituting a problem ‖ open to question ‖ uncertain, *his success is very problematic* **prob·lem·at·i·cal** *adj.* [F. *problématique*]

**pro·bos·cid·e·an, pro·bos·cid·i·an** (proubəsídi:ən, proubɒsidí:ən) **1.** *adj.* (zool.) pertaining to *Proboscidea*, an order of mammals having an elongated proboscis and some of the teeth adapted as tusks (e.g. the elephant, mammoth) **2.** *n.* a member of this order [fr. Mod. L. fr. Gk]

**pro·bos·cis** (proubɒ́sis) *pl.* **pro·bos·cis·es, pro·bos·ci·des** (proubɒ́sidi:z) *n.* a trunklike process of the head e.g. in many insects and annelids, and in elephants [L. fr. Gk fr. *pro*, in front+*boskein*, to feed]

**proboscis monkey** *Nasalis larvatus*, a monkey of Borneo with a long nose

**pro·bu·col** [$C_{21}H_{48}O_2S_3$] (próubu:kəl) *n.* (*pharm.*) a drug used to lower serum cholesterol; marketed as Lorelco

**Pro·bus** (próubəs), Marcus Aurelius (232–82), Roman emperor (276–82). He repelled barbarian invasions in many parts of the Roman Empire. He used soldiers on public works in peacetime, and was murdered by mutinous troops

**pro·cain·a·mide** or **procaine amide** [$C_{13}H_{21}N_3O$] (proukéinəmaid) *n.* (*pharm.*) a cardiac muscle depressant used to treat heart disease; marketed as Pronestyl

**pro·cam·bi·al** (proukǽmbi:əl) *adj.* of or derived from the procambium

**pro·cam·bi·um** (proukǽmbi:əm) *n.* (*bot.*) the tissue from which vascular bundles and cambium are developed [Mod. L. fr. Gk *pro*, before+CAMBIUM]

**procaryote** *PROKARYOTE

**pro·ca·the·dral** (proukəθí:drəl) *n.* a church or other building used as a cathedral

**pro·ce·du·ral** (prəsí:dʒərəl) *adj.* of or relating to procedure

**pro·ce·dure** (prəsí:dʒər) *n.* an act or manner of proceeding, *he agreed with our purpose but criticized our procedure* ‖ a prescribed way of doing something, *legal procedure* ‖ rules of parliamentary practice ‖ a particular course of action [F. *procédure*]

**pro·ceed** (prəsí:d) *v.i.* to move forward, to go further, *to proceed on one's way* ‖ to continue, *proceed along these same lines* ‖ to begin some action and persist in it, *he proceeded to get angry* ‖ to come forth, arise, *the whole trouble proceeded from a misunderstanding* ‖ (*law*, with 'against') to begin action or take legal measures **pro·céed·ing** *n.* the act of someone who or something which proceeds ‖ a course of action, *an illegal proceeding* ‖ (*pl.*) transactions or negotiations ‖ (*pl.*) a record of the activities of a body or organization, *the proceedings of the last meeting* ‖ (*pl.*) a legal action ‖ (*pl.*) legal measures **pro·ceeds** (próusi:dz) *pl. n.* the sum yielded by a sale or other money-raising transaction, *he is entitled to one half of the proceeds* [F. *procéder*]

**proc·ess** (próces, *Br.* esp. próuses) **1.** *n.* a series of acts or changes, proceeding from one to the next ‖ a method of manufacturing or conditioning something ‖ a moving forward, esp. as part of a progression or development, *the historical process* ‖ (*biol.*) an outgrowth or extension of an organ or an organism ‖ (*law*) legal proceedings, or the writ or summons beginning them **in process** in progress **in process of, in the process of** during the course of **2.** *v.t.* to submit (something) to a treatment, preparation or process, *to process milk* ‖ to submit (something) to a routine handling procedure, *his application was quickly processed* ‖ to submit (data etc.) to analysis ‖ (*printing*) to produce by a photomechanical process [F. *procès*]

**process** *v.t.* (*law*) to take legal action against by serving a writ [O.F. *processer*, to prosecute]

**pro·cess** (prəsés, prousés) *v.i.* (esp. *Br.*) to go in procession

**process art** art form involving ideas and effects, sometimes never executed and without completed objects. *also* conceptual art —**pro·cessor** *n.*

**process engraving** any method of engraving printing blocks other than by hand

**pro·ces·sion** (prəséʃən) *n.* an orderly line of persons, animals or things, singly or in rows, moving together in the same direction ‖ the act of moving thus, *the procession lasted five hours* ‖ (*theol.*) a divine issuing forth, *the procession of the Holy Ghost* [F.]

