# EXHIBIT L

# Computer Dictionary

## Data Communications, PC Hardware, and Internet Terminology

Mitchell Shnier





The Scott Mueller Library

### OpenVMS

DEC's new name for their VMS operating system, now that they will license it to run on other platforms. (It's amazing what a little serious competition will do—Apple has done the same previously unimaginable thing with their Mac OS operating system).

See **ALPHA AXP, DEC, OPERATING SYSTEM,** and **VMS.**

### Operating System

The hugely complicated software (Windows 95 reportedly has 11 million lines of code) that runs user applications and provides an interface to the hardware. Hardware that runs more than one operating system is becoming more popular (or perhaps it would be better to say that there are fewer hardware platforms now but more companies with operating systems). The following table shows which hardware platforms run what operating system(s).

| Hardware Platform | Operating System | | | | | |
| --- | --- | --- | --- | --- | --- | --- |
| | IBM | | Microsoft | | | |
| | AIX | OS/2 | DOS | Windows NT | NeXTStep | Other |
| DEC Alpha | | | | ✓ | | DEC OpenVMS, and UNIX |
| HP PA-RISC | | | | | ✓ | HP-UX |
| IBM/Apple/Motorola PowerPC | ✓ | ✓a | | b | | Apple Macintosh Mac OS, Sun Solaris |
| IBM RS/6000 | ✓ | | | | | |
| Intel Pentium and compatible | | ✓ | ✓ | ✓ | ✓ | Banyan VINES, Novell NetWare and UnixWare, Sun Solaris, SCO UNIX and OpenServer, Windows 3.1 and 95 |
| Motorola 68000 | | | | | ✓ | Apple Macintosh |
| Silicon Graphics MIPS R4x00 | | | | b | | Silicon Graphics IRIX, SVR4 |
| Sun SuperSPARC | | | | | ✓ | SunOS, Sun Solaris |

a. While IBM sort of had OS/2 running on the PowerPC, on January 25, 1996 IBM announced that they were stopping development of OS/2 for PowerPC.
b. Windows NT version 4.0 (released in 1996) was the last to support the MIPS and PowerPC platforms