IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION

| | |
|---|---|
| VIRTAMOVE CORP.,<br><br>            Plaintiff,<br><br>v.<br><br>GOOGLE LLC,<br><br>            Defendant. | Civil Action No.: 7:24-cv-00033 |

**STIPULATION REGARDING PLAINTIFF'S SECOND AMENDED COMPLAINT AND DEFENDANT'S RULE 12 MOTION TO DISMISS**

WHEREAS, on January 31, 2024, Plaintiff VirtaMove Corp. ("VirtaMove"), filed a Complaint for patent infringement (Dkt. No. 1 ("Complaint")) against Defendant Google LLC ("Google");

WHEREAS, on April 23, 2024, Google filed a motion to dismiss the Complaint pursuant to Rule 12(b)(6) (Dkt. No. 21);

WHEREAS, on May 21, 2024, Plaintiff VirtaMove filed a First Amended Complaint (Dkt. No. 27 ("FAC"));

WHEREAS, on June 18, 2024, Google filed a motion to dismiss the FAC pursuant to Rule 12(b)(6) (Dkt. No. 36 ("Motion to Dismiss the FAC")), which is fully briefed;

WHEREAS, on December 5, 2024, VirtaMove filed a Second Amended Complaint (Dkt. No. 68 ("SAC"));

WHEREAS, the parties agree that the underlying issues raised in the Motion to Dismiss the FAC apply to the SAC;

WHEREAS, unless the Court wishes to proceed differently, the parties have reached agreement on certain procedural issues relating to the Motion to Dismiss the FAC and the SAC;

The parties, by and through their respective undersigned counsel, stipulate as follows:

1. Google does not need to re-file or re-brief its Motion to Dismiss the FAC because VirtaMove's SAC does not affect the arguments made in support of or in opposition to Google's Motion. The parties agree that the Motion to Dismiss the FAC and the arguments for or against its dismissal shall apply to both the FAC and SAC, and can be decided by the Court as currently briefed. The Motion to Dismiss the FAC will also serve as a responsive pleading to the SAC.

2. If the Court prefers to proceed differently, the parties will defer to the Court's preference.

Dated: December 17, 2024                               Respectfully submitted,

*/s/ Qi (Peter) Tong*
Reza Mirzaie (CA SBN 246953)
rmirzaie@raklaw.com
Marc A. Fenster (CA SBN 181067)
mfenster@raklaw.com
Neil A. Rubin (CA SBN 250761)
nrubin@raklaw.com
James A. Milkey (CA SBN 281283)
jmilkey@raklaw.com
Amy E. Hayden (CA SBN 287026)
ahayden@raklaw.com
Jacob Buczko (CA SBN 269408)
jbuczko@raklaw.com
James Tsuei (CA SBN 285530)
jtsuei@raklaw.com
Christian W. Conkle (CA SBN 306374)
cconkle@raklaw.com
Jonathan Ma (CA SBN 312773)
jma@raklaw.com
Daniel B. Kolko (CA SBN 341680)
dkolko@raklaw.com
**RUSS AUGUST & KABAT**
12424 Wilshire Boulevard, 12th Floor
Los Angeles, CA 90025
Telephone: (310) 826-7474

Qi (Peter) Tong (TX SBN 24119042)
**RUSS AUGUST & KABAT**
4925 Greenville Ave., Suite 200
Dallas, TX 75206
Telephone: (310) 826-7474

*Attorneys for Plaintiff VirtaMove, Corp.*

*/s/ David A. Perlson*
David A. Perlson (*admitted pro hac vice*)
davidperlson@quinnemanuel.com
Quinn Emanuel Urquhart & Sullivan, LLP
50 California Street, 22nd Floor
San Francisco, California 94111-4788
Telephone: (415) 875-6600
Fax: (415) 875-6700

Deepa Acharya
deepaacharya@quinnemanuel.com
1300 I Street NW, Suite 900
Quinn Emanuel Urquhart & Sullivan, LLP
Washington, District of Columbia 20005-3314
Telephone: (202) 538-8000
Fax: (202) 538-8100

*/s/ Katharine L. Carmona*
Katharine Lee Carmona
Texas State Bar No. 00787399
kcarmona@jw.com
Jackson Walker L.L.P.
100 Congress Avenue, Suite 1100
Austin, Texas 78701
(512) 236-2000
(512) 236-2002 (facsimile)

Nathaniel St. Clair, II
Texas State Bar No. 24071564
nstclair@jw.com
2323 Ross Avenue, Suite 600
Dallas, Texas 75201
(214) 953-6000
(214) 953-5822 (facsimile)

Erica Benites Giese
Texas State Bar No.  24036212
egiese@jw.com
1900 Broadway, Suite 1200
San Antonio, Texas 78215
(210) 978-7700
(210) 978-7790 (facsimile)

*Counsel for Defendant Google LLC*

## CERTIFICATE OF SERVICE

Pursuant to the Federal Rules of Civil Procedure and Local Rule CV-5, I hereby certify that, on December 17, 2024, I electronically filed the foregoing document using the CM/ECF system which will send notification of such filing to counsel for all parties of record.

                                                      */s/ Katharine L. Carmona*
                                                     Katharine Lee Carmona