IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION

| | |
|---|---|
| VIRTAMOVE CORP., <br><br> Plaintiff, <br><br> v. <br><br> GOOGLE LLC, <br><br> Defendant. | Civil Action No.: 7:24-cv-00033 |

**NOTICE REGARDING DEFENDANT GOOGLE LLC'S RESPONSE TO SECOND AMENDED COMPLAINT**

Defendant Google LLC hereby notifies the Court, pursuant to the parties' Stipulation Regarding Plaintiff's Second Amended Complaint and Defendant's Rule 12 Motion to Dismiss (Dkt. 73), that Google LLC's Motion to Dismiss the First Amended Complaint (Dkt. 36) serves as its responsive pleading to Plaintiff VirtaMove Corp.'s Second Amended Complaint, and the arguments contained therein shall apply equally to VirtaMove's Second Amended Complaint. Google filed this Motion on June 18, 2024. VirtaMove filed its Opposition on July 2, 2024 (Dkt. 42). Google filed its Reply on July 16, 2024 (Dkt. 47). Therefore, Google's Motion is now fully briefed and ready for resolution.

DATED: December 20, 2024 Respectfully submitted,

/s/ David A. Perlson
David A. Perlson (*admitted pro hac vice*)
davidperlson@quinnemanuel.com
Quinn Emanuel Urquhart & Sullivan, LLP
50 California Street, 22nd Floor
San Francisco, California 94111-4788
Telephone: (415) 875-6600
Fax: (415) 875-6700

Deepa Acharya
deepaacharya@quinnemanuel.com
1300 I Street NW, Suite 900
Quinn Emanuel Urquhart & Sullivan, LLP
Washington, District of Columbia 20005-3314
Telephone: (202) 538-8000
Fax: (202) 538-8100

/s/ Katharine L. Carmona
Katharine Lee Carmona
Texas State Bar No. 00787399
kcarmona@jw.com
Jackson Walker L.L.P.
100 Congress Avenue, Suite 1100
Austin, Texas 78701
(512) 236-2000
(512) 236-2002 (facsimile)

Nathaniel St. Clair, II
Texas State Bar No. 24071564
nstclair@jw.com
2323 Ross Avenue, Suite 600
Dallas, Texas 75201
(214) 953-6000
(214) 953-5822 (facsimile)

Erica Benites Giese
Texas State Bar No. 24036212
egiese@jw.com
1900 Broadway, Suite 1200
San Antonio, Texas 78215
(210) 978-7700
(210) 978-7790 (facsimile)

*Counsel for Defendant Google LLC*

**CERTIFICATE OF SERVICE**

Pursuant to the Federal Rules of Civil Procedure and Local Rule CV-5, I hereby certify that, on December 20, 2024, I electronically filed the foregoing document using the CM/ECF system, which will send notification of such filing to counsel for all parties of record.

/s/ *Katharine L. Carmona*
Katharine Lee Carmona