IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION

| | |
|---|---|
| **VIRTAMOVE, CORP.,**　　*Plaintiff,*<br><br>v.<br><br>**GOOGLE LLC,**　　*Defendant.* | §§§§§§§§§　　CASE NO. 7:24-CV-00033-DC-DTG |

### ORDER GRANTING MOTIONS FOR LEAVE
### TO FILE UNDER SEAL (ECF NOS. 55 AND 62)

Before the Court are Plaintiff VirtaMove, Corp.'s Motion for Leave to File Under Seal (ECF No. 55) and Defendant Google LLC's Motion for Leave to File Under Seal (ECF No. 62). The Court **GRANTS** the Motions and **ORDERS** as follows:

The Clerk of Court is **DIRECTED** to file **UNDER SEAL** ECF No. 55-2 as "Plaintiff VirtaMove, Corp.'s Opposition to Google LLC's Motion to Transfer (Dkt. 49)," ECF No. 55-3 as "Exhibit 1 to Plaintiff's Opposition," ECF No. 55-4 as "Exhibit 3 to Plaintiff's Opposition," ECF No. 55-5 as "Exhibit 6 to Plaintiff's Opposition," ECF No. 55-6 as "Exhibit 13 to Plaintiff's Opposition," ECF No. 55-7 as "Exhibit 17 to Plaintiff's Opposition," and ECF No. 55-8 as "Exhibit 28 to Plaintiff's Opposition."

The Clerk of Court is **FURTHER DIRECTED** to file **UNDER SEAL** ECF No. 62-1 as "Defendant Google LLC's Reply in Support of Motion to Transfer Venue to the Northern District of California Under 28 U.S.C. § 1404(a)," ECF No. 62-2 as "Exhibit 1 to Defendant's Reply," ECF No. 62-3 as "Exhibit 2 to Defendant's Reply," ECF No. 62-4 as "Exhibit 3 to Defendant's Reply," and ECF No. 62-5 as "Exhibit 12 to Defendant's Reply."

1

SIGNED this 7th day of January 2025.

_____
DEREK T. GILLILAND
UNITED STATES MAGISTRATE JUDGE