IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION

| | |
|---|---|
| VIRTAMOVE CORP., <br><br> Plaintiff, <br><br> v. <br><br> GOOGLE LLC, <br><br> Defendant. | Civil Action No.: 7:24-cv-00033 |

### DEFENDANT'S NOTICE REGARDING MOTION TO TRANSFER

Defendant Google LLC's Motion to Transfer Venue to the Northern District of California under 28 U.S.C. § 1404(a) was filed July 10, 2024 (Dkt. 49). Plaintiff VirtaMove Corp.'s Opposition to Google LLC's Motion to Transfer was filed on October 3, 2024 (Dkt. 78). Defendant Google LLC's Reply in Support of Motion to Transfer Venue to the Northern District of California Under 28 U.S.C. § 1404(a) was filed on October 18, 2024 (Dkt. 79).

Therefore, Google's Motion to Transfer is fully briefed and ready for resolution.[1] The Markman hearing in this case is scheduled for January 21, 2025, at 2:00 p.m.

---

[1] Although VirtaMove's Unopposed Motion for Leave to File Sur-Reply in Opposition to Google's Motion to Transfer (Dkt. 70) remains pending before the Court, Google's Motion to Transfer is ripe for the Court's consideration under the Local Rules of the Western District of Texas. *See* W.D. Local Rule CV-7(e)(1).

| | |
|---|---|
| DATED: January 9, 2025 | Respectfully submitted, |

*/s/ David A. Perlson*
David A. Perlson (*admitted pro hac vice*)
davidperlson@quinnemanuel.com
Quinn Emanuel Urquhart & Sullivan, LLP
50 California Street, 22nd Floor
San Francisco, California 94111-4788
Telephone: (415) 875-6600
Fax: (415) 875-6700

Deepa Acharya
deepaacharya@quinnemanuel.com
1300 I Street NW, Suite 900
Quinn Emanuel Urquhart & Sullivan, LLP
Washington, District of Columbia 20005-3314
Telephone: (202) 538-8000
Fax: (202) 538-8100


*/s/ Katharine L. Carmona*
Katharine Lee Carmona
Texas State Bar No. 00787399
kcarmona@jw.com
Jackson Walker L.L.P.
100 Congress Avenue, Suite 1100
Austin, Texas 78701
(512) 236-2000
(512) 236-2002 (facsimile)

Nathaniel St. Clair, II
Texas State Bar No. 24071564
nstclair@jw.com
2323 Ross Avenue, Suite 600
Dallas, Texas 75201
(214) 953-6000
(214) 953-5822 (facsimile)

Erica Benites Giese
Texas State Bar No. 24036212
egiese@jw.com
1900 Broadway, Suite 1200
San Antonio, Texas 78215
(210) 978-7700
(210) 978-7790 (facsimile)
*Counsel for Defendant Google LLC*

## CERTIFICATE OF SERVICE

    Pursuant to the Federal Rules of Civil Procedure and Local Rule CV-5, I hereby certify that, on January 9, 2025, I electronically filed the foregoing document using the CM/ECF system, which will send notification of such filing to counsel for all parties of record.

                                                    */s/ Katharine L. Carmona*
                                                    Katharine Lee Carmona