# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# MIDLAND/ODESSA DIVISION

| | |
|---|---|
| VIRTAMOVE CORP., <br><br> Plaintiff, <br><br> v. <br><br> GOOGLE LLC, <br><br> Defendant. | Civil Action No.: 7:24-cv-00033 |

## NOTICE OF CHANGE OF ADDRESS

Please take notice that the undersigned attorney, who is counsel for Defendant Google LLC in this action, is now a member of the law firm of Hogan Lovells and can be contacted at the following address:

David A. Perlson
Hogan Lovells US LLP
4 Embarcadero Center
Suite 3500
San Francisco, CA 94111
415-374-2412
david.perlson@hoganlovells.com

We also updated Mr. Perlson's contact information on file with the Clerk of Court and in the Court's CM/ECF filing system.

We respectfully request that the Court and all counsel direct all further correspondence and serve all documents on Mr. Perlson at the address provided above.

1

Respectfully submitted,

*/s/David A. Perlson*
David A. Perlson
Hogan Lovells US LLP
4 Embarcadero Center
Suite 3500
San Francisco, CA 94111
415-374-2412
david.perlson@hoganleovells.com

*s/ Katharine L. Carmona*
Katharine Lee Carmona
Texas State Bar No. 00787399
kcarmona@jw.com
Jackson Walker L.L.P.
100 Congress Avenue, Suite 1100
Austin, Texas 78701
(512) 236-2000
(512) 236-2002 (facsimile)

Nathaniel St. Clair, II
Texas State Bar No. 24071564
nstclair@jw.com
2323 Ross Avenue, Suite 600
Dallas, Texas 75201
(214) 953-6000
(214) 953-5822 (facsimile)

Erica Benites Giese
Texas State Bar No. 24036212
egiese@jw.com
1900 Broadway, Suite 1200
San Antonio, Texas 78215
(210) 978-7700
(210) 978-7790 (facsimile)

*Counsel for Defendant Google LLC*

## CERTIFICATE OF SERVICE

I, Katharine L. Carmona, an attorney of record in this matter, hereby certify that on January 10, 2025, I electronically filed the following document:

**NOTICE OF CHANGE OF ADDRESS**

with the Clerk of the United States District Court for the Western District of Texas, Midland/Odessa Division, using the CM/ECF system, which will send notification and a copy of this filing to counsel for all parties of record.

By: */s/ Katharine L. Carmona*
     Katharine L. Carmona