UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
MIDLAND-ODESSA DIVISION

| | |
|---|---|
| **VIRTAMOVE, CORP.** | § |
| | § |
| vs. | §  NO:  MO:24-CV-00033-DC-DTG |
| | § |
| **GOOGLE LLC** | § |
| *Defendant* | |

# ORDER CANCELLING MARKMAN HEARING HELD IN PERSON AND ZOOM

**IT IS HEREBY ORDERED** that the above entitled and numbered case having been set for MARKMAN HEARING HELD IN PERSON AND ZOOM, on Tuesday, January 21, 2025 at 02:00 PM  is hereby CANCELLED until further order of the court.

**IT IS SO ORDERED** this **17th day of January, 2025**.

_____
DEREK T. GILLILAND
UNITED STATES MAGISTRATE JUDGE