**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION**

VIRTAMOVE, CORP.,

                    Plaintiff,
                    v.

GOOGLE LLC,

                    Defendants.

Case No. 7:24-CV-00033-DC-DTG

**PLAINTIFF VIRTAMOVE, CORP.'S
NOTICE OF SUPPLEMENTAL TRANSFER AUTHORITY**

VirtaMove hereby provides notice that on February 6, 2025, Judge Gilstrap issued two sealed decisions **denying** transfer in the consolidated cases *VirtaMove, Corp. v. Hewlett Packard Enterprise Co.*, No. 2:24-cv-00093-JRG (lead case), Dkt. 129 (E.D. Tex.) and *VirtaMove v. International Business Machines Corp.*, 2:24-cv-00064 (member case), Dkt. 130, (E.D. Tex.).

This decision directly affects the pending Objections to Magistrate Judge Gilliland's Transfer Order (Dkt. 89) because, when presented with Section 1404 arguments substantially similar to what Google argued, Judge Gilstrap reached the opposition decision from Judge Gilliland.

For now, Judge Gilstrap's Protective Order prohibits VirtaMove from filing a copy of the sealed opinion here in the WDTX. However, Judge Gilstrap has ordered the parties to submit redacted copies of the decisions by February 13, 2025. VirtaMove will file a supplemental notice with the redacted decisions once available.

Dated: February 10, 2025                 Respectfully submitted,


By: /s/ *Qi (Peter) Tong*

Reza Mirzaie (CA SBN 246953)
rmirzaie@raklaw.com
Marc A. Fenster (CA SBN 181067)
mfenster@raklaw.com
Neil A. Rubin (CA SBN 250761)
nrubin@raklaw.com
James A. Milkey (CA SBN 281283)
jmilkey@raklaw.com
Amy E. Hayden (CA SBN 287026)
ahayden@raklaw.com
Jacob Buczko (CA SBN 269408)
jbuczko@raklaw.com
James Tsuei (CA SBN 285530)
jtsuei@raklaw.com
Christian W. Conkle (CA SBN 306374)
cconkle@raklaw.com
Jonathan Ma (CA SBN 312773)
jma@raklaw.com
Daniel B. Kolko (CA SBN 341680)
dkolko@raklaw.com
Mackenzie Paladino (NY SBN: 6039366)
mpaladino@raklaw.com
**RUSS AUGUST & KABAT**
12424 Wilshire Boulevard, 12th Floor
Los Angeles, CA 90025
Telephone: (310) 826-7474

Qi (Peter) Tong (TX SBN 24119042)
**RUSS AUGUST & KABAT**
4040 N. Central Expy., Suite 1503
Dallas, TX 75204
Telephone: (310) 826-7474

*Attorneys for Plaintiff VirtaMove, Corp.*

## <u>CERTIFICATE OF SERVICE</u>

Pursuant to the Federal Rules of Civil Procedure and Local Rule CV-5, I hereby certify that on February 10, 2025, I electronically filed the foregoing document using the CM/ECF system which will send notifications to all parties of record.

February 10, 2025

/s/ *Qi Tong*
Qi (Peter) Tong (TX SBN 24119042)
**RUSS AUGUST & KABAT**
4040 N. Central Expy., Suite 1503
Dallas, TX 75206
Telephone: (310) 826-7474
