## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## MIDLAND/ODESSA DIVISION

| | |
|---|---|
| VIRTAMOVE, CORP., <br><br> Plaintiff, <br> v. <br><br> GOOGLE LLC, <br><br> Defendants. | Case No. 7:24-CV-00033-DC-DTG |

### PLAINTIFF VIRTAMOVE, CORP.'S
### COPIES OF SUPPLEMENTAL TRANSFER AUTHORITY

As indicated in VirtaMove's Notice of Supplemental Transfer Authority (Dkt. 90), VirtaMove hereby provides true and correct copies of Judge Gilstrap's decisions **denying** transfer in the consolidated cases *VirtaMove, Corp. v. Hewlett Packard Enterprise Co.*, No. 2:24-cv-00093-JRG (lead case), Dkt. 129 (E.D. Tex.) and *VirtaMove v. International Business Machines Corp.*, 2:24-cv-00064 (member case), Dkt. 130, (E.D. Tex.). These redacted decisions are attached as Exhibit 1 and Exhibit 2 and can be found in the *Hewlett Packard* case as Docket Entries 136-1 and 139-1.

Dated: February 19, 2025                Respectfully submitted,

                                        By: /s/ *Qi (Peter) Tong*

                                        Reza Mirzaie (CA SBN 246953)
                                        rmirzaie@raklaw.com
                                        Marc A. Fenster (CA SBN 181067)
                                        mfenster@raklaw.com
                                        Neil A. Rubin (CA SBN 250761)
                                        nrubin@raklaw.com

James A. Milkey (CA SBN 281283)
jmilkey@raklaw.com
Amy E. Hayden (CA SBN 287026)
ahayden@raklaw.com
Jacob Buczko (CA SBN 269408)
jbuczko@raklaw.com
James Tsuei (CA SBN 285530)
jtsuei@raklaw.com
Christian W. Conkle (CA SBN 306374)
cconkle@raklaw.com
Jonathan Ma (CA SBN 312773)
jma@raklaw.com
Daniel B. Kolko (CA SBN 341680)
dkolko@raklaw.com
Mackenzie Paladino (NY SBN: 6039366)
mpaladino@raklaw.com
**RUSS AUGUST & KABAT**
12424 Wilshire Boulevard, 12th Floor
Los Angeles, CA 90025
Telephone: (310) 826-7474

Qi (Peter) Tong (TX SBN 24119042)
**RUSS AUGUST & KABAT**
4040 N. Central Expy., Suite 1503
Dallas, TX 75204
Telephone: (310) 826-7474

*Attorneys for Plaintiff VirtaMove, Corp.*

## CERTIFICATE OF SERVICE

      Pursuant to the Federal Rules of Civil Procedure and Local Rule CV-5, I hereby certify that on February 19, 2025, I electronically filed the foregoing document using the CM/ECF system which will send notifications to all parties of record.

February 19, 2025

                                  /s/ *Qi Tong*
                                  Qi (Peter) Tong (TX SBN 24119042)
                                  **RUSS AUGUST & KABAT**
                                  4040 N. Central Expy., Suite 1503
                                  Dallas, TX 75204
                                  Telephone: (310) 826-7474