# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# MIDLAND/ODESSA DIVISION

| | |
|---|---|
| VIRTAMOVE, CORP., <br><br> Plaintiff, <br><br> v. <br><br> GOOGLE LLC <br><br> Defendant. | Case No. 7:24-CV-00033-DC-DTG |

## ORDER GRANTING PLAINTIFF VIRTAMOVE'S OPPOSED MOTION TO EXTEND THE STAY OF TRANSFER

Before the Court is Plaintiff VirtaMove Corp.'s Motion to Extend the Stay of Transfer. Google does not oppose the transfer, but Google disputes whether the Court presently has jurisdiction.

The Court **GRANTS** Plaintiff's Motion in its entirety. The Court finds that, according to this Court's own earlier order (Dkt. 86 at 4), this case was not yet transferred to the NDCA, and that any erroneous docket entry to the contrary was without effect and in any event, was corrected under Fed. R. Civ. P. 60(a). Accordingly, it is **ORDERED** that this case shall remain **STAYED** until May 23, 2025. On that date, **AND NOT BEFORE**, the Clerk of Court shall take all actions necessary to transfer the above-captioned case to the United States District Court for the Northern District of California.

SIGNED this _____ day of February, 2025