UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION

| | |
|---|---|
| VIRTAMOVE, CORP., <br><br> Plaintiff, <br><br> v. <br><br> GOOGLE LLC <br><br> Defendant. | Case No. 7:24-CV-00033-DC-DTG |

**ORDER GRANTING-IN-PART PLAINTIFF VIRTAMOVE'S
OPPOSED MOTION TO EXTEND THE STAY OF TRANSFER**

Before the Court is Plaintiff VirtaMove Corp.'s Motion to Extend the Stay of Transfer. Google does not oppose the transfer, but Google disputes whether the Court presently has jurisdiction.

Noting that part of the Motion is unopposed, the Court **GRANTS** the unopposed part of Plaintiff's Motion. Accordingly, *whenever this Court has jurisdiction, whether now or later*,[1] it is **ORDERED** that this case shall remain **STAYED** until May 23, 2025. On that date, **AND NOT BEFORE**, the Clerk of Court shall take all actions necessary to transfer the above-captioned case to the United States District Court for the Northern District of California.

SIGNED this _____ day of February, 2025

---

[1] The Court defers ruling on the jurisdictional question, which is opposed by Google.