IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION

| | |
|---|---|
| **VIRTAMOVE, CORP.,**<br>　　　　*Plaintiff,*<br><br>v.<br><br>**GOOGLE LLC,**<br>　　　　*Defendant.* | §<br>§<br>§<br>§<br>§ CASE NO. 7:24-CV-00033-DC-DTG<br>§<br>§<br>§<br>§ |

**ORDER GRANTING EMERGENCY MOTION TO EXTEND**
**STAY OF TRANSFER (ECF NO. 94)**

　　　　Before the Court is Plaintiff VirtaMove, Corp.'s Emergency Motion to Extend the Stay of Transfer (ECF No. 94). In the Motion, Plaintiff requests the Court extend the current stay of this case to allow Plaintiff time to appeal the Court's order transferring this case to the Northern District of California. *See* ECF No. 86. Plaintiff represents that Defendant Google LLC does not oppose the requested relief of extending the current stay. ECF No. 94 at 2-3. Noting that the requested relief is unopposed, the Court **GRANTS** the Motion. It is therefore **ORDERED** that this case shall remain stayed until May 23, 2025. On that date, **AND NOT BEFORE,** the Clerk of Court shall take all actions necessary to transfer the above-captioned case to the United States District Court for the Northern District of California.

　　　　SIGNED this 21st day of February, 2025.

　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　DEREK T. GILLILAND
　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE