# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# MIDLAND/ODESSA DIVISION

| | |
|---|---|
| VIRTAMOVE, CORP., <br>         Plaintiff, <br><br> v. <br><br> GOOGLE LLC, <br>         Defendant. | Case No. 7:24-cv-00033-DC-DTG <br><br> **JURY TRIAL DEMANDED** |

## ORDER GRANTING PLAINTIFF VIRTAMOVE'S UNOPPOSED MOTION TO WITHDRAW ATTORNEY OF RECORD AMY E. HAYDEN (ECF NO. 93)

Before the Court is Plaintiff VirtaMove, Corp.'s Unopposed Motion to Withdraw Attorney of Record (ECF No. 93). Having considered the matter, the Court **GRANTS** the motion and orders that Amy E. Hayden is withdrawn as one of VirtaMove's attorneys of record and that her receipt of electronic notices be terminated.

**SIGNED** this 5th day of May, 2025.

_____
DEREK T. GILLILAND
UNITED STATES MAGISTRATE JUDGE