NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

**In Re VIRTAMOVE, CORP.,**
*Petitioner*

2025-130

On Petition for Writ of Mandamus to the United States District Court for the Western District of Texas in No. 7:24-cv-00033-DC-DTG, Judge David Counts.

**ON PETITION**

Per Curiam.

**O R D E R**

VirtaMove, Corp. submits a petition for a writ of mandamus directing the United States District Court for the Western District of Texas to reverse or vacate its transfer orders and to request the United States District Court for the Northern District of California return the transferred case back to the Western District of Texas, Midland-Odessa Division.

Upon consideration thereof,

IT IS ORDERED THAT:

Google LLC is directed to respond to the petition no later than seven days from the date of entry of this order. Any reply in support of the petition is due no later than three days thereafter.

FOR THE COURT

June 5, 2025
Date

Jarrett B. Perlow
Clerk of Court