UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
MIDLAND-ODESSA DIVISION

VIRTAMOVE, CORP.

vs.                                              Case No.: 7:24-cv-00033-DC-DTG

GOOGLE LLC

# MOTION FOR ADMISSION PRO HAC VICE

TO THE HONORABLE JUDGE OF SAID COURT:

Comes now Linjun Xu, applicant herein, and moves this Court to grant admission to the United States District Court for the Western District of Texas pro hac vice to represent VirtaMove, Corp. in this case, and would respectfully show the Court as follows:

1. Applicant is an attorney and a member of the law firm (or practices under the name of) Russ August & Kabat with offices at:

   Mailing address: 12424 Wilshire Blvd, 12th Floor

   City, State, Zip Code: Los Angeles CA 90025

   Telephone: 3108267474    Facsimile:

2. Since December 9, 2025, Applicant has been and presently is a member of and in good standing with the Bar of the State of California. Applicant's bar license number is 307667.

3. Applicant has been admitted to practice before the following courts:

   | Court: | Admission date: |
   |---|---|
   | USDC CD California | 7/31/24 |
   | USDC ND California | 6/21/18 |
   | USDC ED California | 2/5/19 |

4. Applicant is presently a member in good standing of the bars of the courts listed above, except as provided below (list any court named in the preceding paragraph before which Applicant is no longer admitted to practice):

5. I ☐ have ☒ have not previously applied to Appear Pro Hac Vice in this district court in Case[s]:

   Number: _____ on the _____ day of _____, _____.
   Number: _____ on the _____ day of _____, _____.
   Number: _____ on the _____ day of _____, _____.

6. Applicant has never been subject to grievance proceedings or involuntary removal proceedings while a member of the bar of any state or federal court, except as provided:

7. Applicant has not been charged, arrested, or convicted of a criminal offense or offenses, except as provided below (omit minor traffic offenses):

8. Applicant has read and is familiar with the Local Rules of the Western District of Texas and will comply with the standards of practice set out therein.

9. Applicant will file an Application for Admission to Practice before the United States District Court for the Western District of Texas, if so requested; or Applicant has co-counsel in this case who is admitted to practice before the United States District Court for the Western District of Texas.

Co-counsel: Qi (Peter) Tong

Mailing address: 8080 N. Central Expy, Suite 1503

City, State, Zip Code: Dallas, TX 75206

Telephone: 3108267474

Should the Court grant applicant's motion, Applicant shall tender the amount of $100.00 pro hac vice fee in compliance with Local Court Rule AT-l(f)(2) [checks made payable to: Clerk, U.S. District Court].

Wherefore, Applicant prays that this Court enter an order permitting the admission of Linjun Xu to the Western District of Texas pro hac vice for this case only.

Respectfully submitted,

Linjun Xu
[printed name of Applicant]

*Linjun Xu*
[signature of Applicant]

**CERTIFICATE OF SERVICE**

I hereby certify that I have served a true and correct copy of this motion upon each attorney of record and the original upon the Clerk of Court on this the 30 day of July, 2025.

Linjun Xu
[printed name of Applicant]

*Linjun Xu*
[signature of Applicant]

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS

MIDLAND-ODESSA DIVISION

VIRTAMOVE, CORP.

vs.   Case No.: 7:24-cv-00033-DC-DTG

GOOGLE LLC

## ORDER

BE IT REMEMBERED on this day, there was presented to the Court the Motion for Admission Pro Hac Vice filed by Linjun Xu, counsel for VirtaMove, Corp., and the Court, having reviewed the motion, enters the following order:

IT IS ORDERED that the Motion for Admission Pro Hac Vice is GRANTED, and Linjun Xu may appear on behalf of VirtaMove, Corp. in the above case.

IT IS FURTHER ORDERED that Linjun Xu, if he/she has not already done so, shall immediately tender the amount of $100.00, made payable to: **Clerk, U.S. District Court**, in compliance with Local Court Rule AT-l(f)(2).

SIGNED this the _____ day of July, 20 25.

UNITED STATES DISTRICT JUDGE

Reset all fields     Print Form