**pro·ces·sion·al** (prəséʃən'l) **1.** *adj.* of or pertaining to a procession, *a processional hymn* **2.** *n.* a musical composition, esp. a hymn, which accompanies a procession ‖ a service book containing hymns etc. to be sung in procession [fr. M. L. *processionale*]

**processor** (*computer*) *CENTRAL PROCESSING UNIT

**process printing** halftone printing in three or more superimposed colors, giving almost any desired color combination

**process server** (*law*) a person who serves legal documents, e.g. subpoenas

**pro·claim** (prouklé im) *v.t.* to announce publicly or officially ‖ to declare (someone or something) officially to be, *the new state was proclaimed a republic* ‖ to declare (war, peace) ‖ to announce the accession to the throne of ‖ to reveal as, *his pretentious terminology proclaimed him a charlatan* [fr. L. *proclamare*, to cry out]

**proc·la·ma·tion** (prɒkləméiʃən) *n.* a proclaiming or being proclaimed ‖ an announcement, esp. an official one [F.]

**pro·clam·a·to·ry** (prəklǽmətɔri:, prəklǽmətouri:) *adj.* of or resembling a proclamation ‖ resembling the style of a person proclaiming

**pro·clit·ic** (prouklítik) **1.** *adj.* (*gram.*) of a monosyllabic word or particle with no accent of its own which is pronounced with the following word in ordinary speech (cf. ENCLITIC) **2.** *n.* a proclitic word or particle [fr. Mod. L. *procliticus* fr. Gk *proklinein*, to lean forward]

**pro·cliv·i·ty** (prouklíviti:) *pl.* **pro·cliv·i·ties** *n.* a tendency or inclination towards some habit, attitude of mind etc., esp. an undesirable one [F. *proclivité*]

**Pro·clus** (próuklǝs, próklǝs) (c. 410–85), Greek philosopher. He combined metaphysics with Euclid's geometric method, to present Neoplatonism in its most complete and systematic form

**Proc·ne** (prókni:) *PHILOMELA

**pro·con·sul** (proukɒ́nsəl) *n.* (*Rom. hist.*) a governor of a province, with most of the powers of a

Case 7:24-cv-00033-DC-DTG   Document 63-7   Filed 10/22/24   Page 6 of 6

solitude                                945                                some

**sol·i·tude** (sólitu:d, sólitju:d) *n.* the state of being solitary ‖ loneliness ‖ isolation ‖ a lonely place, *Arctic solitudes* [O.F.]

**sol·ler·et** (sóləret, sʊləret) *n.* (*hist.*) a pliable steel shoe forming part of a 14th-c. or 15th-c. suit of armor [O.F.]

**sol·mi·za·tion** (sʊlmizéiʃən) *n.* (*mus.*) the application of syllabic names (*do, re, mi, fa, sol, la, si* or *ti*) to the notes of the C-major scale, to facilitate sight-singing (fixed-do system), developed from Guido d'Arezzo's 11th-c. system ‖ the application of these syllables to the tones of any scale, *do* always representing the tonic, *re* the second note etc. (movable-do system) (\*TONIC SOL-FA) [fr. F.]

**so·lo** (sóulou) 1. *n. pl.* **so·los, so·li** (sóuli:) a passage of music to be performed by one instrument or voice, with or without subordinate accompaniment ‖ any performance by one person ‖ a game of cards for four persons in which one player attempts to score a declared point on which he has wagered over the other three ‖ an airplane flight alone without passengers or instructor 2. *adj.* alone, without accompaniment ‖ performed, made or done alone 3. *v.i.* to fly an airplane alone, esp. for the first time without an instructor [Ital.]

**So·logne** (sɔlɔnj) a wooded, sandy region south of the Loire comprising parts of Loiret, Cher and Loir-et-Cher: hunting, forestry

**so·lo·ist** (sóulouist) *n.* a person who performs a solo

**Sol·o·mon** (sóləmən) (c. 986–c. 932 B.C.), king of the Hebrews (c. 972–c. 932 B.C.), son of David and Bathsheba. Famous for his wisdom and his wealth, he established foreign alliances and made trading agreements, and built the first Temple in Jerusalem. The Books of Proverbs and Ecclesiastes, and the Song of Solomon, are attributed to him, though modern scholarship disputes this attribution

**Solomon Islands** an archipelago (land area 10,985 sq. miles, pop. 500,000) in the W. Pacific, comprising eight mountainous, volcanic, forested islands, with 40-odd islets and atolls. People: Melanesian, with Polynesian and Micronesian minorities. The westernmost islands (Bougainville, Buka and islets) belong to Papua New Guinea. The remainder (main islands: Guadalcanal, Malaita) form an independent state within the British Commonwealth (area 11,500 sq. miles, capital Honiara, on Guadalcanal). People: predominantly Melanesians. Religions: Anglican, Roman Catholic, Protestant. University of the Pacific (1977). Crops: cocoa, coconuts, yams, bananas, pineapples. Main exports: fish, lumber, copra, pine, shell. The archipelago was visited by a Spanish expedition (1568). The various islands were formed into a British protectorate (1893-1900). Self-government was achieved (1976). The Solomon Islands were granted full independence in 1978 and joined the United Nations that same year

**Solomon's seal** *Polygonatum multiflorum*, fam. *Liliaceae*, a genus of perennial plants with terminal inflorescences of white, tubular, pendulous flowers. There are seal-like scars on the rhizome ‖ a magic figure composed of two triangles interlaced to form a star [trans. M.L. *sigillum Salomonis*]

**So·lon** (sóulən) (c. 640–c. 558 B.C.), Athenian statesman and lawgiver, one of the Seven Sages of Greece. As archon (594-3 B.C.) he issued a new humane code of laws and reformed the constitution, defining the rights of the people's assembly, and establishing a senate and popular courts

**so long** (*pop.*) goodbye

**So·lo·thurn** (zóulɔturn) a German-speaking, mainly Catholic canton (area 305 sq. miles, pop. 230,068) of N.W. Switzerland, in the Jura ‖ its capital (pop. 15,565)

**sol·stice** (sʊ́lstis, sóulstis) *n.* either of the two points in the sun's apparent annual orbit in relation to the fixed stars (the ecliptic) at which it is furthest from the equator (i.e. June 21–2, the summer solstice, Dec. 21–2, the winter solstice, which are correspondingly the longest and shortest days in the year, for the northern hemisphere) [O.F.]

**sol·sti·tial point** (sʊlstíʃəl, soulstíʃəl) the point in its ecliptic reached by the sun at the time of solstice

**sol·u·bil·i·ty** (sʊljubíliti:) *n.* the quality of being soluble ‖ the amount of a substance (the solute) that will dissolve in a given amount of another substance (the solvent) to give a saturated solution, usually expressed as the mass of solute per 100 parts by mass or volume of the solvent, at specified temperature and pressure

**solubility product** (*abbr.* S.P.) the product of the concentrations of the ions of a dissolved electrolyte when the latter is in physical equilibrium with its solid state

**sol·u·ble** (sóljub'l) *adj.* capable of being dissolved ‖ capable of being solved or explained [O.F.]

**sol·ute** (sólju:t, sóulu:t) *n.* a substance which is dissolved, esp. the component in the lower concentration in a solution (cf. SOLVENT) [fr. L. *solvere* (*solutus*), to loosen]

**so·lu·tion** (səlú:ʃən) *n.* a homogeneous mixture of two (or more) substances in which a solid, liquid or gas forms a single phase with another liquid (or sometimes a gas or solid), and which has the same physical and chemical properties throughout at any given concentration up to its saturation point ‖ the act by which a substance is put into solution ‖ the state of being thus put into solution ‖ the answer to a problem ‖ the act, method or process by which such an answer is obtained [O.F. or fr. L. *solutio* (*solutionis*)]

**solv·a·bil·i·ty** (sʊlvəbíliti:) *n.* capability of being solved

**solv·a·ble** (sólvəb'l) *adj.* capable of being solved

**Sol·vay process** (sólvei) the manufacturing process by which carbon dioxide (from heated limestone) and ammonia precipitate sodium bicarbonate from a solution of common salt (sodium chloride), the bicarbonate is converted into carbonate (washing soda) by heat and the ammonia is recovered by the action of quicklime on the residual solution [after Ernest *Solvay* (1838–1922), Belgian chemist]

**solve** (sʊlv) *pres. part.* **solv·ing** *past and past part.* **solved** *v.t.* to find the answer to, work out (e.g. a problem) [fr. L. *solvere*, to loosen]

**sol·ven·cy** (sólvənsi:) *n.* the state or quality of being solvent (having enough money)

**sol·vent** (sólvənt) 1. *adj.* having enough money to pay all debts ‖ able to dissolve 2. *n.* a substance, usually a liquid, capable of dissolving other substances, esp. the component in the higher concentration in a solution (cf. SOLUTE) ‖ something that solves, *no solvent has been found for the problem of unemployment* [fr. L. *solvens* (*solventis*) fr. *solvere*, to loosen]

**Sol·zhe·ni·tsyn** (sʌlʒəní:tsin), Aleksandr (1918- ), Russian writer. In his novels, including 'One Day in the Life of Ivan Denisovich' (1962), 'Cancer Ward' (1968) and 'The First Circle' (1968) he describes the injustice and degradation suffered by millions of Russians in the Stalinist concentration camps. He won the Nobel Prize (1970). Publication of the first volume of 'August 1914' (1971) and the first volume of 'The Gulag Archipelago' (1973) as well as his outspoken criticism of the Soviet treatment of writers, led to his exile to the West (1974), first to Switzerland and later to the U.S.A., where he completed 'The Gulag Archipelago' (1974-8) and wrote 'The Oak and the Calf' (1975) and other works. 'When the Calf Horns the Oak' (1991) is his autobiography. Following the fall of the U.S.S.R., Solzhenitsyn was able to travel freely to Russia

**so·ma** (sóumə) *pl.* **so·ma·ta** (sóumətə), **so·mas** *n.* an animal or plant body as a whole, with the exception of the germ cells [Gk *sōma*, body]

**So·ma·li** (soumáli:, səmáli:) *pl.* **So·ma·lis, So·ma·li** *n.* a member of the principal people of Somaliland ‖ their Cushitic language

**So·ma·li·a** (soumáli:ə, soumáljə) (or Somali Democratic Republic) a republic (area 246,200 sq. miles, pop. 7,800,000) in N.E. Africa. Capital: Mogadishu. People: Somali (6 tribal confederacies), with minorities of related groups, small Bantu and other Negroid peoples, Arabs, Indians and Europeans. The population is 80% nomadic. Languages: Somali, Arabic (both official), minority languages. Religion: Sunni Moslem. The land is 28% potentially arable (with irrigation), 31% pasture and grazing and 17% desert. The north (except for a narrow coastal plain) and west belong to the central African plateau, with mountains in the north rising to 7,900 ft. The low-lying semidesert of the east and south includes the flood plains of the Webbe Shibeli and Juba Rivers. Average temperatures (F.): 70°-100° along the coast. Rainfall: Mogadiscio 15 ins, highlands 20 ins, elsewhere 0-15 ins. Livestock: cattle, sheep, goats, camels. Agricultural products: sugarcane, bananas, durra, corn, sorghum, sesame, oil seeds, cotton, tobacco, beans, fruit, gum arabic, myrrh. Minerals: salt, iron ore, gypsum, beryl, columbite. Industries: fishing, meat and fish canning, tanning, footwear, weaving, woodwork, textiles, sugar. Exports: fresh fruit and vegetables, livestock, hides and skins, wood and charcoal. Imports: manufactures, machinery, foodstuffs, vehicles, oil, chemicals. Ports: Berbera, Mogadishu. University institute: Mogadishu. Monetary unit: Somali shilling or Somalo (100 cents). HISTORY. The area was settled (13th and 14th cc.) by Somali tribes. A Moslem kingdom waged war on Ethiopia (15th and 16th cc.). Egypt occupied several places on the coast (1874-84). Britain established (1884) the protectorate of British Somaliland in the north. Italy established (1889) the protectorate of Italian Somaliland along the east coast, to which was added (1924) a region west of the Juba, ceded by Kenya. Italian Somaliland was incorporated (1936) in Italian East Africa. Italy invaded British Somaliland (1940), but the British conquered both protectorates (1941). Italian Somaliland was restored to Italian control (1950-60). British Somaliland became independent (June 26, 1960) and united with Italian Somaliland to form the independent republic of Somalia (July 1, 1960). By 1978, Somalia had regained most of the Ogaden region from Ethiopia, which had been given it by Britain although most of its inhabitants are Somalis; however Ethiopia retook it in 1978. Conflict continued, and famine and a serious refugee problem ensued. By 1992, civil war, famine, and terror led to the nearly total dismemberment of the country. In 1992 the United States sent troops to help deliver relief supplies and aid in the country's reconstruction, a mission handed over to United Nations troops in 1993. The U.S. troops were withdrawn in March 1994. Although U.N. peacekeeping forces remained, anarchy and fighting continued into 1994. U.N.-sponsored negotiations between warring Somali factions in Dec. 1993 proved fruitless

**So·ma·li·land** (soumáli:lænd, səmáli:lænd) a region of East Africa incl. Somalia, the Djibouti coast, E. Ethiopia and N.E. Kenya

**so·mat·ic** (soumǽtik, səmǽtik) *adj.* of or relating to the body or body cells as contrasted with the reproductive or germ cells ‖ relating to the body as distinguished from the soul or mind [fr. Gk *sōmatikos*]

**somatic cell** one of the cells composing the tissues, organs etc. of a body (\*GAMETE)

**so·ma·to·gen·ic** (soumətədʒénik, səmǽtədʒénik) *adj.* developing from, affecting, or acting through the somatic cells (cf. PSYCHOGENIC) [fr. Gk *sōma* (*sōmatos*), body + *genes*, born]

**so·ma·tol·o·gy** (soumətólədʒi:) *n.* physical anthropology [fr. Gk *sōma* (*sōmatos*), body + *logos*, word]

**so·ma·to·sén·so·ry** (soumətousénsəri:) *adj.* of sensations received by the body proper, excluding the eyes, ears, tongue, and nose

**so·ma·to·stat·in** (soumətoustǽt'n) *n.* (*med.*) a brain hormone made synthetically by gene splicing that is used for the treatment of diabetes, gastric bleeding, and other body ailments

**so·ma·to·ther·a·py** (soumətouθérəpi:) *n.* treatment of mental and/or emotional disorders by physical means —**somatotherapist** *n.*

**so·ma·to·tro·phic hormone** (soumətoutróufik) pituitary hormone that regulates growth and influences metabolism, esp. of carbohydrates, fats, proteins (*abbr.* **STH**)

**som·ber**, esp. *Br.* **som·bre** (sómbər) *adj.* depressingly dark and shadowy ‖ conveying or giving rise to feelings of gloom or melancholy

**som·bre·ro** (sʊmbréərou) *pl.* **som·bre·ros** *n.* a large felt or straw hat with a wide and often upturned brim originally worn in Mexico, Spain and South America [Span.]

**some** (sʌm) 1. *adj.* of a person or persons not known or specified, *some people can't make up their minds* ‖ being an unspecified amount or proportion of a whole or quantity, *leave us some oranges* ‖ of a person or persons only vaguely or implicitly determined, *some fool left the light on* ‖ (with 'other') one or several of a number of unspecified alternatives, *they must have found some other way* ‖ a considerable amount, *they had been waiting some time* ‖ (with 'only') a relatively small number or amount, *they finished only some of the food* ‖ (*pop.*) remarkable, notable, striking, *that was some game!* 2. *pron.* an indefinite quantity or indefinite number of people or things, *the flowers are out, but some have died already* 3. *adv.* (with a number) approximately, *some six months ago* [O.E. *sum*]

**-some** *suffix* used added to numbers to indicate a group, as in 'foursome'

---

CONCISE PRONUNCIATION KEY: (a) æ, cat; ɑ, car; ɔ fawn; ei, snake. (e) e, hen; i:, sheep; iə, deer; ɛə, bear. (i) i, fish; ai, tiger; ə:, bird. (o) o, ox; au, cow; ou, goat; u, poor; ɔi, royal. (u) ʌ, duck; u, bull; u:, goose; ə, bacillus; ju:, cube. x, loch; θ, think; ð, bother; z, Zen; ʒ, corsage; dʒ, savage; ŋ, orangutang; j, yak; ʃ, fish; tʃ, fetch; 'l, rabble; 'n, redden. Complete pronunciation key appears inside front cover.